**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)* _____    Chapter **7**

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Quality Systems, Inc.** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | **DBA  PermaCrete** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **62-1435682** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**1101 Menzler Rd.**
**Nashville, TN 37210**
Number, Street, City, State & ZIP Code

**Davidson**
County

**Mailing address, if different from principal place of business**

**James Robinson**
**235 W. 48th St. Apt. 44C**
**New York, NY 10036**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership |
| | | ☐ Other. Specify: _____ |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.

__5032__

**8.** **Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number _____ |
| District | _____ | When | _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in this district?**    *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency  _____
        Contact name      _____
        Phone             _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49            ☑ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99           ☐ 5001-10,000        ☐ 50,001-100,000
☐ 100-199         ☐ 10,001-25,000      ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☑ $0 - $50,000              ☐ $1,000,001 - $10 million         ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million      ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ☑ $1,000,001 - $10 million         ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Debtor | **Quality Systems, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | **Request for Relief, Declaration, and Signature** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 17, 2016**
　　　　　　　MM / DD / YYYY

**X** **/s/ James Robinson**
　　Signature of authorized representative of debtor

Title  **President**

**James Robinson**
Printed name

**18. Signature of attorney**

**X** **/s/ John C. McLemore**　　　　　　　Date **March 17, 2016**
　　Signature of attorney for debtor　　　　　　　　　MM / DD / YYYY

**John C. McLemore**
Printed name

**Garfinkle & McLemore, PLLC**
Firm name

**2000 Richard Jones Road, Suite 250**
**Nashville, TN 37215**
Number, Street, City, State & ZIP Code

Contact phone **615.383.9495**　　　Email address

**3430**
Bar number and State

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 17, 2016**     *X* **/s/ James Robinson**
                                          Signature of individual signing on behalf of debtor

                                          **James Robinson**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

Debtor name **Quality Systems, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    **12/15**

Part 1:    **Summary of Assets**

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

  1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................    $                    **0.00**

  1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................    $              **28,341.00**

  1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................    $              **28,341.00**

Part 2:    **Summary of Liabilities**

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $                    **0.00**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

  3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $              **24,525.92**

  3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................    +$          **2,693,020.27**

4.    **Total liabilities** ...........................................................................................
    Lines 2 + 3a + 3b    $          **2,717,546.19**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy
Case 3:16-bk-01905    Doc 1    Filed 03/17/16    Entered 03/17/16 08:41:21    Desc Main
                Document        Page 6 of 377

| Fill in this information to identify the case: |
| --- |

Debtor name   **Quality Systems, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.   **US Bank** | **Checking Account** | **5367** | **$22,330.70** |

4.   **Other cash equivalents** *(Identify all)*

| | | |
| --- | --- | --- |
| 4.1.   **Refund from Unimin Corporation, 258 Elm Street, New Canaan, CT 06840** | | **$510.30** |

5.   **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$22,841.00**

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.

■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**14.**  **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

| | | | |
|---|---|---|---|
| 14.1. | **100 Shares of common stock of Principal Financial Group. Pays $26 per quarter in dividends.** | | **$5,000.00** |

**15.**  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                    % of ownership

**16.**  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

**17.**  **Total of Part 4.**                                                                    **$5,000.00**
Add lines 14 through 16.  Copy the total to line 83.

**Part 5:**  **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.**  **Raw materials** | | | | |
| **20.**  **Work in progress** | | | | |
| **21.**  **Finished goods, including goods held for resale** | | | | |
| **22.**  **Other inventory or supplies** **The Debtor liquidated all inventory by auction in November 2015. Auction Report is attached.** | | **$0.00** | | **$0.00** |

**23.**  **Total of Part 5.**                                                                    **$0.00**
Add lines 19 through 22.  Copy the total to line 84.

**24.**  **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.**  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____   Valuation method _____   Current Value _____

**26.**  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **See SOFA Question 20** | $500.00 | Liquidation | $500.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | $500.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm** | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Case 3:16-bk-01905    Doc 1    Filed 03/17/16    Entered 03/17/16 08:41:21    Desc Main
Document        Page 9 of 377

**machinery and equipment)**
**The Debtor liquidated business machinery and**
**equipment by auction in November 2015.**
**Auction Report is attached.**      $0.00      $0.00

---

51. **Total of Part 8.**      $0.00

    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

    ☑ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **The Debtor liquidated all business patents by auction in November 2015.  Auction Report is attached.** | $0.00 | | $0.00 |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** **40-50 Customers who have made purchases in the last 2 years** | $0.00 | | $0.00 |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**      $0.00

    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ☐ No
    ☑ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 3:16-bk-01905   Doc 1   Filed 03/17/16   Entered 03/17/16 08:41:21   Desc Main
Document   Page 10 of 377

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No

☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.

☐ Yes Fill in the information below.

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$22,841.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$5,000.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$500.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*.................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$28,341.00** + 91b. | **$0.00** |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$28,341.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy



**McLemore Auction Company, LLC**
Will McLemore, President

**Contact**
615-517-7675 · info@mclemoreauction.com

**Office Hours**
Monday - Friday · 9:00 AM - 5:00 PM CT

**Sales Agent**
Dwayne Smith
(615) 509-2428 · dwayne@mclemoreauction.com

**Project Manager**
Dwayne Smith

470 Woodycrest Avenue
Nashville, TN 37210

James Robinson
Quality Systems, Inc.
1101 Menzler Rd.
Nashville, TN 37210

*Thank you for your business. Please let us know if we can be of service to you in the future.*

**Account Number**   24204
**Auction**   Complete Liquidation of Quality Systems, Inc. DBA PermaCrete
**Contract Number**   4177
**Settlement Date**   November 24, 2015

| Settlement Summary | Credit | Debit |
|---|---|---|
| High Bid Price | $81,577.22 | |
| Commission | | $12,236.58 |
| Reimbursement for Credit Card Fees | | $1,462.10 |
| IP Law Research | | $900.00 |
| Reimbursable Marketing Expense | | $4,000.00 |
| Totals: | **$81,577.22** | **$18,598.68** |

## Net Proceeds: $62,978.54

## Balance Due to Seller: $62,978.54

<u>**Lots Removed From Auction**</u>
9 lots were removed from this auction. Commission and fees have not been assessed on these lots.

**Settlement Details**
Auction Complete Liquidation of Quality Systems, Inc. DBA PermaCrete
Client Quality Systems, Inc. (24204)
Contract Number 4177

470 Woodycrest Avenue · Nashville, TN 37210
615-517-7675 · info@mclemoreauction.com

| Lot | Description | Bidder | High Bid | Commission % | Commission Amt. | Proceeds |
|---|---|---|---|---|---|---|
| 1 | Condor Model 2532 Electric Powered Platform Scissor Lift | 24433 | $3,250.00 | 15.00% | $487.50 | $2,762.50 |
| 2 | Fluid Management Miller Accutiner Dispenser Model 3212-12 (25415) | 24324 | $38.00 | 15.00% | $5.70 | $32.30 |
| 3 | Morehouse-Cowles Disolver Mixer Model W-14-10 | 24324 | $4,000.00 | 15.00% | $600.00 | $3,400.00 |
| 4 | Measuretek East High EHP-30S 60 Pound Max Digital Scale | 24324 | $160.00 | 15.00% | $24.00 | $136.00 |
| 5 | Bench Top Mixer Dissolver | 24324 | $1,000.00 | 15.00% | $150.00 | $850.00 |
| 6 | DIGI DI-28 Warehouse Scale with LCD Display and Floor Base. | 24324 | $175.00 | 15.00% | $26.25 | $148.75 |
| 7 | Morehouse Cowles Mixer Dissolver W-14-10STD | 24324 | $4,000.00 | 15.00% | $600.00 | $3,400.00 |
| 8 | Rolling Metal Mixing Tank with Outlet | 24324 | $390.00 | 15.00% | $58.50 | $331.50 |
| 9 | Two SandPiper II Pumps | 24324 | $110.00 | 15.00% | $16.50 | $93.50 |
| 10 | Pump on Rolling Base with Hose | 24422 | $80.00 | 15.00% | $12.00 | $68.00 |
| 11 | Tuthill Fill-Rite Series 900 Meter Gallons | 24430 | $130.00 | 15.00% | $19.50 | $110.50 |
| 12 | Metal Mixing Tank on Wheels | 24343 | $350.00 | 15.00% | $52.50 | $297.50 |
| 13 | Morehouse Cowles Mixer Dissolver W-14-10STD Part No 466649 | 13962 | $4,000.00 | 15.00% | $600.00 | $3,400.00 |
| 14 | Contents of Cabinet | 8811 | $9.00 | 15.00% | $1.35 | $7.65 |
| 15 | Rigid 12 Gallon Shop Vaccum | 16931 | $25.00 | 15.00% | $3.75 | $21.25 |
| 16 | Acculab SVI-50C 50kg Scale | 24343 | $100.00 | 15.00% | $15.00 | $85.00 |
| 17 | Paint Can Lid Closer | 15323 | $100.00 | 15.00% | $15.00 | $85.00 |
| 18 | 16 Fifty Gallon Drums with Chemicals Solvents and Cleaners. | 1136 | $1.00 | 15.00% | $0.15 | $0.85 |
| 19 | Modern Equipent Company Drum Moving Hand Truck/Dolly with Retractable Handles | 23080 | $55.00 | 15.00% | $8.25 | $46.75 |
| 20 | Industrial Eight Barrel Metal Rack | 16931 | $100.00 | 15.00% | $15.00 | $85.00 |
| 21 | Industrial Eight Barrel Metal Rack | 16931 | $75.00 | 15.00% | $11.25 | $63.75 |
| 22 | Contents of Two Cabinets | 8811 | $130.00 | 15.00% | $19.50 | $110.50 |
| 23 | Griffin Products Stainless Steel Utility Sink | 22186 | $41.00 | 15.00% | $6.15 | $34.85 |
| 24 | Riada 5246 Colorant Fill Machine with Pump | 24324 | $4,250.00 | 15.00% | $637.50 | $3,612.50 |
| 25 | Griffin Products Stainless Steel Utility Sink | 15643 | $70.00 | 15.00% | $10.50 | $59.50 |
| 26 | Eye Wash Sink | 24426 | $17.00 | 15.00% | $2.55 | $14.45 |

McLEMORE AUCTION COMPANY, LLC

**Auction** Complete Liquidation of Quality Systems, Inc. DBA PermaCrete

470 Woodycrest Avenue · Nashville, TN 37210

**Client** Quality Systems, Inc. (24204)

615-517-7675 · info@mclemoreauction.com

**Contract Number** 4177

**Settlement Date** November 24, 2015

| Lot | Description | Bidder | High Bid | Commission % | Commission Amt. | Proceeds |
|-----|-------------|--------|----------|--------------|-----------------|----------|
| 27 | Riada 5246 Fill Machine with Pump | 24409 | $1,550.00 | 15.00% | $232.50 | $1,317.50 |
| 28 | Industrial Metal Mixing Tank on Wheels | 24324 | $975.00 | 15.00% | $146.25 | $828.75 |
| 29 | Indco Mixer Dissolver | 24324 | $1,650.00 | 15.00% | $247.50 | $1,402.50 |
| 30 | Riada Bottle Filling Machine with Foot Control | 24324 | $3,500.00 | 15.00% | $525.00 | $2,975.00 |
| 31 | Riada Calk Tube Filling Machine | 24422 | $1,550.00 | 15.00% | $232.50 | $1,317.50 |
| 32 | Rigid Shop Vacuum with Accessories | 24310 | $43.00 | 15.00% | $6.45 | $36.55 |
| 33 | Texspray RTX 1500 Texture Sprayer with Hose and Sprayer | 19169 | $282.00 | 15.00% | $42.30 | $239.70 |
| 34 | Industrial Mixer Dissolver with Dual Blades | 13962 | $2,250.00 | 15.00% | $337.50 | $1,912.50 |
| 35 | Industrial Metal Holding Mixing Tank on Wheels | 24324 | $1,000.00 | 15.00% | $150.00 | $850.00 |
| 36 | Indco Motor Mixer Dissolver with Dual Blades | 24324 | $2,050.00 | 15.00% | $307.50 | $1,742.50 |
| 37 | Industrial Metal Holding Mixing Tank on Wheels | 24324 | $975.00 | 15.00% | $146.25 | $828.75 |
| 38 | Tuthill Fill-Rite Series 900 Meter | 24430 | $22.00 | 15.00% | $3.30 | $18.70 |
| 39 | Warren Rupp Sandpiper Pump | 24409 | $85.00 | 15.00% | $12.75 | $72.25 |
| 40 | Aluminum Extension Ladder | 24431 | $46.25 | 15.00% | $6.94 | $39.31 |
| 41 | Reddy Heat 150,000 BTU Kerosene Heater | 11930 | $189.00 | 15.00% | $28.35 | $160.65 |
| 42 | Wheel Barrow | 24433 | $20.00 | 15.00% | $3.00 | $17.00 |
| 43 | Texspray RTX 1500 Texture Sprayer | 24322 | $40.00 | 15.00% | $6.00 | $34.00 |
| 44 | Triangle Engineering Heat Buster Shop Fan | 11930 | $130.00 | 15.00% | $19.50 | $110.50 |
| 45 | Marathon Electric Motor | 24343 | $40.00 | 15.00% | $6.00 | $34.00 |
| 46 | 480 Volt Electric Motor | 24343 | $50.00 | 15.00% | $7.50 | $42.50 |
| 47 | Metal Rolling Cart | 21496 | $50.00 | 15.00% | $7.50 | $42.50 |
| 48 | Texspray RTX 1500 Texture Sprayer | 11250 | $40.00 | 15.00% | $6.00 | $34.00 |
| 49 | Ryobi 10" Table Saw on Stand | 13450 | $75.00 | 15.00% | $11.25 | $63.75 |
| 50 | Uline Banding Machine Cart with Crimping and Cutting Tools | 16931 | $160.00 | 15.00% | $24.00 | $136.00 |
| 51 | Graco ST295 Paint Sprayer with Hose and Sprayer Nozzle | 19169 | $152.00 | 15.00% | $22.80 | $129.20 |
| 52 | Electric Texture Sprayer with Hose and Sprayer | 24307 | $81.00 | 15.00% | $12.15 | $68.85 |

**Settlement Details**

Auction Complete Liquidation of Quality Systems, Inc. DBA PermaCrete

Client Quality Systems, Inc. (24204)

Contract Number 4177

470 Woodycrest Avenue · Nashville, TN 37210

615-517-7675 · info@mclemoreauction.com

| Lot | Description | Bidder | High Bid | Commission % | Commission Amt. | Proceeds |
|-----|-------------|--------|----------|--------------|-----------------|----------|
| 53 | Texture Sprayer with Hopper Hose and Sprayer | 24383 | $60.00 | 15.00% | $9.00 | $51.00 |
| 54 | Five Gallon Bucket Lid Press Closer | 24430 | $60.00 | 15.00% | $9.00 | $51.00 |
| 55 | Central Pneumatic 40lb Abrasive Blaster | 24324 | $90.00 | 15.00% | $13.50 | $76.50 |
| 56 | 3700 PSI Pressure Washer with 2 Pairs of Rubber Boots | 17907 | $161.23 | 15.00% | $24.18 | $137.05 |
| 57 | Demand Products Mesh Mate | 24183 | $23.00 | 15.00% | $3.45 | $19.55 |
| 58 | Dual Head Halogen Light on Stand | 24309 | $25.00 | 15.00% | $3.75 | $21.25 |
| 59 | Industrial Silo Holding Feed Tank with Feed Auger | 12368 | $2,450.00 | 15.00% | $367.50 | $2,082.50 |
| 60 | Industrial Silo Holding Tank with Auger | 12368 | $2,050.00 | 15.00% | $307.50 | $1,742.50 |
| 61 | Speedaire Air Compressor Model 1WD40 | 24433 | $3,100.00 | 15.00% | $465.00 | $2,635.00 |
| 62 | Speedaire Air Compressor | 24183 | $330.00 | 15.00% | $49.50 | $280.50 |
| 63 | Metal Carport | 23080 | $525.00 | 15.00% | $78.75 | $446.25 |
| 64 | Two Sided Metal Display Rack on Casters | 11804 | $31.00 | 15.00% | $4.65 | $26.35 |
| 65 | Locking Global Utility Cabinet with Key and Contents | 21680 | $70.00 | 15.00% | $10.50 | $59.50 |
| 66 | Canon EOS 7D Digital Camera with 3 Batteries 2 Charger USB Cable and Hard Case | 11804 | $392.00 | 15.00% | $58.80 | $333.20 |
| 67 | Canon 28-135mm Lens with Image Stabilizer | 19218 | $125.00 | 15.00% | $18.75 | $106.25 |
| 68 | Davis & Sanford Provista 75XB Camera Tripod with Rolling Base | 23080 | $96.00 | 15.00% | $14.40 | $81.60 |
| 69 | Toter Plastic Rolling Cart | 15358 | $69.00 | 15.00% | $10.35 | $58.65 |
| 70 | Toter Plastic Cart on Wheels | 10996 | $66.00 | 15.00% | $9.90 | $56.10 |
| 71 | Six Shelves Metal Wire Rack on Casters | 24420 | $125.00 | 15.00% | $18.75 | $106.25 |
| 72 | Canon ImageRunner 3235i | 12556 | $1,705.00 | 15.00% | $255.75 | $1,449.25 |
| 73 | Four Shelves Wire Metal Rack | 12556 | $50.00 | 15.00% | $7.50 | $42.50 |
| 74 | Six Shelves Wire Metal Shelf on Casters | 24433 | $100.00 | 15.00% | $15.00 | $85.00 |
| 75 | Donaldson Torit Industrial Dust Collector | 19218 | $525.00 | 15.00% | $78.75 | $446.25 |
| 76 | Chantland Material Handling Solutions Model 4190 Bagging Machine | 13962 | $1,200.00 | 15.00% | $180.00 | $1,020.00 |
| 77 | Mixer Systems Concrete Mixing Systems with Super Structure | 13962 | $2,500.00 | 15.00% | $375.00 | $2,125.00 |
| 78 | Pallet of 5 Gallon Plastic Buckets | 24347 | $130.00 | 15.00% | $19.50 | $110.50 |

**Settlement Details**

**Auction** Complete Liquidation of Quality Systems, Inc. DBA PermaCrete

470 Woodycrest Avenue · Nashville, TN 37210

615-517-7675 · info@mclemoreauction.com

**Client** Quality Systems, Inc. (24204)

**Contract Number** 4177

| Lot | Description | Bidder | High Bid | Commission % | Commission Amt. | Proceeds |
|-----|-------------|--------|----------|--------------|-----------------|----------|
| 79 | Cotterman Rolling Stairs 450lbs Max Load | 10996 | $400.00 | 15.00% | $60.00 | $340.00 |
| 80 | Louisville Rolling Warehouse Steps | 24433 | $160.00 | 15.00% | $24.00 | $136.00 |
| 81 | Morehouse Cowles Disolver Mixer on Pallet | 24324 | $2,300.00 | 15.00% | $345.00 | $1,955.00 |
| 82 | Rolling Industrial Metal Holding Tank | 24343 | $350.00 | 15.00% | $52.50 | $297.50 |
| 83 | Metal Wire Shelving on Casters with Contents | 19189 | $91.00 | 15.00% | $13.65 | $77.35 |
| 84 | Metal Wire Shelving Unit on Casters with Contents | 18782 | $60.00 | 15.00% | $9.00 | $51.00 |
| 85 | Holiday Mini Refrigerator Model LH018R | 23488 | $7.00 | 15.00% | $1.05 | $5.95 |
| 86 | Fluid Management Harbil 5G-HD Paint Mixer | 24387 | $300.00 | 15.00% | $45.00 | $255.00 |
| 87 | Two Digital Scales | 24430 | $95.00 | 15.00% | $14.25 | $80.75 |
| 88 | Lab Supplies of Transfer Pipettes Latex Gloves and Measuring Containers | 15358 | $24.00 | 15.00% | $3.60 | $20.40 |
| 89 | Gardner Impact Tester | 24324 | $200.00 | 15.00% | $30.00 | $170.00 |
| 90 | Brookfield KU-1+ Viscometer and Measuring Beakers and PH Solution | 24324 | $400.00 | 15.00% | $60.00 | $340.00 |
| 91 | Central Machinery 8" Drill Press | 22638 | $28.00 | 15.00% | $4.20 | $23.80 |
| 92 | Two EZ Zahn Viscosity Cups PH Tester with Case | 24387 | $51.00 | 15.00% | $7.65 | $43.35 |
| 93 | Contents of Shelf and Items on Floor | 24380 | $50.00 | 15.00% | $7.50 | $42.50 |
| 94 | BYK Weight Per Gallon Cup | 20947 | $80.00 | 15.00% | $12.00 | $68.00 |
| 95 | Leneta Anti-Sag Meter ASM-1 Standard Range with Case and Weights | 24387 | $50.00 | 15.00% | $7.50 | $42.50 |
| 96 | Milwaukee PH Meter and Bluelab Combo Meter | 24197 | $32.00 | 15.00% | $4.80 | $27.20 |
| 97 | Gretag Macbeth The Judge II Light Spectrum Box | 24324 | $210.00 | 15.00% | $31.50 | $178.50 |
| 98 | Grieve Laboratory Oven | 24324 | $191.00 | 15.00% | $28.65 | $162.35 |
| 99 | Two Wood Cabinets with Contents | 23488 | $8.00 | 15.00% | $1.20 | $6.80 |
| 100 | LG Portable Air Conditioner Model LP1015WNR | 11618 | $131.00 | 15.00% | $19.65 | $111.35 |
| 101 | Four Office Chairs on Casters | 24325 | $41.00 | 15.00% | $6.15 | $34.85 |
| 104 | Industrial Plastic Holding Tank on Wheels with Lid | 24324 | $250.00 | 15.00% | $37.50 | $212.50 |
| 111 | Fluid Management Accutiner for Repair or Parts Only | 24414 | $1.00 | 15.00% | $0.15 | $0.85 |
| 112 | Pallet of Computer Equipment. Includes Computers, Monitors, Keyboards and Other Items | 11618 | $55.00 | 15.00% | $8.25 | $46.75 |

**Settlement Details**
**Auction** Complete Liquidation of Quality Systems, Inc. DBA PermaCrete
**Client** Quality Systems, Inc. (24204)
**Contract Number** 4177

470 Woodycrest Avenue · Nashville, TN 37210
615-517-7675 · info@mclemoreauction.com

| Lot | Description | Bidder | High Bid | Commission % | Commission Amt. | Proceeds |
|-----|-------------|--------|----------|--------------|-----------------|----------|
| 113 | Yale Electric Forklift with Charger | 17490 | $4,500.00 | 15.00% | $675.00 | $3,825.00 |
| 114 | Abex Two Piece Display Board with Case | 24307 | $30.00 | 15.00% | $4.50 | $25.50 |
| 115 | Folding Stackables from Radius Two Piece Display with Soft Case and Rolling Hard Case | 24307 | $30.00 | 15.00% | $4.50 | $25.50 |
| 116 | Folding Stackables from Radius Two Piece Display with Soft Case and Rolling Hard Case | 21031 | $17.00 | 15.00% | $2.55 | $14.45 |
| 117 | Folding Stackables from Radius Two Piece Display with Soft Case and Rolling Hard Case | 21031 | $20.00 | 15.00% | $3.00 | $17.00 |
| 118 | Fluid Management Harbil 5G-HD Paint Can Mixer Shaker | 10996 | $210.00 | 15.00% | $31.50 | $178.50 |
| 119 | 39 Letter Size Zippered Portfolio with Calculator, Legal Pad, Pockets and Handles | 24325 | $40.00 | 15.00% | $6.00 | $34.00 |
| 120 | Gardco PA-2000 Adhesion Tester Kit | 24387 | $30.00 | 15.00% | $4.50 | $25.50 |
| 121 | Perma-Crete Perma-Thane CRU-750 Part A and Part B Ad | 24383 | $45.00 | 15.00% | $6.75 | $38.25 |
| 122 | Five 5 Gallon Buckets of Pastel Perma-Seal Sealer | 12556 | $120.00 | 15.00% | $18.00 | $102.00 |
| 123 | Fifteen 5 Gallon Buckets of Perma-Crete Perma-Seal Sealer | 24347 | $330.00 | 15.00% | $49.50 | $280.50 |
| 124 | PermaGel Two Part Epoxy - 6 of Each Part A and B | 24307 | $145.00 | 15.00% | $21.75 | $123.25 |
| 125 | 25 One Gallon Cans of Assorted Perma-Seal | 12556 | $56.00 | 15.00% | $8.40 | $47.60 |
| 126 | 8 Rolls of Mesh | 16005 | $56.00 | 15.00% | $8.40 | $47.60 |
| 127 | PermaThane CRU-750 Two Part Urethane | 11250 | $126.00 | 15.00% | $18.90 | $107.10 |
| 128 | 34 One Gallon Cans of PermaWeld Mastic | 22638 | $96.00 | 15.00% | $14.40 | $81.60 |
| 129 | Two 5 Gallon Buckets of Perma-Seal and One 5 Gallon and One 1 Gallon of Perma-Poxy Ename | 11250 | $40.00 | 15.00% | $6.00 | $34.00 |
| 130 | Seventeen 5 Gallon Buckets of Perma-Seal Sealer | 24347 | $440.00 | 15.00% | $66.00 | $374.00 |
| 131 | Fourteen 5 Gallon Buckets of Blue Nitro Cleaner | 24307 | $100.00 | 15.00% | $15.00 | $85.00 |
| 132 | 21 Five Gallon Buckets of Assorted Paint Chips | 21496 | $50.00 | 15.00% | $7.50 | $42.50 |
| 133 | Eight Part A 5 Gallon and Eight Part B 1 Gallon Perma-Prime E-Coat | 11250 | $70.00 | 15.00% | $10.50 | $59.50 |
| 134 | 26 Five Gallon Buckets of Perma-Seal Sealer | 10194 | $725.50 | 15.00% | $108.83 | $616.67 |
| 135 | 8 Five Gallon Buckets of Perma-Crete Matrix Bonding Additive | 24383 | $160.00 | 15.00% | $24.00 | $136.00 |
| 136 | 26 Rolls Green Masking Paper 36" Wide and 18" Wide | 21496 | $200.00 | 15.00% | $30.00 | $170.00 |
| 137 | Four 26 Gallon Rolling Containers with Lids to Include Contents of Coloring Resins and Scoops | 24378 | $30.00 | 15.00% | $4.50 | $25.50 |
| 138 | Four 26 Gallon Rolling Containers with Lids to Include Contents of Coloring Resins and Scoops | 24378 | $30.00 | 15.00% | $4.50 | $25.50 |

**Settlement Details**

Auction Complete Liquidation of Quality Systems, Inc. DBA PermaCrete

Client Quality Systems, Inc. (24204)

Contract Number 4177

470 Woodycrest Avenue · Nashville, TN 37210

615-517-7675 · info@mclemoreauction.com

| Lot | Description | Bidder | High Bid | Commission % | Commission Amt. | Proceeds |
|-----|-------------|--------|----------|--------------|-----------------|----------|
| 139 | Four 26 Gallon Rolling Containers with Lids to Include Contents of Coloring Resins and Scoops | 24378 | $36.00 | 15.00% | $5.40 | $30.60 |
| 140 | Four 26 Gallon Rolling Containers with Lids to Include Contents of Coloring Resins and Scoops | 24378 | $26.00 | 15.00% | $3.90 | $22.10 |
| 141 | Four 26 Gallon Rolling Containers with Lids to Include Contents of Coloring Resins and Scoops | 24378 | $26.00 | 15.00% | $3.90 | $22.10 |
| 142 | Jet Pallet Jack | 17522 | $90.00 | 15.00% | $13.50 | $76.50 |
| 143 | 13 One Hundred Pound Bags of Washed Silica Sand | 24383 | $43.02 | 15.00% | $6.45 | $36.57 |
| 144 | Seventeen 100 Pound Bags of Granusil Industrial Quartz | 24347 | $20.00 | 15.00% | $3.00 | $17.00 |
| 145 | Assorted Template Patterns | 19169 | $30.06 | 15.00% | $4.51 | $25.55 |
| 146 | Morse 800lbs Barrel Forklift Attachment | 15323 | $800.00 | 15.00% | $120.00 | $680.00 |
| 147 | 30 Forty Pound Bags of Foggy Day Perma-Crete Matrix Mix | 24414 | $65.00 | 15.00% | $9.75 | $55.25 |
| 148 | 25 Bags of Sodium Citrate | 10196 | $3.00 | 15.00% | $0.45 | $2.55 |
| 149 | Six 50 Pound Bags of Sodium Gluconate | 10196 | $3.00 | 15.00% | $0.45 | $2.55 |
| 150 | Ten 50 Pound Bags of KaMin | 10196 | $2.00 | 15.00% | $0.30 | $1.70 |
| 151 | Five 50 Pound Bags Plus a Partial of Hydrous Magnesium Silicate (Talc) | 10196 | $1.00 | 15.00% | $0.15 | $0.85 |
| 152 | Seven 50 Pound Bags of Imerys Mistron RCS Talc | 10196 | $1.00 | 15.00% | $0.15 | $0.85 |
| 153 | Nineteen 50 Pound Bags of Titanium Dioxide (TiO2) by Tronox | 24378 | $150.00 | 15.00% | $22.50 | $127.50 |
| 154 | Ballymore Rolling Warehouse Steps Ladder | 12374 | $80.00 | 15.00% | $12.00 | $68.00 |
| 155 | 36 One Gallon Metal Gray Lined Cans with Handles and Unknown Amount of Pint Size Metal Cans | 10996 | $30.00 | 15.00% | $4.50 | $25.50 |
| 156 | Twenty 50 Pound Bags of Estes PermaColor Quartz Granules. | 24322 | $3.00 | 15.00% | $0.45 | $2.55 |
| 157 | Twenty 50 Pound Bags Estes Permacolor Quartz Granules | 21496 | $4.00 | 15.00% | $0.60 | $3.40 |
| 158 | Fourteen 50 Pound Bags Estes Permacolor Quartz Granules | 24322 | $3.00 | 15.00% | $0.45 | $2.55 |
| 159 | Nineteen 50 Pound Bags of Estes Permacolor Quartz Granules | 24426 | $4.00 | 15.00% | $0.60 | $3.40 |
| 160 | Twenty 50 Pound Bags and Buckets of Color Granules | 24426 | $10.00 | 15.00% | $1.50 | $8.50 |
| 161 | Twenty One 50 Pound Bags and Buckets of Color Granules | 13583 | $1.00 | 15.00% | $0.15 | $0.85 |
| 162 | Sixteen 50 Pound Bags of Color Granules | 13583 | $2.00 | 15.00% | $0.30 | $1.70 |
| 163 | Dayton 5,500 Pound Capacity Model 4YX97 Pallet Jack | 14623 | $130.00 | 15.00% | $19.50 | $110.50 |

**Settlement Details**

Auction Complete Liquidation of Quality Systems, Inc. DBA PermaCrete

470 Woodycrest Avenue · Nashville, TN 37210

615-517-7675 · info@mclemoreauction.com

Client Quality Systems, Inc. (24204)

Contract Number 4177

| Lot | Description | Bidder | High Bid | Commission % | Commission Amt. | Proceeds |
|-----|-------------|--------|----------|--------------|-----------------|----------|
| 164 | Sanyo Mini Refrigerator | 13086 | $60.00 | 15.00% | $9.00 | $51.00 |
| 165 | Metal Wall Organizer and Metal Locking Wall Key Organizer with Key | 22800 | $35.00 | 15.00% | $5.25 | $29.75 |
| 166 | Glass Front and Top Lighted Two Shelf Display Case by Jahabow | 15150 | $45.00 | 15.00% | $6.75 | $38.25 |
| 167 | Primera Bravo II Disc Publisher with Computer System and Printer | 24433 | $32.88 | 15.00% | $4.93 | $27.95 |
| 168 | Fellowes Galaxy 500 Manual Comb Binding Machine with Supplies | 24433 | $70.00 | 15.00% | $10.50 | $59.50 |
| 169 | Three Pallets of Cardboard Boxes Assorted Sizes | 24433 | $30.00 | 15.00% | $4.50 | $25.50 |
| 170 | Assortment of One Gallon Metal Cans with Lid and Bails. | 21031 | $30.00 | 15.00% | $4.50 | $25.50 |
| 171 | Four Flats of Plastic Lids for 5 Gallon Buckets. 264 Per Flat for 1056 Total. | 24324 | $290.00 | 15.00% | $43.50 | $246.50 |
| 172 | Unknown Quantity of Plastic Lids for 5 Gallon Buckets. | 24324 | $60.00 | 15.00% | $9.00 | $51.00 |
| 173 | Unknown amount of Plastic 5 Gallon Buckets and Lids | 21496 | $80.00 | 15.00% | $12.00 | $68.00 |
| 174 | Two Pallets of Plastic 5 Gallon Buckets with Handles | 24347 | $250.00 | 15.00% | $37.50 | $212.50 |
| 175 | Two Pallets of Plastic 5 Gallon Buckets with Handles | 17439 | $150.00 | 15.00% | $22.50 | $127.50 |
| 176 | Two Pallets of Plastic 5 Gallon Buckets with Handles | 17439 | $150.00 | 15.00% | $22.50 | $127.50 |
| 177 | Two Pallets of Plastic 5 Gallon Buckets with Handles | 12368 | $135.00 | 15.00% | $20.25 | $114.75 |
| 178 | Two Pallets of Plastic 5 Gallon Buckets with Handles | 24324 | $173.00 | 15.00% | $25.95 | $147.05 |
| 179 | Two Pallets of Plastic 5 Gallon Buckets with Handles | 13718 | $125.00 | 15.00% | $18.75 | $106.25 |
| 180 | Two Pallets of Plastic 5 Gallon Buckets with Handles | 12556 | $160.00 | 15.00% | $24.00 | $136.00 |
| 181 | Eighteen Small Stencils of Assorted Design | 24307 | $261.00 | 15.00% | $39.15 | $221.85 |
| 182 | Four Flats of Plastic 5 Gallon Bucket Lids | 17439 | $100.00 | 15.00% | $15.00 | $85.00 |
| 183 | Approximately Eight Boxes of Heavy Duty Caulk Guns and Two Boxes of PB Washer and Screws | 16909 | $120.00 | 15.00% | $18.00 | $102.00 |
| 184 | Assortment of Concrete Tools. Magic Trowels, Rub Bricks, Mixer Bits, Wooden Handles | 8237 | $100.00 | 15.00% | $15.00 | $85.00 |
| 185 | Assortment of Concrete Hand Tools Trowels | 24439 | $120.00 | 15.00% | $18.00 | $102.00 |
| 186 | Two Pallets of Assorted Open Partial Perma-Crete Products | 14623 | $110.00 | 15.00% | $16.50 | $93.50 |
| 187 | Werner 6 Foot Fiberglass Step Ladder | 13673 | $61.00 | 15.00% | $9.15 | $51.85 |
| 188 | Werner 6 Foot Aluminum Step Ladder | 24433 | $30.00 | 15.00% | $4.50 | $25.50 |

470 Woodycrest Avenue · Nashville, TN 37210
615-517-7675 · info@mclemoreauction.com

| Lot | Description | Bidder | High Bid | Commission % | Commission Amt. | Proceeds |
|-----|-------------|--------|----------|--------------|-----------------|----------|
| 189 | Two Liefheit Step Stools Ladders | 24431 | $42.00 | 15.00% | $6.30 | $35.70 |
| 190 | Set of Fork Lift Forks | 12374 | $71.00 | 15.00% | $10.65 | $60.35 |
| 191 | Assortment of Pneumatic Bits and Metal Cart and Rolling Dolling | 21496 | $70.00 | 15.00% | $10.50 | $59.50 |
| 192 | Professional Display | 24307 | $160.00 | 15.00% | $24.00 | $136.00 |
| 193 | Fifty 40 Pound Bags of Perma-Crete Matrix MIx | 24414 | $60.00 | 15.00% | $9.00 | $51.00 |
| 194 | Fifty 40 Pound Bags of Perma-Crete Matrix Mix | 24414 | $60.00 | 15.00% | $9.00 | $51.00 |
| 195 | Fifty 40 Pound Bags Perma-Crete Matrix Mix | 24414 | $60.00 | 15.00% | $9.00 | $51.00 |
| 196 | Fifty 40 Pound Bags Perma-Crete Matrix Mix | 15595 | $55.00 | 15.00% | $8.25 | $46.75 |
| 197 | Fifty 40 Pound Bags Perma-Crete Matrix Mix | 24322 | $45.00 | 15.00% | $6.75 | $38.25 |
| 198 | Fifty 40 Pound Bags Perma-Crete Matrix Mix | 21031 | $46.00 | 15.00% | $6.90 | $39.10 |
| 199 | Fifty 40 Pound Bags Perma-Crete Matrix Mix | 18782 | $55.00 | 15.00% | $8.25 | $46.75 |
| 200 | Fifty 40 Pound Bags Perma-Crete Matrix Mix | 24383 | $55.00 | 15.00% | $8.25 | $46.75 |
| 201 | Fifty 40 Pound Bags Perma-Crete Matrix Mix | 21031 | $50.00 | 15.00% | $7.50 | $42.50 |
| 202 | Twenty Two 40 Pound Bags Perma-Crete Matrix Mix | 24383 | $24.00 | 15.00% | $3.60 | $20.40 |
| 203 | Fifty 40 Pound Bags Perma-Crete Matrix Mix | 21031 | $50.00 | 15.00% | $7.50 | $42.50 |
| 204 | Fifty 40 Pound Bags Perma-Crete Matrix Mix | 24383 | $55.00 | 15.00% | $8.25 | $46.75 |
| 205 | Christmas Decorations and Tree | 24365 | $5.00 | 15.00% | $0.75 | $4.25 |
| 206 | Color Pigment Granules | 13583 | $2.00 | 15.00% | $0.30 | $1.70 |
| 207 | Color Pigment Granules | 21496 | $13.00 | 15.00% | $1.95 | $11.05 |
| 208 | Barrel Drum Hand Truck | 24430 | $75.00 | 15.00% | $11.25 | $63.75 |
| 209 | Three 250 Count Cardboard Pallet Trays | 21031 | $9.00 | 15.00% | $1.35 | $7.65 |
| 210 | Assorted Cardboard Boxes | 24433 | $40.00 | 15.00% | $6.00 | $34.00 |
| 211 | Four Barrels Pliotec 7104 and Two Barrels Polyfuo 190 | 1136 | $1.00 | 15.00% | $0.15 | $0.85 |
| 212 | Caulk Tubes | 11250 | $3.00 | 15.00% | $0.45 | $2.55 |
| 213 | Four 4 Drawer Black Filing Cabinets from HON | 24325 | $27.00 | 15.00% | $4.05 | $22.95 |
| 214 | Four 4 Drawer Black File Cabinets by Hon | 12374 | $30.00 | 15.00% | $4.50 | $25.50 |

**McLEMORE** | **A U C T I O N**
**C O M P A N Y, L L C**

470 Woodycrest Avenue · Nashville, TN 37210
615-517-7675 · info@mclemoreauction.com

**Settlement Details**
**Auction** Complete Liquidation of Quality Systems, Inc. DBA PermaCrete
**Client** Quality Systems, Inc. (24204)
**Contract Number** 4177

| Lot | Description | Bidder | High Bid | Commission % | Commission Amt. | Proceeds |
|-----|-------------|--------|----------|--------------|-----------------|----------|
| 215 | Four 4 Drawer Black Filing Cabinets by Hon | 24324 | $31.50 | 15.00% | $4.73 | $26.77 |
| 216 | Four 4 Drawer Black Filing Cabinets by Hon | 22800 | $20.00 | 15.00% | $3.00 | $17.00 |
| 217 | Four 4 Drawer Black Filing Cabinets by Hon | 23113 | $22.00 | 15.00% | $3.30 | $18.70 |
| 218 | Four 4 Drawer Black Filing Cabinets by Hon | 24324 | $24.50 | 15.00% | $3.68 | $20.82 |
| 219 | Five 4 Drawer Black Filing Cabinets by Hon | 24325 | $25.00 | 15.00% | $3.75 | $21.25 |
| 220 | Four 4 Drawer Black Filing Cabinets by Hon | 12374 | $30.00 | 15.00% | $4.50 | $25.50 |
| 221 | Twenty Boxes of 36 Each Metal Gray Lined 1 Gallon Paint Cans | 24387 | $100.00 | 15.00% | $15.00 | $85.00 |
| 222 | Twenty Boxes of 36 Each Metal Gray Lined 1 Gallon Paint Cans | 24387 | $100.00 | 15.00% | $15.00 | $85.00 |
| 223 | 684 One Gallon Metal Paint Cans | 10996 | $50.00 | 15.00% | $7.50 | $42.50 |
| 224 | Four 4 Drawer Beige Filling Cabinets | 24324 | $45.00 | 15.00% | $6.75 | $38.25 |
| 225 | Four 4 Drawer Beige Filing Cabinets | 24324 | $55.00 | 15.00% | $8.25 | $46.75 |
| 226 | Fifty 40 Pound Bags Perma-Crete Matrix Mix | 24438 | $60.00 | 15.00% | $9.00 | $51.00 |
| 227 | Fifty 40 Pound Bags Perma-Crete Matrix Mix | 24383 | $60.00 | 15.00% | $9.00 | $51.00 |
| 228 | Fifty 40 Pound Bags Perma-Crete Matrix Mix | 24438 | $60.00 | 15.00% | $9.00 | $51.00 |
| 229 | Fifty 40 Pound Bags Perma-Crete Matrix Mix | 21031 | $35.00 | 15.00% | $5.25 | $29.75 |
| 230 | Fifty 40 Pound Bags Perma-Crete Matrix Mix | 21031 | $50.00 | 15.00% | $7.50 | $42.50 |
| 231 | Fifty 40 Pound Bags Perma-Crete Matrix Mix | 21031 | $35.00 | 15.00% | $5.25 | $29.75 |
| 232 | Fifty 40 Pound Bags Perma-Crete Matrix Mix | 24383 | $65.00 | 15.00% | $9.75 | $55.25 |
| 233 | Fifty 40 Pound Bags Perma-Crete Matrix Mix | 18782 | $40.00 | 15.00% | $6.00 | $34.00 |
| 234 | Fifty 40 Pound Bags Perma-Crete Matrix Mix | 24438 | $40.00 | 15.00% | $6.00 | $34.00 |
| 235 | Fifty 40 Pound Bags Perma-Crete Matrix Mix | 24438 | $40.00 | 15.00% | $6.00 | $34.00 |
| 236 | Fifty 40 Pound Bags Perma-Crete Matrix Mix | 24383 | $45.00 | 15.00% | $6.75 | $38.25 |
| 237 | Fifty 40 Pound Bags Perma-Crete Matrix Mix | 24383 | $45.00 | 15.00% | $6.75 | $38.25 |
| 238 | Fifty 40 Pound Bags Perma-Crete Matrix Mix | 22638 | $30.00 | 15.00% | $4.50 | $25.50 |
| 239 | Fifty 40 Pound Bags Perma-Crete Matrix Mix | 24322 | $40.00 | 15.00% | $6.00 | $34.00 |
| 240 | Thirty Five 40 Pound Bags Perma-Crete Matrix Mix | 21031 | $35.00 | 15.00% | $5.25 | $29.75 |

**Settlement Details**

McLEMORE AUCTION COMPANY, LLC

**Auction** Complete Liquidation of Quality Systems, Inc. DBA PermaCrete
**Client** Quality Systems, Inc. (24204)
**Contract Number** 4177

470 Woodycrest Avenue · Nashville, TN 37210
615-517-7675 · info@mclemoreauction.com

| Lot | Description | Bidder | High Bid | Commission % | Commission Amt. | Proceeds |
|-----|-------------|--------|----------|--------------|-----------------|----------|
| 241 | Fifty 40 Pound Bags Perma-Crete Matrix Mix | 24383 | $35.00 | 15.00% | $5.25 | $29.75 |
| 242 | Fifty 40 Pound Bags Perma-Crete Matrix Mix | 24383 | $35.00 | 15.00% | $5.25 | $29.75 |
| 243 | Twenty Four 40 Pound Bags Perma-Crete Matrix Mix | 19189 | $20.00 | 15.00% | $3.00 | $17.00 |
| 244 | Twenty One 40 Pound Bags Perma-Crete Matrix Mix | 18790 | $18.09 | 15.00% | $2.71 | $15.38 |
| 245 | Fifty 40 Pound Bags Perma-Crete Matrix Mix | 24383 | $33.08 | 15.00% | $4.96 | $28.12 |
| 247 | 6 Sheets of 10' Sheetrock and 5 Sheets of Plywood and a Pre Hung Door | 22638 | $19.00 | 15.00% | $2.85 | $16.15 |
| 248 | Approximately 132 Five Gallon Metal Buckets | 24387 | $132.00 | 15.00% | $19.80 | $112.20 |
| 249 | Two Pallets of 5 Gallon Plastic Buckets | 17439 | $180.00 | 15.00% | $27.00 | $153.00 |
| 250 | Two Pallets of 5 Gallon Plastic Buckets | 24310 | $180.00 | 15.00% | $27.00 | $153.00 |
| 251 | Two Pallets of 5 Gallon Plastic Buckets | 24347 | $190.00 | 15.00% | $28.50 | $161.50 |
| 252 | 640 Metal 1 Gallon Cans on 2 pallets | 22576 | $2.00 | 15.00% | $0.30 | $1.70 |
| 253 | 640 Metal 1 Gallon Cans on 2 palle | 12368 | $2.00 | 15.00% | $0.30 | $1.70 |
| 254 | 640 Metal 1 Gallon Cans on 2 pallets | 21031 | $2.00 | 15.00% | $0.30 | $1.70 |
| 255 | 320 Plus a Partial Pallet Metal 1 Gallon Cans on 2 pallets | 17200 | $2.00 | 15.00% | $0.30 | $1.70 |
| 256 | Twenty Five Boxes of 36 Each Metal Gray Lined 1 Gallon Cans | 12368 | $24.00 | 15.00% | $3.60 | $20.40 |
| 257 | Twenty Five Boxes of 36 Each Metal Gray Lined 1 Gallon Cans | 12368 | $30.00 | 15.00% | $4.50 | $25.50 |
| 258 | Twenty Five Boxes of 36 Each Metal Gray Lined 1 Gallon Cans | 21031 | $35.00 | 15.00% | $5.25 | $29.75 |
| 259 | Assorted Paper 40 Pound Bags | 15643 | $4.00 | 15.00% | $0.60 | $3.40 |
| 260 | Three Pallets of Assorted Products in Partial Cans | 12556 | $55.00 | 15.00% | $8.25 | $46.75 |
| 261 | Rolling Warehouse Cart | 13962 | $225.00 | 15.00% | $33.75 | $191.25 |
| 262 | Several Cases of 1 Liter Plastic Bottles with Box of Caps | 10196 | $12.00 | 15.00% | $1.80 | $10.20 |
| 263 | Three Industrial Hose Sets | 24322 | $18.00 | 15.00% | $2.70 | $15.30 |
| 264 | Assortment of Hand Tools Shovels, Pick Axes, Scapers, Tamper and Handles | 15643 | $60.00 | 15.00% | $9.00 | $51.00 |
| 265 | Contents of Closet to include Tools and Supplies | 8811 | $185.00 | 15.00% | $27.75 | $157.25 |
| 267 | Assortment of Metal Studs | 8811 | $46.00 | 15.00% | $6.90 | $39.10 |
| 268 | Forty One 40 Pound Bags of Polar Set Matrix Mix | 20299 | $20.00 | 15.00% | $3.00 | $17.00 |

McLEMORE AUCTION COMPANY, LLC
470 Woodycrest Avenue · Nashville, TN 37210
615-517-7675 · info@mclemoreauction.com

| Lot | Description | Bidder | High Bid | Commission % | Commission Amt. | Proceeds |
|-----|-------------|--------|----------|--------------|-----------------|----------|
| 269 | Forty 40 Pound Bags of Ivory Gale Colored Matrix Mix | 13609 | $17.00 | 15.00% | $2.55 | $14.45 |
| 270 | Six Rubbermaid Tubs with Contents of Color Resins | 24378 | $12.00 | 15.00% | $1.80 | $10.20 |
| 271 | Six Rubbermaid Tubs with Contents of Color Resins | 24378 | $20.00 | 15.00% | $3.00 | $17.00 |
| 272 | Eight Bags of Color Resins | 24378 | $1.00 | 15.00% | $0.15 | $0.85 |
| 273 | Six Bags of Color Resins | 24378 | $1.00 | 15.00% | $0.15 | $0.85 |
| 274 | Twelve Bags of Color Resins | 24378 | $1.00 | 15.00% | $0.15 | $0.85 |
| 275 | Seven Bags of Color Resin #834 | 24378 | $1.00 | 15.00% | $0.15 | $0.85 |
| 276 | Twelve 50 Pound Bags of Color Resin #1302 and #1303 | 24378 | $4.00 | 15.00% | $0.60 | $3.40 |
| 277 | Eight 50 Pound Bags of Color Resins # 650 and 1034 | 24378 | $85.00 | 15.00% | $12.75 | $72.25 |
| 278 | Twenty One 50 Pound Bags of Color Resins #918, 180 and the Black Bags | 24378 | $1.00 | 15.00% | $0.15 | $0.85 |
| 279 | Two Pallets of 40 Pound Product Bags | 15643 | $1.00 | 15.00% | $0.15 | $0.85 |
| 280 | Pallet of Several Bags of Resins Soda Ash, Calcium Carbonate Aerogem | 24414 | $1.00 | 15.00% | $0.15 | $0.85 |
| 281 | Thirty One 5 Gallon Buckets of Terra Cotta Sealer | 24347 | $130.00 | 15.00% | $19.50 | $110.50 |
| 282 | Pallet of Miscellaneous Items Used in Concrete Painting and Texture Work | 14623 | $6.00 | 15.00% | $0.90 | $5.10 |
| 283 | Pallet of Miscellaneous Items and Tools, Electric Motors, Hose, Door Locks, Valves | 18790 | $20.00 | 15.00% | $3.00 | $17.00 |
| 284 | Three Hart & Cooley 20" x 20" Light Diffusers and Two Master Flow Flex Conduit Ducts | 22638 | $4.00 | 15.00% | $0.60 | $3.40 |
| 285 | Two Partial Rolls of Coleman Cable 18AWG/2C & 20 AWG/1C Coaxial Cable | 24197 | $10.00 | 15.00% | $1.50 | $8.50 |
| 286 | Twelve 100 Pound Bags of Secar 71 | 24414 | $1.00 | 15.00% | $0.15 | $0.85 |
| 287 | Three Piece Spill Response Kit | 24183 | $12.00 | 15.00% | $1.80 | $10.20 |
| 288 | Eighteen Boxes of Assorted and Sizes of Paint Chips | 21031 | $1.00 | 15.00% | $0.15 | $0.85 |
| 289 | Eighteen Boxes of Assorted and Sizes of Paint Chips | 21031 | $1.00 | 15.00% | $0.15 | $0.85 |
| 290 | Seventeen Boxes of Assorted and Sizes of Paint Chips | 21031 | $1.00 | 15.00% | $0.15 | $0.85 |
| 291 | Twenty Four 40 Pound Bags Polar Grit and Seven 40 Pound Bags of Polar Matrix Mix | 15595 | $23.00 | 15.00% | $3.45 | $19.55 |
| 292 | Twenty 50 Pound Bags of Color Resins | | $0.00 | 15.00% | $0.00 | $0.00 |
| 293 | Twenty Two 50 Pound Bags of Color Resins | | $0.00 | 15.00% | $0.00 | $0.00 |
| 294 | Thirty Four 50 Pound Bags of Color Resin Trowel Rite | | $0.00 | 15.00% | $0.00 | $0.00 |

**Settlement Details**

**Auction** Complete Liquidation of Quality Systems, Inc. DBA PermaCrete

**Client** Quality Systems, Inc. (24204)

**Contract Number** 4177

470 Woodycrest Avenue · Nashville, TN 37210

615-517-7675 · info@mclemoreauction.com

| Lot | Description | Bidder | High Bid | Commission % | Commission Amt. | Proceeds |
|---|---|---|---|---|---|---|
| 295 | Four Bags of Carolina Perlite | 10196 | $3.00 | 15.00% | $0.45 | $2.55 |
| 296 | Large Assortment of Hand Tools | 21496 | $67.00 | 15.00% | $10.05 | $56.95 |
| 297 | Contents of Shelves of Perma-Crete Caulk in Different Colors | 21496 | $80.00 | 15.00% | $12.00 | $68.00 |
| 298 | Contents of Shelves of Assorted Perma-Crete Colorant in Different Colors | 18782 | $75.00 | 15.00% | $11.25 | $63.75 |
| 299 | Pallet of Paint Tinting Colors Used in Mixing Paint Colors | 24383 | $8.00 | 15.00% | $1.20 | $6.80 |
| 300 | Intellectual Property Owned by Quality Systems, Inc. DBA PermaCrete Including Domain Names, Trademarks, Phone Numbers, Logos and Product Formulas | 24339 | $1,700.00 | 15.00% | $255.00 | $1,445.00 |
| 301 | Assortment of Light Bulbs Including 100W Incadesent 175W Mercury Vapor and 15W Small Bulbs | 12556 | $35.00 | 15.00% | $5.25 | $29.75 |
| 302 | Assortment of Florescent Light Ballast | 11618 | $30.00 | 15.00% | $4.50 | $25.50 |
| 303 | Assortment of Parts and Supplies for Paint Sprayers and Texture Sprayers and | 19169 | $71.00 | 15.00% | $10.65 | $60.35 |
| 304 | Cart Included with Computer Printer Monitor Surge Surpressor | 21496 | $61.00 | 15.00% | $9.15 | $51.85 |
| 305 | Assortment of Hand Tools Makita Skill Saw Hammers Gage Tools Wrenches | 1029 | $51.00 | 15.00% | $7.65 | $43.35 |
| 306 | Safety Glasses Particulate Respirators and Hair Nets | 16909 | $21.00 | 15.00% | $3.15 | $17.85 |
| 307 | Four Packages of Welding Stick Electrodes | 24197 | $25.00 | 15.00% | $3.75 | $21.25 |
| 308 | Cabinet with Contents of Labeling Supplies, Plastic Wrap Rolls, Roll of Bubble Wrap and Packing Supplies | 17522 | $80.00 | 15.00% | $12.00 | $68.00 |
| 309 | Two 4 Drawer Filing Cabinets with Keys and 4 Wall Hanging Organizers | 24324 | $51.00 | 15.00% | $7.65 | $43.35 |
| 310 | Wooden Cabinet on Casters with Contents | 24322 | $8.00 | 15.00% | $1.20 | $6.80 |
| 311 | Pencil Hardness Tester and Digital Temperature Controller with Timer | 24324 | $110.00 | 15.00% | $16.50 | $93.50 |
| 312 | Partial Rolls of Fabric from Wicks Aircraft and Motorsports Believed to be Kevlar | 16909 | $50.00 | 15.00% | $7.50 | $42.50 |
| 313 | Metal Hand Truck with Solid Tires | 24383 | $22.00 | 15.00% | $3.30 | $18.70 |
| 314 | Wooden Cabinet on Casters with Contents | 24325 | $2.00 | 15.00% | $0.30 | $1.70 |
| 315 | Four Barrels of Resins and Polymers to Include PD1723 Tamol 850 Dispersant | | $0.00 | 15.00% | $0.00 | $0.00 |
| 316 | Four Barrels of Momentive Resins Epon and Epikure Curing Agent | 21496 | $1.00 | 15.00% | $0.15 | $0.85 |
| 317 | Four Barrels of Resins Epon 828 and 8132 , Bayhydrol and Butyl Benzyl | 24387 | $25.00 | 15.00% | $3.75 | $21.25 |
| 318 | Two Barrels and Two Buckets of Glass Sand | 24183 | $1.00 | 15.00% | $0.15 | $0.85 |

**Settlement Details**

Page 13 of 13

**Auction** Complete Liquidation of Quality Systems, Inc. DBA PermaCrete

**Settlement Date** November 24, 2015

**Client** Quality Systems, Inc. (24204)

**Contract Number** 4177

470 Woodycrest Avenue · Nashville, TN 37210

615-517-7675 · info@mclemoreauction.com

| Lot | Description | Bidder | High Bid | Commission % | Commission Amt. | Proceeds |
|---|---|---|---|---|---|---|
| 319 | Assortment of Computer Equipment. CPU's, Monitors, Keyboards, Cables, Printers, Software and 3 Paper Shredders. | 24433 | $420.00 | 15.00% | $63.00 | $357.00 |
| 320 | Four 4 Drawer Filing Cabinets | 24433 | $41.00 | 15.00% | $6.15 | $34.85 |
| 321 | Three 4 Drawer Filing Cabinets | 24365 | $45.00 | 15.00% | $6.75 | $38.25 |
| 322 | Assortment of Office Supplies. Binders, Organizers, Sheet Protectors, Pens, Markers, Staplers | 24433 | $110.00 | 15.00% | $16.50 | $93.50 |
| 323 | Six 4 Drawer Filing Cabinets | 24433 | $190.00 | 15.00% | $28.50 | $161.50 |
| 324 | Six 4 Drawer HON Filing Cabinets | 23113 | $160.00 | 15.00% | $24.00 | $136.00 |
| 325 | Canon Fax Machine, Bostiitch Large Stapler and GBC ClassicCut CL100 Paper Cutter | 19218 | $48.00 | 15.00% | $7.20 | $40.80 |
| 326 | Assortment of Colored Paper and Copy Paper | 24365 | $23.00 | 15.00% | $3.45 | $19.55 |
| 327 | Approximately Fourteen Office Trash Cans | 24433 | $4.00 | 15.00% | $0.60 | $3.40 |
| 328 | Three 44 Gallon Rubbermaid Brute Commercial Trash Cans with Lids | 1119 | $61.00 | 15.00% | $9.15 | $51.85 |
| 329 | Four Rolling Trash Cans. Three with Lids | 24433 | $38.00 | 15.00% | $5.70 | $32.30 |
| 330 | Two 44 Gallon Rubbermaid Brute Commercial Trash Cans with Lids | 1119 | $41.02 | 15.00% | $6.15 | $34.87 |
| 331 | Box of Demand CGO 2" Congrip Masonry Fasterners | 11250 | $6.00 | 15.00% | $0.90 | $5.10 |
| 332 | Two Fans | 24433 | $38.00 | 15.00% | $5.70 | $32.30 |
| 333 | Seapower Large Coffee Table Book on History of the US Navy and a Framed Picture of Antique Cars with Information Panels | 1029 | $6.00 | 15.00% | $0.90 | $5.10 |
| 334 | Three Cabinets Work Counters | 24325 | $2.00 | 15.00% | $0.30 | $1.70 |
| 335 | Adventure Precision Scale | 24324 | $150.00 | 15.00% | $22.50 | $127.50 |
| 336 | Six 50 Gallon Metal Barrels on Pallets | 23080 | $22.00 | 15.00% | $3.30 | $18.70 |
| 151301 | Lot #294 | 24426 | $9.09 | 15.00% | $1.36 | $7.73 |
| **327 Lots** | | | **$81,577.22** | | **$12,236.58** | **$69,340.64** |

Fill in this information to identify the case:

Debtor name    **Quality Systems, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

Debtor name  **Quality Systems, Inc.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

---

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,600.00 | $1,600.00 |
| **Lora Clark**<br>**238 Stadium Drive**<br>**Hendersonville, TN 37075** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**80 Hours Unpaid Vacation Time** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,384.32 | $1,384.32 |
| **Mark A. Noble**<br>**1858 Old Springfield Hwy.**<br>**Greenbrier, TN 37072** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**64 Hours of Unpaid Vacation Time** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    23626                    Best Case Bankruptcy

Case 3:16-bk-01905    Doc 1    Filed 03/17/16    Entered 03/17/16 08:41:21    Desc Main
Document      Page 28 of 377

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,309.60 | $2,309.60 |
|---|---|---|---|---|

**Stacey Nash**
**1710 Long Hollow Pike**
**Gallatin, TN 37066**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**80 Hours Unpaid Vacation Time**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,232.00 | $12,475.00 |
|---|---|---|---|---|

**William Pendleton**
**320 Conley Road**
**Woodbury, TN 37190**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**800 Hours of Unpaid Vacation Time**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,750.00 |
|---|---|---|---|

**3D SMART STRUCTURES**
**332 SANGRE CIRCLE**
**RENO, NV 89511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **3877**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.00 |
|---|---|---|---|

**4-STAR ENTERPRISES, INC.**
**P. O. BOX 2273**
**BISMARK, ND 58502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **1829**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,630.00 |
|---|---|---|---|

**4B CONCRETE COATINGS, LLC**
**1089 South 131st Street**
**Gilbert, AZ 85233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **4890**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $409.00 |
|---|---|---|---|

**A & B INC.**
**5800 N MAIN**
**DURANGO, CO 81301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  2125

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,875.00 |
|---|---|---|---|

**A & W CONSTRUCTION**
**1259 DUTCH RIDGE RD**
**ELLWOOD CITY, PA 16117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  4525

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,189.00 |
|---|---|---|---|

**A BETTER HOME CO.**
**P.O. BOX 152**
**SELINSGROVE, PA 17870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  2753

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $790.00 |
|---|---|---|---|

**A HELPING HAND, L.L.C.**
**18 BUCKINGHAM STREET**
**OAKVILLE, CT 06779**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  3430

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $868.00 |
|---|---|---|---|

**A RENEWED SURFACE**
**3132 NORTH SHORE DR. SE**
**ALBANY, OR 97322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  4461

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $539.00 |
|---|---|---|---|

**A-J EXPRESS**
**361 RODEO LN.**
**MESQUITE, NV 89027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  3699

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $154.00 |
|---|---|---|---|

**A. H. CONTRACTING**
**860 STIERS ROAD**
**WATERFORD, OH 45786**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  3396

Is the claim subject to offset? ☑ No  ☐ Yes

Case 3:16-bk-01905   Doc 1   Filed 03/17/16   Entered 03/17/16 08:41:21   Desc Main
Document    Page 30 of 377

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $579.80 |
| --- | --- | --- | --- |

**A.A.B. BUILDING SYSTEMS**
**11380 PROSPERITY FARMS #102**
**PALM BEACH GARDENS, FL 33410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __1756__

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,999.00 |
| --- | --- | --- | --- |

**A.B.C. CONSTRUCTION COMPANY**
**55 GRIGGS AVE**
**PORT MONMOUTH, NJ 07758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __3067__

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $442.40 |
| --- | --- | --- | --- |

**A.B.C. LAWNCARE**
**P.O. BOX 626**
**TROUTMAN, NC 28166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __3115__

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $165.50 |
| --- | --- | --- | --- |

**A.C.R.S., INC.**
**P.O. BOX 3470**
**BRENTWOOD, TN 37024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __1863__

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $639.00 |
| --- | --- | --- | --- |

**A.I.S. COMPANY**
**BOX 234**
**LAKE ZURICH, IL 60047-0234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __3333__

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $39.28 |
| --- | --- | --- | --- |

**A.J. ANGEL CARDENAS**
**141 05 S GREEN BAY AVE**
**AURORA, IL 60506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __2638__

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
| --- | --- | --- | --- |

**A.L.R., INC.**
**5500 SOUTH MAIN STREET**
**WINSTON-SALEM, NC 27107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __2198__

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:16-bk-01905   Doc 1   Filed 03/17/16   Entered 03/17/16 08:41:21   Desc Main
Document     Page 31 of 377

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $815.10 |
|---|---|---|---|

**A.M.K. CONSTRUCTION**

LAKE ZURICH, IL 60047

Date(s) debt was incurred  _

Last 4 digits of account number  **2935**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55.00 |
|---|---|---|---|

**A.R.C.O., INC.**
604 MT. HOOD DRIVE
ANTIOCH, TN 37013

Date(s) debt was incurred  _

Last 4 digits of account number  **2092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,391.50 |
|---|---|---|---|

**A.R.T. OF OKLAHOMA**
806 ESTHER AVE
MIDWEST CITY, OK 73130

Date(s) debt was incurred  _

Last 4 digits of account number  **3791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $103.50 |
|---|---|---|---|

**A1 RESURFACING SOLUTIONS LLC**
8023 FOREST GLEN RD.
CLAREMORE, OK 74019

Date(s) debt was incurred  _

Last 4 digits of account number  **3495**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $370.00 |
|---|---|---|---|

**AAA RESURFACING**
2551 NW 19TH ST.
OKLAHOMA CITY, OK 73107

Date(s) debt was incurred  _

Last 4 digits of account number  **3532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**AARON LONGHOFER**
112 HWY 170
READING, KS 66868

Date(s) debt was incurred  _

Last 4 digits of account number  **5343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,005.08 |
|---|---|---|---|

**ABBY INC.**
4417 13TH ST #333
ST CLOUD, FL 34769

Date(s) debt was incurred  _

Last 4 digits of account number  **5103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,410.00 |
|---|---|---|---|

**ABC CONCRETE FINISHERS INC**
**131 MILLSTONE WAY**
**CANTON, GA 30015**

Date(s) debt was incurred _
Last 4 digits of account number **4350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,650.00 |
|---|---|---|---|

**ACCENT CONCRETE SOLUTIONS**
**1534 VIRGINIA ST EAST**
**CHARLESTON, WV 25311**

Date(s) debt was incurred _
Last 4 digits of account number **3974**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**ACCESSORY DEPOT & PERMA-TECH**
**8301 ROCHESTER**
**LUBBOCK, TX 79424**

Date(s) debt was incurred _
Last 4 digits of account number **2865**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,875.00 |
|---|---|---|---|

**ACCURATE  CONSTRUCTION CO**
**42 VIRGINIA STREET**
**SOUTH RIVER, NJ 08877**

Date(s) debt was incurred _
Last 4 digits of account number **4173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,186.93 |
|---|---|---|---|

**ACCURATE BUILDING CONTRACTORS**
**P.O. BOX 2477**
**CLOVIS, CA 93613**

Date(s) debt was incurred _
Last 4 digits of account number **2696**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.99 |
|---|---|---|---|

**ACQUA BELLA POOLS**
**P O BOX 4342**
**CARLSBAD, CA 92018**

Date(s) debt was incurred _
Last 4 digits of account number **1693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,622.00 |
|---|---|---|---|

**ADAM FLOYD**
**2738 POCKET RD**
**Whitwell, TN 37397**

Date(s) debt was incurred _
Last 4 digits of account number **4900**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case 3:16-bk-01905   Doc 1   Filed 03/17/16   Entered 03/17/16 08:41:21   Desc Main
Document      Page 33 of 377

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $806.00 |
|---|---|---|---|

**ADQ CONSTRUCTION & ENT., LLC**
**610 E SWITZLER**
**CENTRALIA, MO 65240**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5257**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.37 |
|---|---|---|---|

**ADURABLE DESIGN**
**1408 EASTLAND AVE.**
**NASHVILLE, TN 37206**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2424**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.70 |
|---|---|---|---|

**ADVANCED ARCHITECTURAL APPL.**
**7218 MEADOWBROOK AVE**
**BATON ROUGE, LA 70810**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2662**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**ADVANCED CONCRETE RESTORATION**
**5755 E. CAMDEN ST.**
**TUCSON, AZ 85712**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3144**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,806.00 |
|---|---|---|---|

**ADVANCED CONSTRUCTION ALTERNAT**
**1454 POSTROCK DRIVE**
**HAYS, KS 67601**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4206**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,875.00 |
|---|---|---|---|

**ADVANCED HOME SOLUTIONS**
**1028 PEPPER CIRCLE**
**ACWORTH, GA 30101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4349**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**ADVANCED SURFACES OF COLUMBIA**
**190 STONEBRIDGE DR.**
**GASTON, SC 29053**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3127**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 3:16-bk-01905   Doc 1   Filed 03/17/16   Entered 03/17/16 08:41:21   Desc Main
Document    Page 34 of 377

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|------|---|---|---|

**ADVANCED TECHNOLOGY DEVELOPMEN**
**407 SOUTH MAIN STREET**
**GREENVILLE, TN 37743**

Date(s) debt was incurred _

Last 4 digits of account number  **2556**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $285.00 |
|------|---|---|---|

**ADVANTAGE CONCRETE SOLUTIONS**

**ARLINGTON, TX 76001**

Date(s) debt was incurred _

Last 4 digits of account number  **3018**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18.00 |
|------|---|---|---|

**AFFORDABLE PAINT & COATINGS**
**580 STARGAZER WAY**
**FLORENCE, MT 59833**

Date(s) debt was incurred _

Last 4 digits of account number  **3351**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.80 |
|------|---|---|---|

**AKITA CONCRETE**
**38 CARNFORTH ROAD**
**NORTH YORK, ON, M4A2K7, CANADA**

Date(s) debt was incurred _

Last 4 digits of account number  **1643**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,476.00 |
|------|---|---|---|

**ALBERT L. WASHINGTON**
**6718 ROLLING ROAD**
**SPRINGFIELD, VA 22152**

Date(s) debt was incurred _

Last 4 digits of account number  **4464**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,404.00 |
|------|---|---|---|

**ALEX DRAKE**
**RR 1 BOX 3644**
**TOWNSEND, GA 31331-9455**

Date(s) debt was incurred _

Last 4 digits of account number  **4219**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,875.00 |
|------|---|---|---|

**ALEX ENANIAN**
**2550 HEMPSTEAD TURNPIKE**
**EAST MEADOW, NY 11554**

Date(s) debt was incurred _

Last 4 digits of account number  **4229**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Case 3:16-bk-01905   Doc 1   Filed 03/17/16   Entered 03/17/16 08:41:21   Desc Main
Document   Page 35 of 377

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,806.00 |
|------|---|---|---|

**ALEX SPEISMACHER**
**3375 N COUNTRYCLUB DR**
**#1603**
**AVENTURA, FL 33180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **4678**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,850.00 |
|------|---|---|---|

**ALEXANDER CONSTRUCTION**
**118 EAST COUNCIL ST.**
**SALISBURY, NC 28144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **4087**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,487.50 |
|------|---|---|---|

**ALFREDO GARZA**
**1005 W NOLANA**
**STE B**
**MCALLEN, TX 78504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **4445**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|---|---|---|

**ALICE BRANTON**
**ASV SOLUTIONS, INC.**
**10624 SOUTH EASTERN AVE., STE. A-969**
**HENDERSON, NV 89052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,595.00 |
|------|---|---|---|

**ALL AMERICAN PAINTING COMPANY**
**9400 Irvington Ave**
**St. Louis, MO 63134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **4625**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,912.00 |
|------|---|---|---|

**ALL CARE, INC.**
**5859 West Fairview**
**Boise, ID 83706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **4612**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,731.00 |
|------|---|---|---|

**ALL PHAZE CONSTRUCTION**
**13489 ARGYLE**
**SOUTHGATE, MI 48195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **2408**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 3:16-bk-01905   Doc 1   Filed 03/17/16   Entered 03/17/16 08:41:21   Desc Main
Document      Page 36 of 377

| | |
|---|---|
| 3.53 | **Nonpriority creditor's name and mailing address** |

**ALL PRO GARAGE COMPANY**
**92 Tulip Lane**
**Colts Neck, NJ 07722**

Date(s) debt was incurred _

Last 4 digits of account number **3420**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,147.00**

---

| | |
|---|---|
| 3.54 | **Nonpriority creditor's name and mailing address** |

**ALL PRO SERVICE MANAGEMENT**
**2211 WEST FIRST STREET S-108**
**TEMPE, AZ 85281**

Date(s) debt was incurred _

Last 4 digits of account number **3062**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

| | |
|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address** |

**ALL SEASONS LAWNSCAPES**
**P.O. BOX 394**
**CHATHAM, IL 62629**

Date(s) debt was incurred _

Last 4 digits of account number **4986**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,700.65**

---

| | |
|---|---|
| 3.56 | **Nonpriority creditor's name and mailing address** |

**ALL SURFACE**
**3390 OLD NAILS CREEK ROAD**
**ROCKFORD, TN 37853**

Date(s) debt was incurred _

Last 4 digits of account number **2681**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,211.40**

---

| | |
|---|---|
| 3.57 | **Nonpriority creditor's name and mailing address** |

**ALL SVC UNLIMITED**
**7 PRINCETON DR**
**VOORHEES, NJ 08043**

Date(s) debt was incurred _

Last 4 digits of account number **3792**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

| | |
|---|---|
| 3.58 | **Nonpriority creditor's name and mailing address** |

**ALLCRETE COATINGS**
**3830 CAMDEN DRIVE**
**MYRTLE BEACH, SC 29588**

Date(s) debt was incurred _

Last 4 digits of account number **4486**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$97.00**

---

| | |
|---|---|
| 3.59 | **Nonpriority creditor's name and mailing address** |

**ALLCRETE DESIGN**
**48 BAMBI CRES**
**KESWICK, ON, ON L4P 4C6**

Date(s) debt was incurred _

Last 4 digits of account number **5063**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,506.00**

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
|---|---|---|---|
| | **ALLEN CAYER**<br>**PO BOX 312**<br>**HENNIKER, NH 03242** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **3458** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$120.00** |
|---|---|---|---|
| | **ALLEN NAYLOR**<br>**1241 PARK PLACE NE SUITE B**<br>**CEDAR RAPIDS, IA 52402** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **3987** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|
| | **ALLEN O'NAN**<br>**579 MIAMI ST.**<br>**TIFFIN, OH 44883** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **3245** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$298.50** |
|---|---|---|---|
| | **ALLEN WHITE**<br>**100 County Road 636**<br>**Rogersville, AL 35652** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **4584** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,000.00** |
|---|---|---|---|
| | **ALLSTATE DISTRIBUTION**<br>**14152 Terrace Road**<br>**Ham Lake, MN 55304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **4853** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$334.00** |
|---|---|---|---|
| | **AMAZING SURFACES**<br>**206 NORTH MAIN STREET**<br>**WAELDER, TX 78959** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **3029** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|
| | **AMCOR PRECAST/ UT**<br>**P. O. BOX 9489**<br>**OGDEN, UT 84409-0489** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **2115** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |
|---|---|---|---|

**AMERICAN CONCRETE COATINGS**
**39656 AVENIDA MIGUEL OESTE**
**MURIETTA, CA 92563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number __3915__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,186.00 |
|---|---|---|---|

**AMERICAN CONSTRUCTION & MAINT.**
**49 LEVENWORTH ST.**
**SUITE 305**
**WATERBURY, CT 06702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number __4934__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.00 |
|---|---|---|---|

**AMERICAN POOL & DECK**
**6 EAST MONROE AVE**
**LINWOOD, NJ 08221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number __1603__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,761.00 |
|---|---|---|---|

**AMERICAN RESURFACING COMPANY**
**10390 POINT ROCK ROAD**
**TABERG, NY 13471**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number __3809__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $823.00 |
|---|---|---|---|

**AMERICAN SAFETY & EQUIPMENT**
**3268 ADVENTURE LANE**
**OXFORD, MI 48371**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number __3242__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,835.00 |
|---|---|---|---|

**AMERY WORTHINGTON**
**3766 DIXIE COURT S.E.**
**Cleveland, TN 37323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number __4544__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**AMIE BOWE**
**P.O. Box ex29005**
**Exuma District, Bahamas**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number __4792__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Quality Systems, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$565.24** |
|---|---|---|---|

**ANAND ENTERPRISES**
**308 LONGFORD DR**
**ROCHESTER HILLS, MI 48309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **3497**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**ANDREAS SALZMANN**
**TREND TRADING & INVESTMENTS, INC.**
**2211 ENCINITAS BLVD.**
**ENCINITAS, CA 92024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$249.31** |

**ANDREW PINDER**
**P.O. BOX 555940**
**NASSAU, BAHAMAS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **2698**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,547.00** |

**ANDY LAMMERS**
**800 EDGEHILL RD.**
**FINDLAY, OH 45840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **4607**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,385.00** |

**ANDY TOSHIE**
**1504 HUNTERS MILL PLACE**
**OVIEDO, FL 32765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **4474**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,400.00** |

**ANTHONY CAMP**
**15 Tabor Forest Dr**
**Oxford, GA 30054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **4739**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,156.00** |

**ANTHONY JONES**
**10 CASHELL CT**
**BALTIMORE, MD 21236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **3993**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$242.00** |
|------|--|--|--|

**ANY-TIME SPAS & POOLS, INC.**
519 C. PULASKI HWY
JOPPA, MD 21085

Date(s) debt was incurred _

Last 4 digits of account number  **1779**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,875.00** |
|------|--|--|--|

**ANYTIME HOME SERVICES**
3208 N. 54TH ST.
KANSAS CITY, KS 66104

Date(s) debt was incurred _

Last 4 digits of account number  **3157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$383.06** |
|------|--|--|--|

**APEX CONCRETE SOLUTIONS, INC**
22 A CHANDLER CT.
HUDSON, NH 03051

Date(s) debt was incurred _

Last 4 digits of account number  **4065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13.00** |
|------|--|--|--|

**APOLLO CRETE**
661 RIDGEWAY
TWIN FALLS, ID 83301

Date(s) debt was incurred _

Last 4 digits of account number  **4175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,156.50** |
|------|--|--|--|

**APOLLO ENTERPRISES**
18403 WILD HORSE CREEK
CHESTERFIELD, MO 63005

Date(s) debt was incurred _

Last 4 digits of account number  **2621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$613.00** |
|------|--|--|--|

**APPLE PATCH, INC.**
8006 PARK GLEN
HOUSTON, TX 77049

Date(s) debt was incurred _

Last 4 digits of account number  **2544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$252.10** |
|------|--|--|--|

**AQUATIC POOL & SPA**
7023 SANGER AVE
WACO, TX 76710

Date(s) debt was incurred _

Last 4 digits of account number  **4092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |
|---|---|---|---|

**AQUSEAL,INC.**
**2400 BROADWAY**
**E. ST. LOUIS, IL 62207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2011**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,804.00 |
|---|---|---|---|

**ARCHI-TEXTURES CORP**
**106 OLYMPUS WAY**
**JUPITER, FL 33420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4389**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,472.95 |
|---|---|---|---|

**ARCHITECTURAL INTERIORS**
**157 OLD LARKINSVILLE RD.**
**SCOTTSBORO, AL 35768**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4110**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,346.00 |
|---|---|---|---|

**ARMADILLO COATINGS**
**N2825 SHORE DRIVE**
**MARINETTE, WI 54143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4144**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,235.00 |
|---|---|---|---|

**ARMOR CRETE OF S. TEXAS**
**120 GREEN AVE.**
**TAFT, TX 78390**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2355**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,837.00 |
|---|---|---|---|

**ARMOR SURFACES**
**15587 OAKBROOK**
**ROMULUS, MI 48174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5237**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $987.00 |
|---|---|---|---|

**ARMORCRETE OF AUSTIN**
**9360 BERNOULLI DRIVE**
**AUSTIN, TX 78748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2549**

Is the claim subject to offset? ■ No ☐ Yes

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,040.00 |

**ARNER PROPERTIES, INC.**
**140 E. CENTER ST.**
**NESQUEHONING, PA 18240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3906**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.00 |

**ARROW FLOOR COVERING, INC.**
**220 SHINING MOON PATH**
**GILBERTS, IL 60136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3823**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Arrowhead Systems, Inc.**
**124 North Columbus Street**
**Randolph, WI 53956**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,850.00 |

**ART CUEVAS CONSTRUCTION, INC.**
**7406 83RD STREET**
**LUBBOCK, TX 79424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2124**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,650.00 |

**ART MURDOCK**

**LONG BEACH, CA 90807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3521**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,275.00 |

**ARTE DISENO CONSTRUICCION**
**AVE. J. CANTU LEAL 1415**
**CO.BUENO AIRES   64800**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1867**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $328.00 |

**ARTFULL CONCRETE**
**72 64TH STREET**
**CLEAR LAKE, WI 54005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4542**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case 3:16-bk-01905   Doc 1   Filed 03/17/16   Entered 03/17/16 08:41:21   Desc Main
Document     Page 43 of 377

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $454.00 |
|---|---|---|---|

**ARTISTIC CONCRETE DESIGN**
**100 WESLEY DRIVE**
**NEW BURN, NC 28562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4357**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,010.00 |
|---|---|---|---|

**ARTISTIC CONCRETE RESURFACING**
**5301 Nevada Ave.**
**Nashville, TN 37209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4740**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,141.00 |
|---|---|---|---|

**ARTISTIC CONCRETE TECH, INC.**
**3817 LEMAY FERRY RD, STE 102**
**ST. LOUIS, MO 63125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1951**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $280.65 |
|---|---|---|---|

**ARTISTIC POOL**
**31 BUTTON SHOP ROAD**
**NEWTON, CT 06470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1819**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $997.25 |
|---|---|---|---|

**ASH KUMAR**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2961**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,875.00 |
|---|---|---|---|

**ASI DEVELOPMENT**
**3611 EXETOR WAY**
**DURHAM, NC 27707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4184**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,274.00 |
|---|---|---|---|

**ASPEN GLOW CONSTRUCTION**
**P. O. BOX 5614**
**FARMINGTON, NM 87499**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1807**

Is the claim subject to offset? ■ No ☐ Yes

Case 3:16-bk-01905   Doc 1   Filed 03/17/16   Entered 03/17/16 08:41:21   Desc Main
Document    Page 44 of 377

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4.00** |
|---|---|---|---|

**ASPEN REMODEL & CONSTRUCTION**
**807 BOWYER LANE**
**LEXINGTON, VA 24450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5002**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$361.00** |
|---|---|---|---|

**AUNIQUE CONCRETE**
**C/O CLASSIC BUS PRODUCTS**
**7828 HWY 90 EAST**
**MORGAN CITY, LA 70380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4512**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$134.00** |
|---|---|---|---|

**AURELIJA ANDREWS**
**1625 MIDVALLEY DRIVE #1**
**SUITE 101**
**STEAMBOAT SPRIN, CO 80487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3292**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,620.60** |
|---|---|---|---|

**AV HARDSCAPES**
**2756 PEWTER AVE**
**PALMDALE, CA 93550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4109**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,530.00** |
|---|---|---|---|

**AVALON PROPERTIES INC.**
**AVALON GREEN**
**1 TOWN GREEN DRIVE**
**ELMFORD, NY 10523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2225**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**AZTECH INC.**
**7455 W. DUVAN DRIVE**
**TENLEY PARK, IL 60477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2187**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$800.00** |
|---|---|---|---|

**B & B RESURFACING**
**135 BLACKHORSE ROAD**
**MARSHFIELD, MO 65706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4047**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $372.00 |
|---|---|---|---|

**B & F CONCRETE DESIGNS**
**2005 BARLEY DRIVE**
**LA PLATA, MD 20646**

Date(s) debt was incurred _
Last 4 digits of account number __4345__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.21 |
|---|---|---|---|

**B & P FABRICATORS**
**1484 LINEN DRIVE**
**MYRTLE BEACH, SC 29577**

Date(s) debt was incurred _
Last 4 digits of account number __2441__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**B & T CAR COMPANY**
**1625 WYATT WAY**
**BLACKLICK, OH 43004**

Date(s) debt was incurred _
Last 4 digits of account number __2820__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34.98 |
|---|---|---|---|

**BACK YARD CREATIONS**
**PO BOX 665**
**ALAMOSA, CO 81101**

Date(s) debt was incurred _
Last 4 digits of account number __5212__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8.20 |
|---|---|---|---|

**BAER CONSTRUCTION CO., INC.**
**300 WEST N. STREET**
**PRINCEVILLE, IL 61559**

Date(s) debt was incurred _
Last 4 digits of account number __1912__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $640.00 |
|---|---|---|---|

**BAILEYS DECORATIVE CONCRETE**
**4219 SURFSIDE CIRCLE**
**SPRING HILL, FL 34606**

Date(s) debt was incurred _
Last 4 digits of account number __3983__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,611.50 |
|---|---|---|---|

**BALLEW CONSTRUCTION**
**3-A BISBEE LANE**
**Santa Fe, NM 87508**

Date(s) debt was incurred _
Last 4 digits of account number __4771__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00** |
|---|---|---|---|

**BARRIER CORP**
**7831 N. NAGLE**
**MORTON GROVE, IL 60053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __2410__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00** |
|---|---|---|---|

**BARRY CHANDLER**
**9521 WESTHEIMER # 161**
**HOUSTON, TX 77063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __3721__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$600.00** |
|---|---|---|---|

**BARRY MIX**
**PO BOX 44**
**OLMSTEDVILLE, NY 12857**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __4112__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**BART MILAN**
**2036 BRANDILYN CIRCLE**
**ANCHORAGE, AK 99516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __3737__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$600.00** |
|---|---|---|---|

**BARTLEY CONSTRUCTION**
**P.O. BOX 1082**
**Pikeville, KY 41502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __4926__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,071.00** |
|---|---|---|---|

**BAUER'S CON. FINISHING, INC.**
**5808 BILLTOWN ROAD**
**LOUISVILLE, KY 40299**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __2550__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,182.00** |
|---|---|---|---|

**BAY AREA SURFACES**
**2091 MARINA BLVD.**
**SAN LEANDRO, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __4368__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Case 3:16-bk-01905    Doc 1    Filed 03/17/16    Entered 03/17/16 08:41:21    Desc Main
Document        Page 47 of 377

| | |
|---|---|
| 3.130 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$14.67** |
| **BAYOU HOME IMPROVEMENT** | ☐ Contingent |
| **169 LOUISANNA AVE.** | ☐ Unliquidated |
| **WESTWEGO, LA 70094** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number **2457** | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.131 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$3,167.00** |
| **BEACON PLASTERING** | ☐ Contingent |
| **2814 UPPER RIDGE ROAD** | ☐ Unliquidated |
| **PENNSBURG, PA 18073** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number **5337** | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.132 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$2,489.00** |
| **BEARDEN CONSTRUCTION** | ☐ Contingent |
| **700 E Hwy 56** | ☐ Unliquidated |
| **Berthoud, CO 80513** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number **4726** | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.133 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$360.00** |
| **BEN AHMADI** | ☐ Contingent |
| **2540 MCGRAITY LANE** | ☐ Unliquidated |
| **ALLEN, TX 75002** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number **4334** | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.134 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$2,920.06** |
| **BEN DAY** | ☐ Contingent |
| **8307 NE 138th AVE** | ☐ Unliquidated |
| **VANCOUVER, WA 98682** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number **3486** | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.135 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$1,120.24** |
| **BENCHMARK RESOURCES, INC.** | ☐ Contingent |
| **70 S. GREY RD.** | ☐ Unliquidated |
| **AUBURN HILLS, MI 48326** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number **2343** | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.136 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$500.00** |
| **BERNARD KIEL** | ☐ Contingent |
| **3320 W. DALEY LANE** | ☐ Unliquidated |
| **PHOENIX, AZ 85027** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number **2791** | Is the claim subject to offset? ■ No ☐ Yes |

Case 3:16-bk-01905 Doc 1 Filed 03/17/16 Entered 03/17/16 08:41:21 Desc Main
Document Page 48 of 377

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $477.00 |
|---|---|---|---|

**BEST VALUE PLUMBING**
**5215 40TH**
**LUBBOCK, TX 79414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **3493**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,880.00 |
|---|---|---|---|

**BEST WESTERN**
**15542 HIGHWAY 13 SOUTH**
**HURRICANE MILLS, TN 37078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **2385**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.00 |
|---|---|---|---|

**BETSILL BROTHERS CONSTRUCTION**
**635 KENOLIO ROAD**
**KIHEI, HI 96753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **2540**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BHARAT PATEL**
**858337 ALBERTA LTD.**
**96 MIDLAND CR SE**
**CALGARY AB 72X1P4**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,119.10 |
|---|---|---|---|

**BILL BUTLER**
**15065 PLEASANT VALLEY ROAD**
**CHILACOTHE, OH 45601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **3355**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,967.50 |
|---|---|---|---|

**BILL HILL**
**4509 GOOD ADAMS LANE**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **3022**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**BINDESH PATEL**
**4775 WILLIAMTOWN BLVD.**
**LAKELAND, FL 33810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **2878**

Is the claim subject to offset? ■ No ☐ Yes

Case 3:16-bk-01905   Doc 1   Filed 03/17/16   Entered 03/17/16 08:41:21   Desc Main
Document     Page 49 of 377

| Debtor | **Quality Systems, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,160.00** |
|---|---|---|---|

**BLACKHAWK Surfaces Corp**
**P. O. BOX 275**
**STILLWATER, MN 55084**

Date(s) debt was incurred _

Last 4 digits of account number  **2967**

□ Contingent
□ Unliquidated
□ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,222.00** |
|---|---|---|---|

**BLACKSBURG COUNTRY CLUB**
**1064 Clubhouse Road**
**Blacksburg, VA 24060**

Date(s) debt was incurred _

Last 4 digits of account number  **4959**

□ Contingent
□ Unliquidated
□ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**BLAKE RENO**
**CAR RENO & CO., INC.**
**101 UCLID DR.**
**CHIPPEWA LAKE, OH 44215**

Date(s) debt was incurred _

Last 4 digits of account number _

□ Contingent
□ Unliquidated
□ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,480.00** |
|---|---|---|---|

**BLAYNEY ENTERPRISES**
**245 HINGHAM STREET**
**ROCKLAND, MA 02370**

Date(s) debt was incurred _

Last 4 digits of account number  **4800**

□ Contingent
□ Unliquidated
□ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,433.00** |
|---|---|---|---|

**BLUE DIAMOND HOME IMPROV.**
**23315 CALICO CORNERS**
**SPRING, TX 77373**

Date(s) debt was incurred _

Last 4 digits of account number  **2080**

□ Contingent
□ Unliquidated
□ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,539.50** |
|---|---|---|---|

**BLUERIDGE CONSTRUCTION**
**3070 WOODRUFF MILL RD**
**ADAMSVILLE, AL 35005**

Date(s) debt was incurred _

Last 4 digits of account number  **3295**

□ Contingent
□ Unliquidated
□ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,007.00** |
|---|---|---|---|

**BOB BYROM CERAMIC TILE INC**
**7880 RECTOR RD**
**SANGER, TX 76266**

Date(s) debt was incurred _

Last 4 digits of account number  **3259**

□ Contingent
□ Unliquidated
□ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  □ Yes

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$422.00** |
|---|---|---|---|
| | **BOB NEWELL**<br>**100 HARTNESS RD**<br>**SUTTON, MA 01590** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **4230** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$720.00** |
|---|---|---|---|
| | **BOB TOWNSEND**<br>**4995 12 MILE RD NE**<br>**ROCKFORD, MI 49341** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **4019** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$920.00** |
|---|---|---|---|
| | **BOBBY DAY**<br>**1904-A WAURIKA HWY.**<br>**WITCHITA FALLS, TX 76301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **2603** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,964.00** |
|---|---|---|---|
| | **BOBBY GAUTHIER**<br>**303 Farmwood Drive**<br>**Fountain Inn, SC 29644** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **4878** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,405.00** |
|---|---|---|---|
| | **BODEY BUILT HOMES**<br>**1198 FLANDERS RD.**<br>**SOUTHINGTON, CT 06489** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **2466** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,078.00** |
|---|---|---|---|
| | **BOONE, BOONE, LOEB & PETTIT**<br>**3311 N CHURCH RD, STE 200**<br>**RICHMOND, VA 23233** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **1952** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$499.50** |
|---|---|---|---|
| | **BOWEN & BRYAN BUILDERS, INC.**<br>**535 HEATHERTON VILL**<br>**ALTAMONTE SPRIN, FL 32714** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **4215** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case 3:16-bk-01905   Doc 1   Filed 03/17/16   Entered 03/17/16 08:41:21   Desc Main
Document     Page 51 of 377

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,970.00 |
|---|---|---|---|

**BOYD BROTHERS CUSTOM BLDRS**
**6350 FENWICK ROAD**
**BRYANS ROAD, MD 20616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2189**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $873.00 |
|---|---|---|---|

**BRAD BINGHAM**
**255 FARVIEW CIRCLE**
**JACKSBORO, TN 37757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3803**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,481.00 |
|---|---|---|---|

**BRAD FITZSIMMONS**
**3015 CRESCENT RIDGE TRAIL**
**ST. CLOUD, MN 56301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4489**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**BRAD KEITH**
**151 JOSH LANE**
**POOLVILLE, TX 76487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5322**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,433.17 |
|---|---|---|---|

**BRAD KENNEY**
**5847 ARAPAHOE**
**BOULDER, CO 80303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3340**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,818.19 |
|---|---|---|---|

**BRAD WILLER**
**W 556 ROCKVALE RD.**
**OCONOMOWOC, WI 53066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3575**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $701.00 |
|---|---|---|---|

**BRADLEY WELLS**
**1150 COUNTY ROAD 2000 E.**
**SIDNEY, IL 61877**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5292**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,134.50** |
|---|---|---|---|

**BRANDON NALL**
**18847 AL BAISDEN ROAD**
**ANDALUSIA, AL 36421**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **4970**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,783.00** |
|---|---|---|---|

**BRAVO SWIMMING POOLS**
**1512 PASEO FAGOT URB JDNES**
**PONCE   00731**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **2846**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.90** |
|---|---|---|---|

**BREEDEN COMPANY**
**560 LYNHAVEN PKWY**
**VIRGINIA BEACH, VA 23452**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **2347**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$673.31** |
|---|---|---|---|

**BRELAND COMPANIES, LLC**
**PO BOX 248**
**MADISON, MS 39130**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **3372**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,883.00** |
|---|---|---|---|

**BRENDA E. WILKERSON**

**NC 27560**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **2845**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$420.00** |
|---|---|---|---|

**BRENNAN CONSTRUCTION**
**85 TUMBLEWEED TRAIL**
**LIVINGSTON, MT 59047**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **2803**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$98.79** |
|---|---|---|---|

**BRENT HOLMAN**
**3685 ARROWHEAD AVENUE**
**Hood River, OR 97031-8655**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **2186**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**BRIAN DOUD**
**4750 FARNHURST RD.**
**SOUTH EUCLID, OH 44124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,540.00** |

**BRIAN HARBAUGH**
**648 LYON BLVD**
**SOUTH LYON, MI 48178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2919**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,072.00** |

**BRIAN MADDOX**
**2690 ARROWOOD POINT**
**BLAIRSVILLE, GA 30512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3450**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |

**BRIAN NADEAU**
**264 VILLAGE GREEN AVE.**
**LONDON, ON N6J 3Z6**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5259**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,105.00** |

**BRIAN THOMPSON**
**351 NORTH 100 WEST**
**JEROME, ID 83338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4709**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,653.00** |

**BRIAN WILLIAMS**
**1385 KIST ROAD**
**GREER, SC 29651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3452**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$933.00** |

**BRIAN WOLFF**
**321 Richard Road**
**Yardley, PA 19067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4671**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |
|---|---|---|---|

**BRICK MAN INC.**
**725 N. HARRISON AVE.**
**PIERRE, SD 57501**

Date(s) debt was incurred _
Last 4 digits of account number **4510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$95.19** |
|---|---|---|---|

**BRICKS-N-STONES RESURFACING**
**425 E JEFFERSON AVE**
**BONNIE, IL 62816**

Date(s) debt was incurred _
Last 4 digits of account number **3578**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,298.00** |
|---|---|---|---|

**BRINCKS CONSTRUCTION**
**413 EAST GROVE**
**LAWLER, IA 52154**

Date(s) debt was incurred _
Last 4 digits of account number **3462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$485.00** |
|---|---|---|---|

**BRISCOE CONTRACTING**
**208 NASH LANE**
**BUFFALO, WV 25033**

Date(s) debt was incurred _
Last 4 digits of account number **3971**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|

**BRITTON & ASSOCIATES**
**8157 HWY. 84**
**MANSFIELD, LA 71502**

Date(s) debt was incurred _
Last 4 digits of account number **2694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,100.00** |
|---|---|---|---|

**BROCK'S CONCRETE RESURFACING**
**4294 EAST PIKE**
**ZANESVILLE, OH 43701**

Date(s) debt was incurred _
Last 4 digits of account number **3798**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11.80** |
|---|---|---|---|

**BROOKS CONSTRUCTION**
**102 HAROLDS LANE**
**TAZEWELL, TN 37870**

Date(s) debt was incurred _
Last 4 digits of account number **3028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:16-bk-01905   Doc 1   Filed 03/17/16   Entered 03/17/16 08:41:21   Desc Main
Document     Page 55 of 377

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,363.52 |
|-------|---------------------------------------------------|----------------------|-----------|

**BRUBACHER PROPERTIES**
**25 FLAXMILL DRIVE**
**CONESTOGO, ON N0B 1N0**

Date(s) debt was incurred _
Last 4 digits of account number  **5226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,950.00 |
|-------|---------------------------------------------------|----------------------|-----------|

**BRUCE BACKMAN**
**6620 LINCOLN AVE.**
**CARMICHAEL, CA 95608**

Date(s) debt was incurred _
Last 4 digits of account number  **3585**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,218.69 |
|-------|---------------------------------------------------|----------------------|-----------|

**BRUCE NASH CGB**
**8654 MOHR LANE**
**P.O. BOX 489**
**FOGELSVILLE, PA 18051-0489**

Date(s) debt was incurred _
Last 4 digits of account number  **2538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $520.00 |
|-------|---------------------------------------------------|----------------------|-----------|

**BUCKEYE SUPERIOR FLOORING & MO**
**2172 SLATE COVE RD.**
**GROVE CITY, OH 43123**

Date(s) debt was incurred _
Last 4 digits of account number  **4049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,226.00 |
|-------|---------------------------------------------------|----------------------|-----------|

**BUILDERS EXTREME**
**C 4063 HAYES ROAD**
**STRATFORD, WI 54484**

Date(s) debt was incurred _
Last 4 digits of account number  **5138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,875.00 |
|-------|---------------------------------------------------|----------------------|-----------|

**BUILDING DESIGN & CONST., INC.**
**3010 GOLDEN HILLS DRIVE**
**MISSOURI CITY, TX 77459**

Date(s) debt was incurred _
Last 4 digits of account number  **3832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,120.00 |
|-------|---------------------------------------------------|----------------------|-----------|

**BULLETPROOF  COATINGS**
**3750 KENNEDALE NEW HOPE ROAD**
**KENNEDALE, TX 76060**

Date(s) debt was incurred _
Last 4 digits of account number  **3849**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|

**BULLETPROOF SURFACES**

POMARIA, SC 29126

Date(s) debt was incurred  _

Last 4 digits of account number  **3191**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,080.00 |
|---|---|---|---|

**BURBACK BUILDERS**
W185S8095 RACINE AVE
MUSKEGO, WI 53150

Date(s) debt was incurred  _

Last 4 digits of account number  **3854**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,268.75 |
|---|---|---|---|

**BURNETT'S RESURFACING SYSTEMS**
1811 HANOVER STREET
MURFREESBORO, TN 37130

Date(s) debt was incurred  _

Last 4 digits of account number  **2438**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,946.00 |
|---|---|---|---|

**BURNSTAD INTERIORS**
5648 SW 142ND AVE
FT LAUDERDALE, FL 33330

Date(s) debt was incurred  _

Last 4 digits of account number  **3968**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $506.00 |
|---|---|---|---|

**BUTLER RESTORATION**
8265 JACKSON RD
LAKE ODESSA, MI 48849

Date(s) debt was incurred  _

Last 4 digits of account number  **2183**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,875.00 |
|---|---|---|---|

**C & D RESTORATIONS**
1200 LONGLAKE DR.
BRIGHTON, MI 48114

Date(s) debt was incurred  _

Last 4 digits of account number  **2868**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $819.20 |
|---|---|---|---|

**C & G CONSTRUCTION**
308 PLAZA MUCHOMAS
BERNALILLO, NM 87004

Date(s) debt was incurred  _

Last 4 digits of account number  **4780**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 3:16-bk-01905   Doc 1   Filed 03/17/16   Entered 03/17/16 08:41:21   Desc Main
Document    Page 57 of 377

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.50 |
|---|---|---|---|

**C & M REFINISHING**
**201 BREWTON RD.**
**SPARTANBURG, SC 29301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __3164__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $192.00 |
|---|---|---|---|

**C & M RESTORATION**
**2326 LINDA LOU COURT**
**CHARLOTTE, NC 28213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __1742__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,882.00 |
|---|---|---|---|

**C. BOTKA CONSTRUCTION**
**158C BOTKA DRIVE**
**CHARLESTOWN, RI 02813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __2717__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64.20 |
|---|---|---|---|

**C.C. ENTERPRISES, INC.**
**2024A KEY WEST**
**ST LOUIS, MO 63010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __2214__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $820.00 |
|---|---|---|---|

**C.I.P. CONCRETE**
**35321 WRC 31**
**GREELEY, CO 80631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __3035__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $662.00 |
|---|---|---|---|

**C.L. ROSE CONSTRUCTION CO.**
**P. O. BOX 536**
**SILVERTON, OR 97381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __1854__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**C.M. CONSTRUCTION**
**P.O. BOX 613**
**GLENNS FERRY, ID 83623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __2159__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case 3:16-bk-01905   Doc 1   Filed 03/17/16   Entered 03/17/16 08:41:21   Desc Main
Document      Page 58 of 377

**3.207**

Nonpriority creditor's name and mailing address

**C.R. QUALITY SERVICES OF PR**
**PO BOX 334458**
**PONCE   00737**

Date(s) debt was incurred _

Last 4 digits of account number  **2381**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$103.97**

---

**3.208**

Nonpriority creditor's name and mailing address

**C.R. SOLUTIONS, LLC**
**6919 Williams Road**
**LANSING, MI 48911**

Date(s) debt was incurred _

Last 4 digits of account number  **3514**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$27.65**

---

**3.209**

Nonpriority creditor's name and mailing address

**C.R.S. OF IOWA**
**3605 RIVER RD.**
**DATON, IA 50530**

Date(s) debt was incurred _

Last 4 digits of account number  **3623**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,810.65**

---

**3.210**

Nonpriority creditor's name and mailing address

**C/CRETE INTERNATIONAL**
**686 BRITTON ST.**
**CHICOPEE, MA 01020**

Date(s) debt was incurred _

Last 4 digits of account number  **4998**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,062.00**

---

**3.211**

Nonpriority creditor's name and mailing address

**CAJUN CREATIONS**
**PO BOX 29504**
**SAN ANTONIO, TX 78229**

Date(s) debt was incurred _

Last 4 digits of account number  **3850**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$8,875.00**

---

**3.212**

Nonpriority creditor's name and mailing address

**CALDER GROUP CORP.**
**501 N ORLANDO**
**SUITE 313-276**
**WINTER PARK, FL 32789**

Date(s) debt was incurred _

Last 4 digits of account number  **3210**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,044.00**

---

**3.213**

Nonpriority creditor's name and mailing address

**CALEB COMPANY, INC., THE**
**P.O. BOX 11737**
**CASA GRANDE, AZ 85230**

Date(s) debt was incurred _

Last 4 digits of account number  **3087**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.32**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case 3:16-bk-01905   Doc 1   Filed 03/17/16   Entered 03/17/16 08:41:21   Desc Main
Document     Page 59 of 377

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**CALIFORNIA CUSTOM CRETE**
**7183 COTTAGE GROVE DRIVE**
**EASTVALE, CA 92880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5372**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**CAM COMPANY, THE**
**4 SUSANNA COURT**
**RANDALLSTOWN, MD 21133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2517**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,059.99 |
|---|---|---|---|

**CAMEO GROUP**
**R. 2 BOX 38 E.**
**ODON, IN 47562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2587**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.00 |
|---|---|---|---|

**CAMERON BETHMANN**
**17810 ADAMS ST.**
**WINTER GARDEN, FL 34787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4331**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**CANADIAN CONCRETE LIFTING**
**987 RIVERDALE**
**WINDSOR N8S 4C4**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2972**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,722.00 |
|---|---|---|---|

**CANFIELD CREATIONS**
**2801 1ST AVE. SO.**
**MINNEAPOLIS, MN 55408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5277**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,045.00 |
|---|---|---|---|

**CANNON TILE**
**120 BRANDOBURG WAY**
**FAYETTEVILLE, GA 30215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3367**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$1,751.00** |
| | **CAPITAL CITY POOLS INC**<br>**12555 WORTHINGTON RD**<br>**PATASKALA, OH 43062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number **5197** | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$4,500.00** |
| | **CAPITOL CONCRETE RESTORATION**<br>**5036 TALLOW POINT RD.**<br>**TALLAHASSEE, FL 32308** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number **2828** | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$800.00** |
| | **CAPSTONE CONSTRUCTION COMPANY**<br>**3729 HARRISBURG DR**<br>**FAYETTEVILLE, NC 28306-4559** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number **5086** | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$411.00** |
| | **CARDER READY MIX**<br>**200 HURST LANE**<br>**DAYTON, TN 37321** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number **4376** | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$331.00** |
| | **CARL DEPPENSCHMIDT**<br>**2412 FIFTH ST**<br>**PHILADELPHIA, PA 19125** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number **4201** | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$1,466.00** |
| | **CARL STERNLICHT**<br>**PO BOX 404**<br>**DEERPARK, NY 11729** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number **2861** | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$2,520.00** |
| | **CARLENE CORIGLIANO**<br>**6368 MARTIN DRIVE**<br>**ROME, NY 13440** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number **2783** | Is the claim subject to offset? ■ No ☐ Yes |

Case 3:16-bk-01905   Doc 1   Filed 03/17/16   Entered 03/17/16 08:41:21   Desc Main
Document     Page 61 of 377

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49.00 |
|---|---|---|---|

**CARMEL OF WA**
685 SPRING ST.
#201
FRIDAY HARBOR, WA 98250

Date(s) debt was incurred _

Last 4 digits of account number **2762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $434.00 |
|---|---|---|---|

**CAROL & RON VANWALE**
3397 Hwy 42
Fish Creek, WI 54212

Date(s) debt was incurred _

Last 4 digits of account number **4553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $603.74 |
|---|---|---|---|

**CAROLINE NGOZI OGU**
14814 ALDERWICK DRIVE
SUGERLAND, TX 77478

Date(s) debt was incurred _

Last 4 digits of account number **3845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135.00 |
|---|---|---|---|

**CASTLE HOMES**
1909 CAPLES DRIVE
FLORENCE, AL 35630

Date(s) debt was incurred _

Last 4 digits of account number **3533**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,763.98 |
|---|---|---|---|

**CAYCRETE RESURFACING & DESIGN**
P.O. BOX 2135 G.T.
KY1-1105
GRAND CAYMAN B.W.I.

Date(s) debt was incurred _

Last 4 digits of account number **4313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,646.00 |
|---|---|---|---|

**CAZIMINE CONSTRUCTION INC.**
19024 Redbud Road
Hidden Valley Lake, CA 95467

Date(s) debt was incurred _

Last 4 digits of account number **4707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27.00 |
|---|---|---|---|

**CECIL HAMIL**
33 FRANKLIN ROAD
NEWNAN, GA 30253

Date(s) debt was incurred _

Last 4 digits of account number **3703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64.00 |
|---|---|---|---|

**CECIL PHILLIPS**
**1301 HAMPTON DR**
**SUMMERVILLE, SC 29483**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5370**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,189.40 |
|---|---|---|---|

**CEDAR RIDGE LANDSCAPING, INC.**
**1301 EAST 8TH**
**PUEBLO, CO 81001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2687**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,800.00 |
|---|---|---|---|

**CEMENTECH, INC.**
**MATT EGGLESTON**
**813 W CLAYTON RD**
**CARBONDALE, IL 62901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2502**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $465.00 |
|---|---|---|---|

**CENTRAL OREGON POWER WASH**
**PO BOX 2024**
**TERREBONNE, OR 97760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4169**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,169.00 |
|---|---|---|---|

**CENTRAL REAL ESTATE**
**41981 MIRANDA ST.**
**FREMONT, CA 94539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2479**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,875.00 |
|---|---|---|---|

**CHABOT ENTERPRISES**
**P.O. BOX 296**
**CHESHIRE, CT 06410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3647**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.90 |
|---|---|---|---|

**CHAD DAVIS**
**448 EAST 700 NORTH**
**LOGAN, UT 84321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1810**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case 3:16-bk-01905   Doc 1   Filed 03/17/16   Entered 03/17/16 08:41:21   Desc Main
Document    Page 63 of 377

| 3.242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00** |
|-------|----------|------------------|---|

**CHAD EMERSON**
3796 Erhart Rd
Litchfield, OH 44253

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __4787__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$735.00** |
|-------|----------|------------------|---|

**CHAD RICHEY**
808 CENTRAL AVE
HAMPTON, IA 50441

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __4309__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,328.00** |
|-------|----------|------------------|---|

**CHAISE BUILDING COMPANY INC.**
8708 A LYNDON LANE
AUSTIN, TX 78729

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __4995__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|-------|----------|------------------|---|

**CHAMELEON CONCRETE RESURFACING**
1735 NORTH WEST MENLO DRIVE
CORNUALLIS, OR 97330

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __2390__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,875.00** |
|-------|----------|------------------|---|

**CHARLES CARMICHAEL**
269 Beech Valley Ct
Lebanon Junction, KY 40150

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __4673__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
|-------|----------|------------------|---|

**CHARLES MANCHESTER**
4674 Weir Street
Omaha, NE 68117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __4938__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,995.00** |
|-------|----------|------------------|---|

**CHARLES ROESING**
83 TELEGRAPH HILL RD.
HOLMDEL, NJ 07733

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __3561__

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:16-bk-01905    Doc 1    Filed 03/17/16    Entered 03/17/16 08:41:21    Desc Main
Document     Page 64 of 377

| 3.249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|---|---|---|---|

**CHARLIE DACIEK**
**8663 FELSVIEW DRIVE**
**LAUREL, MD 20723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3287**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**CHARLIE DOBYNS**
**7949 GRADO EL TUPELO**
**LA COSTA, CA 92009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3438**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**CHASE & HALL**
**1000 S PIONEER WAY**
**MOSES LAKE, WA 98837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2726**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,433.00 |
|---|---|---|---|

**CHASE DEVELOPMENT CORP**
**PO BOX 196**
**SOUTHFIELD, MA 01259**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4508**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,006.75 |
|---|---|---|---|

Chemarco, Inc.
63 Pelham Davis Cir.
Greenville, SC 29616

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Material**

Last 4 digits of account number **QUAY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $283.00 |
|---|---|---|---|

**CHOICE CONSTRUCTION INC.**
**PO BOX 101185**
**NASHVILLE, TN 37224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5206**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**CHRIS COLL**
**5100 GRANADA BLVD**
**CORAL CABLES, FL 33146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2951**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,265.00 |

**CHRIS DARR**
**121 PINE STREET**
**MILO, IA 50166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5167**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,293.00 |

**CHRIS FILIPKOWSKI**
**653 WEST 26th STREET**
**ERIE, PA 16508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4361**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53.00 |

**CHRIS HART**
**82 SAYLE LANE**
**RICHMOND HILL, GA 31324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3075**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |

**CHRIS HOLMES**
**2748 Shering Crescent**
**Innisfil, On L9S1H1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4536**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $430.00 |

**CHRIS KESSELRING**
**8712 East 109th Street**
**Tulsa, OK 74133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4869**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $624.00 |

**CHRISTIAN FRIESE**
**3077 WOODBRIDGE LANE**
**CANTON, GA 30114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3843**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |

**CHRISTIAN SATORIUS**
**MUMBACHERTAL ST 7**
**MOERLENBACH  69509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1732**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $420.00 |
|---|---|---|---|

**CHRISTMAS PLACE**
**PO BOX 958**
**PIGEON FORGE, TN 37863**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2922**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41.00 |
|---|---|---|---|

**CHUCK LEEHAN**
**6589 SHERROD HILL RD.**
**EDINBORO, PA 16412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3119**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $972.78 |
|---|---|---|---|

**CIPS (Complete Integrated Prof**
**#26 Caribbean Commercial Cen**
**Valley**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4977**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $260.00 |
|---|---|---|---|

**CLARENCE WILBUR**
**1214 WHEELER ST**
**FLATWOODS, KY 41139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3789**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,039.00 |
|---|---|---|---|

**CLASSIC CRETE**
**13077 ST ORLIN WAY**
**FORNEY, TX 75126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4421**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,022.00 |
|---|---|---|---|

**CLASSIC LANDMARKS**
**239 MARY LOUISE DRIVE**
**SAN ANTONIO, TX 78201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4751**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $223.00 |
|---|---|---|---|

**CLASSIC WALL SYSTEMS, INC.**
**P.O. Box 192**
**Greenville, VA 24440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4936**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:16-bk-01905    Doc 1    Filed 03/17/16    Entered 03/17/16 08:41:21    Desc Main
Document    Page 67 of 377

| 3.270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8,075.00 |
|---|---|---|---|
| | **CLASSY CONCRETE COATINGS** | ☐ Contingent | |
| | **102 Honeysuckle Dr,** | ☐ Unliquidated | |
| | **Justin, TX 76247** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number  4573** | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.271 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $59.54 |
|---|---|---|---|
| | **CLAYTON COVINGTON** | ☐ Contingent | |
| | **3522 MACON ROAD** | ☐ Unliquidated | |
| | **MEMPHIS, TN 38122** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number  2296** | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.272 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $394.40 |
|---|---|---|---|
| | **CLEVELAND TECHNOLOGIES, INC** | ☐ Contingent | |
| | **502 WIND SWEPT BLVD** | ☐ Unliquidated | |
| | **FREEPORT, FL 32439** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number  4477** | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.273 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|
| | **COASTAL CONCRETE DESIGNS** | ☐ Contingent | |
| | **26397 TRINILAS DRIVE** | ☐ Unliquidated | |
| | **PUNTA GORDA, FL 33983** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number  3045** | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.274 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,520.00 |
|---|---|---|---|
| | **COASTAL CONCRETE SYSTEMS, INC.** | ☐ Contingent | |
| | **6513 SOMERSET DRIVE** | ☐ Unliquidated | |
| | **MYRTLE BEACH, SC 29572** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number  2668** | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.275 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,875.00 |
|---|---|---|---|
| | **COATINGS UNLIMITED, LLC.** | ☐ Contingent | |
| | **42 INLET COVE LOOP** | ☐ Unliquidated | |
| | **SLIDELL, LA 70458** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number  4735** | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.276 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,412.03 |
|---|---|---|---|
| | **Comcast** | ☐ Contingent | |
| | **P.O. Box 2127** | ☐ Unliquidated | |
| | **Norcross, GA 30091-2127** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number  7086** | Basis for the claim:  **Services** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

Case 3:16-bk-01905   Doc 1   Filed 03/17/16   Entered 03/17/16 08:41:21   Desc Main
Document     Page 68 of 377

| Debtor | **Quality Systems, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $917.00 |
|---|---|---|---|

**COMMANDER CONST. OF MI, LLC**
**2365 HUNTER ROAD**
**BRIGHTON, MI 48114**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __2181__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |
|---|---|---|---|

**CONCRETE BEAUTIFICATION**
**3717 SNYDER AVENUE**
**CHEYENNE, WY 82007**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __4152__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,033.75 |
|---|---|---|---|

**CONCRETE BEAUTIFICATION CO.**
**13970 FERN STREET**
**GLENPOOL, OK 74033**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __4034__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $851.00 |
|---|---|---|---|

**CONCRETE BUILDING SOLUTIONS**
**301 AMANDA DRIVE**
**MATTHEWS, NC 28104**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __3439__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,603.50 |
|---|---|---|---|

**CONCRETE CONCEPTS**
**5972 W COUNTY RD 275 N**
**BROWNSTOWN, IN 47220**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __2254__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,780.61 |
|---|---|---|---|

**CONCRETE CREATIONS**
**236 NORTHGATE DR**
**BEDFORD, KY 40006**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __2582__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,880.00 |
|---|---|---|---|

**CONCRETE CUSTOMS, LLC**
**705 East 14th Street**
**Casper, WY 82601**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __4849__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 3:16-bk-01905   Doc 1   Filed 03/17/16   Entered 03/17/16 08:41:21   Desc Main
Document    Page 69 of 377

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|-------|--------------------------------------------------|-------------------------------------------------------------------|-----------|

**3.284**

Nonpriority creditor's name and mailing address

**CONCRETE DESIGNS & DECKING**
**1410 SOUTH MERIDIAN STREET**
**LEBANON, IN 46052**

Date(s) debt was incurred _

Last 4 digits of account number **2624**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,600.00**

---

**3.285**

Nonpriority creditor's name and mailing address

**CONCRETE DESIGNS & RESTORATION**
**143 HIGH COUNTRY DR.**
**CARY, NC 27513**

Date(s) debt was incurred _

Last 4 digits of account number **3126**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$616.00**

---

**3.286**

Nonpriority creditor's name and mailing address

**CONCRETE DESIGNS AND SOLUTIONS**
**241 GALVESTON AVENUE**
**HOT SPRINGS, SD 57747**

Date(s) debt was incurred _

Last 4 digits of account number **5186**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$127.00**

---

**3.287**

Nonpriority creditor's name and mailing address

**CONCRETE DESIGNS UNLIMITED**
**1226 ALCANTE DR.**
**PACIFICA, CA 94044**

Date(s) debt was incurred _

Last 4 digits of account number **3557**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,793.00**

---

**3.288**

Nonpriority creditor's name and mailing address

**CONCRETE DOCTOR, THE**
**111 FAY**
**DEER CREEK, IL 61733**

Date(s) debt was incurred _

Last 4 digits of account number **3095**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.289**

Nonpriority creditor's name and mailing address

**CONCRETE EVIDENCE**
**502 CLAYTON DRIVE**
**VICTORIA, TX 77905**

Date(s) debt was incurred _

Last 4 digits of account number **3306**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$205.50**

---

**3.290**

Nonpriority creditor's name and mailing address

**CONCRETE GRAPHICS LLC**
**3013 NORTH MACARTHUR DR**
**ALEXANDRIA, LA 71303**

Date(s) debt was incurred _

Last 4 digits of account number **3410**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 3:16-bk-01905   Doc 1   Filed 03/17/16   Entered 03/17/16 08:41:21   Desc Main
Document     Page 70 of 377

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $199.00 |
|---|---|---|---|

**CONCRETE IMAGE**
PO BOX 2448
SALISBURY, NC 28145

Date(s) debt was incurred _

Last 4 digits of account number **2039**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $260.00 |
|---|---|---|---|

**CONCRETE INNOVATIONS**
1317 S. CORNELIA ST.
SIOUX CITY, IA 51106

Date(s) debt was incurred _

Last 4 digits of account number **3795**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CONCRETE MAKEOVERS, INC.**
3820  Northdale Blvd
Suite 210-B
Tampa, FL 33624

Date(s) debt was incurred _

Last 4 digits of account number **4524**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $934.00 |
|---|---|---|---|

**CONCRETE OPTIONS/ORGANIZING OP**
300 CAMP HORNE RD.
PITTSBURGH, PA 15202

Date(s) debt was incurred _

Last 4 digits of account number **5249**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,684.00 |
|---|---|---|---|

**CONCRETE PLUS**
225 RIVERSIDE DR
COLUMBUS, MS 39702

Date(s) debt was incurred _

Last 4 digits of account number **5071**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,362.00 |
|---|---|---|---|

**CONCRETE POSSIBILITIES, INC.**
7930 BRIAR OAK DR
PENSACOLA, FL 32514

Date(s) debt was incurred _

Last 4 digits of account number **4051**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,035.00 |
|---|---|---|---|

**CONCRETE RENEW**
9436 SIERRA CREEK DRIVE
Elk Grove, CA 95624

Date(s) debt was incurred _

Last 4 digits of account number **4971**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:16-bk-01905   Doc 1   Filed 03/17/16   Entered 03/17/16 08:41:21   Desc Main
Document    Page 71 of 377

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,102.00 |
|---|---|---|---|

**CONCRETE RESTORATION**
**454 BELMONT LANE EAST**
**ST. PAUL, MN 55117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2033**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**CONCRETE RESTORATION SERVICES**
**37 EAST KENNEDY DRIVE**
**LAUREL SPRINGS, NJ 08021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **5289**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $697.00 |
|---|---|---|---|

**CONCRETE RESTORATIONS**
**304 60TH AVENUE SE**
**NORMAN, OK 73026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **4543**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,189.67 |
|---|---|---|---|

**CONCRETE RESURF. SPECIALTIES**
**5931 STATE ROUTE 34**
**WINFIELD, WV 25213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **3565**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.11 |
|---|---|---|---|

**CONCRETE RESURFACING & REPAIR**
**BOX 381**
**ROSCOE, IL 61073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **3684**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**CONCRETE RESURFACING CORP.**
**111 N. CENTRAL AVE.**
**SUITE 415**
**HARTSDALE, NY 10530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **3886**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**CONCRETE RESURFACING OF AL**
**121 CAHABA FOREST DRIVE**
**TRUSSVILLE, AL 35173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2963**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**CONCRETE RESURFACING SYSTEMS**
269 UNION BLVD.
KITCHENER, ONTARIO, On N2M2S9

Date(s) debt was incurred _

Last 4 digits of account number **3010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,334.50 |
|---|---|---|---|

**CONCRETE RESURFACING TECHNOLOG**
512 EGG HARBOR RD
SEWELL, NJ 08080

Date(s) debt was incurred _

Last 4 digits of account number **5020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,100.00 |
|---|---|---|---|

**CONCRETE REVIVE**
29811 BUFFALO CANYON DRIVE
SPRING, TX 77386

Date(s) debt was incurred _

Last 4 digits of account number **5076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $543.20 |
|---|---|---|---|

**CONCRETE RINNOVATIONS, INC.**
6418 N. MOKANE CT.
KANSAS CITY, MO 64151

Date(s) debt was incurred _

Last 4 digits of account number **3592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,840.00 |
|---|---|---|---|

**CONCRETE SOLUTIONS**
320 PLAZA DRIVE
PALMYRA, PA 17078

Date(s) debt was incurred _

Last 4 digits of account number **2364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,656.00 |
|---|---|---|---|

**CONCRETE SOLUTIONS**
9216 W. 1050 N.
ELWOOD, IN 46036

Date(s) debt was incurred _

Last 4 digits of account number **3911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**CONCRETE SOLUTIONS**
752 VAN COURT AVE
LONG BRANCH, NJ 07740

Date(s) debt was incurred _

Last 4 digits of account number **3970**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:16-bk-01905　Doc 1　Filed 03/17/16　Entered 03/17/16 08:41:21　Desc Main
Document　Page 73 of 377

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,600.00 |
|---|---|---|---|

**CONCRETE SOLUTIONS OF AR**
323 NOVICK
EL DORADO, AR 71730

Date(s) debt was incurred _
Last 4 digits of account number **2669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,051.00 |
|---|---|---|---|

**CONCRETE SOLUTIONS OF MI**

ST. JOSEPH, MI 49085

Date(s) debt was incurred _
Last 4 digits of account number **3401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**CONCRETE SURFACE SOLUTIONS**
1546 West Fir
FRESNO, CA 93711

Date(s) debt was incurred _
Last 4 digits of account number **4040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**CONDOR TRADERS, LTD**
5-7 DUNROBIN AVE.
KINGSTON, 0, JAMAICA

Date(s) debt was incurred _
Last 4 digits of account number **3607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $229.00 |
|---|---|---|---|

**CONSTRUCTION CONCEPTS, LLP**
16604 STATE HWY 371 N
BRAINERD, MN 56401

Date(s) debt was incurred _
Last 4 digits of account number **3403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**CONTINENTAL POOLS**
32330 W. 213TH
SPRING HILL, KS 66083

Date(s) debt was incurred _
Last 4 digits of account number **2287**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,146.00 |
|---|---|---|---|

**CONTRACT FLOORING SYSTEMS**
801 LEGION DRIVE
DALTON, GA 30721

Date(s) debt was incurred _
Last 4 digits of account number **2594**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:16-bk-01905   Doc 1   Filed 03/17/16   Entered 03/17/16 08:41:21   Desc Main
Document    Page 74 of 377

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $230.39 |
|---|---|---|---|

**Conway Freight**
P.O. Box 982020
North Richland Hills, TX 76182

Date(s) debt was incurred _
Last 4 digits of account
number __QUALITY SYSTEMS INC.__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33.96 |
|---|---|---|---|

**CORAL KFL CONTRACTORS**
ATTN: SYNOBIA SMITH
#20 LOGWOOD ROAD
FREEPORT, GBI

Date(s) debt was incurred _
Last 4 digits of account number __4964__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**CORAM CONSTRUCTION**
17776 HWY 84 E
BOSTON, GA 31626

Date(s) debt was incurred _
Last 4 digits of account number __3444__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**CORDLE MASONRY**
4246 SUMMER BREEZE DRIVE
FERNANDINA, FL 32034

Date(s) debt was incurred _
Last 4 digits of account number __1850__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,875.00 |
|---|---|---|---|

**COUNTRY ROCK DECORATIVE CONCRE**
5-2683 Moray Ave
Courtenay, Br V9N 8M9

Date(s) debt was incurred _
Last 4 digits of account number __4743__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23.00 |
|---|---|---|---|

**CRAIG AIR CENTER**
855-14 ST. JOHNS BLUFF RD
JACKSONVILLE, FL 32225

Date(s) debt was incurred _
Last 4 digits of account number __2272__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60.00 |
|---|---|---|---|

**CRAIG DEROLF**
1643 BEACH DR.
CROWN PT., IN 46307

Date(s) debt was incurred _
Last 4 digits of account number __3751__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,023.00** |
|---|---|---|---|

**CRAIG MAGRUDER**
**7403 WATCH HILL COURT**
**LOUISVILLE, KY 40228**

Date(s) debt was incurred _
Last 4 digits of account number **2813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$160.00** |
|---|---|---|---|

**CRAIG ORLANDO**
**20414 LONESTAR OAK**
**CYPRESS, TX 77429**

Date(s) debt was incurred _
Last 4 digits of account number **2895**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
|---|---|---|---|

**CREATIVE ARTISTIC DESIGN**
**333 ASHWOOD LN**
**MYRTLE BEACH, SC 29588**

Date(s) debt was incurred _
Last 4 digits of account number **3569**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,808.30** |
|---|---|---|---|

**CREATIVE CONCRETE**
**8855 BOSTON ROAD**
**ROXBORO, NC 27573**

Date(s) debt was incurred _
Last 4 digits of account number **2627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,294.85** |
|---|---|---|---|

**CREATIVE CONCRETE BY DESIGN**
**2104 EDNA AVENUE**
**ROSEBURG, OR 97470**

Date(s) debt was incurred _
Last 4 digits of account number **5075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**CREATIVE CONCRETE CO.**
**261 MAIN ST. APT. 3**
**CATSKILL, NY 12414**

Date(s) debt was incurred _
Last 4 digits of account number **2733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$487.60** |
|---|---|---|---|

**CREATIVE CONCRETE CONCEPTS**
**129 QUAIL TRAIL**
**FITZGERALD, GA 31750**

Date(s) debt was incurred _
Last 4 digits of account number **2076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.333 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,287.00** |
| --- | --- | --- | --- |

**CREATIVE CONCRETE CREATION LLC**
**2121 SUMMIT ST.**
**METAIRIE, LA 70003**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2243**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$240.00** |
| --- | --- | --- | --- |

**CREATIVE CONCRETE DESIGNS**
**10051 FOX RUN RD.**
**PENSACOLA, FL 32514**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3695**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$83.00** |
| --- | --- | --- | --- |

**CREATIVE CONCRETE INC.**
**RT. 1 BOX 80**
**MARLOW, OK 73055**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2356**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$530.00** |
| --- | --- | --- | --- |

**CREATIVE CONCRETE RESTORATION**
**1301 CANNON CIRCLE DR.**
**FARIBAULT, MN 55021**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3577**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$824.00** |
| --- | --- | --- | --- |

**CREATIVE CONCRETE RESURFACING**
**521 N. DOROTHY AVE.**
**CLAREMORE, OK 74017**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4472**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,981.50** |
| --- | --- | --- | --- |

**CREATIVE CONCRETE SOLUTIONS**
**2692 THATCHER COURT**
**LAWRENCEVILLE, GA 30044**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3349**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$444.00** |
| --- | --- | --- | --- |

**CREATIVE CONCRETE SURFACING**
**30 BIRKDALE DRIVE**
**HENDERSON, NV 89074**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3489**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Quality Systems, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20.00** |
|---|---|---|---|
| | **CREATIVE CRETE SOLUTIONS**<br>**1409 SABER LANE**<br>**WEATHERFORD, OK 73096** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **4772** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$873.00** |
|---|---|---|---|
| | **CREATIVE CURB APPEAL, INC**<br>**PO BOX 756**<br>**WISE, VA 24293** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **4163** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,950.00** |
|---|---|---|---|
| | **CREATIVE HOME SOLUTIONS**<br>**17071 C-12**<br>**AKRON, IA 51001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **4367** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,735.50** |
|---|---|---|---|
| | **CREATIVE PAVERS**<br>**4901 52nd Court**<br>**Lake Worth, FL 33463** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **3890** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$99.99** |
|---|---|---|---|
| | **CREATIVE PHASE BUILDING**<br>**10113 MARINE CITY HWY**<br>**IRA TOWNSHIP, MI 48023** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **3070** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.60** |
|---|---|---|---|
| | **CREATIVE SURFACE SPECIALTIES**<br><br>**HEWITT, TX 76643** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **3402** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$159.00** |
|---|---|---|---|
| | **CREATIVE SURFACES**<br>**2935 SASSAFRAS ST.**<br>**BOWLING GREEN, KY 42104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **3905** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|--|--|--|--|
| 3.347 | **Nonpriority creditor's name and mailing address**<br>**CREATIVE SURFACES**<br>**1295 SOLOMAN CIRCLE**<br>**CANTONMENT, FL 32533**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **4155** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,648.00** |
| 3.348 | **Nonpriority creditor's name and mailing address**<br>**CREATIVE SURFACES**<br>**5016 SPEDALE CT. #324**<br>**SPRING HILL, TN 37174**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **4200** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$765.50** |
| 3.349 | **Nonpriority creditor's name and mailing address**<br>**CRESTLINE CONSTRUCTION**<br>**1862 EL RANCHO DRIVE**<br>**SANTA CRUZ, CA 95060**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **3184** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,410.00** |
| 3.350 | **Nonpriority creditor's name and mailing address**<br>**CRETE COSMETICS**<br>**136 Industrial Ave**<br>**AZLE, TX 76020**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **4626** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,926.00** |
| 3.351 | **Nonpriority creditor's name and mailing address**<br>**CRETE FX**<br>**3826 MISTY RIDGE DRIVE**<br>**HUMBLE, TX 77396**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **3872** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$178.50** |
| 3.352 | **Nonpriority creditor's name and mailing address**<br>**CRETE-TIVITY LTD.**<br>**540 CORK STREET**<br>**MOUNT FOREST N0G 2L3**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **5310** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$75.00** |
| 3.353 | **Nonpriority creditor's name and mailing address**<br>**CRIS ARNETT**<br>**10004 US ROUTE 127 NORTH**<br>**WEST MANCHESTER, OH 45382**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **4287** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$700.00** |

Case 3:16-bk-01905    Doc 1    Filed 03/17/16    Entered 03/17/16 08:41:21    Desc Main
Document     Page 79 of 377

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**CROW CONSTRUCTION CORP.**
**3R BENJAMIN RD.**
**STRATHAM, NH 03885**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **2814**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,983.75 |
|---|---|---|---|

**Crowe Horwath**
**720 Cool Springs Blvd. Ste. 600**
**Franklin, TN 37067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Services**

Last 4 digits of account number **2002**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,848.08 |
|---|---|---|---|

**CROWN FOAM DESIGNS, INC.**
**4405 U.S. Highway 92 East**
**Lakeland, FL 33801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **4892**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $329.00 |
|---|---|---|---|

**CSF ENTERPRISES**
**7434 WASHINGTON AVE. S**
**EDEN PRAIRIE, MN 55344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **3828**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,694.00 |
|---|---|---|---|

**CURTIS KING**
**15960 GREAT ROCK RD**
**BRIGHTON, CO 80603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **4079**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.75 |
|---|---|---|---|

**CUSTOM CLASSIC PAINTING**
**4064 NOLENSVILLE RD. SUITE 162**
**NASHVILLE, TN 37211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **2835**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,544.00 |
|---|---|---|---|

**CUSTOM CONCRETE & REFINISHING**
**1412 W. GOLDEN RD.**
**TIFTON, GA 31793**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **3649**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| | | |
|---|---|---|
| 3.361 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$4,073.00** |
| | **CUSTOM CONCRETE DESIGN**<br>6412 Swallowtail Drive<br>Statesboro, GA 30461 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ |
| | Last 4 digits of account number **4896** | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.362 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$1,193.00** |
| | **CUSTOM CONCRETE DESIGNS OF TX**<br>23622 RIVER PLACE DRIVE<br>KATY, TX 77494 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ |
| | Last 4 digits of account number **3463** | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.363 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$207.50** |
| | **CUSTOM CONCRETE ENHANCEMENT**<br>155 WALTON TRACE SOUTH<br>HENDERSONVILLE, TN 37075 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ |
| | Last 4 digits of account number **3995** | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.364 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$59.00** |
| | **CUSTOM CONCRETE SURFACING**<br>5110 HAMILTON RD<br>COLUMBUS, GA 31908 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ |
| | Last 4 digits of account number **3738** | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.365 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$800.00** |
| | **CUSTOM CRETE**<br>PO BOX 2147<br>APPLE VALLEY, CA 92308 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ |
| | Last 4 digits of account number **3929** | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.366 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$2,227.45** |
| | **CUSTOM DESIGN CABINETRY & CONS**<br>964 WASHINGTON AVE<br>S. BELOIT, IL 61080 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ |
| | Last 4 digits of account number **2488** | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.367 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$50.00** |
| | **CUSTOM SURFACE SOLUTIONS**<br>2017 LEE ROY LANE<br>LENOIR, NC 28645 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ |
| | Last 4 digits of account number **3123** | Is the claim subject to offset? ■ No ☐ Yes |

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $114.00 |

**CUSTOM SURFACE SOLUTIONS OF VA**
**4743 DUMFRIES ROAD**
**CATLETT, VA 20119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3188**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,645.00 |

**CWS**
**5480 GORDON COURT**
**ORANGE PARK, FL 32065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5096**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $97.50 |

**D & D CONCRETE REPAIR R3**
**707 BRYSON RD**
**CANDLER, NC 28715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2241**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $793.00 |

**D & D CONTRACTING**
**406 WHITEHILL RD.**
**GEORGETOWN, PA 15043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3499**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $360.00 |

**D & H SERVICES, INC.**
**14135 SE 155 ST.**
**WEIRSDALE, FL 32195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3667**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $560.00 |

**D & M ENTERPRISES**
**420 BONANZA DRIVE**
**TURPIN, OK 73950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4252**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $877.00 |

**D J CUSTOM CONCRETE**
**3704 SLIGO ROAD**
**HAUGHTON, LA 71037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4478**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case 3:16-bk-01905    Doc 1    Filed 03/17/16    Entered 03/17/16 08:41:21    Desc Main
Document      Page 82 of 377

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $631.00 |
|---|---|---|---|

**D&S RESURFACING**
**750 GREENE 835 ROAD**
**MARMADUKE, AR 72443**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4960**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**D.B.R., INC.**
**P.O. BOX 0066**
**WAUNAKEE, WI 53597**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2657**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,359.25 |
|---|---|---|---|

**D.C. COATINGS OF EL PASO**
**3013 SEA BREEZE**
**EL PASO, TX 79936**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1746**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**D.C. FLAMING CONSTRUCTION**
**2818 CEDARWOOD AVENUE**
**BELLINGHAM, WA 98225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2444**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.38 |
|---|---|---|---|

**D.C. MILLER DRYWALL**
**8310 W. 050 NORTH**
**SHIPSHEWANA, IN 46565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2634**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**D.M.B. CONCRETE RESURFACING**
**8903 EAST BETHANY ROAD**
**NASHVILLE, IN 47448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2135**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,807.00 |
|---|---|---|---|

**DAE PARK**
**7527 RIO GRANDE WAY**
**GAINESVILLE, VA 20155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4910**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:16-bk-01905   Doc 1   Filed 03/17/16   Entered 03/17/16 08:41:21   Desc Main
Document       Page 83 of 377

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |

**DAIGLE ENTERPRISES**
**2607 WPA ROAD**
**SULPHUR, LA 70663**

Date(s) debt was incurred _
Last 4 digits of account number  **2755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $480.00 |

**DAKOTA CRETE DESIGNS**
**40035 258th ST.**
**MT VERNON, SD 57363**

Date(s) debt was incurred _
Last 4 digits of account number  **3681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,688.00 |

**DALE CARD**
**P.O. BOX 100**
**YERMO, CA 92398**

Date(s) debt was incurred _
Last 4 digits of account number  **4273**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,153.89 |

**DALE JOHNSON**
**P.O. Box 373-1**
**Nowata, OK 74048**

Date(s) debt was incurred _
Last 4 digits of account number  **2311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $740.00 |

**DALE WALKER**
**4577 BEECH LOG ROAD**
**LEBANON, TN 37090**

Date(s) debt was incurred _
Last 4 digits of account number  **5330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,201.00 |

**DALLAS ROBERTS**
**457 BECKWITH RD.**
**MT. JULIET, TN 37122**

Date(s) debt was incurred _
Last 4 digits of account number  **5149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $675.00 |

**DAN COCHRANE, INC.**
**7330 LAKE WHEELER RD.**
**RALEIGH, NC 27603**

Date(s) debt was incurred _
Last 4 digits of account number  **2663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.389 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,322.00 |
|---|---|---|---|

**DAN KANTAR & ASSOCIATES**
3007 Atwood Drive
Minnetonka, MN 55305

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __4832__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $793.00 |
|---|---|---|---|

**DAN MINOR**
4949 TIMBER LAWN CT
CADILLAC, MI 49601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __4061__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**DAN SURBEY**
**AKTON INJECTION**
245 ELM
BEACONSFIELD, MT H9W2E3

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __5347__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $308.00 |
|---|---|---|---|

**DANA HARRINGTON**
391 CROSBY AVE.
KENMORE, NY 14217

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __4763__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $219.99 |
|---|---|---|---|

**DANA RICKERD**
PO BOX 267
SALEM, MO 65560

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __3556__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|

**DANIEL INGHAM**
64 CROSSCREEK RD. APT 28
DESTIN, FL 32541

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __3775__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,324.00 |
|---|---|---|---|

**DANIEL MAY**
1908 NE KNOLLBROOK ST
LEES SUMMIT, MO 64086

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __5344__

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Schedule E/F: Creditors Who Have Unsecured Claims

Page 58 of 221

Best Case Bankruptcy

Case 3:16-bk-01905   Doc 1   Filed 03/17/16   Entered 03/17/16 08:41:21   Desc Main
Document     Page 85 of 377

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,067.00 |
|---|---|---|---|

**DANIEL RODRIGUEZ**
**PO BOX 2685**
**EDINBURG, TX 78540**

Date(s) debt was incurred _
Last 4 digits of account number **4081**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $680.00 |
|---|---|---|---|

**DANIEL TODD**
**1217 LEEVIEW CIRCLE**
**OLATHE, KS 66061**

Date(s) debt was incurred _
Last 4 digits of account number **4270**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $934.90 |
|---|---|---|---|

**DANIEL WHIMNEN**
**5324 SE 44TH CIRCLE**
**OCALA, FL 34480**

Date(s) debt was incurred _
Last 4 digits of account number **4734**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70.00 |
|---|---|---|---|

**DARRELL SHEETS**
**1315 SHERRY DRIVE**
**ALPHARETTA, GA 30004**

Date(s) debt was incurred _
Last 4 digits of account number **3214**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $840.00 |
|---|---|---|---|

**DARRELL TARPLEY**
**337 HUNTERS RUN LANE**
**MANY, LA 71449**

Date(s) debt was incurred _
Last 4 digits of account number **4310**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,875.00 |
|---|---|---|---|

**DARRYL DAIGNAULT'S SURFACE SOL**
**2100 WEST WACO ST.**
**BROKEN ARROW, OK 74011**

Date(s) debt was incurred _
Last 4 digits of account number **3608**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $840.00 |
|---|---|---|---|

**DAVE PENNEY**
**PO BOX 1965**
**CRESTED BUTTE, CO 81224**

Date(s) debt was incurred _
Last 4 digits of account number **4025**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,743.66 |
|---|---|---|---|

**DAVE PRICE PAINTING**
**1518 MYRTLE DR**
**DANVILLE, IL 61832**

Date(s) debt was incurred _
Last 4 digits of account number **3761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,207.00 |
|---|---|---|---|

**DAVE RAMEY**
**3404 HIGHLAND ROAD**
**ROSWELL, NM 88202**

Date(s) debt was incurred _
Last 4 digits of account number **5251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,456.00 |
|---|---|---|---|

**DAVE SWANSON**
**734 NATCHEZ CIRCLE**
**SUMERVILLE, SC 29484**

Date(s) debt was incurred _
Last 4 digits of account number **4402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,136.00 |
|---|---|---|---|

**DAVID ADAMS**
**8664 Leaf Manor Cove**
**Cordova, TN 38018**

Date(s) debt was incurred _
Last 4 digits of account number **4776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $924.50 |
|---|---|---|---|

**DAVID HEAD**
**452 ASHLEY AVE.**
**RAYVILLE, LA 71269**

Date(s) debt was incurred _
Last 4 digits of account number **4622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**DAVID JOHNSON**
**17010 Whitetail Pass**
**Cedar Park, TX 78613**

Date(s) debt was incurred _
Last 4 digits of account number **4552**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $122.75 |
|---|---|---|---|

**DAVID KOROSEC**
**2039 TABLE ROCK RD.**
**PICKENS, SC 29671**

Date(s) debt was incurred _
Last 4 digits of account number **3339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:16-bk-01905   Doc 1   Filed 03/17/16   Entered 03/17/16 08:41:21   Desc Main
Document     Page 87 of 377

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |
|---|---|---|---|

**DAVID MILKOWSKI**
**264 EMERSON RD**
**PITTSBURG, PA 15209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4151**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.99 |
|---|---|---|---|

**DAVID STOVALL & ASSOCIATES**
**3788 WIND VALLEY DRIVE**
**MEMPHIS, TN 38125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1624**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**DAVID SWINDLER**

**LOUISVILLE, KY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2937**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,160.00 |
|---|---|---|---|

**DAVID VAN METER**
**5648 Beaurivage Ave**
**Sarasota, FL 34243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4549**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,395.40 |
|---|---|---|---|

**DAVID ZAKUTNEY**
**26646 S. BREN CT**
**DAPHNE, AL 36526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3920**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55.70 |
|---|---|---|---|

**DAVID-N-SON COATINGS**
**3553 E. LINWOOD DR.**
**SPRINGFIELD, MO 65809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4188**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,875.00 |
|---|---|---|---|

**DAY NIGHT PLUMBING & HEATING**
**87-71 Lefferts Blvd.**
**Richmond Hill, NY 11418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4879**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| | | |
|---|---|---|
| 3.417 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$766.50** |

**DC COATINGS**
**1012 OAKWOOD TERRACE**
**CHAMPLIN, MN 55316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4501**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$500.00** |

**DEAN CONSTRUCTION, INC.**
**2211 PATTIE**
**WICHITA, KS 67211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2913**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$2,123.50** |

**DEAN COX**
**750 SOUTH 100 EAST**
**EPHRAIM, UT 84627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4766**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$560.00** |

**DEAN THIELBAR**
**421 W WOODROW CT.**
**DENMARK, WI 54208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3562**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$617.00** |

**DEAN TIPTON**
**P.O. BOX 724**
**STANTON, KY 40380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4370**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |

**DEBORAH L. SMITH**
**CLOUD FOREST LLC**
**409 CRESTVIEW DR.**
**OJAI, CA 93023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.423 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$4.67** |

**DECATUR REBOUND**
**PO Box 770**
**Decatur, MS 39327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4551**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,515.00 |
|---|---|---|---|

**DECO-CRETE OF MONTANA**
**2701 BROADWATER**
**BILLINGS, MT 59102**

Date(s) debt was incurred _

Last 4 digits of account number **3448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.20 |
|---|---|---|---|

**DECOCRETE**
**2315 FM. 546**
**MCKINNEY, TX 75069**

Date(s) debt was incurred _

Last 4 digits of account number **2469**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.426 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,021.00 |
|---|---|---|---|

**DECOR WORKS**
**12 Lorio Ln**
**Mandeville, LA 70448**

Date(s) debt was incurred _

Last 4 digits of account number **4911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.00 |
|---|---|---|---|

**DECORATIVE CONCRETE DESIGNS**
**1629 B PARADE CIRCLE**
**DELAND, FL 32724**

Date(s) debt was incurred _

Last 4 digits of account number **4378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,094.50 |
|---|---|---|---|

**DECORATIVE CONCRETE SOLUTIONS**
**1913 IRWIN STREET**
**ALIQUIPPA, PA 15001**

Date(s) debt was incurred _

Last 4 digits of account number **3924**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.20 |
|---|---|---|---|

**DECORATIVE CONCRETE SOLUTIONS**
**9801 CENTRAL PIKE**
**MT. JULIET, TN 37122**

Date(s) debt was incurred _

Last 4 digits of account number **4636**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56.00 |
|---|---|---|---|

**DEDICATED HOME BUILDERS, LLC.**
**10409 LONG PINE DR.**
**DENHAM SPRINGS, LA 70726**

Date(s) debt was incurred _

Last 4 digits of account number **4723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.431 | **Nonpriority creditor's name and mailing address** |

**Deeks & Company (Altus Global)**
**2400 Veterans Blvd., Ste. 300**
**Kenner, LA 70062**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Material__

Is the claim subject to offset? ■ No ☐ Yes

$6,264.00

---

| | |
|---|---|
| 3.432 | **Nonpriority creditor's name and mailing address** |

**DEENA PATEL**
**2110 WEST BROADWAY**
**DAYS INN/SLY PATEL**
**PRINCETON, IN 47670**

**Date(s) debt was incurred** _

**Last 4 digits of account number** __4015__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,104.00

---

| | |
|---|---|
| 3.433 | **Nonpriority creditor's name and mailing address** |

**DEERHAVEN HILLS, INC.**
**PO BOX 1460**
**COLUMBUS, NC 28722**

**Date(s) debt was incurred** _

**Last 4 digits of account number** __2353__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,086.40

---

| | |
|---|---|
| 3.434 | **Nonpriority creditor's name and mailing address** |

**DEKO CONCRETE COATINGS COMPANY**
**104 EDGEWOOD DR.**
**HENDERSONVILLE, TN 37075**

**Date(s) debt was incurred** _

**Last 4 digits of account number** __3477__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$156.80

---

| | |
|---|---|
| 3.435 | **Nonpriority creditor's name and mailing address** |

**DEL MAR SERVICES, INC.**
**11510 PARK RIVER DR.**
**HOUSTON, TX 77070**

**Date(s) debt was incurred** _

**Last 4 digits of account number** __2494__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$194.72

---

| | |
|---|---|
| 3.436 | **Nonpriority creditor's name and mailing address** |

**DELANOS, INC.**
**RT 3 BOX 25**
**TERRA ALTA, WV 26764**

**Date(s) debt was incurred** _

**Last 4 digits of account number** __3376__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$510.00

---

| | |
|---|---|
| 3.437 | **Nonpriority creditor's name and mailing address** |

**DELLINGER ENT. INC.**
**476 PROVIDENCE DR**
**CANTON, GA 30115**

**Date(s) debt was incurred** _

**Last 4 digits of account number** __3312__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$2,551.22

---

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**DELTA ENTERPRISES**
**8720 STEAMBOAT LANE**
**NEW ORLEANS, LA 70123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **3053**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,640.00 |
|---|---|---|---|

**DEMCO BUILDERS, INC.**
**8812 Olympic Lane**
**WILLMINGTON, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **4371**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.00 |
|---|---|---|---|

**DEMELIO CONCRETE & MASONRY**
**124 PARK EDGE RD**
**PITTSBURGH, PA 15220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **3353**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**DENNIS & DONNA PARMER**
**PO BOX 201**
**ADAMSVILLE, TN 38310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **2435**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,426.00 |
|---|---|---|---|

**DENNIS BEAMAN**
**15047  Jimmy Drive**
**Vicksburg, MI 49091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **4752**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $790.00 |
|---|---|---|---|

**DERICK DODGE**
**372 I ST**
**SALT LAKE CITY, UT 84103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **3530**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $581.00 |
|---|---|---|---|

**DERRICK CONCRETE**
**1309 PRAIRIE WIND**
**STEPHENVILLE, TX 76401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **2416**

Is the claim subject to offset? ■ No ☐ Yes

Case 3:16-bk-01905   Doc 1   Filed 03/17/16   Entered 03/17/16 08:41:21   Desc Main
                      Document      Page 92 of 377

| 3.445 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $260.00 |
|-------|---|---|---|
| | **DESIGN ANGLE, THE**<br>**410 PATRICIA DRIVE**<br>**MARION CENTER, PA 15759** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **2732** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.446 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $739.00 |
|-------|---|---|---|
| | **DESIGN CONCRETE COATING**<br>**4075 FLORIDA ST**<br>**ZACHARY, LA 70791** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **4150** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.447 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,940.00 |
|-------|---|---|---|
| | **DESIGN PLUS**<br>**132 GREEN STREET**<br>**LOCUST GROVE, VA 22508** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **4023** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.448 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,096.85 |
|-------|---|---|---|
| | **DESIGNER'S CONCRETE, INC.**<br><br>**PALMDALE, CA 93550** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **2628** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.449 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,453.50 |
|-------|---|---|---|
| | **DESIGNING CONCRETE**<br>**32780 GRAND RIVER RD**<br>**SUITE 207A**<br>**FARMINGTON, MI 48336** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **3520** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.450 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|-------|---|---|---|
| | **DEVCON CONSTRUCTION**<br>**1625 NAVAHOE DRIVE**<br>**RALEIGH, NC 27609** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **2563** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.451 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $260.00 |
|-------|---|---|---|
| | **DFW POOL SERVICE**<br>**2908 GREENWAY DRIVE**<br>**BURLESON, TX 76106** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **3801** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.452** | Nonpriority creditor's name and mailing address
**DISTINCTIVE SURFACES OF MA**
**199 ROUTE 28**
**WEST HARWICH, MA 02671**

Date(s) debt was incurred _

Last 4 digits of account number  **3496**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$456.00**

---

**3.453** | Nonpriority creditor's name and mailing address
**DISTINCTIVE SURFACING**
**389 N. INDUSTRIAL ROAD**
**SUITE 5**
**ST. GEORGE, UT 84770**

Date(s) debt was incurred _

Last 4 digits of account number  **5188**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,627.00**

---

**3.454** | Nonpriority creditor's name and mailing address
**DIVAKAR PATIL**
**8003 WOODGATE COURT, APT. F**
**BALTIMORE, MO 21244**

Date(s) debt was incurred _

Last 4 digits of account number  **2674**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,500.00**

---

**3.455** | Nonpriority creditor's name and mailing address
**DIVERSIFIED COATINGS**
**904  1ST AVE SOUTH**
**CONOVER, NC 28613**

Date(s) debt was incurred _

Last 4 digits of account number  **4121**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.61**

---

**3.456** | Nonpriority creditor's name and mailing address
**DIVERSIFIED CONSTRUCTION SRVS**
**5565 SOUTH EL DORADO STREET**
**FRENCH CAMP, CA 95231**

Date(s) debt was incurred _

Last 4 digits of account number  **1930**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$55.23**

---

**3.457** | Nonpriority creditor's name and mailing address
**DK CONSULTANTS**
**165 SCENIC DR.**
**HOT SPRINGS, AR 71913**

Date(s) debt was incurred _

Last 4 digits of account number  **3704**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,373.00**

---

**3.458** | Nonpriority creditor's name and mailing address
**DMD CONCRETE DESIGN**
**2309 College St. SE**
**Decatur, AL 35601**

Date(s) debt was incurred _

Last 4 digits of account number  **4813**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$9,875.00**

---

| 3.459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,921.00 |
|---|---|---|---|

**DON HARD**
**14359 CR.EE**
**BLANCA, CO 81123**

Date(s) debt was incurred _

Last 4 digits of account number **5303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.460 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,591.50 |
|---|---|---|---|

**DON ARMSTRONG**
**2832 BOWIE AVE**
**CAMDEN, AR 71701**

Date(s) debt was incurred _

Last 4 digits of account number **3423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.461 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,264.00 |
|---|---|---|---|

**DON SETTLE**
**694 VACATION WAY**
**HEDGESVILLE, WV 25427**

Date(s) debt was incurred _

Last 4 digits of account number **4664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13.00 |
|---|---|---|---|

**DONALD H. LEWIS**
**340 MICHIGAN STREET**
**PORTER, IN 46304**

Date(s) debt was incurred _

Last 4 digits of account number **2200**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $352.00 |
|---|---|---|---|

**DONE RIGHT RESURFACING**
**2923 NEW HOPE ROAD**
**ALEXANDRIA, TN 37012**

Date(s) debt was incurred _

Last 4 digits of account number **5262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.464 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $181.00 |
|---|---|---|---|

**DOSTIE CONSTRUCTION INC.**
**315 FRONT STREET**
**NEW HAVEN, CT 06513**

Date(s) debt was incurred _

Last 4 digits of account number **2098**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.465 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**DRAX INDUSTRIES**
**7092 AUBURN MILL RD.**
**WARRENTON, VA 20187**

Date(s) debt was incurred _

Last 4 digits of account number **3338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.466 | **Nonpriority creditor's name and mailing address** |

**DREAM COAT PAINTING**
**14361 Bending Branch Court**
**Orlando, FL 32824**

Date(s) debt was incurred _

Last 4 digits of account number **4887**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,214.00**

---

| | |
|---|---|
| 3.467 | **Nonpriority creditor's name and mailing address** |

**DREAMS RESURFACING & REMODELIN**
**2 NORTH MAIN**
**BAYTOWN, TX 77520**

Date(s) debt was incurred _

Last 4 digits of account number **2842**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,142.00**

---

| | |
|---|---|
| 3.468 | **Nonpriority creditor's name and mailing address** |

**DREAMSCAPES INC.**
**20 SUN VALLEY DR**
**CORAM, NY 11727**

Date(s) debt was incurred _

Last 4 digits of account number **4123**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,032.00**

---

| | |
|---|---|
| 3.469 | **Nonpriority creditor's name and mailing address** |

**DREW LOCKETT**
**573 SPRUCE STREET**
**HELLERTOWN, PA 18055**

Date(s) debt was incurred _

Last 4 digits of account number **3368**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$863.70**

---

| | |
|---|---|
| 3.470 | **Nonpriority creditor's name and mailing address** |

**DRIVEWAYS AND MORE BY DESIGN**
**222 S. MAPLE AVENUE**
**WEBSTER GROVES, MO 63119**

Date(s) debt was incurred _

Last 4 digits of account number **4475**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,359.50**

---

| | |
|---|---|
| 3.471 | **Nonpriority creditor's name and mailing address** |

**DRIVEWAYS BY DOUG**
**62 KINGSLAND AVENUE**
**WALLINGFORD, CT 06492**

Date(s) debt was incurred _

Last 4 digits of account number **5070**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,290.00**

---

| | |
|---|---|
| 3.472 | **Nonpriority creditor's name and mailing address** |

**DUANE PERSOHM**
**5490 East State Road #56**
**Dubois, IN 47527**

Date(s) debt was incurred _

Last 4 digits of account number **4774**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

Case 3:16-bk-01905   Doc 1   Filed 03/17/16   Entered 03/17/16 08:41:21   Desc Main
Document     Page 96 of 377

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**DUANE PUTNAM**
P.O. BOX 933
AFTON, WY 83110

Date(s) debt was incurred _
Last 4 digits of account number __3266__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,163.00 |
|---|---|---|---|

**DURA- CRETE**
5 RIDGEVIEW LN
BENTONVILLE, AR 72712

Date(s) debt was incurred _
Last 4 digits of account number __3917__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,674.00 |
|---|---|---|---|

**DURACRETE**
PO BOX 146
DOVER, KY 41034

Date(s) debt was incurred _
Last 4 digits of account number __4753__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**DURALAST, INC.**
VILLAGE AT WEXFORD, J-15
HILTON HEAD ISL, SC 29928

Date(s) debt was incurred _
Last 4 digits of account number __1822__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $132.13 |
|---|---|---|---|

**DURASEAL ASPHALT SEALING**
1964 HILLCREAK CIRCLE N
CLEARWATER, FL 34619

Date(s) debt was incurred _
Last 4 digits of account number __1846__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,130.00 |
|---|---|---|---|

**DWAIN BOWERS**
139 WINDYHILL LANE
MONTICELLO, AR 71655

Date(s) debt was incurred _
Last 4 digits of account number __3283__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,458.00 |
|---|---|---|---|

**DWIGHT ST. JOHN**
5 TONETTA CIRCLE
NORWALK, CT 06855

Date(s) debt was incurred _
Last 4 digits of account number __4632__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case 3:16-bk-01905    Doc 1    Filed 03/17/16    Entered 03/17/16 08:41:21    Desc Main
Document      Page 97 of 377

| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32.00 |
|---|---|---|---|

**DYNA-LECTRIC**
**P O BOX 272**
**52, AVENUE CHEF VAIRAATOA**
**PAPEETE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1777**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $820.00 |
|---|---|---|---|

**E & C PAINTING**
**36 ZACHARY COURT**
**STATEN ISLAND, NY 10310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **3347**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**E. MENDOZA CO. INC.**
**P O BOX 10684**
**SAN JUAN   00922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **2259**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $334.00 |
|---|---|---|---|

**E.H. NICHOLAS**
**6879 NORTHWEST 25TH TERRACE**
**FT. LAUDERDALE, FL 33309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **3026**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**EAGLE/USA MARKETING GROUP CORP.**
**235 W. 48TH ST. APT. 44C**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**EAST RIDGE DEVELOPMENT**
**P.O. BOX 169**
**EAST DENNIS, MA 02641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **3777**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,330.00 |
|---|---|---|---|

**ED GRIMMETT CARPENTRY INC.**
**53 PERSHING AVE**
**BABYLON, NY 11702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **3980**

Is the claim subject to offset? ■ No ☐ Yes

Case 3:16-bk-01905   Doc 1   Filed 03/17/16   Entered 03/17/16 08:41:21   Desc Main
Document      Page 98 of 377

| 3.487 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,267.00 |
|---|---|---|---|

**ED HARTMAN**
**4238 HWY 101**
**GAMALIEL, AR 72537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4401**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**ED ZLOTY**
**85 LAKEWOOD TERRACE**
**BLOOMFIELD, NJ 07003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3631**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.489 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.00 |
|---|---|---|---|

**EDUARDO CONESA**
**P.O. BOX 32235**
**PONCE, PR 00732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4520**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.00 |
|---|---|---|---|

**EDWARD GESKA**
**414 HOBSONS CHOICE**
**WEBSTER, NY 14580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3015**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $252.00 |
|---|---|---|---|

**EDWARDS CONSTRUCTION, INC.**
**506 SHOSHONI STREET**
**CHEYENNE, WY 82009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1899**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,051.00 |
|---|---|---|---|

**EDWIN FLOYD**
**2800 Comanche Shadows Ct**
**Granbury, TX 76048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4586**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,109.00 |
|---|---|---|---|

**EIFS Solutions, Inc.**
**6151 Sterrettania Rd**
**Fairview, PA 16415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4616**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.494 | **Nonpriority creditor's name and mailing address**<br>**ELEGANT SURFACE**<br>**830 CHARCOT AVE**<br>**SAN JOSE, CA 95131**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **4424** | As of the petition filing date, the claim is: *Check all that apply.* **$2,724.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.495 | **Nonpriority creditor's name and mailing address**<br>**ELEMENTS OF PLAY, INC.**<br>**411 South Main Street**<br>**Hopkinsville, KY 42240**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **4925** | As of the petition filing date, the claim is: *Check all that apply.* **$2,081.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.496 | **Nonpriority creditor's name and mailing address**<br>**ELITE CRETE COATINGS**<br>**582 SPRINGHILL DR.**<br>**MADISON, MS 39110**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **4420** | As of the petition filing date, the claim is: *Check all that apply.* **$554.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.497 | **Nonpriority creditor's name and mailing address**<br>**ELITE INSTALLATIONS & CONST.**<br>**707 S.E. 29TH STREET**<br>**EDMOND, OK 73013**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **2616** | As of the petition filing date, the claim is: *Check all that apply.* **$500.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.498 | **Nonpriority creditor's name and mailing address**<br>**ELK CREEK DEVELOPMENT**<br>**1356 AVALON WAY**<br>**DEEP GAP, NC 28618**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **2799** | As of the petition filing date, the claim is: *Check all that apply.* **$70.51**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.499 | **Nonpriority creditor's name and mailing address**<br>**ELLIS-SMITH, LLC.**<br>**150 ESPY AVE.**<br>**PASS CHRISTIAN, MS 39571**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **5034** | As of the petition filing date, the claim is: *Check all that apply.* **$2,083.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.500 | **Nonpriority creditor's name and mailing address**<br>**ELM DESIGN**<br>**207 ELM STREET**<br>**GUILFORD, CT 06437**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **2176** | As of the petition filing date, the claim is: *Check all that apply.* **$500.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

Case 3:16-bk-01905    Doc 1    Filed 03/17/16    Entered 03/17/16 08:41:21    Desc Main
Document    Page 100 of 377

| 3.501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,786.00 |
|---|---|---|---|

**EMILY HITE**
**1055 BRUSHY RD.**
**CENTERVILLE, TN 37033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5235**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,836.00 |
|---|---|---|---|

**EMINENT ALLIANCE, LLC.**
**3731 18TH STREET N.E.**
**WASHINGTON, DC 20018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4994**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,875.00 |
|---|---|---|---|

**EMMITT WELBORN**
**1608 SANDHILLS BLVD.**
**ABERDEEN, NC 28315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3878**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $472.73 |
|---|---|---|---|

**ENERGY HOUSING, INC.**
**816 WEST SPRUCE STREET**
**RAWLINS, WY 82301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2284**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**ENGINEERING SUPPORT SERVICES**
**1310 S GREENWAY DRIVE**
**CORAL GABLES, FL 33134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4468**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,875.00 |
|---|---|---|---|

**ENVIRODESIGN**
**6435 EAST MIRAMAR DRIVE**
**TUSCON, AZ 85715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3708**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**ENVISION LANDSCAPE MANG**
**1129 NE HUNTER RIDGE**
**LEE'S SUMMITT, MO 64086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3881**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**3.508**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $223.00 |
| --- | --- | --- |
| **EQUIPOS Y FLETES CAYENA S. A.**<br>**APDO. 4050-1000**<br>**LA URUCA**<br>**SAN JOSE** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number **2126** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.509**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,598.85 |
| --- | --- | --- |
| **EQUITY HOME BUILDERS, INC.**<br>**5183 CROWN POINT DRIVE**<br>**MARRERO, LA 70072-7501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number **2576** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.510**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71.00 |
| --- | --- | --- |
| **ERIC EHLER**<br>**3758 SPURS TRAIL**<br>**VALLEJO, CA 94590** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number **3254** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.511**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,630.00 |
| --- | --- | --- |
| **ERIC GALL**<br>**3431 SW 20th ST.**<br>**FT LAUDERDALE, FL 33312** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number **4436** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.512**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $869.00 |
| --- | --- | --- |
| **ERIC HUNDLEY**<br>**11 MORNINGVIEW COURT**<br>**HAMDEN, CT 06518** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number **4754** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.513**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,511.95 |
| --- | --- | --- |
| **ERIC MARTINEZ**<br>**P.O. BOX 969**<br>**San Lorenzo, PR 00754** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number **4923** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.514**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,806.50 |
| --- | --- | --- |
| **ERIC POWELL**<br>**2021 SCHLENSKER ROAD**<br>**EVANSVILLE, IN 47725** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number **4423** | Is the claim subject to offset? ■ No ☐ Yes | |

Case 3:16-bk-01905    Doc 1    Filed 03/17/16    Entered 03/17/16 08:41:21    Desc Main
Document     Page 102 of 377

| | |
|---|---|
| 3.515 | **Nonpriority creditor's name and mailing address** |

**ERIC SCHNASE**
**1920 FOLKWAYS BLVD.**
**LINCOLN, NE 68521**

Date(s) debt was incurred _

Last 4 digits of account number  **3936**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,400.00**

---

| | |
|---|---|
| 3.516 | **Nonpriority creditor's name and mailing address** |

**ERIC WARD**
**187 ENFIELD CRESCENT**
**MANITOBA R2H 1B2**

Date(s) debt was incurred _

Last 4 digits of account number  **3181**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$500.00**

---

| | |
|---|---|
| 3.517 | **Nonpriority creditor's name and mailing address** |

**ERVIN KOERTH**
**1105 GOLF COURSE RD.**
**GATESVILLE, TX 76528**

Date(s) debt was incurred _

Last 4 digits of account number  **3201**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

| | |
|---|---|
| 3.518 | **Nonpriority creditor's name and mailing address** |

**ESSAM'S FLOORING INC.**
**3400 W. HOSPITAL AVENUE**
**SUITE 103**
**ATLANTA, GA 30341**

Date(s) debt was incurred _

Last 4 digits of account number  **4253**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,910.00**

---

| | |
|---|---|
| 3.519 | **Nonpriority creditor's name and mailing address** |

**ESSENTIAL HOME SERVICES**
**1261 W. RUSH ROAD**
**EAGLE, ID 83616**

Date(s) debt was incurred _

Last 4 digits of account number  **5099**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,341.00**

---

| | |
|---|---|
| 3.520 | **Nonpriority creditor's name and mailing address** |

**EURO AMERICAN CONSTRUCTION**
**232 JAVA STREET**
**NEW YORK, NY 11222**

Date(s) debt was incurred _

Last 4 digits of account number  **1596**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,244.00**

---

| | |
|---|---|
| 3.521 | **Nonpriority creditor's name and mailing address** |

**EVANS HOME IMPROVEMENTS**
**5044 BUNKER WAY**
**BLAIRSVILLE, GA 30512**

Date(s) debt was incurred _

Last 4 digits of account number  **2436**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$476.56**

---

Case 3:16-bk-01905   Doc 1   Filed 03/17/16   Entered 03/17/16 08:41:21   Desc Main
Document      Page 103 of 377

| | |
|---|---|
| 3.522 | **Nonpriority creditor's name and mailing address** |

**3.522**

**Nonpriority creditor's name and mailing address**
**EVERGREEN STEEL SYSTEMS**
**630 N COTNER BLVD #101A**
**LINCOLN, NE 68505**

Date(s) debt was incurred _

Last 4 digits of account number **2269**

As of the petition filing date, the claim is: *Check all that apply.*                              **$8.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.523**

**Nonpriority creditor's name and mailing address**
**EVERGREEN SUSTAINABLE PRODUCTS**
**973 HIGH STREET**
**OCONOMOWOC, WI 53066**

Date(s) debt was incurred _

Last 4 digits of account number **5023**

As of the petition filing date, the claim is: *Check all that apply.*                              **$470.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.524**

**Nonpriority creditor's name and mailing address**
**EVOLUTION STRUCTURES, LTD.**
**RR #2**
**MORINVILLE, ALBERTA, AB T8R 1P5**

Date(s) debt was incurred _

Last 4 digits of account number **5022**

As of the petition filing date, the claim is: *Check all that apply.*                              **$9,041.77**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.525**

**Nonpriority creditor's name and mailing address**
**EXCALIBUR BUILDERS**
**4057 FOXBURY CT.**
**SLINGER, WI 53086**

Date(s) debt was incurred _

Last 4 digits of account number **5050**

As of the petition filing date, the claim is: *Check all that apply.*                              **$1,040.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.526**

**Nonpriority creditor's name and mailing address**
**EXCAVATING SERVICES**
**P.O. BOX 47**
**MINFORD, OH 45653**

Date(s) debt was incurred _

Last 4 digits of account number **4338**

As of the petition filing date, the claim is: *Check all that apply.*                              **$4,875.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.527**

**Nonpriority creditor's name and mailing address**
**EXCEL SERVICES**
**1687 NE NORTHVIEW DR**
**BEND, OR 97701**

Date(s) debt was incurred _

Last 4 digits of account number **4148**

As of the petition filing date, the claim is: *Check all that apply.*                              **$86.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.528**

**Nonpriority creditor's name and mailing address**
**EXCEL STEEL CONSTRUCTION**
**720 N 8TH ST**
**FARGO, ND 58102**

Date(s) debt was incurred _

Last 4 digits of account number **3811**

As of the petition filing date, the claim is: *Check all that apply.*                              **$131.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.529 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,315.00** |
|---|---|---|---|

**EXCLUSIVE GARAGE & CONCRETE**
**56 EDGEMERE AVE**
**PLAINSBORO, NJ 08536**

Date(s) debt was incurred _
Last 4 digits of account number  **4044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.530 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$554.35** |
|---|---|---|---|

**EXPERT STUCCO**
**157 KELLY DRIVE**
**SLIDELL, LA 70458**

Date(s) debt was incurred _
Last 4 digits of account number  **2307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.531 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,886.00** |
|---|---|---|---|

**F.O.S.S. CONCRETE DESIGN**
**S2203A COON BLUFF RD.**
**REEDSBURG, WI 53959**

Date(s) debt was incurred _
Last 4 digits of account number  **2361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.532 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,343.50** |
|---|---|---|---|

**FACILITIES MGMT. CORP.**
**1805 SCHERER PKWY**
**ST. CHARLES, MO 63303**

Date(s) debt was incurred _
Last 4 digits of account number  **3764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.533 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,079.80** |
|---|---|---|---|

**FAIR HAVEN BUILDERS**
**P.O. BOX 1183**
**GONZALES, LA 70707**

Date(s) debt was incurred _
Last 4 digits of account number  **3086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.534 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4.00** |
|---|---|---|---|

**FAMILY POOLS & SPAs**
**100 LOGAN AVE**
**PLEASANT GAP, PA 16823**

Date(s) debt was incurred _
Last 4 digits of account number  **2244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.535 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**FARAH CONSTRUCTION**
**PO BOX 22481**
**LAKE BUENA VISTA, FL 32830**

Date(s) debt was incurred _
Last 4 digits of account number  **3179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.536 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $535.40 |
| --- | --- | --- | --- |

**Federal Express**
P.O. Box 94515
Palatine, IL 60094-4515

Date(s) debt was incurred _

Last 4 digits of account number __1522__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,262.96 |
| --- | --- | --- | --- |

**Federal White Cement**
P.O. Box 69
Bellwood, PA 16617-0069

Date(s) debt was incurred _

Last 4 digits of account number __A240__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Material__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $521.77 |
| --- | --- | --- | --- |

**Fedex-US Collections Dept.**
P.O. Box 660481
Dallas, TX 75266-0481

Date(s) debt was incurred _

Last 4 digits of account number __6136__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
| --- | --- | --- | --- |

**FEHID ENGINEERING**
**2 KANTA ROAD**
**PO BOX 3031**
**KADUNA**

Date(s) debt was incurred _

Last 4 digits of account number __2559__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,501.00 |
| --- | --- | --- | --- |

**FELIX DIPALMA**
**4690 EAST REX**
**TUCSON, AZ 85706**

Date(s) debt was incurred _

Last 4 digits of account number __4435__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $896.00 |
| --- | --- | --- | --- |

**FELTON BURKE**
**#3 Club Drive**
**Jessup, GA 31546**

Date(s) debt was incurred _

Last 4 digits of account number __4446__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.542 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $121.00 |
| --- | --- | --- | --- |

**FIELDMAN REALTY, INC.**
**1304 GEMINI CIRCLE**
**OTTAWA, IL 61350**

Date(s) debt was incurred _

Last 4 digits of account number __1992__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $840.00 |
|---|---|---|---|

**FINE-CRETE DESIGNS**
P.O. Box 1703
WINNIE, TX 77665

Date(s) debt was incurred _

Last 4 digits of account number __4577__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.544 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|---|---|---|---|

**FIRST IMPRESSIONS**
61 OLD GLORY LANE
ALBERTVILLE, AL 35950

Date(s) debt was incurred _

Last 4 digits of account number __4939__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $89.00 |
|---|---|---|---|

**FIRST IMPRESSIONS RESURFACING,**
2406 ATLANTIC BEACH BLVD
FORT PIERCE, FL 34949

Date(s) debt was incurred _

Last 4 digits of account number __4450__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,000.00 |
|---|---|---|---|

**FIXTECH COMPANY LIMITED**
21ST FLOOR TWO PACIFIC PLACE
BANGKOK   10100

Date(s) debt was incurred _

Last 4 digits of account number __5230__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.547 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**FLOORING SPECIALTIES, INC.**
5529 EASTCLIFF INDUSTRIAL LOOP
BIRMINGHAM, AL 35210

Date(s) debt was incurred _

Last 4 digits of account number __4356__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**FLORIDA CONCRETE MAGIC, LLC**
3732 QUANDO CIRCLE
ORLANDO, FL 32812

Date(s) debt was incurred _

Last 4 digits of account number __4648__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**FLORIDA SURFACE SOLUTIONS**
4147 18TH ST N
ST. PETERSBURG, FL 33714-4614

Date(s) debt was incurred _

Last 4 digits of account number __4041__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:16-bk-01905   Doc 1   Filed 03/17/16   Entered 03/17/16 08:41:21   Desc Main
Document      Page 107 of 377

| 3.550 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,362.00 |
|---|---|---|---|

**FLOYD MILLER**
P.O. BOX 136
CLARKSVILLE, TN 37041

Date(s) debt was incurred _

Last 4 digits of account number **2701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,947.00 |
|---|---|---|---|

**FM Industries, Inc.**
701 HILLSIDE AVENUE
Albany, CA 94706

Date(s) debt was incurred _

Last 4 digits of account number **4782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,550.00 |
|---|---|---|---|

**FORBIS CONCRETE RESURFACING**
155 WEST 1000 SOUTH #50
HEBER CITY, UT 84032

Date(s) debt was incurred _

Last 4 digits of account number **2452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.553 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $136.00 |
|---|---|---|---|

**FORREST THOMAS**
P.O. Box 5369
S.I. St. Croix   00823

Date(s) debt was incurred _

Last 4 digits of account number **4863**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,442.00 |
|---|---|---|---|

**FORSTER FRY**
PO BOX 5249
SALISBURY, NC 28147

Date(s) debt was incurred _

Last 4 digits of account number **3219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.00 |
|---|---|---|---|

**FOUR STAR FINAL**
6743 MYRTLE AVENUE
GLENDALE, NY 11385

Date(s) debt was incurred _

Last 4 digits of account number **4082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.556 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**FRAME-N-TIQUES, INC.**
101 TIE STREET
CAMPBELLSVILLE, KY 47218

Date(s) debt was incurred _

Last 4 digits of account number **4840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.557 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**FRANCES BURKELL**
**5267 WEST TOWN HALL ROAD**
**DENMARK, WI 54208**

Date(s) debt was incurred _

Last 4 digits of account number  **3019**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.558 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**FRANCIE G. WARLICK**
**1786 AMAZON WAY**
**HENDERSON, NV 89012**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.559 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$642.00** |
|---|---|---|---|

**FRANK LAURITZEN**
**5 GLENS 4D DRIVE**
**SAINT PAUL, MO 63366**

Date(s) debt was incurred _

Last 4 digits of account number  **5350**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.560 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$222.00** |
|---|---|---|---|

**FRANK PALMIERI**
**4323 S. QUINCY PLACE**
**TULSA, OK 74105**

Date(s) debt was incurred _

Last 4 digits of account number  **5025**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.561 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**FRANK ROBERTSON**
**854 LIVINGSTON ROAD**
**LIZAVILLE, NY 12523**

Date(s) debt was incurred _

Last 4 digits of account number  **3250**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.562 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,425.00** |
|---|---|---|---|

**FRANKLIN DOCK**
**240 Main Street, Suite 600**
**Juneau, AK 99801**

Date(s) debt was incurred _

Last 4 digits of account number  **4844**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.563 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**FRED FARES**
**1 Bent Twig Ln**
**Trenton, NJ 08638**

Date(s) debt was incurred _

Last 4 digits of account number  **4902**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.564 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $440.00 |
|-------|--|--|--|

**FRED KOZEE**
**174 CORNERSTONE LN.**
**LEXINGTON, NC 27295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3576**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|-------|--|--|--|

**FRED MILLER**
**5902 HIGHWAY 60**
**NEOSHO, MO 64850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3082**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.566 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,978.00 |
|-------|--|--|--|

**FRED SWANSON CONTRACTOR**
**225 W. PUTNAM ST.**
**PRINCETON, IL 61356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4131**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.00 |
|-------|--|--|--|

**FREDERICK SMOLENSKY**
**1775 KING EDWARD DRIVE**
**KISSIMEE, FL 34744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4762**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,677.90 |
|-------|--|--|--|

**FUTUREWAYS, INC.**
**1925 SOUTH COOPER NO. 257**
**ARLINGTON, TX 76010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2018**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,778.00 |
|-------|--|--|--|

**FUZION COATINGS**
**5476 WEST DRUHAM HILLS STREET**
**MARANA, AZ 85658**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4956**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|-------|--|--|--|

**G & C ENTERPRISES, INC.**
**P.O. BOX 32342**
**CHARLOTTE, NC 28232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2957**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case 3:16-bk-01905   Doc 1   Filed 03/17/16   Entered 03/17/16 08:41:21   Desc Main
Document      Page 110 of 377

| 3.571 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,713.00** |
|---|---|---|---|

**G&J DESIGNS**
**2184 PROVIDENCE HWY**
**RAYNE, LA 70578**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5205**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.572 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,280.00** |
|---|---|---|---|

**G.E.M. ENTERPRISES, LLC.**
**9952 E. MISSION LANE**
**SCOTTSDALE, AZ 85258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3091**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.573 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,875.00** |
|---|---|---|---|

**GABRIEL MARTINEZ**
**6050 OLIVE STREET**
**COMMERCE CITY, CO 80022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3190**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$130.00** |
|---|---|---|---|

**GARAGE SQUAD, INC.**
**10078 FLANDERS COURT**
**SUITE 150**
**BLAINE, MN 55449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4522**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.575 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,015.00** |
|---|---|---|---|

**GARRETT WADE**
**7057 HWY. 70 SOUTH**
**NASHVILLE, TN 37221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3244**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,309.00** |
|---|---|---|---|

**GARRY BASS**
**108 Tweed Drive**
**Madison, AL 35758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4966**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.577 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**GARRY ZIZZO**
**5832 EAGLE CAY TERRACE**
**COCONUT CREEK, FL 33073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2548**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.578** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$140.00** |

**GARY BROWN**
**2805 MARTSY CT**
**ARLINGTON, TX 76014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2351**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.579** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$5,000.00** |

**GARY DURST**
**188 COUNTRY HAVEN LANE**
**FREDRICKSBURG, TX 78624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4406**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.580** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$500.00** |

**GARY EDGECOMBE**
**6134 GILLOT BLVD**
**PORT CHARLOTTE, FL 33981**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3258**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.581** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$764.00** |

**GARY GOPIE**
**51 AUTUMN AVE**
**BROOKLYN, NY 11208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3985**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.582** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$1,400.00** |

**GARY GURULE**
**2754 LA SILLA DORADO**
**SANTA FE, NM 87505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3400**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.583** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$1,000.00** |

**GARY HAYES**
**P.O. Box 1029**
**Pottsboro, TX 75076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4952**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.584** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$4.00** |

**GARY MERCER**
**P.O. BOX 605**
**W. COLUMBIA, TX 77486**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4597**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.585 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,990.00** |
|---|---|---|---|

**GARY ROCKE**
P.O. Box 761
Enfield, NH 03748

Date(s) debt was incurred _
Last 4 digits of account number **4756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.586 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,475.00** |
|---|---|---|---|

**GATEKEEPERS CDC**
PO BOX 302
BETHALTO, IL 62010

Date(s) debt was incurred _
Last 4 digits of account number **5017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.587 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,783.00** |
|---|---|---|---|

**GATEWOOD & ASSOC**
10 CYPRESS COURT
OWINGS MILL, MD 21117

Date(s) debt was incurred _
Last 4 digits of account number **3574**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.588 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,114.00** |
|---|---|---|---|

**GECKOCRETE**
2226 CACTUS STREET
FREMONT, CA 94539

Date(s) debt was incurred _
Last 4 digits of account number **3802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.589 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.00** |
|---|---|---|---|

**GEMUTLICHKEIT LLC**
1623 SOUTH NEVADA AVE.
COLORADO SPRINGS, CO 80906

Date(s) debt was incurred _
Last 4 digits of account number **5052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.590 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$620.00** |
|---|---|---|---|

**GENE RICE**
2606 W. TOWNLY, #9
PHOENIX, AZ 85021

Date(s) debt was incurred _
Last 4 digits of account number **2956**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.591 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,707.46** |
|---|---|---|---|

**GENERAL PROPERTY MAINTENANCE**
P.O. BOX 901
TINLEY PARK, IL 60477

Date(s) debt was incurred _
Last 4 digits of account number **3552**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.592 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**GENESIS ENTERPRISES**
**18027 GLEN PARK DRIVE**
**BATON ROUGE, LA 70817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3317**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**GEOFF CLOUSE BUILDERS**
**4508 S. US HWY 23**
**ALVADA, OH 44802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2532**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $132.00 |
|---|---|---|---|

**GEOFF ROBERTS**
**2238 WILSON AVE**
**REDDING, CA 96002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4160**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**GEORGE HACKETT**
**135 KOPF RD.**
**BELLMORE, NY 11710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2417**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,762.00 |
|---|---|---|---|

**GEORGE HALLQUIST**
**215 ORCHIS ROAD**
**ST. AUGUSTINE, FL 32084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4256**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,728.50 |
|---|---|---|---|

**GEORGE LOPEZ**
**P.O. BOX 105**
**CAMPBELLTON, TX 78008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4045**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.598 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.00 |
|---|---|---|---|

**GEORGIA EXTERIORS**
**111 HURTT CT**
**CHICKAMAUGA, GA 30707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4680**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,504.00 |
|---|---|---|---|

**GEORGIAN MASONRY IMPRESSIONS**
**3377 ZODIE TR.**
**POWDER SPRINGS, GA 30127**

Date(s) debt was incurred _
Last 4 digits of account number  **4620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,020.00 |
|---|---|---|---|

**GERALD KOFMEHL**
**221 W. PACIFIC**
**SPOKANE, WA 99201**

Date(s) debt was incurred _
Last 4 digits of account number  **4037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.601 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,375.00 |
|---|---|---|---|

**GERMANY BENNETT**
**18974 SAN JUAN DR.**
**DETROIT, MI 48221**

Date(s) debt was incurred _
Last 4 digits of account number  **2645**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,875.00 |
|---|---|---|---|

**GERSON DIAZ**
**2126 W. 17th N**
**Snowflake, AZ 85937**

Date(s) debt was incurred _
Last 4 digits of account number  **4942**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**GILBERT L. WARNER**
**WARNER CORP. INC.**
**4255 WINNER CIR.**
**MEDINA, OH 44256**

Date(s) debt was incurred _
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.604 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13.00 |
|---|---|---|---|

**GILLIGAN & NARDINI**
**888 DERRY DR.**
**TOMS RIVER, NJ 08753**

Date(s) debt was incurred _
Last 4 digits of account number  **4617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.605 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $680.00 |
|---|---|---|---|

**GLEEM COLOR & CARPET ONE**
**1128 HILLCREST ST.**
**MOBILE, AL 36695**

Date(s) debt was incurred _
Last 4 digits of account number  **3741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.606 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,606.00 |
|---|---|---|---|

**GLOBAL VILLAGE HEALTH CARE INC**
**8470 WYNDALE DRIVE**
**MECHANICSVILLE, VA 23116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4388**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.607 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,816.75 |
|---|---|---|---|

**GMC CONSTRUCTION**
**9279 KEWEN AVE**
**SUN VALLEY, CA 91352**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4207**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.608 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,440.00 |
|---|---|---|---|

**GO SEVEN RESURFACING COMPANY**
**7026 FOXWAITHE**
**HUMBLE, TX 77338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4069**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $874.00 |
|---|---|---|---|

**GODLEY'S SURFACE SOLUTIONS**
**12354 HWY 55 W**
**DOVER, NC 28526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3186**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $15.50 |
|---|---|---|---|

**GOLDEN STATE INVESTORS**
**21720 GOLDEN STAR BLVD**
**TEHACHAPI, CA 93561**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4375**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $372.00 |
|---|---|---|---|

**GOLDEN STATE OVERLAY INC.**
**150 S. GLENOAKS BLVD #8095**
**BURBANK, CA 91502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4147**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $335.00 |
|---|---|---|---|

**GOLON MASONRY**
**1334 STREETS RUN RD**
**WEST MIFFLIN, PA 15236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2510**

Is the claim subject to offset? ■ No ☐ Yes

| 3.613 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,237.50 |
|---|---|---|---|

**GOOD NEIGHBOR FENCE, INC.**
7410 FULLVIEW AVNUE
MECHANICSVILLE, VA 23112

Date(s) debt was incurred _
Last 4 digits of account number **4443**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $801.50 |
|---|---|---|---|

**GORDAN BRYAN**
835 S. CHARLOTTE
LOMBARD, IL 60148

Date(s) debt was incurred _
Last 4 digits of account number **4248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,591.00 |
|---|---|---|---|

**GORDON BULLER/KEITH WARREN**
6462 W. PARKVIEW DRIVE
WICHITA, KS 67219

Date(s) debt was incurred _
Last 4 digits of account number **3593**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,278.72 |
|---|---|---|---|

**GORILLA PRODUCTS**
21171 ARMADA RIDGE RD
ARMADA, MI 48005

Date(s) debt was incurred _
Last 4 digits of account number **3498**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,163.00 |
|---|---|---|---|

**GRAHAM GRANT**
1241 CROCKETT LOOP N
HERNANDO, MS 38632

Date(s) debt was incurred _
Last 4 digits of account number **4425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.618 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $589.00 |
|---|---|---|---|

**GRANITE STATES RESURFACING**
179 MAPLE AVE.
CLAIRMONT, NH 03743

Date(s) debt was incurred _
Last 4 digits of account number **2779**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**GRANT BOTKINS**
6102 RANDA LEE CT.
GEORGETOWN, IN 47122

Date(s) debt was incurred _
Last 4 digits of account number **3300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.620 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $622.00 |
|---|---|---|---|

**GREAT AMERICAN CONST. CORP**
**1040 HEMPSTEAD TURNPIKE**
**FRANKLIN SQUARE, NY 11010**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3112**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.621 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,101.31 |
|---|---|---|---|

**Great American Financial Service**
**625 First St. SE**
**Cedar Rapids, IA 52401**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **3/8/15**

Basis for the claim: **Balance on Leased Equipment Repossessed**

Last 4 digits of account number **5859**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,677.10 |
|---|---|---|---|

**GREAT AMERICAN MARKETING GROUP**
**1210 EAST LOOP 304**
**CROCKETT, TX 75835**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4259**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.623 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,875.00 |
|---|---|---|---|

**GREEN BUILDERS, LLC.**
**50 MAILE ST. APT. B3**
**HILO, HI 96720**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5011**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.624 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,869.00 |
|---|---|---|---|

**GREEN HOME SUPPLY**
**PO BOX 9011 #319**
**CALEXICO, CA 92232**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5265**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.625 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $311.36 |
|---|---|---|---|

**GREENWELL CONSTRUCTION**
**105 CARR DRIVE**
**SPRING HILL, TN 37174**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5079**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.626 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,524.59 |
|---|---|---|---|

**GREG SMITH**
**2250 LEBANON RD.**
**NASHVILLE, TN 37214**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2744**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:16-bk-01905   Doc 1   Filed 03/17/16   Entered 03/17/16 08:41:21   Desc Main
Document    Page 118 of 377

| 3.627 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $253.44 |
|-------|---|---|---|

**GREGORY ST. MORITZ**
**P.O. BOX 1091**
**ST. CHARLES, MO 63302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2268**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.628 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|---|---|---|

**GRETCHEN SHERWOOD**
**11 GEORGE RD.**
**ROLLING HILLS, CA 90274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.629 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.00 |
|-------|---|---|---|

**GRYMAX REFINISHING SERVICES**
**5 S. HUFFMAN ST.**
**NAPERVILLE, IL 60540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3636**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46.14 |
|-------|---|---|---|

**GTH ASSOCIATES LLC**
**901 AVENUE I**
**MATAMORAS, PA 18336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3615**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.631 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,535.00 |
|-------|---|---|---|

**GUM DROP**
**1620 Chickasaw Drive**
**Columbus, MS 39705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4932**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.632 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,414.00 |
|-------|---|---|---|

**GUY FORESTER**
**1625 SOUTHERN OAK DRIVE**
**CONROE, TX 77301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4308**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.633 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,075.00 |
|-------|---|---|---|

**GYMNASTICS OF YORK**
**2615 COURSE RD.**
**YORK, PA 17402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2853**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.634 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,840.00** |
|---|---|---|---|

**H. D. MYLES**
**138 JIM JUNGLE ROAD**
**MILLINGTON, MD 21651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5130**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$76.00** |
|---|---|---|---|

**H.C.C.**
**2477 CHAMBLEE-TUCKER RD**
**SUITE B**
**ATLANTA, GA 30341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2104**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.636 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$58.00** |
|---|---|---|---|

**H.D.C. CONCRETE DES., L.L.C.**
**12009 LAKE JUNE ROAD**
**BALCH SPRINGS, TX 75180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2735**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.637 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6.00** |
|---|---|---|---|

**HADLOCK CONSTRUCTION, INC.**
**P.O. BOX 164**
**HADLOCK, WA 98339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2275**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.638 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,041.00** |
|---|---|---|---|

**HAMILTON CAREER CENTER**
**100 VOCATIONAL DR.**
**SENECA, SC 29672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3889**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,156.83** |
|---|---|---|---|

**HAMMER CONSTRUCTION**
**474 CLIFTY RD.**
**SOMERSET, KY 42503-4501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2090**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.640 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,787.00** |
|---|---|---|---|

**HANDY MAN HARRISON**
**PO BOX 152**
**LA VETA, CO 81055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5270**

Is the claim subject to offset? ■ No ☐ Yes

Case 3:16-bk-01905    Doc 1    Filed 03/17/16    Entered 03/17/16 08:41:21    Desc Main
Document     Page 120 of 377

| | | | |
|---|---|---|---|
| 3.641 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$444.00** |
| | **HAPPE & SONS CONSTRUCTION** | ☐ Contingent | |
| | **3225 CLAREMONT AVE.** | ☐ Unliquidated | |
| | **EVANSVILLE, IN 47712** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **2781** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.642 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
| | **HARDWOOD FLOOR & MORE** | ☐ Contingent | |
| | **28 SCARBOROUGH HEAD RD** | ☐ Unliquidated | |
| | **HILTON HEAD ISL, SC 29928** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **3357** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.643 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,023.00** |
| | **HARMONY 110 BUILDERS** | ☐ Contingent | |
| | **8142 COUNTY ROAD 110** | ☐ Unliquidated | |
| | **CARTHAGE, MO 64836** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **2680** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.644 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,315.00** |
| | **HAROLD LUNSFORD** | ☐ Contingent | |
| | **1068 MERCHANTS DRIVE APT 711** | ☐ Unliquidated | |
| | **DALLAS, GA 30132** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **5067** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.645 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35.00** |
| | **HAROLD STEINER** | ☐ Contingent | |
| | **20439 HILLVIEW RD.** | ☐ Unliquidated | |
| | **SAEGERTOWN, PA 16433** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **2829** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.646 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
| | **HART CONSTRUCTION** | ☐ Contingent | |
| | **11207 S.E. Devine** | ☐ Unliquidated | |
| | **Geronimo, OK 73543** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **4557** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.647 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,895.00** |
| | **HARTMAN QUALITY FINISHES** | ☐ Contingent | |
| | **4891 VALLETTA WAY** | ☐ Unliquidated | |
| | **SACRAMENTO, CA 95820** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **3710** | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Case 3:16-bk-01905    Doc 1    Filed 03/17/16    Entered 03/17/16 08:41:21    Desc Main
Document      Page 121 of 377

| 3.648 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,720.00** |
|-------|---|---|---|

**HAVELOCK INC.**
**207 BULLITT AVE**
**ROANOKE, VA 24013**

Date(s) debt was incurred _

Last 4 digits of account number  **5024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.649 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,819.00** |
|-------|---|---|---|

**HEATH CRUM**
**HC 62 BOX 590**
**HONESDALE, PA 18431**

Date(s) debt was incurred _

Last 4 digits of account number  **3807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.650 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$174.50** |
|-------|---|---|---|

**HEDRICK MASONRY**
**4312 HAWK DRIVE**
**CLAREMONT, NC 28610**

Date(s) debt was incurred _

Last 4 digits of account number  **3192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,043.50** |
|-------|---|---|---|

**HELEN EUBANKS**
**6041 ALBETH RD**
**ORLANDO, FL 32810**

Date(s) debt was incurred _

Last 4 digits of account number  **3964**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.652 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|-------|---|---|---|

**HELPING HANDS CONTRACTING INC**
**P.O. BOX 28**
**MT. PLEASANT, OH 43939**

Date(s) debt was incurred _

Last 4 digits of account number  **2000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.653 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,261.00** |
|-------|---|---|---|

**HEPP CONCRETE COATINGS LLC**
**14200 WOOD DUCK LN**
**COLONIAL HEIGHTS, VA 23834**

Date(s) debt was incurred _

Last 4 digits of account number  **4490**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16.20** |
|-------|---|---|---|

**HEREFORD CONSTRUCTION**
**105 CENTRAL AVE**
**HUNTSVILLE, AL 35801**

Date(s) debt was incurred _

Last 4 digits of account number  **1507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case 3:16-bk-01905    Doc 1    Filed 03/17/16    Entered 03/17/16 08:41:21    Desc Main
Document      Page 122 of 377

| 3.655 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,447.00 |

**HICALIBUR, INC.**
**1330 W. SUNSET BLVD. #L**
**ST. GEORGE, UT 84770**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4575**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.656 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $138.66 |

**HIGH PLAINS DEVELOPMENT**
**2824 PROMONTORY DRIVE**
**Bismarck, ND 58503**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3171**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.657 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,902.78 |

**Home Depot**
**P.O. Box 790345**
**Saint Louis, MO 63179**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Credit Card**

Last 4 digits of account number **5667**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $247.00 |

**HOME PRO'S**
**2102 KOTTER AVE STE A**
**EVANSVILLE, IN 47715**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3825**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |

**HOME SHIELD COATING**
**3730 WEST WENDOVER AVENUE**
**GREENSBORO, NC 27407**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2947**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.660 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $421.00 |

**HOMETOWN BUILDING SUPPLY**
**742 HWY 50 WEST**
**LINN, MO 65051**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4634**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.661 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $912.00 |

**HOMEWORK BY LYNDALL**
**4306 CROSSGATE**
**CHAMPAIGNE, IL 61822**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2697**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.662 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$800.00** |
|---|---|---|---|

**HOMEWORKS ETC., INC.**
**229 SOUTH MAIN**
**BOWLING GREEN, OH 43402**

Date(s) debt was incurred _

Last 4 digits of account number  **2798**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.663 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,857.43** |
|---|---|---|---|

**HOOLULU BRITO**
**27 MELEANA PLACE**
**KAHULUI, HI 96732**

Date(s) debt was incurred _

Last 4 digits of account number  **5015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.664 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$665.00** |
|---|---|---|---|

**HOPE TUPOU**
**3136 CAMPAIGN DRIVE**
**SOUTH JORDAN, UT 84095**

Date(s) debt was incurred _

Last 4 digits of account number  **4278**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.665 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13.00** |
|---|---|---|---|

**HORACIO SANTAMARIA**

**CO 80216**

Date(s) debt was incurred _

Last 4 digits of account number  **2826**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.666 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$220.00** |
|---|---|---|---|

**HORIZON PROJECT INC.**
**435 PEARMAIN AVE.**
**WALLA WALLA, WA 99362**

Date(s) debt was incurred _

Last 4 digits of account number  **3263**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.667 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,758.00** |
|---|---|---|---|

**HOUSE CALLS**
**6844 121st AVE**
**LARGO, FL 33773**

Date(s) debt was incurred _

Last 4 digits of account number  **4429**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.668 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,696.00** |
|---|---|---|---|

**HOUSE TO HOME INC.**
**854 H JASON BLVD**
**MYRTLE BEACH, SC 29577**

Date(s) debt was incurred _

Last 4 digits of account number  **4007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 3:16-bk-01905   Doc 1   Filed 03/17/16   Entered 03/17/16 08:41:21   Desc Main
                    Document        Page 124 of 377

| | | | |
| --- | --- | --- | --- |
| 3.669 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,328.00** |
| | **HURD CONCRETE FINISHING**<br>**5785 CARTERS VALLEY RD.**<br>**CHURCH HILL, TN 37642** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **3194** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.670 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,362.44** |
| | **HUTTER & ASSOCIATES**<br>**P.O. BOX 1154**<br>**COVINGTON, GA 30015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **2612** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.671 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,500.00** |
| | **I WANT A BETTER HOUSE**<br>**5511 EDMONSON PIKE**<br>**NASHVILLE, TN 37211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **5049** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.672 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$126.00** |
| | **I.C.S. INC.**<br>**11911 SCALES RD**<br>**TENNYSON, IN 47637** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **3945** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.673 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,174.00** |
| | **I.J.W. & ASSOC. LTD.**<br>**391 STEELCASE RD. WEST #23**<br>**MARKHAM L3R 3V9** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **2035** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.674 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
| | **I.S. CUSTOM BUILDING & REMODEL**<br>**1825 U.S. 60 EAST**<br>**SALEM, KY 42078** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **4135** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.675 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,717.00** |
| | **IBISON RESURFACING**<br>**1265 LINWOOD RD.**<br>**MOORESVILLE, NC 28115** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **3185** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case 3:16-bk-01905    Doc 1    Filed 03/17/16    Entered 03/17/16 08:41:21    Desc Main
Document     Page 125 of 377

| | | |
|--|--|--|
| **3.676** | **Nonpriority creditor's name and mailing address**<br>**ICBS DEVELOPMENT & DESIGN**<br>**6535 ROAD 9**<br>**ORLAND, CA 95963**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **4280** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$406.21** |
| **3.677** | **Nonpriority creditor's name and mailing address**<br>**ICF Builder Mazagine**<br>**884 East 700 North**<br>**Mapleton, UT 84664**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **PERMA CRETE** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,726.00** |
| **3.678** | **Nonpriority creditor's name and mailing address**<br>**ICF BUILDERS**<br>**9731 W. COMPTON CT.**<br>**STAR, ID 83669**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **3005** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$194.00** |
| **3.679** | **Nonpriority creditor's name and mailing address**<br>**ICF Concepts, LLC**<br>**651 Richard Street**<br>**Suite 1A**<br>**New Orleans, LA 70130**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **4686** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,581.00** |
| **3.680** | **Nonpriority creditor's name and mailing address**<br>**ICF CUSTOM BUILDERS, LLC**<br>**5508 Townsend Warbler Ct.**<br>**Wake Forest, NC 27587**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **4715** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,058.00** |
| **3.681** | **Nonpriority creditor's name and mailing address**<br>**IDEAL DISTRIBUTION**<br>**15385 KATY FREEWAY**<br>**UNIT 114**<br>**HOUSTON, TX 77094**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **5220** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,386.00** |
| **3.682** | **Nonpriority creditor's name and mailing address**<br>**IMPERIAL COUNTERTOPS, INC.**<br>**10646 LEUER AVENUE**<br>**Cleveland, OH 44108**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **2793** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,875.00** |

| 3.683 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,149.00 |
|---|---|---|---|

**IMPERIAL LEGACY**
6950 S. ASH STREET
OAK CREEK, WI 53154

Date(s) debt was incurred _

Last 4 digits of account number **3032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.684 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $145.26 |
|---|---|---|---|

**IMPRESSIVE RESURFACING, LLC**
2313 SOUTHERN POINTS CT
VIRGINIA BEACH, VA 23454

Date(s) debt was incurred _

Last 4 digits of account number **3352**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.685 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $780.00 |
|---|---|---|---|

**IN THE MIX, INC.**
1189 BURBA RD
BARDSTOWN, KY 40004

Date(s) debt was incurred _

Last 4 digits of account number **2604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.00 |
|---|---|---|---|

**INGALLS DECORATIVE CONCRETE**
PO BOX 584
MT. CLEMENS, MI 48046

Date(s) debt was incurred _

Last 4 digits of account number **3767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.687 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $111.00 |
|---|---|---|---|

**INLET CONCRETE DESIGNS, LLC**
183 GOVERNORS LOOP
MYRTLE BEACH, SC 29588

Date(s) debt was incurred _

Last 4 digits of account number **4506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.00 |
|---|---|---|---|

**INNOVATIVE RESURFACING**
2441 BRADENBAUGH RD.
WHITE HILL, MD 21161

Date(s) debt was incurred _

Last 4 digits of account number **2905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $437.00 |
|---|---|---|---|

**INNOVATIVE SURFACING**
221 VANDELINDA AVE.
TEANECK, NJ 07666

Date(s) debt was incurred _

Last 4 digits of account number **3638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:16-bk-01905   Doc 1   Filed 03/17/16   Entered 03/17/16 08:41:21   Desc Main
Document     Page 127 of 377

---

**3.690** Nonpriority creditor's name and mailing address

**INSUL-HUT SYSTEMS, INC.**
**60363 EYSTER ROAD**
**ROCHESTER, MI 48306**

Date(s) debt was incurred _

Last 4 digits of account number **2029**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.691** Nonpriority creditor's name and mailing address

**INTEGRO DEVELOPMENT CORP.**
**37 HARBOR VIEW PLACE**
**STATEN ISLAND, NY 10305**

Date(s) debt was incurred _

Last 4 digits of account number **1958**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,168.00**

---

**3.692** Nonpriority creditor's name and mailing address

**INTERIOR CONSULTANTS, LLC**
**3100 DEBORAH DR. #97**
**MONROE, LA 71201**

Date(s) debt was incurred _

Last 4 digits of account number **2399**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,856.25**

---

**3.693** Nonpriority creditor's name and mailing address

**INTERSTATE EQUIPMENT INC.**
**3207 MATHERS**
**SPRINGFIELD, IL 62707**

Date(s) debt was incurred _

Last 4 digits of account number **2103**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,025.00**

---

**3.694** Nonpriority creditor's name and mailing address

**INVU**
**3128 SOCILVILLE-FOSTER RD.**
**MAINEVILLE, OH 45039**

Date(s) debt was incurred _

Last 4 digits of account number **4228**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,617.00**

---

**3.695** Nonpriority creditor's name and mailing address

**IRONSTONE CONSTRUCTION CO.**
**1600 E SCARLETT PLUME**
**Kingman, AZ 86409**

Date(s) debt was incurred _

Last 4 digits of account number **4563**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,260.00**

---

**3.696** Nonpriority creditor's name and mailing address

**ISLAND RESOURCES**
**116 WORTHING ROAD**
**SAINT SIMONS ISL, GA 31522**

Date(s) debt was incurred _

Last 4 digits of account number **1718**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$9.24**

---

Case 3:16-bk-01905   Doc 1   Filed 03/17/16   Entered 03/17/16 08:41:21   Desc Main
Document    Page 128 of 377

---

| 3.697 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $738.00 |
|---|---|---|---|

**ISO-CONFORM, INC.**
**1506 MAIN AVENUE #201**
**MOORHEAD, MN 56560**

Date(s) debt was incurred _

Last 4 digits of account number **4654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,396.00 |
|---|---|---|---|

**J & J CARPET & FLOOR COVERING**
**3465 MYER LEE DR**
**WINSTON SALEM, NC 27101**

Date(s) debt was incurred _

Last 4 digits of account number **3603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.699 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23.44 |
|---|---|---|---|

**J & K ENTERPRISES**
**4402 CALVERT ST.**
**LINCOLN, NE 68506**

Date(s) debt was incurred _

Last 4 digits of account number **2908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.700 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.92 |
|---|---|---|---|

**J & L CONSTRUCTION, L.L.C.**
**22866 COUNTRY RIDGE PARKWAY**
**MC CALLA, AL 35111**

Date(s) debt was incurred _

Last 4 digits of account number **2907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.701 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $921.00 |
|---|---|---|---|

**J & R RESURFACING & DESIGN**
**579 INGMAN CT**
**MARINA, CA 93933**

Date(s) debt was incurred _

Last 4 digits of account number **4030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.702 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,420.00 |
|---|---|---|---|

**J. DEAN PUSEY CONTRACTOR, INC**
**22548 REYNOLDS POND RD**
**ELLENDALE, DE 19941**

Date(s) debt was incurred _

Last 4 digits of account number **4851**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.703 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47.00 |
|---|---|---|---|

**J. HALEY STEPHENS**
**3217 RED BUD RD., N.E.**
**CALHOUN, GA 30701**

Date(s) debt was incurred _

Last 4 digits of account number **5229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.704 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,637.30 |
|---|---|---|---|

**J. TIMBERLAKE, CO.**
**414 N PINE ST.**
**GUNNISON, CO 81230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1800**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.705 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**J.B. PROPERTIES, INC.**
**P.O. BOX 1225**
**CAPE GIRARDEAU, MO 63702-1225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2602**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.706 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $910.00 |
|---|---|---|---|

**J.C. RESURFACING**
**36 BUNKER HILL RD.**
**SHAMONG, NJ 08088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2839**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.00 |
|---|---|---|---|

**J.L.B. ENTERPRISES/C.M.C.**
**1426 ASH MEADOW DRIVE**
**HOUSTON, TX 77090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3551**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.708 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $842.00 |
|---|---|---|---|

**J.T.C. CONSTRUCTION, INC.**
**1215 KARROW AVENUE**
**WHITEFISH, MT 59937**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2950**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.709 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $890.39 |
|---|---|---|---|

**J.W. ENTERPRISES**
**P.O. BOX 578**
**DANDRIDGE, TN 37725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2166**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.710 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,326.38 |
|---|---|---|---|

**J.W. JONES**
**911 WELLS AVE**
**ANNAPOLIS, MD 21403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3291**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:16-bk-01905   Doc 1   Filed 03/17/16   Entered 03/17/16 08:41:21   Desc Main
Document   Page 130 of 377

| 3.711 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$91.16** |
|---|---|---|---|

**JACK NELSON**
**1164 N. MARTINGALE RD**
**GILBERT, AZ 85234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4126**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6.00** |
|---|---|---|---|

**JACK REEVES**
**5318 OLD POST ROAD**
**TEXARKANA, AR 71854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3851**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.713 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,930.00** |
|---|---|---|---|

**JACKSON CONSTRUCTION**
**244 MAPLELEAF CIR**
**HOT SPRINGS, AR 71901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5211**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.714 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**JAGDISH SINGH**
**TEWAY CORP.**
**3192 BICKLEIGH CIRCLE**
**AKRON, OH 44312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.715 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$874.00** |
|---|---|---|---|

**JAKE MEIER CONSTRUCTION**
**104 E 41ST PLACE**
**KENNEWICK, WA 99337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5269**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.716 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,000.00** |
|---|---|---|---|

**JAMAN DAVIS**
**1291 West 75 North**
**Centerville, UT 84014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4806**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.717 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**JAMES COOK**
**4800 S. U.S. HIGHWAY 41**
**#319**
**TERRE HAUTE, IN 47802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2294**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.718** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,455.00**

**JAMES FORBES**
**4818 WEST DARREL ROAD**
**LAVEEN, AZ 85339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2764**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.719** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**JAMES HECKMAN**
**P.O. BOX 361 COUNTY ROAD 600 S**
**FT. RECOVERY, OH 45846-0361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2449**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.720** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$990.00**

**JAMES HYATT**
**444 ACADIAN VILLA ST**
**THIBODAUX, LA 70301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3490**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.721** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**JAMES ROBINSON**
**235 W. 48TH ST. APT. 44C**
**NEW YORK, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.722** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,441.00**

**JAMES RUDD**
**1307 N. NASHVILLE AVE.**
**SYLACAUGA, AL 35150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2824**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.723** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$867.00**

**JAMIE LANE**
**402 FLAGLER COURT**
**ALLEN, TX 75013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4373**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.724** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,471.03**

**JAMIE SULLIVAN**
**P.O. BOX 1500**
**SHEPARDSTOWN, WV 25443**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3516**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.725 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $926.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**JAN L CONSTRUCTION CO., INC.**
**311 N BROADWAY**
**MARLOW, OK 73055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __1922__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.726 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $320.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**JANUS HOTELS & RESORTS**
**8534 EAST KEMPER**
**CINCINNATI, OH 45249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __2499__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.727 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,475.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**JANUS SUPPLY**
**6501 SAND TRAP DRIVE**
**LAYTONSVILLE, MD 20882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __2068__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.728 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,850.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**JARED DOWELL CONSTRUCTION**
**1400 SHERIDON AVE.**
**Hoxie, KS 67740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __4955__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.729 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,232.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**JASON GLADNEY**
**6185 MAGNOLIA AVE SUITE 280**
**RIVERSIDE, CA 92506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __4086__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.730 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|--------|

**JASON GRESHAM**
**P.O. BOX 1188**
**JENA, LA 71342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __4100__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.731 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $485.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**JASON IDEUS**
**151 SADDIE PARKWAY**
**OSHKOSH, WI 54904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __3820__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case 3:16-bk-01905    Doc 1    Filed 03/17/16    Entered 03/17/16 08:41:21    Desc Main
Document      Page 133 of 377

| | | | |
|---|---|---|---|
| 3.732 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,840.00** |
| | **JASON SLEATER** | ☐ Contingent | |
| | **3220 WEST 42ND PLACE** | ☐ Unliquidated | |
| | **KENNEWICK, WA 99337** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **5248** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.733 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,470.00** |
| | **JAWS CONSTRUCTION** | ☐ Contingent | |
| | **840 SECOND STREET** | ☐ Unliquidated | |
| | **SANFORD, CO 81151** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **4951** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.734 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11.00** |
| | **JBEN CONSTRUCTION SERVICES** | ☐ Contingent | |
| | **RR 1 BOX 611** | ☐ Unliquidated | |
| | **HOCKLEY, TX 77447** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **2370** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.735 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,160.00** |
| | **JC IMPORTS** | ☐ Contingent | |
| | **725 NE 143 STREET** | ☐ Unliquidated | |
| | **N. MIAMI, FL 33161** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **4316** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.736 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,816.50** |
| | **JEDD ALCANTARA** | ☐ Contingent | |
| | **6444 Sunrise Shadow Circle** | ☐ Unliquidated | |
| | **Las Vegas, NV 89118** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **4948** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.737 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,875.00** |
| | **JEFF BALL** | ☐ Contingent | |
| | **100 REGAL OAKS** | ☐ Unliquidated | |
| | **BARBOURSVILLE, WV 25504** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **4158** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.738 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
| | **JEFF BLACK** | ☐ Contingent | |
| | **20376 N. 66th Drive** | ☐ Unliquidated | |
| | **Glendale, AZ 85308** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **4935** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.739 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,976.00** |
|---|---|---|---|

**JEFF CASTEEL**
**270 CARRINGTON STREET**
**SAVANNAH, TN 38372**

Date(s) debt was incurred _
Last 4 digits of account number **4178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**JEFF CAVES**
**20480 SILVER HORN LANE**
**MONUMET, CO 80132**

Date(s) debt was incurred _
Last 4 digits of account number **2763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,630.00** |
|---|---|---|---|

**JEFF NOVAK**
**116 FAYETTE RD.**
**PERRYOPPOLIS, PA 15473**

Date(s) debt was incurred _
Last 4 digits of account number **4161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,724.75** |
|---|---|---|---|

**JEFF SHAFER**
**6810 OLYMPIA DRIVE**
**PASADENA, TX 77505**

Date(s) debt was incurred _
Last 4 digits of account number **3494**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.743 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**JEFF WALKER**
**PO BOX 481**
**MOUNTAIN VIEW, MO 65548**

Date(s) debt was incurred _
Last 4 digits of account number **3922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.744 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$394.00** |
|---|---|---|---|

**JEREMY CONTRERAS**
**1918 75TH STREET**
**LUBBOCK, TX 79423**

Date(s) debt was incurred _
Last 4 digits of account number **3377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.745 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,060.00** |
|---|---|---|---|

**JEREMY KOOPMAN**
**2886 61ST STREET LN BOX 3**
**VINTON, IA 52349**

Date(s) debt was incurred _
Last 4 digits of account number **3468**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.746 | **Nonpriority creditor's name and mailing address**<br>**JEROMY LANE**<br>**2449 SAVANNAH HILLS CIRCLE**<br>**NEW BRAUNFELS, TX 78130**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **3187** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,627.00** |

| 3.747 | **Nonpriority creditor's name and mailing address**<br>**JERRY KUHR**<br>**6413 NORANDA DR.**<br>**DAYTON, OH 45415**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **2332** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,505.00** |

| 3.748 | **Nonpriority creditor's name and mailing address**<br>**JERRY MIZE**<br>**207 IVY STREET**<br>**COALINGA, CA 93210**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **2434** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,460.00** |

| 3.749 | **Nonpriority creditor's name and mailing address**<br>**JERRY WARKENTIN**<br>**1709 ULEX**<br>**MCALLEN, TX 78504**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **2120** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$87.72** |

| 3.750 | **Nonpriority creditor's name and mailing address**<br>**JESS PUTMAN**<br>**3296 DUNN RD**<br>**CASEVILLE, MI 48725**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **3265** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$223.00** |

| 3.751 | **Nonpriority creditor's name and mailing address**<br>**JET-EYE POOL & SPA**<br>**P.O. BOX 25402**<br>**KANSAS CITY, MO 64119**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **1750** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$100.00** |

| 3.752 | **Nonpriority creditor's name and mailing address**<br>**JIM BLASCO**<br>**7055 E. RANCHO DEL ORO DR.**<br>**SCOTTSDALE, AZ 85262**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **3535** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$500.00** |

Case 3:16-bk-01905    Doc 1    Filed 03/17/16    Entered 03/17/16 08:41:21    Desc Main
Document     Page 136 of 377

| 3.753 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42.00 |
|---|---|---|---|

**JIM BOGGUS**
**1132 OBRIG AVE.**
**GUNTERSVILLE, AL 35016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1896**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.754 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,875.00 |
|---|---|---|---|

**JIM BRANSON**
**3438 Wind Circle Drive**
**Morristown, TN 37814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4901**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.755 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $845.00 |
|---|---|---|---|

**JIM DUNAWAY**
**4408 KELSON AVE.**
**MARIANNA, FL 32446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3581**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.756 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,918.00 |
|---|---|---|---|

**JIM HEARN**
**200 BLANTON AVENUE**
**NASHVILLE, TN 37210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4681**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.757 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,875.00 |
|---|---|---|---|

**JIM KENTON**
**1210 BOWFIN LANE**
**CAROLINA BEACH, NC 28428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3573**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.758 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,498.00 |
|---|---|---|---|

**JIM PAYNE**

**SILVERDALE, WA 98383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3816**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.759 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**JIM PFERSCHY**
**555 EAST SILVERADO RANCH BLVD**
**#1149**
**LAS VEGAS, NV 89123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3388**

Is the claim subject to offset? ■ No ☐ Yes

| 3.760 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,700.00 |
| --- | --- | --- | --- |

**JIM REICHERT**
**PO BOX 1**
**MARION, IL 62959**

Date(s) debt was incurred _
Last 4 digits of account number __3734__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.761 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
| --- | --- | --- | --- |

**JIM SCHIEFELBEIN**
**6710 WOODLAKE LANE**
**OCEAN SPRINGS, MS 39564**

Date(s) debt was incurred _
Last 4 digits of account number __3212__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.762 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,875.00 |
| --- | --- | --- | --- |

**JIMENEZ CONSTRUCTION**
**474 SOUTH ROOSEVELT ROAD T**
**PORTALES, NM 88130**

Date(s) debt was incurred _
Last 4 digits of account number __4646__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.763 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $771.00 |
| --- | --- | --- | --- |

**JIMMY PHILLIPS**
**822 COUNTY RD. 2206**
**TEXARKANA, TX 75501**

Date(s) debt was incurred _
Last 4 digits of account number __3729__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.764 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,118.00 |
| --- | --- | --- | --- |

**JKL CONCRETE COATINGS**
**1233 COUNTY ROAD 17**
**HOOPER, NE 68031**

Date(s) debt was incurred _
Last 4 digits of account number __5169__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.765 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59.00 |
| --- | --- | --- | --- |

**JO ELLEN ROBINSON**
**144 LINE 2 NORTH**
**SHANTY BAY, ON L0L 2L0**

Date(s) debt was incurred _
Last 4 digits of account number __5053__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $204.00 |
| --- | --- | --- | --- |

**JOB COAT**
**1326 MAIN ST**
**TELL CITY, IN 47586**

Date(s) debt was incurred _
Last 4 digits of account number __3831__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case 3:16-bk-01905    Doc 1    Filed 03/17/16    Entered 03/17/16 08:41:21    Desc Main
Document     Page 138 of 377

**3.767**

**Nonpriority creditor's name and mailing address**

JOE GASPER
3131 SOUTH CAMBRIDGE RD.
LANSING, MI 48911

Date(s) debt was incurred _

Last 4 digits of account number **4603**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$65.00**

---

**3.768**

**Nonpriority creditor's name and mailing address**

JOE JOHNSTON
PO BOX 226
TIFFIN, IA 52340

Date(s) debt was incurred _

Last 4 digits of account number **3454**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$936.00**

---

**3.769**

**Nonpriority creditor's name and mailing address**

JOE MUGUIRA
104 N. HILLARY AVE
LAFAYETTE, LA 70506

Date(s) debt was incurred _

Last 4 digits of account number **3404**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$420.00**

---

**3.770**

**Nonpriority creditor's name and mailing address**

JOE ORDINI'S POOLS & SPAS
801 NEW RODGERS ROAD
BRISTOL, PA 19007

Date(s) debt was incurred _

Last 4 digits of account number **2899**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$875.00**

---

**3.771**

**Nonpriority creditor's name and mailing address**

JOE SCHAD
1313 SE 19TH TERRACE
CAPE CORAL, FL 33990

Date(s) debt was incurred _

Last 4 digits of account number **3167**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$500.00**

---

**3.772**

**Nonpriority creditor's name and mailing address**

JOE STEWART
7320 74TH STREET
LUBBOCK, TX 79424

Date(s) debt was incurred _

Last 4 digits of account number **3440**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$2,342.00**

---

**3.773**

**Nonpriority creditor's name and mailing address**

JOE THOMAS
1038-B KINLEY RD.
COLUMBIA, SC 29063-7991

Date(s) debt was incurred _

Last 4 digits of account number **2942**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

| 3.774 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |

**JOE'S**
**16 OLEANDER ROW**
**DIAGO MARTIN**
**VICTORIAGARDENS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **3003**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.775 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,527.00 |

**JOEL VALLE**
**563 NORTH 1050 WEST**
**CLEARFIELD, UT 84015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **3617**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.776 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,060.00 |

**JOEY WALTERS**
**1203 ANCHOR TERRACE**
**POWDER SPRINGS, GA 30127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **4276**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $512.00 |

**JOHN ADAIR**
**727 W. MCDONOUGH ST.**
**MACOMB, IL 61455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **5219**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.778 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,959.00 |

**JOHN ALSOBROOK**
**80 WOODSIDE DRIVE**
**JACKSON'S GAP, AL 36861**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **5213**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.779 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $760.00 |

**JOHN BARNES**
**310 CROSS CREEK LANE**
**COBDEN, IL 62920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **3539**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,042.50 |

**JOHN BRYAN**
**1430 SANDPIPER CIRCLE**
**WESTON, FL 33327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **2960**

Is the claim subject to offset? ■ No ☐ Yes

| 3.781 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,923.75 |
|---|---|---|---|

**JOHN CARTER**
**19 CORNFIELD RD**
**WOODLEY READING**
**BERKSHIRE RG5 4QA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **5214**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.782 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84.00 |
|---|---|---|---|

**JOHN FORD**
**2348 CAMP BAKER RD.**
**MEDFORD, OR 97501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **3506**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.783 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,077.50 |
|---|---|---|---|

**JOHN INGRAM**
**802 S HAYES # 15**
**ENID, OK 73703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **4449**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.784 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,109.00 |
|---|---|---|---|

**JOHN MASON**
**P. O. BOX 144**
**CAIRO, MO 65239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **2467**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.785 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |
|---|---|---|---|

**JOHN MCGRATH**
**9805 P CIRCLE**
**OMAHA, NE 68127-2132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **2900**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.786 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $221.50 |
|---|---|---|---|

**JOHN MCKEE**
**4565 I-55 NORTH**
**JACKSON, MS 39206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **2228**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.787 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,850.00 |
|---|---|---|---|

**JOHN PAWLOWSKI**
**RR #1 Box 940**
**Francesville, IN 47946**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1986**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.788**

Nonpriority creditor's name and mailing address

**JOHN PETERSON**
**P.O. BOX 901**
**ST. CROIX   00841**

Date(s) debt was incurred _

Last 4 digits of account number **2831**

As of the petition filing date, the claim is: Check all that apply.  **$500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.789**

Nonpriority creditor's name and mailing address

**JOHN PRATT BUILDERS**
**508 SPRING GARDEN CT.**
**ANTIOCH, TN 37013**

Date(s) debt was incurred _

Last 4 digits of account number **3066**

As of the petition filing date, the claim is: Check all that apply.  **$40.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.790**

Nonpriority creditor's name and mailing address

**JOHN SERRA**
**1204-F PINEGROVE DRIVE**
**MYRTLE BEACH, SC 29577**

Date(s) debt was incurred _

Last 4 digits of account number **4463**

As of the petition filing date, the claim is: Check all that apply.  **$4,875.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.791**

Nonpriority creditor's name and mailing address

**JOHN SKOTZKE CONCRETE**
**7203 HIGHWAY 45**
**NEENAH, WI 54956**

Date(s) debt was incurred _

Last 4 digits of account number **2236**

As of the petition filing date, the claim is: Check all that apply.  **$10.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.792**

Nonpriority creditor's name and mailing address

**JOHN STASZAK**
**W8234 CTY ROAD J**
**MERRILLAN, WI 54754**

Date(s) debt was incurred _

Last 4 digits of account number **5327**

As of the petition filing date, the claim is: Check all that apply.  **$1,648.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.793**

Nonpriority creditor's name and mailing address

**JOHN TYSHENKO, INC.**
**135 MAIN ST.**
**LAKE GENEVA, WI 53147**

Date(s) debt was incurred _

Last 4 digits of account number **3101**

As of the petition filing date, the claim is: Check all that apply.  **$99.99**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.794**

Nonpriority creditor's name and mailing address

**JOHN W. MORGAN CONSTRUCTION**
**5323 SOUTHEAST 45TH STREET**
**TECUMSEH, KS 66542**

Date(s) debt was incurred _

Last 4 digits of account number **2161**

As of the petition filing date, the claim is: Check all that apply.  **$183.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:16-bk-01905   Doc 1   Filed 03/17/16   Entered 03/17/16 08:41:21   Desc Main
Document       Page 142 of 377

| Debtor | **Quality Systems, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.795 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $213.00 |
|---|---|---|---|

**3.795**

Nonpriority creditor's name and mailing address

**JOHN WYNHAUSEN**
**2202 E 47TH STREET**
**JOPLIN, MO 64804**

Date(s) debt was incurred _
Last 4 digits of account number **4042**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$213.00**

---

**3.796**

Nonpriority creditor's name and mailing address

**JOHNSON PROPERTY & MAINT.**
**164 CRENNEL DRIVE**
**MADISON HEIGHTS, VA 24572**

Date(s) debt was incurred _
Last 4 digits of account number **4199**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$903.00**

---

**3.797**

Nonpriority creditor's name and mailing address

**JOHNSON'S CUSTOM RESURFACING**
**3 HOLLY LN.**
**BAY CITY, TX 77414**

Date(s) debt was incurred _
Last 4 digits of account number **3696**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,292.00**

---

**3.798**

Nonpriority creditor's name and mailing address

**JOINT VENTURE CONCRETE, LLC**
**55 OAK STREET**
**TRENTON, NJ 08618**

Date(s) debt was incurred _
Last 4 digits of account number **4036**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.799**

Nonpriority creditor's name and mailing address

**JON DUNCAN**
**8653 Buckskin Dr.**
**Commerce Townsh, MI 48382**

Date(s) debt was incurred _
Last 4 digits of account number **4566**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,198.15**

---

**3.800**

Nonpriority creditor's name and mailing address

**JONATHAN DICKSON**
**915 24TH AVENUE**
**ALTOONA, PA 16601**

Date(s) debt was incurred _
Last 4 digits of account number **5030**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,195.00**

---

**3.801**

Nonpriority creditor's name and mailing address

**JONES CONCRETE INOVATIONS**
**1046 24th STREET**
**PORTSMOUTH, OH 45662**

Date(s) debt was incurred _
Last 4 digits of account number **4339**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$808.00**

---

| 3.802 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**JORGE PERICON**
**86-50 MIDLAND PKWY**
**JAMICA ESTATES, NY 11432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3175**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.803 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,071.00 |
|---|---|---|---|

**JOSE LIMA**
**5 Gregory Street**
**Danbury, CT 06811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4561**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.804 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $633.00 |
|---|---|---|---|

**JOSEPH SHORT**
**223405 E. PERKINS ROAD**
**KENNWICK, WA 99337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4362**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.805 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $93.00 |
|---|---|---|---|

**JOSH CLARK/JVC ENT.**
**6299 PIERCE MANSE LOOP**
**BENTON, AR 72019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5341**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.806 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97.00 |
|---|---|---|---|

**JOSH KELTNER**
**25351 E 46th Street**
**BROKEN ARROW, OK 74014-5241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3875**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.807 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.63 |
|---|---|---|---|

**JOSH MARTIN**
**12707 N. 400 ROAD**
**HULBERT, OK 74441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4845**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.808 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $440.00 |
|---|---|---|---|

**JR SURFACE RESTORATION**
**16315 48TH PLACE WEST**
**Edmonds, WA 98026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4931**

Is the claim subject to offset? ■ No ☐ Yes

| 3.809 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,232.75 |
|---|---|---|---|

**JRC Inc**
**1019 Bradley Dr**
**Suite 7**
**Springfield, TN 37172**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  2295**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.810 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,426.00 |
|---|---|---|---|

**JUAN CARLOS DUARTE**
**4343 Tweedy Blvd.**
**Southgate, CA 90280**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  4921**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.811 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $845.50 |
|---|---|---|---|

**JUAN GATICA**
**3722 HWY 19**
**SUN PRAIRE, WI 53590**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  3205**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.812 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**JUAN VADI**
**2628 RIDGEWATER CR.**
**HENDERSON, NV 89014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  3733**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.813 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,779.00 |
|---|---|---|---|

**JUDY BOSNOS**
**2015 EAST MABEL**
**TUCSON, AZ 85719**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  4823**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.814 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**JULIE PETRIE**
**5251 MESA DEL OSO**
**FARMINGTON, NM 87402**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  5007**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.815 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,205.28 |
|---|---|---|---|

**JUNIUS CORPORATION**
**1325 OLYMPIA PARK CIRCLE**
**OCOEE, FL 34761**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  3622**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case 3:16-bk-01905    Doc 1    Filed 03/17/16    Entered 03/17/16 08:41:21    Desc Main
                Document        Page 145 of 377

| 3.816 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$600.00** |
|---|---|---|---|

**JUSTIN GOMEZ**
**446 Prospect Drive**
**Rock Springs, WY 82901**

Date(s) debt was incurred _

Last 4 digits of account number **4865**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.817 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$681.50** |
|---|---|---|---|

**JW CUSTOM CONSTRUCTION**
**5699 LENOX AVE**
**JACKSONVILLE, FL 32205**

Date(s) debt was incurred _

Last 4 digits of account number **4502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.818 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |
|---|---|---|---|

**K AND M HUFSTEDLER**
**Rt 1 Box 1335**
**Alton, MO 65606**

Date(s) debt was incurred _

Last 4 digits of account number **4593**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.819 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,068.50** |
|---|---|---|---|

**KAMMY W. AU**
**703 MARKET ST. #253**
**SAN FRANCISCO, CA 94103**

Date(s) debt was incurred _

Last 4 digits of account number **2838**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.820 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,702.00** |
|---|---|---|---|

**KAREN SMITH**

**MORGANFIELD, KY 42437**

Date(s) debt was incurred _

Last 4 digits of account number **2333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.821 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,800.00** |
|---|---|---|---|

**KARL BURMEISTER WINDOW & SURF.**
**1872 W Willow Street**
**Stockton, CA 95203**

Date(s) debt was incurred _

Last 4 digits of account number **4590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.822 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$97.00** |
|---|---|---|---|

**KARL REXROAT**
**999 W. LITTLETON BLVD**
**Littleton, CO 80120**

Date(s) debt was incurred _

Last 4 digits of account number **4053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.823 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,405.00** |
|---|---|---|---|

**KAT CONSTRUCTION**
P.O. Box 713
Flenton, MO 63026

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **4981**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.824 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70.00** |
|---|---|---|---|

**KEETON PROPERTIES, INC.**
2600 SW 103rd ST.
OKLAHOMA CITY, OK 73159

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **4466**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.825 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**KEITH DRIESBAUGH**
907 Ruby Lane
Wrightsville, PA 17368

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **4609**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.826 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$522.00** |
|---|---|---|---|

**KEITH LOOMIS**
44362 ADOBE CIRCLE
MARICOPA, AZ 85239

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **3909**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.827 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$87.00** |
|---|---|---|---|

**KEITH MAYNARD**
2 A Roberts Street
Woodbrook, Re

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **4836**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.828 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,350.00** |
|---|---|---|---|

**KEITH MOHN**
4687 CLINTON DR.
W. BLOOMFIELD, MI 48324

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **2722**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.829 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**KEITH O'DELL**
P.O. Box 314
Nokesville, VA 20182

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **4799**

Is the claim subject to offset? ■ No ☐ Yes

| 3.830 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,875.00 |
|---|---|---|---|
| | **KEITH SCHAEFFER** | ☐ Contingent | |
| | **6244 COUNTY ROAD 136** | ☐ Unliquidated | |
| | **ST. CLOUD, MN 56301** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **4507** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.831 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $97.00 |
|---|---|---|---|
| | **KELLUM CORP.** | ☐ Contingent | |
| | **8027 PEBBLE CREEK LANE WEST** | ☐ Unliquidated | |
| | **PONTE VEDRA BEACH, FL 32082** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **5026** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.832 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,300.00 |
|---|---|---|---|
| | **KELLY PLASTERING** | ☐ Contingent | |
| | **1521 CLAIRMONT PLACE** | ☐ Unliquidated | |
| | **BLOOMINGTON, IN 47401** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **2354** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.833 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $175.00 |
|---|---|---|---|
| | **KEN WEBB** | ☐ Contingent | |
| | **10562 PASO FINO DR** | ☐ Unliquidated | |
| | **WELLINGTON, FL 33449** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **5255** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.834 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,240.00 |
|---|---|---|---|
| | **KEN'S CUSTOM CONCRETE DESIGN** | ☐ Contingent | |
| | **924 PIRATE COVE LANE E** | ☐ Unliquidated | |
| | **VERO BEACH, FL 32963** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **3217** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.835 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $521.95 |
|---|---|---|---|
| | **KENNETH BOHANNON** | ☐ Contingent | |
| | **146 GRAYSTONE DRIVE** | ☐ Unliquidated | |
| | **MOULTRIE, GA 31768** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **2304** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.836 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $546.00 |
|---|---|---|---|
| | **KENNY NOLT** | ☐ Contingent | |
| | **1601 HOLLYWOOD AVENUE** | ☐ Unliquidated | |
| | **LITITZ, PA 17543** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **5232** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Quality Systems, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.837 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$358.00** |
| | **KENT KESSLER**<br>**31301 ROCKVILLE RD**<br>**LOUISBURG, KS 66053** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **3113** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.838 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$274.20** |
| | **KENTUCKY GREEN BUILT**<br>**2990 GOSPEL OF PEACE RD**<br>**HOPKINSVILLE, KY 42240** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **5151** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.839 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,139.00** |
| | **KERNS CUSTOM HOMES, LLC.**<br>**2352 DARTS COVE WAY**<br>**MOUNT PLEASANT, SC 29466** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **5084** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.840 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,949.00** |
| | **KEVIN BUTLER**<br>**731 MARGIANA DR**<br>**SATSUMA, AL 36572** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **4003** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.841 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$598.00** |
| | **KEVIN GILMAN**<br>**3254 Wardlow**<br>**Highland, MI 48357** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **4578** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.842 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,605.00** |
| | **KEVIN GRADY**<br>**514 BELVIDERE COURT**<br>**Hendersonville, NC 28791** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **4539** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.843 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
| | **KEVIN MCDONALD**<br>**505 SPENCER AVENUE**<br>**MARION, IN 46952** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **2535** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.844**    Nonpriority creditor's name and mailing address

KEVIN ZAYAS
1289 CALDWELL AVE.
ORANGE CITY, FL 32763

Date(s) debt was incurred _

Last 4 digits of account number **5349**

As of the petition filing date, the claim is: *Check all that apply.*      **$576.62**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.845**    Nonpriority creditor's name and mailing address

KING CONCRETE SOLUTIONS
7602 FM 1783
GATESVILLE, TX 76528

Date(s) debt was incurred _

Last 4 digits of account number **3935**

As of the petition filing date, the claim is: *Check all that apply.*      **$369.60**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.846**    Nonpriority creditor's name and mailing address

KIRK HARRINGTON
21527 SAN LUIS PASS RD
GALVESTON, TX 77554

Date(s) debt was incurred _

Last 4 digits of account number **3065**

As of the petition filing date, the claim is: *Check all that apply.*      **$4,875.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.847**    Nonpriority creditor's name and mailing address

KIRK WILLIAMS
404 HIGHLAND DR
MADISON, IN 47250

Date(s) debt was incurred _

Last 4 digits of account number **4056**

As of the petition filing date, the claim is: *Check all that apply.*      **$37.85**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.848**    Nonpriority creditor's name and mailing address

KIRK WILLIAMS
16 EASTSHORE RD.
SANDYS MA02

Date(s) debt was incurred _

Last 4 digits of account number **4115**

As of the petition filing date, the claim is: *Check all that apply.*      **$839.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.849**    Nonpriority creditor's name and mailing address

KJL ENTERPRISES
333 LINDEN RD.
ROSELLE, NJ 07203

Date(s) debt was incurred _

Last 4 digits of account number **4372**

As of the petition filing date, the claim is: *Check all that apply.*      **$1,580.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.850**    Nonpriority creditor's name and mailing address

KLARDI XHAGO
4123 ROSEMARY DR.
STERLING HEIGHT, MI 48310

Date(s) debt was incurred _

Last 4 digits of account number **3488**

As of the petition filing date, the claim is: *Check all that apply.*      **$1,740.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Quality Systems, Inc.** | Case number (if known) | |
|--------|---------------------------|------------------------|---|
| | Name | | |

**3.851** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$298.00**

KLEIN QUALITY CONSTRUCTION
15822 N 55 WEST AVENUE
SKIATOOK, OK 74070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5100**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.852** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,136.50**

KLINE'S COATINGS
511 W. PECAN
ROGER, AR 72756

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3378**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.853** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$194.00**

KO CONSTRUCTION
404 WOODLAWN DRIVE
CEDARTOWN, GA 30125

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4987**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.854** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31.20**

KOBALT VENTURES LLC/KOBALT MGT
15850 N THOMPSON PEAK PKWY
SCOTTSVILLE, AZ 85250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5275**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.855** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,327.00**

KOCHER BROTHERS CONSTRUCTION
5671 E. JASPER LN
DUNDAS, IL 62425

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5377**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.856** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00**

KRAFT RESURFACING
6371 27TH AVE. NORTHEAST
RUGBY, ND 58368

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4530**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.857** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,660.00**

KREATAKRETE
407 3RD STREET
PEOTONE, IN 60468

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4117**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:16-bk-01905  Doc 1  Filed 03/17/16  Entered 03/17/16 08:41:21  Desc Main
Document  Page 151 of 377

**3.858**

Nonpriority creditor's name and mailing address

**KRIZAN CONCRETE INC**
**1314 WEST WILLOW STREET**
**CHIPPEWA FALLS, WI 54729**

Date(s) debt was incurred _
Last 4 digits of account number **3472**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$660.00**

---

**3.859**

Nonpriority creditor's name and mailing address

**KROWN CONSTRUCTION LIMITED**
**PO BOX 259**
**AUCKLAND HOUSE**

Date(s) debt was incurred _
Last 4 digits of account number **4962**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$10,218.00**

---

**3.860**

Nonpriority creditor's name and mailing address

**KURTIS RENO**
**KLJR, INC.**
**9053 SKYPARK DR.**
**WADSWORTH, OH 44281**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.861**

Nonpriority creditor's name and mailing address

**KYLE BATTS**
**301 CROW STREET**
**LYNDEN, TX 75563**

Date(s) debt was incurred _
Last 4 digits of account number **3453**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$366.00**

---

**3.862**

Nonpriority creditor's name and mailing address

**KYLE ENZ CONSTRUCTION**
**420 LEGION ROAD**
**CARRIER MILLES, IL 62917**

Date(s) debt was incurred _
Last 4 digits of account number **5126**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$584.00**

---

**3.863**

Nonpriority creditor's name and mailing address

**L. E. GEORGE FAMILY**
**846 21ST STREET SE**
**AUBURN, WA 98002**

Date(s) debt was incurred _
Last 4 digits of account number **4427**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,094.50**

---

**3.864**

Nonpriority creditor's name and mailing address

**L.A.S. CUSTOM RESURFACING**

**BELLEVILLE, IL 62220**

Date(s) debt was incurred _
Last 4 digits of account number **3223**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,608.00**

---

| 3.865 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,421.00 |
|---|---|---|---|

**L.R.W. PAINTING, INC.**
**410 FARR AVE.**
**WADSWORTH, OH 44281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __2789__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.866 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,261.00 |
|---|---|---|---|

**L.T.D. DISTRIBUTING**
**4614 FRENCH DRIVE**
**CORPUS CHRISTI, TX 78411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __3429__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.867 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.00 |
|---|---|---|---|

**LA LUZ LANDOWNERS ASSOCIATION**
**1A LOOP ONE NW**
**ALBUQUERQUE, NM 87120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __3125__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.868 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,875.00 |
|---|---|---|---|

**LABAN QUIMBY**
**P.O. BOX 9**
**WILLIMINA, OR 97394**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __3143__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.869 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $96.00 |
|---|---|---|---|

**LABOR CHOICE**
**905 TROTT AVE. WEST**
**WILLMAR, MN 56201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __2527__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.870 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,484.00 |
|---|---|---|---|

**LACY CONSTRUCTION COMPANY**
**3356 WEST OLD HIGHWAY 30**
**GRAND ISLAND, NE 68803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __5231__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.871 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**LaGrasse Holdings, LLC**
**dba Imnagen LLC**
**1101 Menzler Avenue**
**Nashville, TN 37210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Balance on Rental Lease__

Is the claim subject to offset? ■ No ☐ Yes

| 3.872 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|

**LAKE WILLIAMSON CHRISTIAN CNTR**
**17280 LAKESIDE DRIVE**
**CARLINVILLE, IL 62626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __4515__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.873 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,997.00 |
|---|---|---|---|

**LANCE FRIEDMAN**
**10242 OLD LAMPLIGHTER**
**VILLA PARK, CA 92861**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __3476__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.874 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14.00 |
|---|---|---|---|

**LAND & CO**
**1701 PORTER STREET SOUTH WEST**
**STE 6**
**WYOMING, MI 49501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __1983__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.875 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|

**LAND WIZARD, L.L.C.**
**P.O. BOX 76157**
**ATLANTA, GA 30328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __2823__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.876 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**LANDMARK DEVELOPMENT**
**P.O. BOX 1793**
**ROSWELL, NM 88202-1793**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __2631__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.877 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.17 |
|---|---|---|---|

**LANGLEY & TAYLOR POOL CORP.**
**P.O. BOX 100624**
**NASHVILLE, TN 37224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __5174__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.878 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.74 |
|---|---|---|---|

**LARRY FINNEY**
**397405 W. 1100 RD.**
**DEWEY, OK 74029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __2431__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.879 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.00 |

**LARRY OWENS**
**3 LIZMORE CT**
**INMAN, SC 29349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4062**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.880 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |

**LARRY ROBBINS**
**75 MELISSA DRIVE**
**STOCKBRIDGE, GA 30281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3196**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.881 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,875.00 |

**LARRY SALBATO**
**2012 RIVERVIEW DR.**
**PUEBLO, CO 81006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3129**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.882 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $123.00 |

**LARRY STOODLEY**
**2180 BENKO ROAD**
**BRITISH COLUMBIA**
**MILL BAY, CA V0R 2P0**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3686**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.883 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |

**LAVECCHIA SURFACE PREP CO.**
**8 GLEN LANE**
**KING PARK, NY 11754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3441**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.884 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |

**LEA/COLLET**
**11580 PERKINS RD. #265**
**BATON ROUGE, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2912**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.885 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,875.00 |

**LEANDRO VIEIRA**
**13601 ELM RIDGE LN # 1425**
**AUSTIN, TX 78727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4458**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.886 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,739.00 |
|---|---|---|---|

**LEE AVERY**
**6800 BOWLING GREEN RD**
**DURANT, MS 39063**

Date(s) debt was incurred _

Last 4 digits of account number **4929**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.887 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,440.00 |
|---|---|---|---|

**LEE BROTHERS CONTRACTORS**
**2990 CAVANAUGH COURT**
**TALLAHASSEE, FL 32303**

Date(s) debt was incurred _

Last 4 digits of account number **2635**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.888 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,875.00 |
|---|---|---|---|

**LEE DOUGHTERY**
**702 BROWN PELICAN LANE**
**HAMPSTEAD, NC 28443**

Date(s) debt was incurred _

Last 4 digits of account number **4876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.889 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,540.00 |
|---|---|---|---|

**LEIDEN'S CONCRETE**
**1014 Church Street**
**Fenwick, On L0S 1C0**

Date(s) debt was incurred _

Last 4 digits of account number **4712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.890 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**LEN HART CONSTR CO INC**
**104 WEST VIEW LANE**
**OAK RIDGE, TN 37830-6001**

Date(s) debt was incurred _

Last 4 digits of account number **2471**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.891 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,238.00 |
|---|---|---|---|

**LEO FLEMING**
**1939 CHURCH ST.**
**ROANOKE RAPIDS, NC 27870**

Date(s) debt was incurred _

Last 4 digits of account number **3716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.892 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.22 |
|---|---|---|---|

**LEON EARL, JR.**
**1861 ECKLEY AVE**
**FLINT, MI 48503**

Date(s) debt was incurred _

Last 4 digits of account number **3280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case 3:16-bk-01905   Doc 1   Filed 03/17/16   Entered 03/17/16 08:41:21   Desc Main
Document     Page 156 of 377

| 3.893 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $717.50 |
| --- | --- | --- | --- |
| | **LEROY & PAMELA HODGES**<br>**348 OAK POINT TERRACE**<br>**MT JULIET, TN 37122** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **3602** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.894 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,057.50 |
| --- | --- | --- | --- |
| | **LEVIERES CUSTOM CONTRACTING**<br>**PO BOX 3871**<br>**SOUTH PADRE ISLAND, TX 78597** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **4411** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.895 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12.25 |
| --- | --- | --- | --- |
| | **LIKE NEW CEMENT**<br>**113 SNAP DRAGON CT.**<br>**KISSIMMEE, FL 37343** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **2751** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.896 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $97.00 |
| --- | --- | --- | --- |
| | **LISA REX**<br>**25 Mountain Laurel**<br>**Clifton Park, NY 12065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **4875** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.897 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11.00 |
| --- | --- | --- | --- |
| | **LIVING PLACES**<br>**6350 N NEW BRAUNDELS AVE #179**<br>**SAN ANTONIO, TX 78209** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **2043** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.898 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,163.00 |
| --- | --- | --- | --- |
| | **LJ PARKER CONSTRUCTION**<br>**5 EDGE PLACE**<br>**PALM COAST, FL 32164** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **4689** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.899 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,602.00 |
| --- | --- | --- | --- |
| | **LMQ MFG, INC.**<br>**2143 ASPEN COVE**<br>**MERIDIAN, ID 83642** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **4619** | Is the claim subject to offset? ■ No ☐ Yes | |

Case 3:16-bk-01905    Doc 1    Filed 03/17/16    Entered 03/17/16 08:41:21    Desc Main
Document     Page 157 of 377

| 3.900 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8.75 |
|---|---|---|---|

**LOBATO CONSTRUCTION, INC.**
5004 HALLMARC DRIVE
FARMINGTON, NM 87402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1927**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.901 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $554.00 |
|---|---|---|---|

**LOGAN CONSTRUCTION**
24321 Gopher Run
Oak Run, CA 96069

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4916**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.902 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $389.00 |
|---|---|---|---|

**LOGOS CONSTRUCTION, INC.**
13917 61ST ST N
W PALM BEACH, FL 33412

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2712**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.903 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,840.00 |
|---|---|---|---|

**LONE OAK POWER SYSTEMS**
40230 N LONE OAK ROAD
BEACH PARK, IL 60099

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4533**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.904 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,193.50 |
|---|---|---|---|

**LONGHURST CONSTRUCTION**
2620 W 450 N
Hurricane, UT 84737

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4606**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.905 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $111.78 |
|---|---|---|---|

**LORINDA BURNSIDE**
P.O. BOX C-B 12665
NASSAU

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2807**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.906 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**LOU FANNING**
19220 Bailey Ln
Forney, TX 75126

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4630**

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.907 | **$1,006.00** |

**Nonpriority creditor's name and mailing address**
**LOUIS RAMIREZ**
**403 Lucille Ave**
**Fox River Grove, IL 60021**

Date(s) debt was incurred _

Last 4 digits of account number **4781**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.908 | **$5,840.00** |

**Nonpriority creditor's name and mailing address**
**LU PARBERY**
**1474 COUNTY ROAD 457**
**FLORENCE, AL 35633**

Date(s) debt was incurred _

Last 4 digits of account number **5329**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.909 | **$519.00** |

**Nonpriority creditor's name and mailing address**
**LUBBOCK POOLS & SPAS BY DESIGN**
**12701 AVENUE J.**
**LUBBOCK, TX 79423**

Date(s) debt was incurred _

Last 4 digits of account number **1880**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.910 | **$3,880.00** |

**Nonpriority creditor's name and mailing address**
**LUMPKIN CONSTRUCTION CO.**
**151 MARKET PLACE**
**MONTGOMERY, AL 36117**

Date(s) debt was incurred _

Last 4 digits of account number **2222**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.911 | **$155.69** |

**Nonpriority creditor's name and mailing address**
**M & C CO.**
**724 HARRIS ST**
**TRENTON, MO 64683**

Date(s) debt was incurred _

Last 4 digits of account number **3996**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.912 | **$52.92** |

**Nonpriority creditor's name and mailing address**
**M & L CONSTRUCTION**
**11302 JULINS TUCKER MEMORIAL D**
**COLLINSVILLE, MS 39325**

Date(s) debt was incurred _

Last 4 digits of account number **3370**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.913 | **$1,000.00** |

**Nonpriority creditor's name and mailing address**
**M. LUKE HEALY**
**4218 VALLEY PIKE ST**
**SAN ANTONIO, TX 78230**

Date(s) debt was incurred _

Last 4 digits of account number **5351**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.914 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,338.00 |

**M.C. SUGG CONSTRUCTION CO.**
**6538 TALL OAKS LOOP**
**SPRINGDALE, AR 72762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __2476__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.915 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.15 |

**M.V.E., INC.**
**2484 HERMITAGE ROAD**
**WAYNESBORO, VA 22980**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __3328__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.916 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,947.00 |

**MACBUSH, INC.**
**700 B.S. ILLINOIS ST**
**BELLEVILLE, IL 62220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __3800__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.917 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |

**MACROPISOS INDUSTRIALES S.A.**
**KM. 2 CAMINO AMOMOLULCO**
**OCOYOACAC C.P.52740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __2096__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.918 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |

**MAGGIE VALLEY REALTY & CONST**
**2878 SOCO ROAD**
**MAGGIE VALLEY, NC 28751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __2194__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.919 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,213.50 |

**MAGI HOLDINGS, INC.**
**4311 KELSEY DR.**
**SYRACUSE, NY 13215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __3693__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.920 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,447.00 |

**MAGNOLIA POOL SUPPLY, INC.**
**9720 MAGNOLIA AVENUE**
**RIVERSIDE, CA 92503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __2127__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**3.921** Nonpriority creditor's name and mailing address

**MAHENDRA TRIVEDI/DEEPIKA CERAMICS PVT**
**C/O DEEPIKA NAYAK**
**FLAT NO. 303, BLOCK C-1**
**BHOPAL, INDIA 462026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.922** Nonpriority creditor's name and mailing address

**MAIL PLUS**
**8020 ROCKBRIDGE ROAD**
**LITHONIA, GA 30058**

Date(s) debt was incurred _

Last 4 digits of account number **2643**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.923** Nonpriority creditor's name and mailing address

**MAN-TECH**
**2708 SOUTH CUYLER AVENUE**
**BERWYN, IL 60402**

Date(s) debt was incurred _

Last 4 digits of account number **1902**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$425.36**

---

**3.924** Nonpriority creditor's name and mailing address

**MANCICO CLOUD**
**215 DEVILLA CT**
**FAYETTEVILLE, GA 30214**

Date(s) debt was incurred _

Last 4 digits of account number **4059**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,170.00**

---

**3.925** Nonpriority creditor's name and mailing address

**MANOR CONSTRUCTION**
**412-B LINDALE STREET**
**CLINTON, MS 39056**

Date(s) debt was incurred _

Last 4 digits of account number **1938**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$108.16**

---

**3.926** Nonpriority creditor's name and mailing address

**MANUEL CORDERO**
**CALLE JOAQUIN VEGA #46**
**LAS PIEDRAS, PR 00771**

Date(s) debt was incurred _

Last 4 digits of account number **5127**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$840.00**

---

**3.927** Nonpriority creditor's name and mailing address

**MARC DEPEW'S CARLSON CONST.**
**753 DYNASTY DR.**
**SUISON, CA 94534**

Date(s) debt was incurred _

Last 4 digits of account number **3732**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,023.00**

| 3.928 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,875.00** |
|---|---|---|---|

**MARIA MCELROY**
**2543 MESA VERDA TERRACE**
**HENDERSON, NV 89074**

Date(s) debt was incurred _

Last 4 digits of account number **3805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.929 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,800.00** |
|---|---|---|---|

**MARIO BEZZINA**
**2372 DOGWOOD CIRCLE**
**ERIE, CO 80516**

Date(s) debt was incurred _

Last 4 digits of account number **4820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.930 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$851.00** |
|---|---|---|---|

**MARK ALLEN**
**250 ADAMSON RD.**
**BOWDEN, GA 30108**

Date(s) debt was incurred _

Last 4 digits of account number **2821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.931 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**MARK AMES**
**1041 KATZ AVE.**
**SACRAMENTO, CA 95831**

Date(s) debt was incurred _

Last 4 digits of account number **3041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.932 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$375.00** |
|---|---|---|---|

**MARK BEEN**
**806 KIBLING DRIVE**
**ALLEN, TX 75002**

Date(s) debt was incurred _

Last 4 digits of account number **3545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.933 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$821.66** |
|---|---|---|---|

**MARK BONACQUISTA**
**4758 COURTHOUSE RD.**
**HEATHSVILLE, VA 22473**

Date(s) debt was incurred _

Last 4 digits of account number **3916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.934 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,400.00** |
|---|---|---|---|

**MARK BURKHARDT**
**3050 BARCO DE VILLA**
**NAVARRE, FL 32566**

Date(s) debt was incurred _

Last 4 digits of account number **3923**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 3:16-bk-01905    Doc 1    Filed 03/17/16    Entered 03/17/16 08:41:21    Desc Main
Document     Page 162 of 377

| 3.935 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**MARK FOWLER**
**6144 CASE RD.**
**NORTH RIDGEVILLE, OH 44039**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.936 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$90.33** |
|---|---|---|---|

**MARK MAGILL**
**4728 N. FINCHHILL RD.**
**GRANDVIEW, IN 47615**

Date(s) debt was incurred _

Last 4 digits of account number  2338

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.937 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$800.00** |
|---|---|---|---|

**MARK ROSE**
**6 West Barett Place**
**Cochrane ALBERTA**

Date(s) debt was incurred _

Last 4 digits of account number  4778

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.938 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,295.00** |
|---|---|---|---|

**MARK SMITH**
**P.O. BOX 213**
**SMITHSBURG, WV 26436**

Date(s) debt was incurred _

Last 4 digits of account number  4130

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.939 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**MARK SZUMANSKI**
**PO BOX 958006**
**HOFFMAN ESTATES, IL 60195**

Date(s) debt was incurred _

Last 4 digits of account number  3589

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.940 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,060.00** |
|---|---|---|---|

**MARK WOODLEY**
**184 WEXFORD DR.**
**FUQUAY VARINA, NC 27526**

Date(s) debt was incurred _

Last 4 digits of account number  3675

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.941 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,875.00** |
|---|---|---|---|

**MARLYN KRUSE**
**56864 200TH STREET**
**MANKATO, MN 56001**

Date(s) debt was incurred _

Last 4 digits of account number  3211

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case 3:16-bk-01905    Doc 1    Filed 03/17/16    Entered 03/17/16 08:41:21    Desc Main
Document     Page 163 of 377

| 3.942 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.32 |
| --- | --- | --- | --- |

**MARSH DISTRIBUTING**
**501 E NEW CIRCLE**
**LEXINGTON, KY 40505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __2599__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.943 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
| --- | --- | --- | --- |

**MARSH SMART HOMES**
**100 MILLWATER CT.**
**GOOSE CREEK, SC 29445-4857**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __2637__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.944 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $131.25 |
| --- | --- | --- | --- |

**MARSHALL MEEK**
**#1 NAPOLEON DRIVE**
**BONAPARTE, IA 52620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __1985__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.945 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |
| --- | --- | --- | --- |

**MARTHA IVENSON**
**5154 CAMINO DE LA TIERRA**
**Tucson, AZ 85746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __2561__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.946 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
| --- | --- | --- | --- |

**MARTIN SPECIALTY COATINGS**
**5015 FLOURNOY LUCAS RD**
**SUITE 1**
**SHREVEPORT, LA 71129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __1733__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.947 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
| --- | --- | --- | --- |

**MARTIN'S REMODELING**
**19359 HWY 16 W RR 3 BOX 151**
**CLINTON, AR 72031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __2869__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.948 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,593.50 |
| --- | --- | --- | --- |

**MARVIN WILEY**
**5126 W. GIFFORD RD.**
**BLOOMINGTON, IN 47403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __3645__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.949 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$100.00** |
|---|---|---|---|

**MASTER BUILDERS**
**2010 CADIZ ROAD**
**HOPKINSVILLE, KY 42240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __2359__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.950 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$1,299.00** |
|---|---|---|---|

**MASTER FLOORING**
**30 Michigan Road**
**Leigh High Acre, FL 33936**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __4667__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.951 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$583.00** |
|---|---|---|---|

**MASTERCRAFT HOMES, INC.**
**P.O. BOX 704**
**NEW ALBANY, OH 43054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __2474__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.952 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$8,047.00** |
|---|---|---|---|

**MATEPORT INT'L GROUP LLC**
**13089 Brentwood Lane**
**Moreno Valley, CA 92553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __4574__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.953 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$605.00** |
|---|---|---|---|

**MATT FIGLEY**
**1119 TOWNSHIP RD 1704**
**ASHLAND, OH 44805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __2836__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.954 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$440.00** |
|---|---|---|---|

**MATT HOYT**
**622 WEST 8TH STREET**
**TRAVERSE CITY, MI 49684**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __3425__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.955 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$500.00** |
|---|---|---|---|

**MATTHEW COX**
**121 CROSSLAND AVE**
**APARTMENT 7**
**DANEVILLE, VA 24540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __3548__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.956 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**MATTHEW HOCKBERGER**
4008 U S 2 WEST
IRON RIVER, MI 49935

Date(s) debt was incurred _

Last 4 digits of account number **2111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.957 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,046.12 |
|---|---|---|---|

**MATTHEW HORVATH**
14358 BATHURST STREET
KING CITY L7B 1K5

Date(s) debt was incurred _

Last 4 digits of account number **4084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.958 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $668.50 |
|---|---|---|---|

**MAVERICK CUSTOM CONCRETE**
628 E. GEORGE STREET
MARION, OH 43302

Date(s) debt was incurred _

Last 4 digits of account number **3784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.959 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**MAX FELICIANO**
19 AZALEA DR.
HAMPTON, VA 23669

Date(s) debt was incurred _

Last 4 digits of account number **4052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.960 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,800.00 |
|---|---|---|---|

**MB STEK DEVELOPMENT**
3055 WASHINGTON ST
MIAMI, FL 33133

Date(s) debt was incurred _

Last 4 digits of account number **4857**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.961 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,778.00 |
|---|---|---|---|

**MC CRETE**
810 East Rim Road
FRANKTOWN, CO 80116

Date(s) debt was incurred _

Last 4 digits of account number **4884**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.962 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**MCDONALD QUALITY BUILDERS**
206 N HICKORY STREET
FORTHSYTHE, MO 65653

Date(s) debt was incurred _

Last 4 digits of account number **2313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.963 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**MCKEE POOLS, INC.**
**1821 E. 1500 ROAD**
**LAWRENCE, KS 66044**

Date(s) debt was incurred _

Last 4 digits of account number **1724**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.964 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $504.76 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**MCKINNEY CRETE**
**PO BOX 350751**
**PALM CITY, FL 32135**

Date(s) debt was incurred _

Last 4 digits of account number **3231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.965 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**MCMANUS CONSTRUCTION**
**2013 E. FORK RD.**
**SYLVA, NC 28779**

Date(s) debt was incurred _

Last 4 digits of account number **2373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.966 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**MEADOW VIEW BUILDERS, INC.**
**308 N WHITE MTN RD, SUITE G**
**SHOW LOW, AZ 85901**

Date(s) debt was incurred _

Last 4 digits of account number **2710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.967 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $280.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**MERLYN CREATIONS**
**848 CROSSBOW CT.**
**CLARKSVILLE, TN 37043**

Date(s) debt was incurred _

Last 4 digits of account number **4809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.968 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,856.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**MERRICK CONST.**
**856 STATLER BLVD.**
**STAUNTON, VA 24401**

Date(s) debt was incurred _

Last 4 digits of account number **3762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.969 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**METRO CARPETS**
**196 POLK AVE**
**NASHVILLE, TN 37210**

Date(s) debt was incurred _

Last 4 digits of account number **3619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case 3:16-bk-01905    Doc 1    Filed 03/17/16    Entered 03/17/16 08:41:21    Desc Main
Document     Page 167 of 377

| | |
|---|---|
| 3.970 | **Nonpriority creditor's name and mailing address** |

**3.970**

**Nonpriority creditor's name and mailing address**
**METROPOLITAN DESIGN & DVLPMNT.**
**2717 ERIC AVENUE, SUITE 2**
**CINCINNATI, OH 45208**

Date(s) debt was incurred _

Last 4 digits of account number **2993**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.971**

**Nonpriority creditor's name and mailing address**
**METROPOLITAN MAINTENANCE, INC.**
**1113 ARTESIAN STREET**
**HONOLULU, HI 96826**

Date(s) debt was incurred _

Last 4 digits of account number **3155**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.972**

**Nonpriority creditor's name and mailing address**
**MICHAEL CARNEAL**
**2118 CHEATWOOD MILLS RD**
**TAPPAHANNOCK, VA 22560**

Date(s) debt was incurred _

Last 4 digits of account number **3797**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$588.00**

---

**3.973**

**Nonpriority creditor's name and mailing address**
**MICHAEL CAZALAS**
**2304 HIGHPOINT DR. E**
**MOBILE, AL 36693**

Date(s) debt was incurred _

Last 4 digits of account number **5328**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.974**

**Nonpriority creditor's name and mailing address**
**MICHAEL CIESLUK**
**609 Main Street**
**North Oxford, MA 01537**

Date(s) debt was incurred _

Last 4 digits of account number **4725**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,220.50**

---

**3.975**

**Nonpriority creditor's name and mailing address**
**MICHAEL LLANA**
**19214 SW 122ND COURT**
**MIAMI, FL 33177**

Date(s) debt was incurred _

Last 4 digits of account number **2569**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,320.83**

---

**3.976**

**Nonpriority creditor's name and mailing address**
**MICHAEL REICHERT**
**11295 BRIARSTONE DRIVE**
**ST. LOUIS, MO 63121**

Date(s) debt was incurred _

Last 4 digits of account number **3873**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,012.50**

---

| | | |
|---|---|---|
| 3.977 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$3,427.85** |

**MICKY'S CONCRETE PUMPING**
**1511 COUNTY RD. 1819**
**ARAB, AL 35016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **2610**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.978 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$1,441.44** |
|---|---|---|

**Micro Powders, Inc.**
**580 White Plains Road**
**Tarrytown, NY 10591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **US01**

Basis for the claim:  **Materials**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.979 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$1,236.75** |
|---|---|---|

**MID-STATE RESURFACING**
**105 SPRINGWOOD CT.**
**MACON, GA 31210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **2382**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.980 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$1,327.00** |
|---|---|---|

**MIDATLANTIC RESURFACING**
**8320 HIGHLAND STREET**
**MANASSAS, VA 20110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **3326**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.981 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$5,875.00** |
|---|---|---|

**MIGUEL MEXIA**
**COLOSIO #131**
**HERMOSILLO, MX**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **5008**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.982 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$3,000.00** |
|---|---|---|

**MIKE BRUNO**
**PO BOX 553**
**BOMOSEEN, VT 05732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **2360**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.983 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$1,986.00** |
|---|---|---|

**MIKE COMINSKY**
**709 W. BROADWAY ST**
**MCHENRY, IL 60050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **3150**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.984 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,936.20 |
|---|---|---|---|

**MIKE DELANEY**
110 CASCADE SPRINGS RD.
HOHENWALD, TN 38462

Date(s) debt was incurred _

Last 4 digits of account number **3464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.985 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26.00 |
|---|---|---|---|

**MIKE DOUCETTE**
940 MUNLEY DR.
RENO, NV 89503

Date(s) debt was incurred _

Last 4 digits of account number **3639**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.986 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $79.75 |
|---|---|---|---|

**MIKE FITZSIMMONS**
1681 DEER RUN ROAD
CATAWBA, SC 29704

Date(s) debt was incurred _

Last 4 digits of account number **2219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.987 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $970.00 |
|---|---|---|---|

**MIKE HANER**
1109 1400 st
HARLAN, IA 51537

Date(s) debt was incurred _

Last 4 digits of account number **3926**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.988 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $227.00 |
|---|---|---|---|

**MIKE HASTEROK**
11361 W. COMBINE DRIVE
MARANA, AZ 85653

Date(s) debt was incurred _

Last 4 digits of account number **5154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.989 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $92.00 |
|---|---|---|---|

**MIKE JOHNSON**
9525 PERIWINKLE
VERO BEACH, FL 32963

Date(s) debt was incurred _

Last 4 digits of account number **4396**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.990 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,585.00 |
|---|---|---|---|

**MIKE PERRONNE**
9320 MOHONUA PLACE
DIAMOND HEAD, MS 39525

Date(s) debt was incurred _

Last 4 digits of account number **4493**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.991 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $283.60 |
|---|---|---|---|

**MIKE PIEPER CONSTRUCTION**
**5047 EAGLES VW**
**CINCINNATI, OH 45244**

Date(s) debt was incurred _

Last 4 digits of account number **2500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.992 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.00 |
|---|---|---|---|

**MIKE STRATMAN**
**232 S. HUNTINGTON, #12**
**MEDINA, OH 44256**

Date(s) debt was incurred _

Last 4 digits of account number **1674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.993 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**MIKE WATSON**
**913 WESTVIEW**
**SIKESTON, MO 63801**

Date(s) debt was incurred _

Last 4 digits of account number **2630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.994 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,230.00 |
|---|---|---|---|

**MIKE YOUNG**
**372 STARKWEATHER RD**
**PLAINFIELD, CT 06374-1749**

Date(s) debt was incurred _

Last 4 digits of account number **4103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.995 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,231.00 |
|---|---|---|---|

**MIKE'S TILE SERVICE, LLC**
**8 El Paso Drive**
**Greenville, SC 29617**

Date(s) debt was incurred _

Last 4 digits of account number **4821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.996 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,875.00 |
|---|---|---|---|

**MIKRO INC.**
**2134 STREAMWAY COURT**
**BALTIMORE, MD 21207**

Date(s) debt was incurred _

Last 4 digits of account number **3962**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.997 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,300.32 |
|---|---|---|---|

**MILES-RICHMOND, INC.**
**221 SOUTH MAIN STREET**
**P.O. BOX 360**
**LIBERTY, IN 47353-0360**

Date(s) debt was incurred _

Last 4 digits of account number **2193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:16-bk-01905   Doc 1   Filed 03/17/16   Entered 03/17/16 08:41:21   Desc Main
Document    Page 171 of 377

| 3.998 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$53.00** |
|---|---|---|---|

**MILO BELL**
**515 BEACON SHORES DRIVE**
**SENECA, SC 29672**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  3437**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.999 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$222.00** |
|---|---|---|---|

**MINOR CONSTRUCTION**
**16650 SOUTH 4110 ROAD**
**CLAREMORE, OK 74017**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  1856**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$268.74** |
|---|---|---|---|

**MINOR CONTRACTING**
**BOX 23331 E. WASHINGTON**
**CHAGRIN FALLS, OH 44023**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  3046**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,875.00** |
|---|---|---|---|

**MIRACLE METHOD**
**4124 HOWARD AVE**
**KENSINGTON, MD 20895**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  4452**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,875.00** |
|---|---|---|---|

**MIXCOE, INC. / CLIFTON LITTLE**
**109 S CHERIE CT**
**NEW BERN, NC 28562**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  5032**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13.42** |
|---|---|---|---|

**MLM ENTERPRISES**
**407 S. Walnut**
**Ridgeville, IN 47380**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  4595**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$97.00** |
|---|---|---|---|

**MODERN SURFACE SOLUTIONS**
**1764 14TH STREET**
**CUYAHOGA FALLS, OH 44223**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  4393**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 5 | **Nonpriority creditor's name and mailing address** **MOHAMMAD GHANDEHARI** **P.O. BOX 10914** **SPRINGFIELD, MO 65808** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$3,314.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number **2728** | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 6 | **Nonpriority creditor's name and mailing address** **MOLD CONTROL** **777 E ATLANTIC AVE #Z264** **DELRAY BEACH, FL 33483-5360** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$245.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number **3021** | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 7 | **Nonpriority creditor's name and mailing address** **MOLDSTONE COMPANY LIMITED** **5 RAMPAUL AVE** **CUNUPIA** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$600.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number **5009** | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 8 | **Nonpriority creditor's name and mailing address** **MONTY STERNS** **1014 Bundy Street** **CLOVIS, CA 93611** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$377.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number **3313** | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 9 | **Nonpriority creditor's name and mailing address** **MORNING STAR CONSTRUCTION** **1046 SPRING ST., EXT. 13073** **GROTON, NY 13073** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$50.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number **2330** | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 0 | **Nonpriority creditor's name and mailing address** **MORRIS BRAAFHART** **4908 WEST HIGH LANE** **FREMONT, MI 49412** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$2,171.50** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number **3332** | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 1 | **Nonpriority creditor's name and mailing address** **MORRIS DECORATIVE CON & RESURF** **13026 W HIGHWAY 62** **FARMINGTON, AR 72730** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$1,813.50** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number **3709** | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Quality Systems, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.101<br>2 | **Nonpriority creditor's name and mailing address**<br>**MPM, LLC**<br>**287 N. LINDBERGH BLVD.**<br>**ST. LOUIS, MO 63141** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,645.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number **5150** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101<br>3 | **Nonpriority creditor's name and mailing address**<br>**MULBERRY CANYON ENTERPRISES, L**<br>**604 HYDE PARK BLVD**<br>**CLEBURNE, TX 76033** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$47,833.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number **4162** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101<br>4 | **Nonpriority creditor's name and mailing address**<br>**Munzing**<br>**P.O. Box 416090**<br>**Boston, MA 02241-6090** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$113.85** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Material**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101<br>5 | **Nonpriority creditor's name and mailing address**<br>**MURPHY & SONS, INC.**<br>**9148 CORPORATE DRIVE**<br>**SOUTHHAVEN, MS 38671** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$363.20** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number **2943** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101<br>6 | **Nonpriority creditor's name and mailing address**<br>**MURPHY CONSTRUCTION CO.**<br>**215 SOUTH 9TH STREET**<br>**MURPHYSBORO, IL 62966** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$500.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number **2586** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101<br>7 | **Nonpriority creditor's name and mailing address**<br>**MYRON WYNIA**<br>**1321 ROSE PLACE**<br>**SAINT PAUL, MN 55113** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$9,472.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number **1925** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101<br>8 | **Nonpriority creditor's name and mailing address**<br>**NATURAL BUILT HOMES**<br>**1490 GILCHRIST RD.**<br>**CHEYENNE, WY 82009** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$204.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number **2777** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Quality Systems, Inc.** | Case number *(if known)* | |
|--------|---------------------------|--------------------------|--|
| | Name | | |

| 3.101 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---------|--|--|--|

**NEEF ENTERPRISES INC.**
205 WEST BALTIMORE PIKE
CLIFTON HEIGHTS, PA 19018

Date(s) debt was incurred _
Last 4 digits of account number **1825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $135.00 |
|---------|--|--|--|

**NEL'S C.C. RESURFACING CO.**
P.O. BOX 1095
TRACY, CA 95378

Date(s) debt was incurred _
Last 4 digits of account number **2850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---------|--|--|--|

**NEW AGE CONCRETE DESIGN**
932 Elm Street
Grinnell, IA 50112

Date(s) debt was incurred _
Last 4 digits of account number **4881**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,998.00 |
|---------|--|--|--|

**NEW AGE RESURFACING INC.**
721 NE 24St
Pompano Beach, FL 33064

Date(s) debt was incurred _
Last 4 digits of account number **4568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,856.00 |
|---------|--|--|--|

**NEW ENGLAND CONCRETE SOLUTIONS**
2 CLIFTON CIRCLE
PEABODY, MA 01960

Date(s) debt was incurred _
Last 4 digits of account number **3941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---------|--|--|--|

**NEW HORIZONS CONSTRUCTION**
13622 CEDAR POINT DRIVE
CYPRESS, TX 77429

Date(s) debt was incurred _
Last 4 digits of account number **2589**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $385.00 |
|---------|--|--|--|

**NEW HORIZONS HOUSING**
2228 E. DEERFIELD DRIVE
MEDIA, PA 19063

Date(s) debt was incurred _
Last 4 digits of account number **3146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,010.00** |
|---|---|---|---|

**NEW IMAGE CONCRETE INC.**
**227 FIELDS AVE**
**MOORESVILLE, IN 46158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **4538**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$875.00** |
|---|---|---|---|

**NEW MEXICO DIVERSIFIED INC**
**5540 CODY ROAD**
**RIO RANCHO, NM 87124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2184**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$791.17** |
|---|---|---|---|

**NEW MILLENNIUM RESURFACING**
**138 CHAMPNEY CT.**
**GOODLETTSVILLE, TN 37072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2952**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,682.00** |
|---|---|---|---|

**NEW STRAND ENTERPRISES**
**111 E 3RD ST.**
**WEST LIBERTY, IA 52776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **4002**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$908.00** |
|---|---|---|---|

**NEW YORK POLYSTEEL**
**127 Merrick Road**
**Amityville, NY 11701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **4613**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41.71** |
|---|---|---|---|

**NEWTEK CONSTRUCTION SOL. SA**
**DE CV 16 DE SEPTIEMBRE # 115-D**
**COL. CENTRO LA PAZ BCS CP**
**MEXICO, CP 23000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **4811**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$264.00** |
|---|---|---|---|

**NICHOLAS LAPANTE**
**9428 ROSEWOOD MEADOW LANE**
**HUNTERSVILLE, NC 28078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **4683**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**NICK PATEL**
326 LOVELL RD.
KNOXVILLE, TN 37922

Date(s) debt was incurred _

Last 4 digits of account number **3100**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,358.00 |
|---|---|---|---|

**NICK'S HOME RESTORATION LLC**
834 IDA STREET
NEW ORLEANS, LA 70119

Date(s) debt was incurred _

Last 4 digits of account number **4824**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $815.00 |
|---|---|---|---|

**NIK KRAUSE**
683 LORRAINE DRIVE
NAZERETH, PA 18064

Date(s) debt was incurred _

Last 4 digits of account number **4243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,875.00 |
|---|---|---|---|

**NORTH IOWA POLYSTEEL**
117 SUNLAND WAY
FOREST CITY, IA 50436

Date(s) debt was incurred _

Last 4 digits of account number **2591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,285.76 |
|---|---|---|---|

**NORTH TEXAS RESURFACING**
3109 TUDOR LANE
IRVING, TX 75060

Date(s) debt was incurred _

Last 4 digits of account number **2925**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10.00 |
|---|---|---|---|

**NORTHERN RESURFACING SOLUTIONS**
52 WILDER ST.
LOWELL, MA 01854

Date(s) debt was incurred _

Last 4 digits of account number **3740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $112.00 |
|---|---|---|---|

**NORTHWEST RESURFACING**
11200 SE 21st AVE.
MILWAUKIE, OR 97222

Date(s) debt was incurred _

Last 4 digits of account number **3491**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $583.70 |
|---|---|---|---|

**NOSEDA**
**20950 MADISON**
**ST. CLAIR SHORE, MI 48081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  3135

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $970.00 |
|---|---|---|---|

**NU-CRETE**
**205 HIGHVIEW TERRACE**
**WEST SENECA, NY 14224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  3621

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,435.00 |
|---|---|---|---|

**NU-CRETE SURGEONS**
**7089 VIA FIRENZE**
**BOCA RATON, FL 33433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  5095

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $642.40 |
|---|---|---|---|

**NYLOBOARD**
**14187 INDUSTRIAL PARK BLVD.**
**COVINGTON, GA 30014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  4430

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,672.00 |
|---|---|---|---|

**ODESSA QUAIL RUN APTS.**
**5335 N GRANDVIEW AVE**
**ODESSA, TX 79762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  5290

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14.52 |
|---|---|---|---|

**OFF THE DEEP END POOLS**
**496 YOUREE ROAD**
**MURFREESBORO, TN 37127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  3418

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $535.00 |
|---|---|---|---|

**OLD PIKE PLUMBING**
**728 MAIN STREET**
**ADDISON, PA 15411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  5279

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$609.00** |
|---|---|---|---|
| | **OLIVE BRANCH HOME BUYERS, LLC** | ☐ Contingent | |
| | **4560 NW 5TH PLACE** | ☐ Unliquidated | |
| | **PLANTATION, FL 33317** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **4180** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$707.00** |
|---|---|---|---|
| | **OMEGA INDUSTRIES, INC.** | ☐ Contingent | |
| | **103 NORTH I ROAD** | ☐ Unliquidated | |
| | **PHARR, TX 78577** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **1659** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8.00** |
|---|---|---|---|
| | **ONETRAIN, INC.** | ☐ Contingent | |
| | **1929 LAWRENCE RD.** | ☐ Unliquidated | |
| | **KEMAH, TX 77565-3122** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **3180** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$420.00** |
|---|---|---|---|
| | **ORION PROPERTY MANAGEMENT, LLC** | ☐ Contingent | |
| | **P.O. BOX 292** | ☐ Unliquidated | |
| | **RECTOR, AR 60098** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **4815** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |
|---|---|---|---|
| | **ORVAL VELTMAN** | ☐ Contingent | |
| | **5448 LOWER MOUNTAIN RD.** | ☐ Unliquidated | |
| | **LOCKPORT, NY 14094** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **2387** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,309.00** |
|---|---|---|---|
| | **OUTBACK LANDSCAPE** | ☐ Contingent | |
| | **3232 S. PLATTE RIVER DR.** | ☐ Unliquidated | |
| | **ENGLEWOOD, CO 80110** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **4750** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$375.00** |
|---|---|---|---|
| | **OUTDOOR LIVING & INTERIORS TOO** | ☐ Contingent | |
| | **305 MANAPAQUA AVE** | ☐ Unliquidated | |
| | **LAKE HURST, NJ 08733** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **3505** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Quality Systems, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.105 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$140.00** |
|---|---|---|---|

**OVER THE TOP**
**1304 EAST AMITY AVE.**
**NAMPA, ID 83686**

Date(s) debt was incurred _

Last 4 digits of account number __4341__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28.00** |
|---|---|---|---|

**OVERMAN BUILDERS, INC.**
**P.O. BOX 1174**
**GOLDSBORO, NC 27533**

Date(s) debt was incurred _

Last 4 digits of account number __2072__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,248.00** |
|---|---|---|---|

**P.M.W. ENTERPRISES**
**6560 OLD CABIN RD.**
**ATLANTA, GA 30328-2804**

Date(s) debt was incurred _

Last 4 digits of account number __2731__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$163.00** |
|---|---|---|---|

**P.P.W.**
**670 N. 800 EAST**
**PROVO, UT 84606**

Date(s) debt was incurred _

Last 4 digits of account number __3307__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**P.R.C., INC.**
**2629 FOOTHILL BLVD. #306**
**GLENDALE, CA 91214**

Date(s) debt was incurred _

Last 4 digits of account number __3648__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$278.65** |
|---|---|---|---|

**PALMA FLOORING & RESURF.**
**3365 EAST LONGHORN DRIVE**
**GILBERT, AZ 85297**

Date(s) debt was incurred _

Last 4 digits of account number __2982__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,901.60** |
|---|---|---|---|

**PALMER HANDRAIL**
**P.O. BOX 310**
**CORINTH, MS 38834**

Date(s) debt was incurred _

Last 4 digits of account number __2572__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Quality Systems, Inc.** | Case number *(if known)* | |
|--------|---------------------------|--------------------------|--|
| | Name | | |

| 3.106 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,379.00** |
|---------|-----------------------------------------------------|--------------------------------------------------------------------------|---------------|

**PALMETTO TEXTURES**

**MARION, SC 29571**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  3341**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$180.00** |
|---------|-----------------------------------------------------|--------------------------------------------------------------------------|-------------|

**PARADISE CONCRETE & HARDSCAPE**
**P.O. BOX 630125**
**LITTLETON, CO 80163**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  3720**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$614.60** |
|---------|-----------------------------------------------------|--------------------------------------------------------------------------|-------------|

**PARADISE STONE & TILE**
**27 TIMBERLANE**
**MANALAPAN, NJ 07726**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  4459**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,333.70** |
|---------|-----------------------------------------------------|--------------------------------------------------------------------------|---------------|

**PARAGON CONSTRUCTION**
**CORA CHRISTIAN**
**P.O. BOX 25498**
**ST. CROIX, US 00824**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  3688**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17,258.75** |
|---------|-----------------------------------------------------|--------------------------------------------------------------------------|----------------|

**PARROT STRUCTURAL SERVICES LLC**
**P.O. BOX 1050**
**CALERA, AL 35040**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  3660**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,076.00** |
|---------|-----------------------------------------------------|--------------------------------------------------------------------------|---------------|

**PARTHENON BUILDERS**
**1093 A1a BEACH BOULEVARD**
**ST. AUGUSTINE, FL 32080**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  3618**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,900.00** |
|---------|-----------------------------------------------------|--------------------------------------------------------------------------|---------------|

**PATRICK MCDONALD**
**915 PRANGE DRIVE**
**FORT WAYNE, IN 46807**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  2863**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Quality Systems, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.106 8 | **Nonpriority creditor's name and mailing address** **PAUL BROWNE** **DICKENSON BAY STREET** **PO BOX W1766** **ST.JOHNS, ANTIGUA** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$5,840.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **5074** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 9 | **Nonpriority creditor's name and mailing address** **PAUL DILLEY** **1900 E. NEBRASKA ST # 18** **MUSCODA, WI 53573** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$78.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **4237** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 0 | **Nonpriority creditor's name and mailing address** **PAUL KELLER** **3118 NEW MILFORD ROAD** **ATWATER, OH 44201** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$169.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **5346** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 1 | **Nonpriority creditor's name and mailing address** **PAUL MORRIS** **18700 HAMMOND STREET** **ROBERTSDALE, AL 36567** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$1.43** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **4153** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 2 | **Nonpriority creditor's name and mailing address** **PAUL POWELL** **407 GREAT SUN COURT** **MURFREESBORO, TN 37127** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$4,875.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **3507** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 3 | **Nonpriority creditor's name and mailing address** **PAUL YOUNG** **145 7TH ST.** **SPEARFISH, SD 57783** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$500.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **3599** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 4 | **Nonpriority creditor's name and mailing address** **PAULETTE MCCULLOUGH** **5211 West 25th St.** **Greeley, CO 80634** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$98.75** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **4546** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,437.00** |
| --- | --- | --- | --- |

**PEACHEY CONSTRUCTION**
**5185 WEST 40 NORTH**
**MONTEZUMA, IN 47862**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **4864**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,812.17** |
| --- | --- | --- | --- |

**PEGGY HURT**
**3030 PADAGO COURT**
**FORT WAYNE, IN 46815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **5085**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,357.00** |
| --- | --- | --- | --- |

**PERFORMANCE COATINGS, LLC.**
**1904 Stadium Drive**
**Sheridan, WY 82801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **4872**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$237.00** |
| --- | --- | --- | --- |

**PERFORMANCE CONSTRUCTION**
**60 EAST BURTON AVE**
**SALT LAKE CITY, UT 84115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1891**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,545.00** |
| --- | --- | --- | --- |

**PERMA SURFACE**
**128 TRAIL EAST**
**HENDERSONVILLE, TN 37075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **2350**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$300.50** |
| --- | --- | --- | --- |

**PERMA-SURFACE OF ARIZONA**
**2551 S REVOLTA**
**MESA, AZ 85208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1994**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$24.99** |
| --- | --- | --- | --- |

**PERMANENT FLOORS & EXTERIORS**
**2215 YOUNG PL # B**
**BRYAN, TX 77807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **3047**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.108 2 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**PERMASURFACE**
**8211 N. WaukegaN**
**NILES, IL 60714**

Date(s) debt was incurred _

Last 4 digits of account number  **3835**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$125.00**

---

3.108 3
**Nonpriority creditor's name and mailing address**
**PETE HERRERA**
**423 COUNTY ROAD 84**
**SANTA FE, NM 87506**

Date(s) debt was incurred _

Last 4 digits of account number  **4741**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,041.00**

---

3.108 4
**Nonpriority creditor's name and mailing address**
**PETE PESOLA**
**14221 S.W. 21st St.**
**#5**
**Davie, FL 33325**

Date(s) debt was incurred _

Last 4 digits of account number  **4089**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,965.20**

---

3.108 5
**Nonpriority creditor's name and mailing address**
**PETE VICARI GEN. CONTR. INC.**
**1900 DESTREHAN AVE**
**HARVEY, LA 70058**

Date(s) debt was incurred _

Last 4 digits of account number  **2261**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,839.95**

---

3.108 6
**Nonpriority creditor's name and mailing address**
**PETER LOPEZ**
**2981 MARSHFIELD PRESERVE WAY**
**KISSIMMEE, FL 00637**

Date(s) debt was incurred _

Last 4 digits of account number  **4077**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,295.00**

---

3.108 7
**Nonpriority creditor's name and mailing address**
**PETER MERRITT CONSTRUCTION**
**4402 FOXGLOVE RD.**
**TOLEDO, OH 43623**

Date(s) debt was incurred _

Last 4 digits of account number  **2749**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,891.00**

---

3.108 8
**Nonpriority creditor's name and mailing address**
**Peter Sewell**
**Sewell, O'Brien & Neal, PLLC**
**220 W. Main Street, Suite 1800**
**Louisville, KY 40202**

Date(s) debt was incurred _

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only - Represents Quality Systems in Arrowhead Systems lawsuit**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.108 9 | **Nonpriority creditor's name and mailing address** <br> **PETER SHAKER** <br> **4624 OAKWOOD PLACE** <br> **RIVERSIDE, CA 92506** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number **4124** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$22.95** |
|---|---|---|---|
| 3.109 0 | **Nonpriority creditor's name and mailing address** <br> **PETERSON CUSTOM SURFACING** <br> **420 ARCHIBALD LANE** <br> **DUNDAS, MN 55019** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number **4143** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$1,368.00** |
| 3.109 1 | **Nonpriority creditor's name and mailing address** <br> **PETTIJOHN PLAYLAND INSTALL.** <br> **960 CR 339** <br> **DUBLIN, TX 76446** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number **2711** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$3,014.00** |
| 3.109 2 | **Nonpriority creditor's name and mailing address** <br> **PHIL MAGUFFEE** <br> **11025 AUTUMN RD.** <br> **EDMOND, OK 73013** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number **2655** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$4,112.00** |
| 3.109 3 | **Nonpriority creditor's name and mailing address** <br> **PHILIP FISHER** <br> **8450 Hawbuck** <br> **Trinity, FL 34655** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number **4714** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$996.00** |
| 3.109 4 | **Nonpriority creditor's name and mailing address** <br> **PHILLIP GIBSON** <br> **2930 BRYANT AVE N.** <br> **MINNEAPOLIS, MN 55411** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number **3644** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$500.00** |
| 3.109 5 | **Nonpriority creditor's name and mailing address** <br> **PHILLIP SANDY** <br> **8900 FORTUNE ROAD** <br> **MILTON, FL 32583** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number **4145** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$140.00** |

| 3.109 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,407.06 |
|---|---|---|---|

**PHILLIP SKIP LARSON**
3325 DONALD AVENUE
EAGON, MN 55121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2607**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23.00 |
|---|---|---|---|

**PINNACLE BLDG PRODUCTS INC**
6531 WATERFORD CIRCLE
SARASOTA, FL 34238

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2088**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**PINNACLE PAINTING**
UNIT #3 - 16 White Gate Lane
SADDYS MA06

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2509**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $504.00 |
|---|---|---|---|

**PLATINUM HOMES**
P. O. BOX 226
WEST COLUMBIA, TX 77486

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4643**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,200.00 |
|---|---|---|---|

**POLY STEEL OF WISCONSIN**
N3183 Barre Lane
West Salem, WI 54669

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4794**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $646.00 |
|---|---|---|---|

**POOL & TANNING CENTER, THE**
3018 CUMMINGS HWY. SUITE G
CHATTANOOGA, TN 37419

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1743**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.52 |
|---|---|---|---|

**POOLWORKS**
2902 TALLAVANA TRAIL
HAVANA, FL 32333

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2240**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.110 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,875.00 |
|---|---|---|---|
| | **POWER ELECTRIC & MECHANICAL**<br>**2616 HIETER ROAD**<br>**QUAKERTOWN, PA 18951** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **4333** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,170.82 |
|---|---|---|---|
| | **PRECAST & FLAT CONCRETE REST.**<br>**21719 COUNTY RD 10**<br>**ROGERS, MN 55374** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **2741** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.00 |
|---|---|---|---|
| | **PRECISE ENTERPRISES, LLC**<br>**110 INDIAN CREEK COVE**<br>**BUDA, TX 78610-0697** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **2369** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $187.58 |
|---|---|---|---|
| | **PRECISION COATINGS**<br>**P O BOX 727**<br>**GENTRY, AR 72734** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **2203** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,875.00 |
|---|---|---|---|
| | **PRECISION CONCRETE FLOORS**<br>**4016 RIDGE RD.**<br>**GREER, SC 29651** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **2770** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,240.00 |
|---|---|---|---|
| | **PRECISION CONSTRUCTION**<br>**13954 DREXEL CIRCLE**<br>**OMAHA, NE 68137** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **3900** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,201.40 |
|---|---|---|---|
| | **PREMIER CONCRETE COATINGS, INC**<br>**8922 N. COSBY AVENUE**<br>**KANSAS CITY, MO 64154** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **4790** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Quality Systems, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.111 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,875.00** |
|---|---|---|---|

**PREMIERE WALLS**
**3267 N. STILES**
**LUDINGTON, MI 49431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **3442**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1.00** |
|---|---|---|---|

**PREMIUM EXCAVATION**
**565 Dartington Way**
**Alpharetta, GA 30022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **4661**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$460.00** |
|---|---|---|---|

**PRESTIGE BUILDERS**
**500 E. 1ST AVE.**
**ROME, GA 30161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **2579**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$600.00** |
|---|---|---|---|

**PRIDE HOME IMPROVEMENT**
**101 MOUNTAIN WOOD DRIVE**
**HUNTSVILLE, AL 35801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **4157**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,560.00** |
|---|---|---|---|

**PRO CONTRACTORS OF OHIO**
**6145 PADDOCK COURT**
**FRANKLIN, OH 45005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **3611**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,269.00** |
|---|---|---|---|

**PRO FINISH**
**PO BOX 422**
**PROVIDENCIALES**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **3887**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,675.50** |
|---|---|---|---|

**PRO SELECT**
**3026 Charles Bryan Rd**
**Bartlett, TN 38134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **4758**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 3:16-bk-01905    Doc 1    Filed 03/17/16    Entered 03/17/16 08:41:21    Desc Main
Document     Page 188 of 377

| Debtor | **Quality Systems, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.111 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**PRO TECH BUILDING SYSTEMS**
**5501 Pine Island Road**
**Bokeelia, FL 33922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4663**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$547.95** |
|---|---|---|---|

**PRO TECH SYSTEMS**
**4861 CREIGHTON ROAD**
**PENSACOLA, FL 32504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2991**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,070.00** |
|---|---|---|---|

**PRO-LIFT SYSTEMS**
**1920 NIGHTWALK COURT**
**MURFREESBORO, TN 37130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2505**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,010.00** |
|---|---|---|---|

**PROFESSIONAL BUILD & SERV. MGT**
**3116 E. SHEA BLVD.**
**SUITE 241**
**PHOENIX, AZ 85028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4083**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$207.27** |
|---|---|---|---|

**PROFESSIONAL FLOOR DESIGN**
**2127 OLYMPIC PARKWAY**
**SUITE 1006 #159**
**CHULA VISTA, CA 91915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3714**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,922.00** |
|---|---|---|---|

**Professional Trade Publications**
**P.O. Box 25210**
**Eugene, OR 97402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services**

Last 4 digits of account number **PERMA CRETE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,730.30** |
|---|---|---|---|

**PROHASKA CONTRACTING**
**124 HERBERT ST.**
**UNION BEACH, NJ 07735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3957**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| 3.112 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,789.70 |
|---|---|---|---|

**QUAD COUNTY READY MIX**
**P.O. BOX 158**
**OKAWVILLE, IL 62271-0158**

Date(s) debt was incurred _

Last 4 digits of account number **2463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,088.00 |
|---|---|---|---|

**QUADLOCK BAHAMAS LTD.**
**P.O. BOX CB-13838**
**NASSAU, BA**

Date(s) debt was incurred _

Last 4 digits of account number **5110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,392.95 |
|---|---|---|---|

**QUALITY BUILDING SYSTEMS**
**139 BROWN ROAD**
**ST. PETERS, MO 63376**

Date(s) debt was incurred _

Last 4 digits of account number **2246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37.00 |
|---|---|---|---|

**QUALITY EXTERIORS, INC.**
**60 HOPKINS CEMETERY ROAD**
**HARRINGTON, DE 19952**

Date(s) debt was incurred _

Last 4 digits of account number **5319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**QUALITY HOME SUPPLY**
**786 VALLEY CT.**
**GRAND JUNCTION, CO 81501**

Date(s) debt was incurred _

Last 4 digits of account number **3071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $753.00 |
|---|---|---|---|

**QUALITY RESTORATION, INC.**
**725 FULTON STREET**
**FT. WAYNE, IN 46802**

Date(s) debt was incurred _

Last 4 digits of account number **3268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $720.00 |
|---|---|---|---|

**QUALITY SURFACE LLC**
**5426 BURNS ROAD**
**NORTH OLMSTEAD, OH 44070**

Date(s) debt was incurred _

Last 4 digits of account number **4517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Quality Systems, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.113 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$44.87** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**QUALITY SURFACING**
**27463 COUNTY RD**
**DEFIANCE, OH 43512**

Date(s) debt was incurred _

**Last 4 digits of account number  2308**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$44.87**

---

| 3.113 2 |
|---|

**Nonpriority creditor's name and mailing address**

**QUENTIN CONANT**
**10551 112 RD.**
**DODGE, KS 67801**

Date(s) debt was incurred _

**Last 4 digits of account number  3628**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,456.91**

---

| 3.113 3 |
|---|

**Nonpriority creditor's name and mailing address**

**R & B RESURFACING**
**2105 WAGONER RD.**
**GIBSONVILLE, NC 27249**

Date(s) debt was incurred _

**Last 4 digits of account number  2508**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

| 3.113 4 |
|---|

**Nonpriority creditor's name and mailing address**

**R & R CONSTRUCTION**
**1224 N.E. WALNUT #273**
**ROSEBURG, OR 97470**

Date(s) debt was incurred _

**Last 4 digits of account number  2686**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$8.00**

---

| 3.113 5 |
|---|

**Nonpriority creditor's name and mailing address**

**R&L Carriers**
**600 Gillam Road**
**P. O. Box 270**
**Wilmington, OH 45177**

Date(s) debt was incurred _

**Last 4 digits of account number  QYAWED**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Services**

Is the claim subject to offset? ■ No ☐ Yes

**$6,796.27**

---

| 3.113 6 |
|---|

**Nonpriority creditor's name and mailing address**

**R-HOMES CORP.**
**1401 W BEECHCRAFT ST.**
**POCATELLO, ID 83204**

Date(s) debt was incurred _

**Last 4 digits of account number  1914**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,630.00**

---

| 3.113 7 |
|---|

**Nonpriority creditor's name and mailing address**

**R.A.D. RESURFACING**
**11209 NW. 1ST**
**MIAMI, FL 33172**

Date(s) debt was incurred _

**Last 4 digits of account number  2767**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,245.00**

---

**3.113 8**

Nonpriority creditor's name and mailing address

**R.B.J. ENTERPRISES, INC.**
**9918 LORAIN AVE.**
**CLEVELAND, OH 44102**

Date(s) debt was incurred _

Last 4 digits of account number **1968**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$353.00**

---

**3.113 9**

Nonpriority creditor's name and mailing address

**R.D.M. ENTERPRISES, INC.**
**625 HIGHLAND AVENUE**
**SALEM, OH 44460**

Date(s) debt was incurred _

Last 4 digits of account number **2917**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,278.00**

---

**3.114 0**

Nonpriority creditor's name and mailing address

**R.H. WHITE CONCRETE FINISHERS**
**21 CROSS ST.**
**LAKEVILLE, MA 02347**

Date(s) debt was incurred _

Last 4 digits of account number **2872**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$281.00**

---

**3.114 1**

Nonpriority creditor's name and mailing address

**R.J. CHRISTENSEN CONST.**
**1177 E MAPLE STREET**
**MAPLETON, UT 84664**

Date(s) debt was incurred _

Last 4 digits of account number **1857**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$355.00**

---

**3.114 2**

Nonpriority creditor's name and mailing address

**R.J. GUIDRY CONSTRUCTION, INC.**
**1431 W. PRIEN LAKE ROAD**
**LAKE CHARLES, LA 70601**

Date(s) debt was incurred _

Last 4 digits of account number **2368**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$154.50**

---

**3.114 3**

Nonpriority creditor's name and mailing address

**R.J. MEIER CONSTRUCTION**
**HCR 3 BOX 92**
**BEAVER, OK 73932**

Date(s) debt was incurred _

Last 4 digits of account number **2297**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$854.81**

---

**3.114 4**

Nonpriority creditor's name and mailing address

**RAISE-RITE CONCRETE LIFTING**
**309 B VILLAGE DRIVE**
**CAROL STREAM, IL 60188**

Date(s) debt was incurred _

Last 4 digits of account number **1660**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,535.00**

---

| | | |
|---|---|---|
| **3.114 5** | **Nonpriority creditor's name and mailing address** <br> **RALPH MAPLES** <br> **610 AIRPORT ROAD** <br> **GATLINBURG, TN 37738** | **$154.01** |

Date(s) debt was incurred _

Last 4 digits of account number **1864**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.114 6** | **Nonpriority creditor's name and mailing address** <br> **RALPH SCHLAEFLI** <br> **1009 NORTH WOODLAWN** <br> **KIRKWOOD, MO 63122** | **$99.89** |

Date(s) debt was incurred _

Last 4 digits of account number **2403**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.114 7** | **Nonpriority creditor's name and mailing address** <br> **RAMON SANTIAGO** <br> **MARIOLGA** <br> **CAGUAS   00725** | **$115.00** |

Date(s) debt was incurred _

Last 4 digits of account number **3286**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.114 8** | **Nonpriority creditor's name and mailing address** <br> **RANDALL K. RILL** <br> **6 MASIMORE RD.** <br> **NEW FREEDOM, PA 17349** | **$644.50** |

Date(s) debt was incurred _

Last 4 digits of account number **3898**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.114 9** | **Nonpriority creditor's name and mailing address** <br> **RANDY GUNDERSON** <br> **20276 NAVAJO LANE** <br> **PORT CHARLOTTE, FL 33952** | **$500.00** |

Date(s) debt was incurred _

Last 4 digits of account number **2713**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.115 0** | **Nonpriority creditor's name and mailing address** <br> **RANDY WALKER** <br> **4503 EAST WYNDOM COURT** <br> **SALT LAKE CITY, UT 84108** | **$1,275.00** |

Date(s) debt was incurred _

Last 4 digits of account number **2651**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.115 1** | **Nonpriority creditor's name and mailing address** <br> **RAPID DEVELOPMENT** <br> **110 WASHINGTON STREET** <br> **GREENUP, KY 41144** | **$200.00** |

Date(s) debt was incurred _

Last 4 digits of account number **4957**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $877.53 |
|---|---|---|---|

**RAY PIEREN**
**23850 SW BAKER RD.**
**SHERWOOD, OR 97140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2427**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,644.00 |
|---|---|---|---|

**RAY RAMIREZ**
**P.O. BOX 12231**
**AUSTIN, TX 78711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4182**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,257.00 |
|---|---|---|---|

**RAYMON SCHWARTZ**
**920 Orange Drive**
**Lake Park, FL 33403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4789**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $324.00 |
|---|---|---|---|

**RAYMOND AUCOIN**
**18680 MAGNOLIA ESTATES**
**PRARIEVILLE, LA 70769**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2558**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,179.00 |
|---|---|---|---|

**RAYMOND PETERSON**
**20603 TAUS RD**
**REEDSVILLE, WI 54230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3413**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,400.00 |
|---|---|---|---|

**RC RESURFACING**
**3292 ST. CLAIR AVENUE**
**EAST LIVERPOOL, OH 43920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4139**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10.00 |
|---|---|---|---|

**RE KRETE SURFACING**
**3816 ROUND ROCK DRIVE**
**ANTIOCH, TN 37013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1851**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.115 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,800.00 |

**RE-CRETE RESURFACING**
**7783 POPLAR GROVE ROAD**
**SEVERN, MD 21144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4825**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $23.00 |

**REAL CONCRETE SOLUTIONS**
**16561 ROYAL POINTSIANA DR**
**WESTON, FL 33326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4031**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $29,000.00 |

**Rebecca Hydock**
**P.O. Box 778415**
**Henderson, NV 89077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |

**REDMAN & ROBERTS CONST. MGMT**
**422 S. LEXINGTON PWY.**
**DEFOREST, WI 53532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3090**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $498.60 |

**REED BUILDERS**
**12951 GERA RD.**
**BIRCH RUN, MI 48415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2577**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |

**REED MCMILLON**
**872 LANDLINE RD.**
**SELMA, AL 36701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3165**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |

**REGGAE REALTY**
**P.O. BOX W1201 WOODS FINANCIAL**
**CENTER, FRIARS HILL RD.**
**ST. JOHNS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5012**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Quality Systems, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.116 6**

**Nonpriority creditor's name and mailing address**
**REGINALD WILLIAMS**
**101 WILLOW DRIVE**
**HUTTO, TX 78634**

Date(s) debt was incurred  _

Last 4 digits of account number  **4265**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$2,227.00**

---

**3.116 7**

**Nonpriority creditor's name and mailing address**
**RELIANT HOMES**
**659 EAST MANSFIELD**
**SALT LAKE CITY, UT 84106**

Date(s) debt was incurred  _

Last 4 digits of account number  **5087**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$2.00**

---

**3.116 8**

**Nonpriority creditor's name and mailing address**
**RENE PORTILLO**
**10 SABINE CT**
**KENNER, LA 70006**

Date(s) debt was incurred  _

Last 4 digits of account number  **3670**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$1,357.91**

---

**3.116 9**

**Nonpriority creditor's name and mailing address**
**RENOVATE LLC**
**3255 Lawson Blvd. Suite 203**
**Oceanside, NY 11572**

Date(s) debt was incurred  _

Last 4 digits of account number  **4558**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$3,241.00**

---

**3.117 0**

**Nonpriority creditor's name and mailing address**
**RENT A HANDYMAN**
**50 EAST WASHINGTON STREET**
**WERNERSVILLE, PA 19565**

Date(s) debt was incurred  _

Last 4 digits of account number  **4854**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$1,740.00**

---

**3.117 1**

**Nonpriority creditor's name and mailing address**
**RESORT POOLS**
**9356 COUNTY ROAD NE 2100**
**Sulfur Springs, TX 75483**

Date(s) debt was incurred  _

Last 4 digits of account number  **4653**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$673.00**

---

**3.117 2**

**Nonpriority creditor's name and mailing address**
**RESTORATION TECHNOLOGIES, INC**
**5543 EDMONDSON PIKE #100**
**NASHVILLE, TN 37211**

Date(s) debt was incurred  _

Last 4 digits of account number  **2547**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$61.18**

---

| 3.117 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $26.00 |
|---|---|---|---|

**RESURFACING DESIGN CONCEPTS**
**1718 VALLEY RD.**
**CLARKSVILLE, TN 37043**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  2874**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,270.00 |
|---|---|---|---|

**RESURFACING TECH, LLC**
**300 WASHINGTON AVENUE**
**#1**
**GOLDEN, CO 80403**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  3931**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $500.00 |
|---|---|---|---|

**REWARD SYSTEM SALES**
**609 SOUTH ASH STREET**
**NORTH PLATTE, NE 69101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  2992**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $600.43 |
|---|---|---|---|

**REWARD WALL OF MINNESOTA**
**P.O. BOX 1019**
**ANOKA, MN 55303**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  2564**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,115.00 |
|---|---|---|---|

**REWARD WALLS OF MUNCIE**
**5305 W. 500 N.**
**MUNCIE, IN 47304**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  3096**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $137.00 |
|---|---|---|---|

**RHEMA CHRISTIAN FLSHP/OLEAN**
**3036 WEST STATE STREET**
**OLEAN, NY 14760**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  2085**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $500.00 |
|---|---|---|---|

**RHODE ISLAND REPAIR, INC.**
**1800 MINERAL SPRINGS AVE.**
**#163**
**N. PROVIDENCE, RI 02904**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  3246**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:16-bk-01905    Doc 1    Filed 03/17/16    Entered 03/17/16 08:41:21    Desc Main
Document        Page 197 of 377

| | | | |
|---|---|---|---|
| 3.118 0 | **Nonpriority creditor's name and mailing address**<br>**RHONDA DORTCH**<br>**2606 LONG HOPE ROAD**<br>**MONROE, NC 28112**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **2650** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,875.00** |

| | | | |
|---|---|---|---|
| 3.118 1 | **Nonpriority creditor's name and mailing address**<br>**RICHARD GERMANO**<br>**1042 RIMROCK RD.**<br>**GREENSBURG, PA 15601**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **3677** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$500.00** |

| | | | |
|---|---|---|---|
| 3.118 2 | **Nonpriority creditor's name and mailing address**<br>**RICHARD HADDOX**<br>**P.O. BOX 611**<br>**LAKE ALFRED, FL 33850**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **2299** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$60.00** |

| | | | |
|---|---|---|---|
| 3.118 3 | **Nonpriority creditor's name and mailing address**<br>**RICHARD HYATT**<br>**11233 168TH ST**<br>**JAMAICA, NY 11433**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **3168** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$541.00** |

| | | | |
|---|---|---|---|
| 3.118 4 | **Nonpriority creditor's name and mailing address**<br>**RICHARD JOHNSTON**<br>**1434 OAK STREET**<br>**WENAPCHEE, WA 98801**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **3251** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,496.50** |

| | | | |
|---|---|---|---|
| 3.118 5 | **Nonpriority creditor's name and mailing address**<br>**RICHARD MINTZ**<br>**3503 SU-SAN FARMS RD**<br>**GASTONIA, NC 28056**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **3098** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,650.00** |

| | | | |
|---|---|---|---|
| 3.118 6 | **Nonpriority creditor's name and mailing address**<br>**RICHARD NIEVES**<br>**5320 GRAND CYPRESS CIR**<br>**NAPLES, FL 34109**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **4317** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,875.00** |

| 3.118 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**RICHARD OCHNIK**
**202 THORNBIRD PL.**
**ONTARIO N2T 2P1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3097**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,861.00 |
|---|---|---|---|

**RICHARD REALESTATE**
**776 HIGHWAY 1414**
**HARTFORD, KY 42347**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5187**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,363.43 |
|---|---|---|---|

**RICHARD RINGER**
**46396 SPINNING WHEEL DR,**
**CANTON, MI 48187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3043**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,910.00 |
|---|---|---|---|

**RICHARDSON INVESTMENTS, INC**
**302 S. 9TH STREET**
**CANON CITY, CO 81212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **9272**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,965.00 |
|---|---|---|---|

**RICHAVEN DEVELOPMENT**
**12 COLONIAL PLACE**
**WEST HAVEN, CT 06516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5059**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $515.00 |
|---|---|---|---|

**RICK CASTEEL**
**P.O. BOX 410**
**ADAMSVILLE, TN 38310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2844**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55.00 |
|---|---|---|---|

**RICK LEITELT MASONRY**
**2333 MACKINAW HWY**
**BRUTUS, MI 49716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1769**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:16-bk-01905   Doc 1   Filed 03/17/16   Entered 03/17/16 08:41:21   Desc Main
Document      Page 199 of 377

| 3.119 4 | **Nonpriority creditor's name and mailing address**<br>**RICK SCHEUFLER**<br>**83 MENAND RD.**<br>**MENANDS, NY 12204**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number  3522** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$147.56** |
|---|---|---|---|

| 3.119 5 | **Nonpriority creditor's name and mailing address**<br>**RICKY SHARPLESS**<br>**14090 SOUTHWEST FREEWAY**<br>**SUITE 300**<br>**SUGARLAND, TX 77478**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number  3298** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,750.00** |

| 3.119 6 | **Nonpriority creditor's name and mailing address**<br>**RIGHT ROAD DEVELOPMENT**<br><br>**EASLEY, SC 29641-0846**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number  3013** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,356.00** |

| 3.119 7 | **Nonpriority creditor's name and mailing address**<br>**RIO GARCIA**<br>**P.O Box 1404**<br>**Borger, TX 79008**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number  4695** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,784.00** |

| 3.119 8 | **Nonpriority creditor's name and mailing address**<br>**RITE ANGLE CONSTRUCTION**<br>**13245 SILVER FOX DR.**<br>**LEMONT, IL 60439**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number  2790** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,875.00** |

| 3.119 9 | **Nonpriority creditor's name and mailing address**<br>**RM PATCH CONSTRUCTION**<br>**611 WALSENBURG DRIVE**<br>**DURHAM, NC 27712**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number  4192** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,183.00** |

| 3.120 0 | **Nonpriority creditor's name and mailing address**<br>**ROBERT BURNS**<br>**10530 OLD TULLAHOMA RD.**<br>**TULLAHOMA, TN 37388**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number  3230** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$335.99** |

| Debtor | **Quality Systems, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.120 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**ROBERT C. DAVIS CO., THE**
**897 INDEPENDENCE AVE. #2C**
**MOUNTAIN VIEW, CA 94043**

Date(s) debt was incurred _

Last 4 digits of account number **2918**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**ROBERT COMINOS**
**93 Norman**
**Tenafly, NJ 07670**

Date(s) debt was incurred _

Last 4 digits of account number **3796**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,299.00** |
|---|---|---|---|

**ROBERT HOAGLAND**
**951 SUGARCANE WAY**
**CLARKSVILLE, TN 37040**

Date(s) debt was incurred _

Last 4 digits of account number **5106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,875.00** |
|---|---|---|---|

**ROBERT MARTIN**
**1037 BERKSHIRE LANE**
**RUSSELL, KY 41169**

Date(s) debt was incurred _

Last 4 digits of account number **4587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$240.00** |
|---|---|---|---|

**ROBERT MCMURRAN**
**1814 DEE STREET**
**WYANDOTTE, MI 48192**

Date(s) debt was incurred _

Last 4 digits of account number **3068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**ROBERT MILLER**
**801 2ND ST.**
**SANTA MONICA, CA 94123**

Date(s) debt was incurred _

Last 4 digits of account number **2437**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00** |
|---|---|---|---|

**ROBERT N. HILL**
**669 MACK RD.**
**ASHEBORO, NC 27203**

Date(s) debt was incurred _

Last 4 digits of account number **2775**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 3:16-bk-01905   Doc 1   Filed 03/17/16   Entered 03/17/16 08:41:21   Desc Main
Document   Page 201 of 377

| | | |
|---|---|---|
| 3.120 8 | **Nonpriority creditor's name and mailing address** | **$1,007.00** |

**ROBERT SANDER**
**1810 PIN OAK DRIVE**
**CONROE, TX 77301**

**Date(s) debt was incurred** _

**Last 4 digits of account number** **3189**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.120 9 | **Nonpriority creditor's name and mailing address** | **$25,775.00** |

**ROBERT TRAMMEL**
**1 CROSSING CT**
**ANGLETON, TX 77515**

**Date(s) debt was incurred** _

**Last 4 digits of account number** **3632**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.121 0 | **Nonpriority creditor's name and mailing address** | **$600.00** |

**ROBERTS ASPHALT SEALING**
**1410 SMITH AVE.**
**OWENSBORO, KY 42301**

**Date(s) debt was incurred** _

**Last 4 digits of account number** **5234**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.121 1 | **Nonpriority creditor's name and mailing address** | **$9,283.50** |

**ROBERTS CUSTOM HOMES**
**P.O. Box 2560**
**EAGLE, ID 83616**

**Date(s) debt was incurred** _

**Last 4 digits of account number** **4788**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.121 2 | **Nonpriority creditor's name and mailing address** | **$63.66** |

**ROCKRIDGE PARTNERS**
**P O BOX 494**
**ROSCOE, IL 61073**

**Date(s) debt was incurred** _

**Last 4 digits of account number** **2215**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.121 3 | **Nonpriority creditor's name and mailing address** | **$600.00** |

**ROCKWAY PROPERTIES, LLC.**
**4812 Hixson Pike**
**Lower Level, Building F**
**Hixson, TN 37343**

**Date(s) debt was incurred** _

**Last 4 digits of account number** **4862**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.121 4 | **Nonpriority creditor's name and mailing address** | **$5,875.00** |

**ROCKY DENNIS**
**31058 Camino Del Este**
**Temecula, CA 92591**

**Date(s) debt was incurred** _

**Last 4 digits of account number** **4728**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,340.56 |
| | **ROCKY MOUNTAIN RESURFACING** | ☐ Contingent | |
| | **6729 DREAM WEAVER DR.** | ☐ Unliquidated | |
| | **COLORADO SPRING, CO 80918** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **3637** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $880.00 |
| | **ROCROSS VENTURES** | ☐ Contingent | |
| | **2704 Chimney Lake Road** | ☐ Unliquidated | |
| | **BC** | ☐ Disputed | |
| | **Williams Lake, Br V2G 5J7** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **4571** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,875.00 |
| | **RODNEY EVE** | ☐ Contingent | |
| | **P.O. BOX  FH 14045** | ☐ Unliquidated | |
| | **NASSAU** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **3717** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $79.00 |
| | **ROGER COMBS** | ☐ Contingent | |
| | **P.O. BOX 1048** | ☐ Unliquidated | |
| | **HINDMAN, KY 41822** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **3583** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,250.00 |
| | **ROGER FOSSETTE** | ☐ Contingent | |
| | **1318 KLOPFER ROAD** | ☐ Unliquidated | |
| | **JULIETTE, GA 31046** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **5137** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,658.00 |
| | **ROGER HICKS** | ☐ Contingent | |
| | **2 LOOKOUT AVE.** | ☐ Unliquidated | |
| | **VALLEY PARK, MO 63088** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **4867** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $786.00 |
| | **ROGERSON BUILDERS LLC** | ☐ Contingent | |
| | **4314 SARATOGA HILL RD** | ☐ Unliquidated | |
| | **LOUISVILLE, KY 40299** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **4108** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 2 | **Nonpriority creditor's name and mailing address**<br>**RON CRUICKSHANK**<br>**760 NE 85th Street, Suite 4**<br>**MIAMI, FL 33183**<br><br>Date(s) debt was incurred _<br>**Last 4 digits of account number  4759** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,100.00** |
|---|---|---|---|

| 3.122 3 | **Nonpriority creditor's name and mailing address**<br>**RON OGLESBY**<br>**3900 Westmont Court**<br>**Midland, TX 79707**<br><br>Date(s) debt was incurred _<br>**Last 4 digits of account number  4965** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$5,875.00** |
|---|---|---|---|

| 3.122 4 | **Nonpriority creditor's name and mailing address**<br>**RON SIMPSON**<br>**50110 Bog Rd**<br>**Belleville, MI 48111**<br><br>Date(s) debt was incurred _<br>**Last 4 digits of account number  4565** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$6,000.00** |
|---|---|---|---|

| 3.122 5 | **Nonpriority creditor's name and mailing address**<br>**RON SMITH**<br>**506 HARRILL RD.**<br>**MOORESBORO, NC 28114**<br><br>Date(s) debt was incurred _<br>**Last 4 digits of account number  2837** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$500.00** |
|---|---|---|---|

| 3.122 6 | **Nonpriority creditor's name and mailing address**<br>**ROOTS IN CHRIST INVESTORS**<br>**9310 SUMNER LAKE BLVD**<br>**MANASSAS, VA 20110**<br><br>Date(s) debt was incurred _<br>**Last 4 digits of account number  2855** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$467.00** |
|---|---|---|---|

| 3.122 7 | **Nonpriority creditor's name and mailing address**<br>**RORY MCNEIL**<br>**4706 E. Reed Rd**<br>**Gainesville, GA 30507**<br><br>Date(s) debt was incurred _<br>**Last 4 digits of account number  4915** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,216.00** |
|---|---|---|---|

| 3.122 8 | **Nonpriority creditor's name and mailing address**<br>**ROSE CO RESURFACING**<br>**1612 GREEN  CREST DRIVE**<br>**PITTSBURG, PA 15226**<br><br>Date(s) debt was incurred _<br>**Last 4 digits of account number  3857** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,708.00** |
|---|---|---|---|

| | | |
|---|---|---|
| **3.122 9** | **Nonpriority creditor's name and mailing address**<br>**RS Properties, LLC**<br>**P.O. BOX 30369**<br>**Spokane, WA 99223** | **$6,293.00** |

Date(s) debt was incurred _

Last 4 digits of account number **4710**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.123 0** | **Nonpriority creditor's name and mailing address**<br>**RUSSELL FALLIS, JR.**<br>**123 NORTH MAIN**<br>**HUTCHINSON, KS 67501** | **$1,232.60** |

Date(s) debt was incurred _

Last 4 digits of account number **2965**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.123 1** | **Nonpriority creditor's name and mailing address**<br>**RUSSO IX INNOVATIONS**<br>**3938 HARVEST CIRCLE**<br>**OAKLEY, CA 94561** | **$13,795.00** |

Date(s) debt was incurred _

Last 4 digits of account number **4717**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.123 2** | **Nonpriority creditor's name and mailing address**<br>**RUTH YARON**<br>**20 BLYTHE DR.**<br>**PECKVILLE, PA 18452** | **$20.00** |

Date(s) debt was incurred _

Last 4 digits of account number **3706**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.123 3** | **Nonpriority creditor's name and mailing address**<br>**RVIM & ASSOCIATES**<br>**8010 SW 152 AVE. #206**<br>**MIAMI, FL 33193** | **$2,301.00** |

Date(s) debt was incurred _

Last 4 digits of account number **4050**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.123 4** | **Nonpriority creditor's name and mailing address**<br>**RYAN INGRAM**<br>**5435 W. DAKOTA LN**<br>**JOPLIN, MO 64801** | **$1,335.00** |

Date(s) debt was incurred _

Last 4 digits of account number **4071**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.123 5** | **Nonpriority creditor's name and mailing address**<br>**RYAN LEESER**<br>**7095 WECH CT.**<br>**ARMADA, CO 80004** | **$2.00** |

Date(s) debt was incurred _

Last 4 digits of account number **4993**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 6 | **Nonpriority creditor's name and mailing address**<br>**RYAN NELSON**<br>**135 MONTICELLO WAY**<br>**FAIRBURN, GA 30213**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **4340** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,630.00** |
|---|---|---|---|
| 3.123 7 | **Nonpriority creditor's name and mailing address**<br>**RYAN PREVATT**<br>**P.O. BOX 395**<br>**SEVILLE, FL 32190**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **2932** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$100.00** |
| 3.123 8 | **Nonpriority creditor's name and mailing address**<br>**RYAN ZORN**<br>**8561 S. TOWNSHIP RD. 171**<br>**BLOOMVILLE, OH 44818**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **2832** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,259.50** |
| 3.123 9 | **Nonpriority creditor's name and mailing address**<br>**RYSER'S FLOORING**<br>**555 W. HWY 3094**<br>**EAST BERNSTADT, KY 40729**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **3182** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,178.00** |
| 3.124 0 | **Nonpriority creditor's name and mailing address**<br>**S & O RESURFACING**<br>**375 W. HONONEGAH ROAD**<br>**ROCKTON, IL 61072**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **3160** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,811.00** |
| 3.124 1 | **Nonpriority creditor's name and mailing address**<br>**S & T CONSTRUCTION**<br>**12180 RIDLECREST SUITE 330**<br>**VICTORVILLE, CA 92395**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **5036** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,000.00** |
| 3.124 2 | **Nonpriority creditor's name and mailing address**<br>**S. ABBAS REZA (SYD)**<br>**9800 S AVERS AVE**<br>**EVERGREEN PARK, IL 60805**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **3933** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,154.50** |

| | |
|---|---|
| 3.124 3 | **$11,115.00** |

**Nonpriority creditor's name and mailing address**

**S. S. CARSON**
**5464 S 400 W**
**HUNTINGBURG, IN 47542**

Date(s) debt was incurred _

Last 4 digits of account number  **4589**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.124 4 | **$976.50** |

**Nonpriority creditor's name and mailing address**

**S.J. MCKENZIE CONST., INC.**
**6441 CONTENTE WAY**
**ELK GROVE, CA 95758**

Date(s) debt was incurred _

Last 4 digits of account number  **1860**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.124 5 | **$2,399.00** |

**Nonpriority creditor's name and mailing address**

**S.K. Design Build**
**318 Hoard's Rd. RR#3**
**Stirling, On K0K 3E0**

Date(s) debt was incurred _

Last 4 digits of account number  **4698**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.124 6 | **$225.72** |

**Nonpriority creditor's name and mailing address**

**S.M.C. BUILDING, INC.**
**P.O. BOX 2715**
**CORNELIUS, NC 28013**

Date(s) debt was incurred _

Last 4 digits of account number  **2123**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.124 7 | **$100.00** |

**Nonpriority creditor's name and mailing address**

**S.N.F.Y., INC.**
**3320 MIDWAY ROAD**
**CHRISTIANSBURG, VA 24073**

Date(s) debt was incurred _

Last 4 digits of account number  **2075**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.124 8 | **$2,635.00** |

**Nonpriority creditor's name and mailing address**

**SALLY SCHMIDT**
**7151 HUDSON CEMETARY RD.**
**MANSFIELD, TN 76063**

Date(s) debt was incurred _

Last 4 digits of account number  **4142**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.124 9 | **$810.99** |

**Nonpriority creditor's name and mailing address**

**SAM ABERNATHY**
**415 E. COLLEGE STREET**
**PULASKI, TN 38478**

Date(s) debt was incurred _

Last 4 digits of account number  **3384**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,006.00 |
|---|---|---|---|

**SAM HOUSTON NU-ALL**
**235 CENTER STREET**
**GLENWOOD, IL 60425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4381**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $190.00 |
|---|---|---|---|

**SAMUEL T. BARTLETT CONST.**
**2135 VERMILION RD**
**VERMILION, OH 44089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3320**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,538.00 |
|---|---|---|---|

**SANDERS FLOORING**
**435 BIG HILL AVENUE**
**RICHMOND, KY 40475**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5124**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $427.50 |
|---|---|---|---|

**SANDRA CARTER**
**113 MILL RIDGE RD.**
**DOTHAN, MS 36303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3203**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**SANDRA HAYMAN**
**1701 CAROLYN WAY**
**RICHARDSON, TX 75081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3421**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,195.00 |
|---|---|---|---|

**SANDRA SPECK**
**2827 COCONA LN.**
**HOUSTON, TX 77073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3594**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,786.35 |
|---|---|---|---|

**SANDY ZEIGLER**
**3621 COUNTY HWY 35**
**SYCAMORE, OH 44882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3759**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:16-bk-01905   Doc 1   Filed 03/17/16   Entered 03/17/16 08:41:21   Desc Main
Document          Page 208 of 377

| 3.125 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$97.00** |
| --- | --- | --- | --- |

**SANGAIMON VALLEY INDUSTRIES**
**2013 OAK CREEK ROAD**
**SPRINGFIELD, IL 62704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **4274**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,194.51** |
| --- | --- | --- | --- |

**SCHEIBEL CONSTRUCTION**
**115 PROSPECT DRIVE**
**HUNTINGTON, MD 20639**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **2518**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
| --- | --- | --- | --- |

**SCHRAMEL SOD FARMS, L.L.C.**
**601 19TH AVE. NORTH**
**SARTELL, MN 56377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **2852**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44.00** |
| --- | --- | --- | --- |

**SCOTT ANDERSON**
**1335 BUD ARTHUR BRIDGE RD.**
**COWPENS, SC 29330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **4190**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17.00** |
| --- | --- | --- | --- |

**SCOTT ANDERSON/JOE MENDEL**
**1812 7TH AVENUE SOUTH**
**BROOKINGS, SD 57006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **3572**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$873.00** |
| --- | --- | --- | --- |

**SCOTT KIRKPATRICK**
**C/O FITNESS CONCEPTS**
**2121-110 ATLANTIC AVE**
**RALEIGH, NC 27604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **3977**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
| --- | --- | --- | --- |

**SCOTT MCCALL**
**1402 S. 51 ST**
**TEMPLE, TX 76504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **4623**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,600.00** |
|---|---|---|---|
| | **SCOTT NICHOLSON** | ☐ Contingent | |
| | **4610 HWY Y** | ☐ Unliquidated | |
| | **VALLES MINES, MO 63087** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **2411** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$200.00** |
|---|---|---|---|
| | **SCOTT PAVING, INC.** | ☐ Contingent | |
| | **862 BRICK YARD CIRCLE** | ☐ Unliquidated | |
| | **GOLDEN, CO 80403** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **3289** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100.00** |
|---|---|---|---|
| | **SCOTT RIEFLER** | ☐ Contingent | |
| | **6760 SCHWARTZ RD.** | ☐ Unliquidated | |
| | **WEST VALLEY, NY 14171** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **2641** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,400.00** |
|---|---|---|---|
| | **SCOTT SMITH** | ☐ Contingent | |
| | **2147 N. WACO AVE** | ☐ Unliquidated | |
| | **TULSA, OK 74127** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **3274** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,160.00** |
|---|---|---|---|
| | **SCOTT SURBAUGH** | ☐ Contingent | |
| | **6268 OXFORD ROAD SOUTH** | ☐ Unliquidated | |
| | **SHAKOPEE, MN 55379** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **4519** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,756.00** |
|---|---|---|---|
| | **SCOTT WALDEN** | ☐ Contingent | |
| | **9365 LEAPING LILLY AVE** | ☐ Unliquidated | |
| | **LAS VEGAS, NV 48189** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **4618** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.127 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7.00** |
|---|---|---|---|
| | **SCOTT'S CONTRACTING SERVICES** | ☐ Contingent | |
| | **204 HALIFAX CT** | ☐ Unliquidated | |
| | **STEPHENS CITY, VA 22655** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **2792** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.127 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,967.25 |
|---|---|---|---|

**SEABED FRONTIERS CORP**
**MARRINET A-ONE #302**
**YOTSUZUKA-CHO 78**
**MINAMI-KUH   00601**

Date(s) debt was incurred _

Last 4 digits of account number  **2362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**SEAL CRETE INC.**
**419 CATALINA DRIVE**
**MOORESVILLE, NC 28115**

Date(s) debt was incurred _

Last 4 digits of account number  **2235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,875.00 |
|---|---|---|---|

**SEAN O'FARRELL**
**PERICO RD., UPPER SANTA CRUZ**
**BRIDGETOWN**

Date(s) debt was incurred _

Last 4 digits of account number  **5058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,775.00 |
|---|---|---|---|

**SEASON'S BEST**
**ROUTE 1, BOX 270**
**KAMIAH, ID 83536**

Date(s) debt was incurred _

Last 4 digits of account number  **2108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $89.72 |
|---|---|---|---|

**SEE BLU**
**569 TERRY PARKWAY**
**TERRYTOWN, LA 70056**

Date(s) debt was incurred _

Last 4 digits of account number  **1615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $175.00 |
|---|---|---|---|

**SERVICES UNLIMITED, INC.**
**1461 BATTLEGROUND DRIVE**
**MURFREESBORO, TN 37129-1751**

Date(s) debt was incurred _

Last 4 digits of account number  **1957**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,100.00 |
|---|---|---|---|

**SESMAR DESIGN**
**9513 GUTHRIE AVE.**
**ST. LOUIS, MO 63134**

Date(s) debt was incurred _

Last 4 digits of account number  **2774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 3:16-bk-01905   Doc 1   Filed 03/17/16   Entered 03/17/16 08:41:21   Desc Main
Document      Page 211 of 377

| 3.127 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,312.00 |
|---|---|---|---|

**SET N STONE**
**4602 38TH ST.**
**Lubbock, TX 79414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4886**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,875.00 |
|---|---|---|---|

**SEUNG PAK**
**1026 OLSON LN APT 413**
**EL DORADO HILLS, CA 95762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3407**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,611.50 |
|---|---|---|---|

**SEVEN STAR, INC.**
**501 STATE HIGHWAY 15 S**
**NEW ALBANY, MS 38652**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2177**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,083.99 |
|---|---|---|---|

**SHAHN GAVINSKI**
**1112 CHARLES ST.**
**FORT ATKINSON, WI 53538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2426**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13.00 |
|---|---|---|---|

**SHAI PERELSON**
**700 E. LOWE**
**FAIRFIELD, IA 52556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2267**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $597.00 |
|---|---|---|---|

**SHAMROCK CONSTRUCTION**
**6400 BOAT CLUB ROAD**
**FT WORTH, TX 76179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3984**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |
|---|---|---|---|

**SHANE TABB**
**848 DOCTOR TOWN RD.**
**JESUP, GA 31545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3149**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.128 5** | **$1,569.00** |

**Nonpriority creditor's name and mailing address**

**SHARON COMPANY**
**959 LAKE RD**
**MEDINA, OH 44256**

Date(s) debt was incurred _

Last 4 digits of account number  **3323**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.128 6** | **$500.00** |

**Nonpriority creditor's name and mailing address**

**SHAUN EVANS**
**1828 PELHAM DR.  SW**
**ROANOKE, VA 24018**

Date(s) debt was incurred _

Last 4 digits of account number  **3668**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.128 7** | **$2,096.00** |

**Nonpriority creditor's name and mailing address**

**SHAWN ANDERSON**
**11286 72ND AVE NORTH**
**MAPLE GROVE, MN 55369**

Date(s) debt was incurred _

Last 4 digits of account number  **3944**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.128 8** | **$485.00** |

**Nonpriority creditor's name and mailing address**

**SHAWN HOHULIN**
**31940 ILLINOIS ROUTE 122**
**MINIER, IL 61759**

Date(s) debt was incurred _

Last 4 digits of account number  **3159**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.128 9** | **$52.00** |

**Nonpriority creditor's name and mailing address**

**SIERRA PACIFIC CONCRETE SOL.3**
**17567 WALDBY**
**FRIANT, CA 93626**

Date(s) debt was incurred _

Last 4 digits of account number  **1679**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.129 0** | **$2,330.00** |

**Nonpriority creditor's name and mailing address**

**SIGNATURE SELECT**
**1920 NIGHT WALK CT.**
**MURFREESBORO, TN 37130**

Date(s) debt was incurred _

Last 4 digits of account number  **2892**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.129 1** | **$78.00** |

**Nonpriority creditor's name and mailing address**

**SINGLETON CONSTRUCTION**

**MS 39350**

Date(s) debt was incurred _

Last 4 digits of account number  **2419**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.53** |
|---|---|---|---|

**SINGLETON-KUHN CONSTRUCTION**
**705 N. MAIN STREET**
**WINSTON-SALEM, NC 27101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **2515**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$581.00** |
|---|---|---|---|

**SITE SERVICES, INC.**
**10117 KENNEDY AVE**
**HIGHLAND, IN 46322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1823**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,634.00** |
|---|---|---|---|

**SMALL ENGINEERING LIMITED**
**PO BOX 309**
**GRAND CAYMAN KY1-1602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **5162**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$480.00** |
|---|---|---|---|

**SMART STRUCTURES**
**100 GAMBLE ROAD**
**Little Rock, AR 72211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **4711**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$227.70** |
|---|---|---|---|

**SMITH DECORATIVE CONCRETE**
**47 RIVERVIEW DRIVE**
**DAWSONVILLE, GA 30534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **3299**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52.20** |
|---|---|---|---|

**SMITHS HOME IMPROVEMENT CORP**
**815 CENTRE AVE NW**
**ROANOKE, VA 24016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1988**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**SOLID DESIGNS**
**3660 OLD KINGS HIGHWAY**
**MURRELLS INLET, SC 29576**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **2553**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $986.00 |
|---|---|---|---|
| | **SOLID ROCK CONSTRUCTION**<br>**JOHN FRANKLIN**<br>**311 W. COURT STREET**<br>**SMITH CENTER, KS 66967** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **5315** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.130 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.00 |
|---|---|---|---|
| | **SOLID SURFACING**<br>**P.O. BOX 312**<br>**STATON, NE 68779** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **2372** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.130 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.30 |
|---|---|---|---|
| | **SONRISE BROTHERS INC.**<br>**PO BOX 3176**<br>**CHAMPAIGN, IL 61826** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **2281** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.130 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|
| | **SORENSEN RESTORATION INC**<br>**67400 207TH AVE**<br>**WABASHA, MN 55981** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **5271** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.130 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|
| | **SOUTH CREEK CONSTRUCTION, INC.**<br>**P.O. BOX 2699**<br>**SUITE D**<br>**CORNELIUS, NC 28031** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **3092** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.130 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|
| | **SOUTHALL RESIDENTIAL CONTRACTI**<br>**796 WEST 2ND ST.**<br>**WESTON, WV 26452** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **4391** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.130 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,516.98 |
|---|---|---|---|
| | **SOUTHEASTERN RESURFACING**<br>**89 CAITLIN LANE**<br>**JACKSON, TN 38356** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **3308** | Is the claim subject to offset? ■ No ☐ Yes | |

Case 3:16-bk-01905   Doc 1   Filed 03/17/16   Entered 03/17/16 08:41:21   Desc Main
Document    Page 215 of 377

| Debtor | **Quality Systems, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.130 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$77.28** |
|---|---|---|---|

**SOUTHEASTERN SURFACE SOLUTIONS**
**6113 MONTHAVEN PARK PL**
**HENDERSONVILLE, TN 37075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **3948**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,462.00** |
|---|---|---|---|

**SOUTHERN CONCEPTS, INC.**
**4508 MAINSAIL DRIVE**
**PANAMA CITY, FL 32408-7045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **3397**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**SOUTHERN CUSTOM CONSTRUCTION**
**6329 CRICKET LANE**
**COLUMBUS, GA 31909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **2141**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.00** |
|---|---|---|---|

**SOUTHERN DESIGNS**
**4833 WESTHILL DRIVE**
**ROANOKE, VA 24018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1799**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$608.92** |
|---|---|---|---|

**SOUTHERN ERECTORS, INC.**
**P.O. BOX 545**
**AVELLA, PA 15312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **2321**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**SOUTHERN EXTERIOR FINISHINGS**
4419 Highway 58 #5
Chattanooga, TN 37416

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **4889**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$95.00** |
|---|---|---|---|

**SOUTHERN SURFACE & DESIGN**
**1030 OCONEE CROSSING CIRCLE**
**WATKINSVILLE, GA 30677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1980**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$701.00** |
|---|---|---|---|

**SOUTHLAND CONSTRUCTION**
Box 99
91 Hwy 5 East
Scobey, MT 59263

Date(s) debt was incurred _

Last 4 digits of account number **4537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.19** |
|---|---|---|---|

**SPEARS CONSTRUCTION**
17558 SWEET LAKE ROAD6
LAKE ANN, MI 49650

Date(s) debt was incurred _

Last 4 digits of account number **5122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,000.00** |
|---|---|---|---|

**SPECIALIZED BUILDING PRODUCTS**
11921 BEECHWOOD FORREST DRIVE
CHESTERFIELD, VA 23838

Date(s) debt was incurred _

Last 4 digits of account number **4043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$412.00** |
|---|---|---|---|

**SPECIALIZED SURFACES**
10701 AQUILA AVE SOUTH
BLOOMINGTON, MN 55438

Date(s) debt was incurred _

Last 4 digits of account number **2693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,369.00** |
|---|---|---|---|

**SPIKE, LLC**
413 W. 6TH AVENUE
CHEYENNE, WY 82001

Date(s) debt was incurred _

Last 4 digits of account number **4266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5.00** |
|---|---|---|---|

**SPLASH/APPLIED RESURFACING**
6749 S. WESTNEDGE
SUITE K 228
PORTAGE, MI 49002

Date(s) debt was incurred _

Last 4 digits of account number **1976**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$640.00** |
|---|---|---|---|

**SPRUCE WATERPROOFING**
3416 Route 98
Verysburg, NY 14167

Date(s) debt was incurred _

Last 4 digits of account number **2902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.132 0 | **$4,850.00** |

**Nonpriority creditor's name and mailing address**
**ST. GEORGE'S LODGE**
**P. O. BOX 625**
**BELIZE CITY**

Date(s) debt was incurred _

Last 4 digits of account number  **2078**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.132 1 | **$2,648.00** |

**Nonpriority creditor's name and mailing address**
**STAFFER CONSTRUCTION**
**3935 SOCIALVILLE FOSTER ROAD**
**MASON, OH 45040**

Date(s) debt was incurred _

Last 4 digits of account number  **4730**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.132 2 | **$95.00** |

**Nonpriority creditor's name and mailing address**
**STAN'S SURFACE SOLUTIONS, LLC.**
**1806 GREENWAY ST**
**GILMER, TX 75644**

Date(s) debt was incurred _

Last 4 digits of account number  **3942**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.132 3 | **$229.00** |

**Nonpriority creditor's name and mailing address**
**STANDARD INSULATING**
**5666 HORATIO ST.**
**UTICA, NY 13502**

Date(s) debt was incurred _

Last 4 digits of account number  **2811**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.132 4 | **$896.00** |

**Nonpriority creditor's name and mailing address**
**STEENBERGEN CONSTRUCTION LTD**
**59529B - RR33**
**BOX 13, SITE 12, RR1**
**BARRHEAD, AB, AB T7N 1J4**

Date(s) debt was incurred _

Last 4 digits of account number  **5317**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.132 5 | **$207.50** |

**Nonpriority creditor's name and mailing address**
**STEINBUGL & HAIGH MASONRY**
**310 PINE AVENUE**
**ALTOONA, PA 16602**

Date(s) debt was incurred _

Last 4 digits of account number  **1708**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.132 6 | **$280.00** |

**Nonpriority creditor's name and mailing address**
**STEPHEN GEDDA**
**505 EAST STATE STREET**
**BOTKINS, OH 45306**

Date(s) debt was incurred _

Last 4 digits of account number  **2672**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 3:16-bk-01905   Doc 1   Filed 03/17/16   Entered 03/17/16 08:41:21   Desc Main
Document   Page 218 of 377

| | | | |
|---|---|---|---|
| 3.132 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $147.00 |
| | **STEPHEN GOLTERMAN** | ☐ Contingent | |
| | **32 COVERED BRIDGE RD** | ☐ Unliquidated | |
| | **STOCKTON, NJ 08559** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **2985** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.132 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2.01 |
| | **STEPHEN VINCENT** | ☐ Contingent | |
| | **2332 DRESDEN** | ☐ Unliquidated | |
| | **ZANESVILLE, OH 43701** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **1954** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.132 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $660.00 |
| | **STERLING CUSTOM CONRETE LLC** | ☐ Contingent | |
| | **5636 NOLL STREET** | ☐ Unliquidated | |
| | **STERLING HEIGHTS, MI 48310** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **4531** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.133 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $17,303.50 |
| | **STEVE LANE** | ☐ Contingent | |
| | **927 SAN EDUARDO AVE** | ☐ Unliquidated | |
| | **HENDERSON, NV 89015** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **3591** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.133 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,875.00 |
| | **STEVE MALAS** | ☐ Contingent | |
| | **PO BOX 1741** | ☐ Unliquidated | |
| | **PARAMUS, NJ 07653** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **3335** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.133 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
| | **STEVE NESTORYAK** | ☐ Contingent | |
| | **308 Stonewood Court** | ☐ Unliquidated | |
| | **Chesapeake, VA 23320** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **4822** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.133 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,285.00 |
| | **STEVE NIOSI** | ☐ Contingent | |
| | **16129 NORTHWOOD ROAD** | ☐ Unliquidated | |
| | **PRIOR LAKE, MN 55372** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **3544** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.133 4**

Nonpriority creditor's name and mailing address
**STEVE SKAGGS BUILDER, INC.**
**P.O. BOX 224**
**16623 RT 149**
**HURST, IL 62949**

Date(s) debt was incurred _
Last 4 digits of account number __2207_

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$184.00**

---

**3.133 5**

Nonpriority creditor's name and mailing address
**STICKS & STONES**
**P.O. BOX 15274**
**WILMINGTON, NC 28408**

Date(s) debt was incurred _
Last 4 digits of account number __5195_

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,354.00**

---

**3.133 6**

Nonpriority creditor's name and mailing address
**STONE CONCRETE**
**2706 CLAY STREET**
**PADUCAH, KY 42001**

Date(s) debt was incurred _
Last 4 digits of account number __2229_

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3.31**

---

**3.133 7**

Nonpriority creditor's name and mailing address
**STOUFFER CONTRACTING**
**25748 RT. 66N**
**LUCINDA, PA 16235**

Date(s) debt was incurred _
Last 4 digits of account number __3121_

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$298.00**

---

**3.133 8**

Nonpriority creditor's name and mailing address
**STOUTS DEVELOPMENT GROUP, INC.**
**PO BOX 455**
**TAYLORSVILLE, IN 47280**

Date(s) debt was incurred _
Last 4 digits of account number __2537_

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.133 9**

Nonpriority creditor's name and mailing address
**Straight Way Enterprises, LLC**
**c/o Christopher Jordan**
**515 Irongate Blvd.**
**Murfreesboro, TN 37129**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.134 0**

Nonpriority creditor's name and mailing address
**STRAIGHTWAY ENTERPRISES**
**P.O. BOX 1017**
**MURFREESBORO, TN 37129**

Date(s) debt was incurred _
Last 4 digits of account number __5282_

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$581.00**

---

**3.134**
**1**

Nonpriority creditor's name and mailing address

**Strategic Value Media**
**8700 Indian Creek Pkwy., Ste. 3**
**Overland Park, KS 66210**

Date(s) debt was incurred _

Last 4 digits of account number **4867**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$495.00**

---

**3.134**
**2**

Nonpriority creditor's name and mailing address

**STRATTON HOME MAINTENANCE**
**1660 Belarra Drive**
**Minden, NV 89423**

Date(s) debt was incurred _

Last 4 digits of account number **4556**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.134**
**3**

Nonpriority creditor's name and mailing address

**STREET PROS**
**15801 WOOD STREET**
**HARVEY, IL 60426**

Date(s) debt was incurred _

Last 4 digits of account number **2171**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$54.00**

---

**3.134**
**4**

Nonpriority creditor's name and mailing address

**SUBLIME DESIGN & RESURFACING**
**51 LAKESIDE DR.**
**WILLIAMSON, GA 30292**

Date(s) debt was incurred _

Last 4 digits of account number **3218**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$509.55**

---

**3.134**
**5**

Nonpriority creditor's name and mailing address

**SUE THORNTON**
**PO BOX 12103**
**ORANGE, CA 92859**

Date(s) debt was incurred _

Last 4 digits of account number **3896**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,875.00**

---

**3.134**
**6**

Nonpriority creditor's name and mailing address

**SULLENBARGER PAINTING**
**4319 W. CLARA LANE #200**
**MUNCIE, IN 47304**

Date(s) debt was incurred _

Last 4 digits of account number **2439**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$915.00**

---

**3.134**
**7**

Nonpriority creditor's name and mailing address

**SUMMERSET LAND GROUP**
**210 BIRCHTREE DRIVE**
**GREENWOOD, SC 29649**

Date(s) debt was incurred _

Last 4 digits of account number **2562**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,600.00**

---

| 3.134 8 | **Nonpriority creditor's name and mailing address**<br>**SUN POOLS**<br>**16001 INDIAN HEAD HWY.**<br>**ACCOKEEK, MD 20607** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$500.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number **2968** | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.134 9 | **Nonpriority creditor's name and mailing address**<br>**SUNCRAFT ENTERPRISES CORP.**<br>**3753 E Ave I #102**<br>**Lancaster, CA 93535** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,375.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number **4594** | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.135 0 | **Nonpriority creditor's name and mailing address**<br>**SUNDERLAND, INC.**<br>**475 BEAUMONT ST.**<br>**ST. PAUL, MN 55101** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$331.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number **2830** | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.135 1 | **Nonpriority creditor's name and mailing address**<br>**SUNSHINE OLYMPIC ENT.**<br>**2218 BLOSSOMWOOD COURT NW**<br>**OLYMPIA, WA 98502** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$500.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number **2413** | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.135 2 | **Nonpriority creditor's name and mailing address**<br>**SunTrust Bankcard Division**<br>**7455 Chancellor Drive**<br>**Orlando, FL 32809** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,301.92** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number **0201** | Basis for the claim: **Credit Card**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.135 3 | **Nonpriority creditor's name and mailing address**<br>**SunTrust Bankcard Division**<br>**7455 Chancellor Drive**<br>**Orlando, FL 32809** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$661.84** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number **7528** | Basis for the claim: **Credit Card**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.135 4 | **Nonpriority creditor's name and mailing address**<br>**SunTrust Bankcard Division**<br>**7455 Chancellor Drive**<br>**Orlando, FL 32809** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,828.84** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number **8174** | Basis for the claim: **Credit Card**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.135 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,602.62 |
|---|---|---|---|

**SunTrust Bankcard Division**
**7455 Chancellor Drive**
**Orlando, FL 32809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Card**

Last 4 digits of account number  **2742**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $199.93 |
|---|---|---|---|

**SunTrust Bankcard Division**
**7455 Chancellor Drive**
**Orlando, FL 32809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Card**

Last 4 digits of account number  **2775**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8.70 |
|---|---|---|---|

**SUNWEST CONSTRUCTION**
**6586 BERNAL STREET**
**SIMI VALLEY, CA 93063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1884**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $433.20 |
|---|---|---|---|

**SUPER WASH & TAN**
**256 S SANDUSKY ST**
**DELAWARE, OH 43015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2990**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $131.58 |
|---|---|---|---|

**SUPERCOATINGS, INC.**
**791 DRAKE DR.**
**CONWAY, AR 72032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2583**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6.00 |
|---|---|---|---|

**SUPERCRETE**
**594 MARRETT ROAD**
**SUITE 21**
**LEXINGTON, MA 02173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1741**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18.58 |
|---|---|---|---|

**SUPERIOR BUILDERS**
**1341 GERARD ST**
**MANDEVILLE, LA 70448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2566**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 2 | **Nonpriority creditor's name and mailing address**<br>**SUPERIOR BUILDING SOLUTIONS, L**<br>**RODRIGUEZ AVENUE, CIPERO RD**<br>**TRINIDAD**<br>**CROSS-CROSSING, TRIN, TT**<br><br>Date(s) debt was incurred _<br>**Last 4 digits of account number  4999** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$86.00** |
|---|---|---|
| 3.136 3 | **Nonpriority creditor's name and mailing address**<br>**SUPERIOR CONCRETE CREATIONS**<br>**P.O. BOX 398**<br>**SOUTH RANGE, MI 49963**<br><br>Date(s) debt was incurred _<br>**Last 4 digits of account number  4637** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| 3.136 4 | **Nonpriority creditor's name and mailing address**<br>**SUPERIOR CONCRETE SYSTEMS**<br>**8160 SAUNDERSVILLE ROAD**<br>**MT. JULIET, TN 37122**<br><br>Date(s) debt was incurred _<br>**Last 4 digits of account number  2812** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$970.00** |
| 3.136 5 | **Nonpriority creditor's name and mailing address**<br>**SUPERIOR CONSTRUCTION**<br>**87 SUMMERSET POINT DRIVE**<br>**CROSS HILL, SC 29332**<br><br>Date(s) debt was incurred _<br>**Last 4 digits of account number  4353** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,223.00** |
| 3.136 6 | **Nonpriority creditor's name and mailing address**<br>**SUPERIOR CONSTRUCTION SYSTEMS**<br>**3700 SW STONEBRIDGE COURT**<br>**TOPEKA, KS 66604**<br><br>Date(s) debt was incurred _<br>**Last 4 digits of account number  2405** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$10,067.00** |
| 3.136 7 | **Nonpriority creditor's name and mailing address**<br>**SUPERIOR CONSTRUCTION, INC**<br>**1730 G. PATTON DRIVE**<br>**BRENTWOOD, TN 37207**<br><br>Date(s) debt was incurred _<br>**Last 4 digits of account number  1971** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,660.13** |
| 3.136 8 | **Nonpriority creditor's name and mailing address**<br>**SUPERIOR INTERIORS**<br>**4401 N. LUMBERJACK RD**<br>**RIVERDALE, MI 48877**<br><br>Date(s) debt was incurred _<br>**Last 4 digits of account number  3870** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,303.33** |

| 3.136 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**SUPERIOR POOLS & SPAS SRV**
P O BOX 5131
DE PERE, WI 54115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2258**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27.00 |
|---|---|---|---|

**SUPERIOR STEEL SYSTEMS**
16060 LORRAINE CIR.
BILOXI, MS 39532-5627

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2230**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |
|---|---|---|---|

**SUPERIOR SURFACE SOLUTIONS**
1435 BOGGS RD
# 3307
LAWRENCEVILLE, GA 30043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **3749**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**SUPREME RESURFACING, INC.**
758 HOLLY AVE.
ST. PAUL, MN 55104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2636**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,366.00 |
|---|---|---|---|

**SURFACE COATINGS**
RT 1 BOX 1283 SHOALS BRANCH RD
WAYNE, WV 25570

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **4146**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $480.00 |
|---|---|---|---|

**SURFACE DESIGN & ENGINEERING**
9800 PRESTMONT PLACE
FRISCO, TX 75035

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2983**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $355.00 |
|---|---|---|---|

**SURFACE DESIGN TECHNOLOGIES**
202 PARK PLACE, SUITE A
ALPENA, MI 49707

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2050**

Is the claim subject to offset? ■ No ☐ Yes

| 3.137 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.54 |
|---|---|---|---|

**SURFACE GRAPHICS**
**454 W. KINGS RIDGE LN.**
**GATLINBURG, TN 37738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **3030**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.15 |
|---|---|---|---|

**SURFACE PRO**
**456 PLEASANTVIEW BLVD**
**GREENWOOD, IN 46142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **3366**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $145.10 |
|---|---|---|---|

**SURFACE SOLUTIONS**
**4954 GERMANTOWN RD. S**
**MEMPHIS, TN 38141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2461**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,019.99 |
|---|---|---|---|

**SURFACE SOLUTIONS OF AZ**
**4722 E. ROCKLEDGE RD.**
**PHOENIX, AZ 85044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **3111**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**SURFACE SOLUTIONS OF CO**
**1362 DOUBLE EAGLE CT.**
**PARKER, CO 80138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2825**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14.19 |
|---|---|---|---|

**SURFACE SOLUTIONS OF ID**

**WILDER, ID 83676-0162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **3443**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.35 |
|---|---|---|---|

**SURFACE SOLUTIONS OF TN**
**201 PEACH TREE ST.**
**TULLAHOMA, TN 37388**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2678**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:16-bk-01905   Doc 1   Filed 03/17/16   Entered 03/17/16 08:41:21   Desc Main
Document      Page 226 of 377

| 3.138 3 | **Nonpriority creditor's name and mailing address**<br>**SURFACE SPECIALITIES**<br>**RT 1 BOX PH 65**<br>**HINTON, WV 25951**<br><br>Date(s) debt was incurred _<br>**Last 4 digits of account number  2465** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$450.16** |

| 3.138 4 | **Nonpriority creditor's name and mailing address**<br>**SURFACE TECHNOLOGIES, LLC**<br>**101 S. HASTINGS AVE**<br>**HASTINGS, NE 68901**<br><br>Date(s) debt was incurred _<br>**Last 4 digits of account number  4119** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$15.50** |

| 3.138 5 | **Nonpriority creditor's name and mailing address**<br>**SURFACE-TECH**<br><br>**BEDFORD, IN 47421**<br><br>Date(s) debt was incurred _<br>**Last 4 digits of account number  2776** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,305.00** |

| 3.138 6 | **Nonpriority creditor's name and mailing address**<br>**SURFACES BY DESIGN**<br>**353A S. MOUNTAIN AVENUE #205**<br>**UPLAND, CA 91786**<br><br>Date(s) debt was incurred _<br>**Last 4 digits of account number  4399** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,366.50** |

| 3.138 7 | **Nonpriority creditor's name and mailing address**<br>**SURFACING SOLUTIONS, INC.**<br>**2115 SEQUOIA ROAD**<br>**GRAND JUNCTION, CO 81503**<br><br>Date(s) debt was incurred _<br>**Last 4 digits of account number  3899** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$12,718.90** |

| 3.138 8 | **Nonpriority creditor's name and mailing address**<br>**SUSAN K. CHIDDIX**<br>**100 LONDON ST. APT 2**<br>**PETERBOROUGH ON K9H273**<br><br>Date(s) debt was incurred _<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.138 9 | **Nonpriority creditor's name and mailing address**<br>**SYLVANIA POOL SERVICE**<br>**395 CAMP ROCK HILL RD.**<br>**QUAKERTOWN, PA 18951**<br><br>Date(s) debt was incurred _<br>**Last 4 digits of account number  1546** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$38.44** |

| 3.139 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,972.00** |
| **SYNTHEON, INC / NCE INC.** | ☐ Contingent | |
| **25 AVENUE A** | ☐ Unliquidated | |
| **LEETSDALE, PA 15056** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number **5040** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.139 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,092.63** |
| **T&T LANDSCAPING** | ☐ Contingent | |
| **P.O. BOX 887** | ☐ Unliquidated | |
| **JAMESTOWN, TN 38556** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number **4757** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.139 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$962.72** |
| **T.S. & K. RESURFACING** | ☐ Contingent | |
| **1056 CEDAR CREEK VILLAGE ROAD** | ☐ Unliquidated | |
| **MT. JULIET, TN 37122** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number **3391** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.139 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46.00** |
| **T.W. GARDNER** | ☐ Contingent | |
| **1754 WILDERNESS LANE** | ☐ Unliquidated | |
| **LANCASTER, SC 29720** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number **3238** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.139 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$187.90** |
| **TAMARIND BUILDERS, LTD.** | ☐ Contingent | |
| **S. Quarry Lane, Khyler Pass** | ☐ Unliquidated | |
| **Warwick, BE WK023** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number **4842** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.139 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$513.94** |
| **TAMMY TIBBLES** | ☐ Contingent | |
| **SOUTH 1812 WARDSON AVE** | ☐ Unliquidated | |
| **SPOKANE, WA 99212** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number **4035** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.139 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,630.00** |
| **TANNER CONSTRUCTION, INC.** | ☐ Contingent | |
| **5617 MARIOLYN COURT** | ☐ Unliquidated | |
| **ELK GROVE, CA 95757** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number **3469** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.139 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,333.00 |
|---|---|---|---|

**TARIQ KHAN**
**1019 E. 1ST STREET**
**BLOOMINGTON, IN 47401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **3037**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,135.75 |
|---|---|---|---|

**TBS CONSTRUCTION LLC**
**704 EAST HOME AVENUE**
**HOBART, IN 46342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **5161**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,786.00 |
|---|---|---|---|

**TEACHOUT BUILDERS INC.**
**1617 SOUTH AINGER ROAD**
**CHARLOTTE, MI 48813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1832**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |
|---|---|---|---|

**TED WOLAHAN**
**395 MOUNTAIN VIEW TRAIL**
**WALSENBURG, CO 81089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **3330**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,654.65 |
|---|---|---|---|

**TELENET, INC.**
**830 HWY 72**
**ROLLA, MO 65401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2414**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**TERRA TECHNOLOGIES**
**3028 ALDERWOOD AVENUE**
**BELLINGHAM, WA 98225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2977**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**TERRY A. RENO**
**MOUNTAIN HORIZON PROPERTIES LLC**
**103 SALOLA CT.**
**ASHEVILLE, NC 28806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 4 | **Nonpriority creditor's name and mailing address** **TERRY BOLT** 710 CANNONBALL DR SPRING, TX 77380 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$2,151.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number **3932**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 5 | **Nonpriority creditor's name and mailing address** **TERRY LOFTIS** 1329 RUSTIC TIMBERS LN. FLOWER MOUND, TX 75028 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$44.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number **2340**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 6 | **Nonpriority creditor's name and mailing address** **TEXAS CONCRETE DESIGNS** 105 OLD ALTON DRIVE DENTON, TX 76210 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$4,489.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number **4113**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 7 | **Nonpriority creditor's name and mailing address** **TEXAS RESURFACING** 1135 VILLAGE SHORE DRIVE CANYON LAKE, TX 78133 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.50** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number **3501**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 8 | **Nonpriority creditor's name and mailing address** **THAD LARSON** 4331 HUCKLEBERRY LN SOUTH BILLINGS, MT 59106 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$423.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number **4473**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 9 | **Nonpriority creditor's name and mailing address** **THAD SCOTT** 4552 CRANBROOK CT. LEXINGTON, KY 40515 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$500.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number **2729**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 0 | **Nonpriority creditor's name and mailing address** **THAN MAYNARD CONST., LLC** 1726 NORTH GREEN PURCELL, OK 73080 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$1,868.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number **3385**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,079.60** |
| --- | --- | --- | --- |
| | **THANG LE**<br>**235 WAIANUENUE AVE # 101**<br>**HILO, HI 96720** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **4693** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.141 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$774.00** |
| --- | --- | --- | --- |
| | **THE PAINTING PRO'S**<br>**2945 BROAD OAK DR**<br>**BANDERA, TX 78003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **5065** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.141 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$711.16** |
| --- | --- | --- | --- |
| | **THE SALERNO ORGANIZATION**<br>2936 Westgate Ave<br>West Palm Beach, FL 33409 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **4922** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.141 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,000.00** |
| --- | --- | --- | --- |
| | **THE SELLERS GROUP**<br>**12636 125 S.**<br>**DRAPER, UT 84020** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **5340** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.141 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,385.00** |
| --- | --- | --- | --- |
| | **THE SUN CASTLE, INC.**<br>**6 NORTH JERUSALEM AVE**<br>**HICKSVILLE, NY 11801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **3880** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.141 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500.00** |
| --- | --- | --- | --- |
| | **THE SURE GROUP**<br>**2913 INDIAN RIVER DR.**<br>**COCOA, FL 32922** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **3692** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.141 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,425.00** |
| --- | --- | --- | --- |
| | **THIRD INVESTMENT**<br>**5535 366TH AVE.**<br>**BURLINGTON, WI 53105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **3969** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.1418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $920.00 |
|---|---|---|---|

**THOM & TERRI DAVIS DBA CUSTOM HOME & BUILDING IMPROVEMENTS**
10091 BARN HILL DR.
COLLIERVILLE, TN 38017

Date(s) debt was incurred _
Last 4 digits of account number  **4202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**THOMAS BLEVINS**
4132 STUBBS MILL RD
MORROW, OH 45152

Date(s) debt was incurred _
Last 4 digits of account number  **3083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**THOMAS CONCRETE DESIGNS**
66 HICKORY HILL RD S. W.
JUPITER, FL 33469

Date(s) debt was incurred _
Last 4 digits of account number  **4080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,411.00 |
|---|---|---|---|

**THOMAS CONTRACTING**
2371 W. HARDIES ROAD
GIBSONIA, PA 15044

Date(s) debt was incurred _
Last 4 digits of account number  **2324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,912.00 |
|---|---|---|---|

**THOMAS GALLAGHER**
4810 KNIGHTSWORD WAY
GRANITE BAY, CA 95746

Date(s) debt was incurred _
Last 4 digits of account number  **4656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,173.00 |
|---|---|---|---|

**THOMAS J. WALSH**
17863 Big Oaks rd.
Wildwood, IL 60030

Date(s) debt was incurred _
Last 4 digits of account number  **4585**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Thomas J. Young**
5971 Trophy Drive, #1804
Naples, FL 34110

Date(s) debt was incurred  **2006**
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Quality Systems, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | | $319.00 |
|---|---|---|---|---|
| 3.142 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | |
| | **THOMAS R. THRONEBERRY** **201 SHELBY STREET** **MURFREESBORO, TN 37130** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | | |
| | Last 4 digits of account number **2010** | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | $80.00 |
|---|---|---|---|---|
| 3.142 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | |
| | **THOMAS STRAYER** **6791 W 1000 NORTH** **MCCORDSVILLE, IN 46055** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | | |
| | Last 4 digits of account number **5264** | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | $53.00 |
|---|---|---|---|---|
| 3.142 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | |
| | **THOMAS WOLF** **3168 RANICE CT** **GROVE CITY, OH 43123** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | | |
| | Last 4 digits of account number **4194** | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | $1,895.00 |
|---|---|---|---|---|
| 3.142 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | |
| | **TILE CREATIONS & MORE** **4337 ARBOUR DRIVE** **WALLED LAKE, MI 48390** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | | |
| | Last 4 digits of account number **3718** | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | $492.00 |
|---|---|---|---|---|
| 3.142 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | |
| | **TILE DESIGNS** **2 COVENANT WAY** **DEDHAM, ME 04429** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | | |
| | Last 4 digits of account number **4483** | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | $4,340.00 |
|---|---|---|---|---|
| 3.143 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | |
| | **TILE MASTERS** **120 BORNER STREET** **PRESCOTT, WI 54021** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | | |
| | Last 4 digits of account number **3305** | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | $600.00 |
|---|---|---|---|---|
| 3.143 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | |
| | **TIM DAVIS** **309 HENLEY STREET** **PULASKI, TN USA38478** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | | |
| | Last 4 digits of account number **4996** | Is the claim subject to offset? ■ No ☐ Yes | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 3.143 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,000.00** |
|---|---|---|---|

**TIM GABLER HANDYMAN**
**1050 ARCHER ROAD**
**BEDFORD, OH 44146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3161**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**TIM HODGE**
**799 CONVERSE DR.**
**CINCINNATTI, OH 45240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2418**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,638.00** |
|---|---|---|---|

**TIM HUTCHERSON**
**1605 LOCUST HILL RD**
**GREER, SC 29651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3563**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40.43** |
|---|---|---|---|

**TIM LOPEZ**
**4423 Smokerise Rd**
**Casper, Wy 82604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4737**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,543.00** |
|---|---|---|---|

**TIM MCGINTY**
**PO BOX 1058**
**HILLSBORO, TX 76645**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3152**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,991.00** |
|---|---|---|---|

**TIM PRENTISS**
**5599 HILLTOP LANE**
**EUREKA, CA 95503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4260**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,629.00** |
|---|---|---|---|

**TIM ROGERS**
**828 INA COURT**
**AKRON, OH 44306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2996**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 9 | Nonpriority creditor's name and mailing address<br>**TIM SEILS**<br>**1362 HUBBARD RD.**<br>**GALLOWAY, OH 43119**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
|---|---|---|---|
| 3.144 0 | Nonpriority creditor's name and mailing address<br>**TIM SNODGRASS**<br>**2011 LASHBROOK RD**<br>**BOONEVILLE, IN 47601**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **4476** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,875.00** |
| 3.144 1 | Nonpriority creditor's name and mailing address<br>**TIM TALLEY**<br>**1737 ARROWHEAD CT.**<br>**BOONVILLE, IN 47601**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **4033** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,468.00** |
| 3.144 2 | Nonpriority creditor's name and mailing address<br>**TIMMIE BREWER**<br>**34942 NORTHVIEW CIR. NORTH**<br>**NORTH RIDGEVILLE, OH 44039**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.144 3 | Nonpriority creditor's name and mailing address<br>**TIMOTHY NOAHUBI**<br>**PO Box 281**<br>**DURANT, OK 74702**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **2987** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$800.00** |
| 3.144 4 | Nonpriority creditor's name and mailing address<br>**TODD EVANS**<br>**1003 WASHINGTON WAY**<br>**JEFFERSONVILLE, IN 47130**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **2903** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$10.50** |
| 3.144 5 | Nonpriority creditor's name and mailing address<br>**TOM BENAGE**<br>**1700 RIMSITE DRIVE**<br>**AMARILLO, TX 79118**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **2677** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$60.00** |

| 3.144 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,539.00 |
|---|---|---|---|

**TOM DOUGHERTY**
**3981 McLAUGHLIN RD.**
**MCKEAN, PA 16426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3526**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,451.00 |
|---|---|---|---|

**TOM HAGER**
**P.O. BOX 174**
**ELGIN, ND 58533**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2827**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,169.00 |
|---|---|---|---|

**TOM POTTER**
**1140 BULLTAIL ROAD**
**IVANHOE, NC 28447**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4972**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $484.50 |
|---|---|---|---|

**TONY MITCHELL**
**17525 COUNTY ROAD 3545**
**ADA, OK 74820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4412**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**TONY PAMPENA CORPORATION**
**351 UNION GREEN DRIVE**
**VERONA, PA 15147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2015**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $133.50 |
|---|---|---|---|

**TONY PENN**
**5632 EAST HARMONY AVENUE**
**MESA, AZ 85206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2989**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,840.00 |
|---|---|---|---|

**TONYA FRINK**
**986 WHITE CIRCLE**
**HINESVILLE, GA 31313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5284**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.145 3 | **Nonpriority creditor's name and mailing address** **TORRANCE BOSTICK** 7642 Parkmont Dr. Memphis, TN 38125 | **$264.00** |

Date(s) debt was incurred _

Last 4 digits of account number **4599**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.145 4 | **Nonpriority creditor's name and mailing address** **TOTAL CONSTRUCTION SERVICES** 7 W. GAY STREET WEST CHESTER, PA 19380 | **$32.40** |

Date(s) debt was incurred _

Last 4 digits of account number **1728**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.145 5 | **Nonpriority creditor's name and mailing address** **TOWNE & COUNTRY POOLS** P O BOX 73576 7615 144TH ST. CT. E PUYALLUP, WA 98373 | **$50.00** |

Date(s) debt was incurred _

Last 4 digits of account number **1694**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.145 6 | **Nonpriority creditor's name and mailing address** **TRAWICK BUILDERS INC.** 1300 N. MCKENZIE STREET FOLEY, AL 36535-2232 | **$0.25** |

Date(s) debt was incurred _

Last 4 digits of account number **2260**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.145 7 | **Nonpriority creditor's name and mailing address** **TRI-COUNTY POOLS** 414 SMITHFIELD AVENUE WINCHESTER, VA 22601 | **$18.18** |

Date(s) debt was incurred _

Last 4 digits of account number **1545**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.145 8 | **Nonpriority creditor's name and mailing address** **TRI-PUPS** 1426 BUTTERNUT ROYAL OAK, MI 48073 | **$3.17** |

Date(s) debt was incurred _

Last 4 digits of account number **4107**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.145 9 | **Nonpriority creditor's name and mailing address** **TRI-STAR CONSTRUCTION, INC.** 3651 COUNTY ROAD 257 FULTON, MO 65251 | **$274.00** |

Date(s) debt was incurred _

Last 4 digits of account number **1948**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$597.11** |
|---|---|---|---|
| | **TRINITY BUILDERS**<br>**18353 SKY LANE**<br>**SAUCIER, MS 39574** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **2536** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,710.00** |
|---|---|---|---|
| | **TUDOR PROPERTIES**<br>**P. O. BOX 438**<br>**HERSHEY, PA 17033** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **3930** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,600.00** |
|---|---|---|---|
| | **TURNKEY PROJECTS**<br>**PO BOX 3277**<br>**MERIDIAN, MS 39303** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **3908** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$362.33** |
|---|---|---|---|
| | **Uline**<br>**P.O. Box 88741**<br>**Chicago, IL 60680-1741** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Materials** | |
| | Last 4 digits of account number **5924** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,998.00** |
|---|---|---|---|
| | **ULTRA SEAL SYSTEMS**<br>**5 BEL AIR SOUTH PARKWAY**<br>**SUITE 109**<br>**BEL AIR, MD 21015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **2044** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,943.87** |
|---|---|---|---|
| | **UNDER CONSTRUCTION**<br>**37165 GILES RD**<br>**GRAFTON, OH 44044** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **3102** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$188.60** |
|---|---|---|---|
| | **UNIQUE CONCRETE DESIGNS**<br>**PO BOX N. 115**<br>**NASSAU   33161** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **4020** | Is the claim subject to offset? ■ No ☐ Yes | |

Case 3:16-bk-01905   Doc 1   Filed 03/17/16   Entered 03/17/16 08:41:21   Desc Main
Document      Page 238 of 377

**3.146 7**

Nonpriority creditor's name and mailing address

**UNIQUE SYSTEMS INC.**
**10124 NORTH 151ST STREET**
**EAST AVENUE**
**OWASSO, OK 74055**

Date(s) debt was incurred _

Last 4 digits of account number **2379**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$11,347.00**

---

**3.146 8**

Nonpriority creditor's name and mailing address

**UNITED GUNITE CONSTRUCTION**
**102 WELLAND AVENUE**
**IRVINGTON, NJ 07111**

Date(s) debt was incurred _

Last 4 digits of account number **1526**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$105.00**

---

**3.146 9**

Nonpriority creditor's name and mailing address

**UNITED ONE CONSTRUCTION/WOODLA**
**330 WOODLAKE BLVD**
**TAZEWELL, TN 37879**

Date(s) debt was incurred _

Last 4 digits of account number **3555**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$128.00**

---

**3.147 0**

Nonpriority creditor's name and mailing address

**UNIVERSAL SERVICES CORP.**
**P.O. BOX 2869**
**CROSSVILLE, TN 38557**

Date(s) debt was incurred _

Last 4 digits of account number **1714**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$766.00**

---

**3.147 1**

Nonpriority creditor's name and mailing address

**UNIVERSAL SURFACE APPLICATION**
**30 TOWNLINE RD.**
**NANUET, NY 10954**

Date(s) debt was incurred _

Last 4 digits of account number **3016**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.147 2**

Nonpriority creditor's name and mailing address

**UNLIMITED FINISHES**
**107 VIA DOLOROSA DR.**
**BLANDON, PA 19510**

Date(s) debt was incurred _

Last 4 digits of account number **2705**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$22.00**

---

**3.147 3**

Nonpriority creditor's name and mailing address

**UPKEEP MAINTENANCE**
**234 WEST IVEY ROAD**
**HUACHUCA, AZ 85616**

Date(s) debt was incurred _

Last 4 digits of account number **5120**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$61.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

| 3.147 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $580.17 |
|---|---|---|---|
| | UPS<br>55 Glenlake Parkway NE<br>Atlanta, GA 30328 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **356X** | Basis for the claim:  **Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.147 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|
| | URBAN ENERGY & INSULATION<br>82 Beacon Ave<br>JERSEY CITY, NJ 07306 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **2970** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.147 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $32.00 |
|---|---|---|---|
| | V.I.P. CONTRACTORS<br>210 RIVEREDLY WAY<br>MCDONOUGH, GA 30252 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **2570** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.147 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,520.99 |
|---|---|---|---|
| | V.P.S.<br>6140 WASHINGTON BLVD.<br>ST. LOUIS, MO 63112-1208 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **3044** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.147 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|
| | VALMONT ENTERPRISES<br>13 Hartford Court<br>Hattiesburg, MS 39402 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **4802** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.147 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,132.50 |
|---|---|---|---|
| | VALTAIR MATTOS<br>321 DEERFIELD POINT<br>ALPHARETTA, GA 30004 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **2736** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.148 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,000.10 |
|---|---|---|---|
| | VAN BEBER HOMES LTD<br>4109 CANYON CLIFF CR<br>TEMPLE, TX 76502 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **4097** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case 3:16-bk-01905   Doc 1   Filed 03/17/16   Entered 03/17/16 08:41:21   Desc Main
Document      Page 240 of 377

| Debtor | Quality Systems, Inc. | Case number (if known) | |
|--------|----------------------|------------------------|---|
| | Name | | |

| 3.148 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,792.00** |
|---------|---|---|---|

**VERI-CLEAN CO., INC.**
**1529 BEALL**
**HOUSTON, TX 77008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **1984**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$291.00** |
|---------|---|---|---|

**VERNON T  DAVIS JR.**
**3206 PIPER LANE**
**ALEXANDRIA, VA 22306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **4767**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,241.00** |
|---------|---|---|---|

**VERSA CRETE**
**9030 RED BRANCH RD STE 150**
**COLUMBIA, MD 21045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **3842**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3.43** |
|---------|---|---|---|

**VERSATILE RESTORATION**
**4488 WINIFRED**
**WAYNE, MI 48184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **2734**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,578.54** |
|---------|---|---|---|

**VETERAN CUSTOM FINISHINGS**
**1805 MAXWELL**
**PARKERSBURG, WV 26101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **4343**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$412.11** |
|---------|---|---|---|

**VIC'S LAWN SERVICE**
**5717 71ST STREET**
**LUBBOCK, TX 79424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **2496**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30.00** |
|---------|---|---|---|

**VICCARI CEMENT & CONTRACTING**
**12255 MAGNOLIA CRESCENT DRIVE**
**ROSWELL, GA 30075-5569**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **2864**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.148 8 | **Nonpriority creditor's name and mailing address** **VINSON JOHNSON** **3100 N ELM STREET APT. 6F** **GREENSBORO, NC 27408** Date(s) debt was incurred _ Last 4 digits of account number **3567** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$3,779.00** |

| 3.148 9 | **Nonpriority creditor's name and mailing address** **VISION HOME IMPROVEMENT** **1211 SW WAYNE AVE** **TOPEKA, KS 66604** Date(s) debt was incurred _ Last 4 digits of account number **4319** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$877.00** |

| 3.149 0 | **Nonpriority creditor's name and mailing address** **VITO LENTINI** **35 DAWSON CIRCLE** **STATEN ISLAND, NY 10314** Date(s) debt was incurred _ Last 4 digits of account number **3428** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$1,703.00** |

| 3.149 1 | **Nonpriority creditor's name and mailing address** **VOGEL CONSTRUCTION, INC.** **1411 S. 162 ST.** **OMAHA, NE 68130** Date(s) debt was incurred _ Last 4 digits of account number **2782** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$4,875.00** |

| 3.149 2 | **Nonpriority creditor's name and mailing address** **W.C. SERVICES** **W 742 DEERVIEW DRIVE** **ST. CLOUD, WI 53079** Date(s) debt was incurred _ Last 4 digits of account number **2526** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$1,238.00** |

| 3.149 3 | **Nonpriority creditor's name and mailing address** **W.H. SITES** **1928 BETHEL CHURCH ROAD** **ELKTON, VA 22827** Date(s) debt was incurred _ Last 4 digits of account number **1972** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$100.00** |

| 3.149 4 | **Nonpriority creditor's name and mailing address** **W.J. INDUSTRIES** **5309 JEFFERSON STREET** **HOLLYWOOD, FL 33021** Date(s) debt was incurred _ Last 4 digits of account number **3433** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$2,002.00** |

| | | |
|---|---|---|
| 3.149 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$240.00** |

**WADE ANDERSON**
**PO BOX 96**
**KANDIYOHI, MN 56251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **3972**

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.149 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$432.00** |

**WADE GOODMAN**
**2588 LASHBROOK ROAD**
**BOONVILLE, IN 47601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **3172**

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.149 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,481.00** |

**WALKER LANDSCAPING-JMV CONSTR.**
**2120 Spring Lake Drive**
**Spring Hill, TN 37174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **4846**

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.149 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$46.00** |

**WALTER N. WOMACK**
**460 SOUTH 3RD**
**LANDER, WY 82520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **5305**

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.149 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$703.00** |

**WARD BUILDERS**
**6150 OLD SHALLOTTE**
**OCEAN ISLE, NC 28469**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **2609**

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.150 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,641.00** |

**WAREHAM CUSTOM OVERLAYS, LLC**
**PO BOX 496**
**CANON CREEK, MT 59633**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **4628**

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.150 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,543.88** |

**Waste Management**
**Bankruptcy Correspondence**
**2625 W. Grandview Road, Suite 150**
**Phoenix, AZ 85023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **3726**

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.150 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $12.00 |

**WATSON EXTERIORS**
**4841 PRESTON TRAIL DR.**
**MESQUITE, TX 75150**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  3513**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.150 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $501.00 |

**WATTS BROTHERS**
**1301 SEVENTH AVE.**
**SUITE A**
**HUNTINGTON, WV 25701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  3536**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.150 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,266.00 |

**WAYNE BOWLES**
**3408 SANTANA**
**PLANO, TX 75023**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  2197**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.150 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,875.00 |

**WAYNE BURKE**

**MONTICELLO, IN 47960**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  3173**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.150 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $218.20 |

**WAYNE DICKEY**
**8486 FOREST LANE**
**FOLEY, AL 36535**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  4444**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.150 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $974.82 |

**WAYNE THURMAN**

**NASHVILLE, TN 37206**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  3554**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.150 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $574.00 |

**WE DO UGLY SURFACES**
**12811 SW 17 PL**
**DAVIE, FL 33325**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  4320**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Quality Systems, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.150 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$720.00** |
|---|---|---|---|

**WEBSTER CONSTRUCTION, CO.**
**P.O. BOX 26**
**ISLE OF PALMS, SC 29451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **2597**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$701.00** |
|---|---|---|---|

**WENSHUTONIS**
**1138 WESTWOOD TRAIL**
**ADDISON, IL 60101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1923**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$35.75** |
|---|---|---|---|

**WHEELER CONCRETE**
**829 HAYDEN DRIVE**
**COLORADO SPRINGS, CO 80910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **2210**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,060.00** |
|---|---|---|---|

**WHITEHOUSE CUSTOM RESURFACING**
**3609 AGENTA CT.**
**ELK GROVE, CA 95758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **3726**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$14.50** |
|---|---|---|---|

**WHITEYE ENTERPRISES**
**3516 West County Road #113**
**Midland, TX 79706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **4877**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$391.00** |
|---|---|---|---|

**WHITLOCK PAINTING**
**16010 IRONHORSE DRIVE**
**RENO, NV 89511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **4091**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,626.00** |
|---|---|---|---|

**WILLIAM A. BISCEGLIA III**
**14 SYCAMORE ST**
**NORWOOD, MA 02062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **3508**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Quality Systems, Inc.** | Case number (if known) | |
|--------|---------------------------|------------------------|---|
| | Name | | |

| 3.151 6 | **Nonpriority creditor's name and mailing address**<br>**WILLIAM BARRETT II DESIGN & CO**<br>**1660 W. 31ST STREET**<br>**FLORENCE, OR 97439**<br><br>Date(s) debt was incurred _<br>**Last 4 digits of account number  4611** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,290.00** |

| 3.151 7 | **Nonpriority creditor's name and mailing address**<br>**WILLIAM GATTON**<br>**P O BOX 139**<br>**FOYIL, OK 74031**<br><br>Date(s) debt was incurred _<br>**Last 4 digits of account number  1979** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$500.00** |

| 3.151 8 | **Nonpriority creditor's name and mailing address**<br>**WILLIAMS CONCRETE WORKS, LLC**<br>**2953 CVOC ROAD**<br>**SAREPTA, LA 71071**<br><br>Date(s) debt was incurred _<br>**Last 4 digits of account number  4991** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,242.00** |

| 3.151 9 | **Nonpriority creditor's name and mailing address**<br>**WILLIS CONSTRUCTION**<br>**4619 EAST MELTON RD**<br>**GARY, IN 46403**<br><br>Date(s) debt was incurred _<br>**Last 4 digits of account number  4454** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,825.00** |

| 3.152 0 | **Nonpriority creditor's name and mailing address**<br>**Wilson Trucking Corp.**<br>**P.O. Box 200**<br>**Fishersville, VA 22939-0200**<br><br>Date(s) debt was incurred _<br>**Last 4 digits of account number  1020** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,043.61** |

| 3.152 1 | **Nonpriority creditor's name and mailing address**<br>**WINSLOW GROUP**<br>**26 TORY PLACE**<br>**WILTON, CT 06897**<br><br>Date(s) debt was incurred _<br>**Last 4 digits of account number  3787** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$540.00** |

| 3.152 2 | **Nonpriority creditor's name and mailing address**<br>**WINTER WEATHER**<br>**1293 Rt. 217**<br>**Derry, PA 15627**<br><br>Date(s) debt was incurred _<br>**Last 4 digits of account number  4819** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$600.00** |

| | | |
|---|---|---|
| 3.152 3 | **Nonpriority creditor's name and mailing address**<br>**WISSOTA GENERAL CONTRACTORS**<br>**1623 MISSISSIPPI STREET**<br>**PO BOX 1691**<br>**LA CROSSE, WI 54602**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **3359** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$500.00** |
| 3.152 4 | **Nonpriority creditor's name and mailing address**<br>**WOLF CRETE CO.**<br>**P O BOX 208**<br>**114 HOLIDAY DRIVE**<br>**PAGOSA SPRINGS, CO 81147**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **1706** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$902.00** |
| 3.152 5 | **Nonpriority creditor's name and mailing address**<br>**WOLF STEEL, INC.**<br>**20789 ESKRIDGE CT.**<br>**POTOMAC FALLS, VA 20165**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **3480** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$50.00** |
| 3.152 6 | **Nonpriority creditor's name and mailing address**<br>**WOODCRAFTERS LLC**<br>**1088 BELL CREEK RD**<br>**HIWASSEE, GA 30546**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **4197** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,329.00** |
| 3.152 7 | **Nonpriority creditor's name and mailing address**<br>**WOODRIDGE DEVELOPMENT CORP.**<br>**P.O. BOX 530**<br>**BENTON, KY 42025**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **2253** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,418.50** |
| 3.152 8 | **Nonpriority creditor's name and mailing address**<br>**WORLDWIDE CONSTRUCTION, INC.**<br>**1515 EAST TROPICANA AVE.**<br>**SUITE 710-R**<br>**LAS VEGAS, NV 89119**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **2511** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$63.24** |
| 3.152 9 | **Nonpriority creditor's name and mailing address**<br>**WRIGHTSTOWN COMPANY**<br>**1337 WRIGHTSTOWN ROAD**<br>**NEWTOWN, PA 18940**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **4817** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,209.00** |

| Debtor | **Quality Systems, Inc.** | Case number (if known) | |
|--------|---------------------------|------------------------|---|
| | Name | | |

| 3.153 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---------|---|---|---|

**YOSHINE CO., LTD.**
**14D, 175 HUAMEI W. ST.**
**SEC 1**
**TAICHUNG   40700**

Date(s) debt was incurred _

Last 4 digits of account number   **3586**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Matthew J. Weiss**<br>**Kramer & Associates**<br>**401 Hackensack Ave - 9th Fl.**<br>**Hackensack, NJ 07601** | Line  **3.621**<br><br>☐  Not listed. Explain ____ | **7048** |
| 4.2 | **Thomas J. Young**<br>**124 North Columbus Street**<br>**Randolph, WI 53956** | Line  **3.1424**<br><br>☐  Not listed. Explain ____ | _ |
| 4.3 | **William Rambicure and David Cohen**<br>**Attorneys for Thomas J. Young**<br>**300 E. Main St., Ste. 360**<br>**Lexington, KY 40507** | Line  **3.1424**<br><br>☐  Not listed. Explain ____ | _ |
| 4.4 | **William Rambicure and David Cohen**<br>**Attorneys for Arrowhead Systems, Inc.**<br>**300 E. Main St., Ste. 360**<br>**Lexington, KY 40507** | Line  **3.97**<br><br>☐  Not listed. Explain ____ | _ |

---

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 24,525.92 |
| 5b. Total claims from Part 2 | 5b. + | $ | 2,693,020.27 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,717,546.19 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor name **Quality Systems, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **3/8/15 Lease for 36 months of 1 IQ 16-Canister Fully Automatic Color Dispenser, 1 X-Rite Spectrophotometer w/Computer, Software and Calibration, 1 Dymo Label Printer** |
| State the term remaining | **Great American Financial Service** |
| List the contract number of any government contract | **625 First St. SE** **Cedar Rapids, IA 52401** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Office and manufacturing facility lease expires 2/28/16.** |
| State the term remaining | **LaGrasse Holdings, LLC** |
| List the contract number of any government contract | **dba Imagen LLC** **1101 Menzler Avenue** **Nashville, TN 37210** |

| | | |
|---|---|---|
| **Fill in this information to identify the case:** | | |

Debtor name   **Quality Systems, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206H
## Schedule H: Your Codebtors                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                    Column 2: **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | _____ | Street<br>City   State   Zip Code | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | Street<br>City   State   Zip Code | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | Street<br>City   State   Zip Code | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | Street<br>City   State   Zip Code | | _____ | ☐ D<br>☐ E/F<br>☐ G |

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          12/15

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:  Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **6/01/2015** to **Filing Date** | ☐ Operating a business<br>■ Other  **Sales/Auction (FYE 5/31/16)** | $221,021.00 |
| **For year before that:**<br>From **6/01/2014** to **5/31/2015** | ☐ Operating a business<br>■ Other  **Sales (FYE 5/31/15)** | $509,607.00 |
| **For the fiscal year:**<br>From **6/01/2013** to **5/31/2014** | ☐ Operating a business<br>■ Other  **Sales (FYE 5/31/14)** | $470,084.00 |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **6/01/2015** to **Filing Date** | **Dividend from Principal Financial ($26.60 per quarter)** | $105.00 |

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   **LaGrasse Holdings, LLC**<br>**dba Imagen LLC**<br>**1101 Menzler Avenue**<br>**Nashville, TN 37210** | **monthly building rent** | **$7,600.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Great American Financial Service**<br>**625 First St. SE**<br>**Cedar Rapids, IA 52401** | **3/8/15 Lease for 36 months of 1 IQ 16-Canister Fully Automatic Color Dispenser, 1 X-Rite Spectrophotometer w/Computer, Software and Calibration, 1 Dymo Label Printer** | **November 2015** | **Unknown** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Arrowhead Systems, Inc. and Thomas Young, Individually v. Quality Systems, Inc., Hercon Construction, Inc., and D & S Construction of Scott County**<br>**10-CI-01245** | **Breach of Warranties, Breach of Contract, Fraudulent Inducement, Fraudulent Misrepresentations and Omissions, Negligent Misrepresentations, Grossly Negligent Misrepresentations, Fraud and Violation of the Kentucky Consumer Protection Act** | **Commonwealth of KY, Scott Circuit Court, Scott County Justice Center**<br>**119 N. Hamilton St.**<br>**Georgetown, KY 40324** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Product valued at $4,500.** | **Theft by employee. Not covered by insurance.** | **February 2015 to July 2015** | **$4,500.00** |

**Part 6:   Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **John C. McLemore**<br>**Garfinkle & McLemore, PLLC**<br>**2000 Richard Jones Rd., Ste. 250**<br>**Nashville, TN 37215** | | **February 2016** | **$6,000.00** |
| | **Email or website address**<br>**jmclemore@gmylaw.com** | | | |
| | **Who made the payment, if not debtor?**<br>**Debtor** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Lance Hembree**<br>**5446 Co. Rd. 434**<br>**Trinity, AL 35673** | **1999 Chevrolet G3500 (repairs needed, sold as is-box damage, tires dry rotting, unknown mechanical issues)** | **9/4/15** | **$2,500.00** |
| | **Relationship to debtor**<br>**None** | | | |
| 13.2. | **James Nash**<br>**1710 Long Hollow Pk**<br>**Gallatin, TN 37066** | **2003 Chevrolet Astro (repairs needed, sold as is-has body and bumber damage, needs brakes, tires, engine service, unknown mechanical issues)** | **9/4/15** | **$1,000.00** |
| | **Relationship to debtor**<br>**None** | | | |

**Part 7:** Previous Locations

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:** Health Care Bankruptcies

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

   **The Debtor has customer files in storage that contain Tax ID Nos.**
   **and some credit card information.**

   Does the debtor have a privacy policy about that information?
   ■ No
   ☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Cube Smart**<br>**1058 Murfreesboro Road**<br>**Unit #L0820**<br>**Nashville, TN 37217** | **Stacey Nash** | **4 desktop computers w/servers, keyboards and mice and 1 file server. These computers contain business records with Tax ID Nos. and some credit card information from former customers. There are also employee records which incudes SS Nos.**<br><br>**Paid through May 16, 2016.** | ☐ No<br>■ Yes |

---

**Part 11:**    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:**    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**    Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Stacey Nash** <br> **1710 Long Hollow Pike** <br> **Gallatin, TN 37066** | **March 2001 to July 2012** <br> **June 2013 to filing date** |
| 26a.2. **Marilyn Robson (controller)** <br> **106 Jennings View Drive** <br> **Lebanon, TN 37087** | **1991 to February 2014** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Stacey Nash** <br> **1710 Long Hollow Pike** <br> **Gallatin, TN 37066** | **All records are available on computer. All records and computers are in storage. See Answer to Question 20.** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Stacey Nash** | **July 21, 2015 and April 16, 2015** | **Cost $149,936.71** **Cost $210,787.10** |

| Name and address of the person who has possession of inventory records |
|---|
| **Stacey Nash** **1710 Long Hollow Pike** **Gallatin, TN 37066** |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **EagleUSA Marketing Group Corp.** | | **James Robinson, President** **Stacey Nash, Secretary** | **100%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Stacey Nash** **1710 Long Hollow Pike** **Gallatin, TN 37066** | **Paid bi-monthly salary** | | |

| Relationship to debtor |
|---|
| **Secretary** |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

---

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 17, 2016**

**/s/ James Robinson**                                       **James Robinson**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Tennessee

In re **Quality Systems, Inc.**                                                     Case No.

_____          _____

Debtor(s)                          Chapter          **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---:|
    | For legal services, I have agreed to accept | $ | **6,000.00** |
    | Prior to the filing of this statement I have received | $ | **6,000.00** |
    | Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor          ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor          ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Basic services include advice to Client before and during the case concerning the nature and effect of Chapter 7
        bankruptcy, preparation and filing of statements and schedules, filing of a Chapter 7 petititon, and transmittal of
        Client's pay advices and tax returns to the United States Trustee and the Chapter 7 panel trustee.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **The debtor has acknowledged that matters may arise in connection with the bankruptcy case which are not
    included in the regular and routine services to be rendered for the fee quoted. Charges for such additional
    services will be accessed at our standard hourly rate for the particular attorney working on the case, and shall be
    in addition to the quoted fee. Such services would include, but are not limited to, attendance at depositions or
    Rule 2004 examinations and other pretrial hearings in regard to objections to confirmation and/or adversary
    proceedings concerning discharge of debt; research, preparation of briefs, preparation for trial, and court time at
    trial in such litigated matters.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**March 17, 2016**                                         **/s/ John C. McLemore**
_____                           _____
*Date*                                                    **John C. McLemore**
                                                          *Signature of Attorney*
                                                          **Garfinkle & McLemore, PLLC**
                                                          **2000 Richard Jones Road, Suite 250**
                                                          **Nashville, TN 37215**
                                                          **615.383.9495  Fax: 615.292.9848**
                                                          *Name of law firm*

---

# United States Bankruptcy Court
## Middle District of Tennessee

In re   **Quality Systems, Inc.**

                                          Debtor(s)

Case No.

Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **March 17, 2016**

**/s/ James Robinson**

**James Robinson**/**President**
Signer/Title

QUALITY SYSTEMS, INC.
JAMES ROBINSON
235 W. 48TH ST. APT. 44C
NEW YORK NY 10036

JOHN C. MCLEMORE
GARFINKLE & MCLEMORE, PLLC
2000 RICHARD JONES ROAD, SUITE 250
NASHVILLE, TN 37215

IRS
MDP 146
801 BROADWAY
NASHVILLE TN 37203

TN ATTY GENERAL'S OFFICE
BANKRUPTCY DIVISION
P. O. BOX 20207
NASHVILLE TN 37202-0207

OFFICE OF ASSISTANT U. S. TRUSTEE
MIDDLE DISTRICT OF TENNESSEE
701 BROADWAY, SUITE 318
NASHVILLE TN 37203

3D SMART STRUCTURES
332 SANGRE CIRCLE
RENO NV 89511

4-STAR ENTERPRISES, INC.
P. O. BOX 2273
BISMARK ND 58502

4B CONCRETE COATINGS, LLC
1089 SOUTH 131ST STREET
GILBERT AZ 85233

A & B INC.
5800 N MAIN
DURANGO CO 81301

A & W CONSTRUCTION
1259 DUTCH RIDGE RD
ELLWOOD CITY PA 16117

A BETTER HOME CO.
P.O. BOX 152
SELINSGROVE PA 17870

A HELPING HAND, L.L.C.
18 BUCKINGHAM STREET
OAKVILLE CT 06779

A RENEWED SURFACE
3132 NORTH SHORE DR. SE
ALBANY OR 97322

A-J EXPRESS
361 RODEO LN.
MESQUITE NV 89027

A. H. CONTRACTING
860 STIERS ROAD
WATERFORD OH 45786

A.A.B. BUILDING SYSTEMS
11380 PROSPERITY FARMS #102
PALM BEACH GARDENS FL 33410

A.B.C. CONSTRUCTION COMPANY
55 GRIGGS AVE
PORT MONMOUTH NJ 07758

A.B.C. LAWNCARE
P.O. BOX 626
TROUTMAN NC 28166

A.C.R.S., INC.
P.O. BOX 3470
BRENTWOOD TN 37024

A.I.S. COMPANY
BOX 234
LAKE ZURICH IL 60047-0234

A.J. ANGEL CARDENAS
141 05 S GREEN BAY AVE
AURORA IL 60506

A.L.R., INC.
5500 SOUTH MAIN STREET
WINSTON-SALEM NC 27107

A.M.K. CONSTRUCTION
LAKE ZURICH IL 60047

A.R.C.O., INC.
604 MT. HOOD DRIVE
ANTIOCH TN 37013

A.R.T. OF OKLAHOMA
806 ESTHER AVE
MIDWEST CITY OK 73130

A1 RESURFACING SOLUTIONS LLC
8023 FOREST GLEN RD.
CLAREMORE OK 74019

AAA RESURFACING
2551 NW 19TH ST.
OKLAHOMA CITY OK 73107

AARON LONGHOFER
112 HWY 170
READING KS 66868

ABBY INC.
4417 13TH ST #333
ST CLOUD FL 34769

ABC CONCRETE FINISHERS INC
131 MILLSTONE WAY
CANTON GA 30015

ACCENT CONCRETE SOLUTIONS
1534 VIRGINIA ST EAST
CHARLESTON WV 25311

ACCESSORY DEPOT & PERMA-TECH
8301 ROCHESTER
LUBBOCK TX 79424

ACCURATE  CONSTRUCTION CO
42 VIRGINIA STREET
SOUTH RIVER NJ 08877

ACCURATE BUILDING CONTRACTORS
P.O. BOX 2477
CLOVIS CA 93613

ACQUA BELLA POOLS
P O BOX 4342
CARLSBAD CA 92018

ADAM FLOYD
2738 POCKET RD
WHITWELL TN 37397

ADQ CONSTRUCTION & ENT., LLC
610 E SWITZLER
CENTRALIA MO 65240

ADURABLE DESIGN
1408 EASTLAND AVE.
NASHVILLE TN 37206

ADVANCED ARCHITECTURAL APPL.
7218 MEADOWBROOK AVE
BATON ROUGE LA 70810

ADVANCED CONCRETE RESTORATION
5755 E. CAMDEN ST.
TUCSON AZ 85712

ADVANCED CONSTRUCTION ALTERNAT
1454 POSTROCK DRIVE
HAYS KS 67601

ADVANCED HOME SOLUTIONS
1028 PEPPER CIRCLE
ACWORTH GA 30101

ADVANCED SURFACES OF COLUMBIA
190 STONEBRIDGE DR.
GASTON SC 29053

ADVANCED TECHNOLOGY DEVELOPMEN
407 SOUTH MAIN STREET
GREENVILLE TN 37743

ADVANTAGE CONCRETE SOLUTIONS
ARLINGTON TX 76001

AFFORDABLE PAINT & COATINGS
580 STARGAZER WAY
FLORENCE MT 59833

AKITA CONCRETE
38 CARNFORTH ROAD
NORTH YORK, ON, M4A2K7, CANADA

ALBERT L. WASHINGTON
6718 ROLLING ROAD
SPRINGFIELD VA 22152

ALEX DRAKE
RR 1 BOX 3644
TOWNSEND GA 31331-9455

ALEX ENANIAN
2550 HEMPSTEAD TURNPIKE
EAST MEADOW NY 11554

ALEX SPEISMACHER
3375 N COUNTRYCLUB DR
#1603
AVENTURA FL 33180

ALEXANDER CONSTRUCTION
118 EAST COUNCIL ST.
SALISBURY NC 28144

ALFREDO GARZA
1005 W NOLANA
STE B
MCALLEN TX 78504

ALICE BRANTON
ASV SOLUTIONS, INC.
10624 SOUTH EASTERN AVE., STE. A-969
HENDERSON NV 89052

ALL AMERICAN PAINTING COMPANY
9400 IRVINGTON AVE
ST. LOUIS MO 63134

ALL CARE, INC.
5859 WEST FAIRVIEW
BOISE ID 83706

ALL PHAZE CONSTRUCTION
13489 ARGYLE
SOUTHGATE MI 48195

ALL PRO GARAGE COMPANY
92 TULIP LANE
COLTS NECK NJ 07722

ALL PRO SERVICE MANAGEMENT
2211 WEST FIRST STREET S-108
TEMPE AZ 85281

ALL SEASONS LAWNSCAPES
P.O. BOX 394
CHATHAM IL 62629

ALL SURFACE
3390 OLD NAILS CREEK ROAD
ROCKFORD TN 37853

ALL SVC UNLIMITED
7 PRINCETON DR
VOORHEES NJ 08043

ALLCRETE COATINGS
3830 CAMDEN DRIVE
MYRTLE BEACH SC 29588

ALLCRETE DESIGN
48 BAMBI CRES
KESWICK, ON, ON L4P 4C6

ALLEN CAYER
PO BOX 312
HENNIKER NH 03242

ALLEN NAYLOR
1241 PARK PLACE NE SUITE B
CEDAR RAPIDS IA 52402

ALLEN O'NAN
579 MIAMI ST.
TIFFIN OH 44883

ALLEN WHITE
100 COUNTY ROAD 636
ROGERSVILLE AL 35652

ALLSTATE DISTRIBUTION
14152 TERRACE ROAD
HAM LAKE MN 55304

AMAZING SURFACES
206 NORTH MAIN STREET
WAELDER TX 78959

AMCOR PRECAST/ UT
P. O. BOX 9489
OGDEN UT 84409-0489

AMERICAN CONCRETE COATINGS
39656 AVENIDA MIGUEL OESTE
MURIETTA CA 92563

AMERICAN CONSTRUCTION & MAINT.
49 LEVENWORTH ST.
SUITE 305
WATERBURY CT 06702

AMERICAN POOL & DECK
6 EAST MONROE AVE
LINWOOD NJ 08221

AMERICAN RESURFACING COMPANY
10390 POINT ROCK ROAD
TABERG NY 13471

AMERICAN SAFETY & EQUIPMENT
3268 ADVENTURE LANE
OXFORD MI 48371

AMERY WORTHINGTON
3766 DIXIE COURT S.E.
CLEVELAND TN 37323

AMIE BOWE
P.O. BOX EX29005
EXUMA DISTRICT, BAHAMAS

ANAND ENTERPRISES
308 LONGFORD DR
ROCHESTER HILLS MI 48309

ANDREAS SALZMANN
TREND TRADING & INVESTMENTS, INC.
2211 ENCINITAS BLVD.
ENCINITAS CA 92024

ANDREW PINDER
P.O. BOX 555940
NASSAU, BAHAMAS

ANDY LAMMERS
800 EDGEHILL RD.
FINDLAY OH 45840

ANDY TOSHIE
1504 HUNTERS MILL PLACE
OVIEDO FL 32765

ANTHONY CAMP
15 TABOR FOREST DR
OXFORD GA 30054

ANTHONY JONES
10 CASHELL CT
BALTIMORE MD 21236

ANY-TIME SPAS & POOLS, INC.
519 C. PULASKI HWY
JOPPA MD 21085

ANYTIME HOME SERVICES
3208 N. 54TH ST.
KANSAS CITY KS 66104

APEX CONCRETE SOLUTIONS, INC
22 A CHANDLER CT.
HUDSON NH 03051

APOLLO CRETE
661 RIDGEWAY
TWIN FALLS ID 83301

APOLLO ENTERPRISES
18403 WILD HORSE CREEK
CHESTERFIELD MO 63005

APPLE PATCH, INC.
8006 PARK GLEN
HOUSTON TX 77049

AQUATIC POOL & SPA
7023 SANGER AVE
WACO TX 76710

AQUSEAL,INC.
2400 BROADWAY
E. ST. LOUIS IL 62207

ARCHI-TEXTURES CORP
106 OLYMPUS WAY
JUPITER FL 33420

ARCHITECTURAL INTERIORS
157 OLD LARKINSVILLE RD.
SCOTTSBORO AL 35768

ARMADILLO COATINGS
N2825 SHORE DRIVE
MARINETTE WI 54143

ARMOR CRETE OF S. TEXAS
120 GREEN AVE.
TAFT TX 78390

ARMOR SURFACES
15587 OAKBROOK
ROMULUS MI 48174

ARMORCRETE OF AUSTIN
9360 BERNOULLI DRIVE
AUSTIN TX 78748

ARNER PROPERTIES, INC.
140 E. CENTER ST.
NESQUEHONING PA 18240

ARROW FLOOR COVERING, INC.
220 SHINING MOON PATH
GILBERTS IL 60136

ARROWHEAD SYSTEMS, INC.
124 NORTH COLUMBUS STREET
RANDOLPH WI 53956

ART CUEVAS CONSTRUCTION, INC.
7406 83RD STREET
LUBBOCK TX 79424

ART MURDOCK
LONG BEACH CA 90807

ARTE DISENO CONSTRUICCION
AVE. J. CANTU LEAL 1415
CO.BUENO AIRES 64800

ARTFULL CONCRETE
72 64TH STREET
CLEAR LAKE WI 54005

ARTISTIC CONCRETE DESIGN
100 WESLEY DRIVE
NEW BURN NC 28562

ARTISTIC CONCRETE RESURFACING
5301 NEVADA AVE.
NASHVILLE TN 37209

ARTISTIC CONCRETE TECH, INC.
3817 LEMAY FERRY RD, STE 102
ST. LOUIS MO 63125

ARTISTIC POOL
31 BUTTON SHOP ROAD
NEWTON CT 06470

ASH KUMAR

ASI DEVELOPMENT
3611 EXETOR WAY
DURHAM NC 27707

ASPEN GLOW CONSTRUCTION
P. O. BOX 5614
FARMINGTON NM 87499

ASPEN REMODEL & CONSTRUCTION
807 BOWYER LANE
LEXINGTON VA 24450

AUNIQUE CONCRETE
C/O CLASSIC BUS PRODUCTS
7828 HWY 90 EAST
MORGAN CITY LA 70380

AURELIJA ANDREWS
1625 MIDVALLEY DRIVE #1
SUITE 101
STEAMBOAT SPRIN CO 80487

AV HARDSCAPES
2756 PEWTER AVE
PALMDALE CA 93550

AVALON PROPERTIES INC.
AVALON GREEN
1 TOWN GREEN DRIVE
ELMFORD NY 10523

AZTECH INC.
7455 W. DUVAN DRIVE
TENLEY PARK IL 60477

B & B RESURFACING
135 BLACKHORSE ROAD
MARSHFIELD MO 65706

B & F CONCRETE DESIGNS
2005 BARLEY DRIVE
LA PLATA MD 20646

B & P FABRICATORS
1484 LINEN DRIVE
MYRTLE BEACH SC 29577

B & T CAR COMPANY
1625 WYATT WAY
BLACKLICK OH 43004

BACK YARD CREATIONS
PO BOX 665
ALAMOSA CO 81101

BAER CONSTRUCTION CO., INC.
300 WEST N. STREET
PRINCEVILLE IL 61559

BAILEYS DECORATIVE CONCRETE
4219 SURFSIDE CIRCLE
SPRING HILL FL 34606

BALLEW CONSTRUCTION
3-A BISBEE LANE
SANTA FE NM 87508

BARRIER CORP
7831 N. NAGLE
MORTON GROVE IL 60053

BARRY CHANDLER
9521 WESTHEIMER # 161
HOUSTON TX 77063

BARRY MIX
PO BOX 44
OLMSTEDVILLE NY 12857

BART MILAN
2036 BRANDILYN CIRCLE
ANCHORAGE AK 99516

BARTLEY CONSTRUCTION
P.O. BOX 1082
PIKEVILLE KY 41502

BAUER'S CON. FINISHING, INC.
5808 BILLTOWN ROAD
LOUISVILLE KY 40299

BAY AREA SURFACES
2091 MARINA BLVD.
SAN LEANDRO CA 94577

BAYOU HOME IMPROVEMENT
169 LOUISANNA AVE.
WESTWEGO LA 70094

BEACON PLASTERING
2814 UPPER RIDGE ROAD
PENNSBURG PA 18073

BEARDEN CONSTRUCTION
700 E HWY 56
BERTHOUD CO 80513

BEN AHMADI
2540 MCGRAITY LANE
ALLEN TX 75002

BEN DAY
8307 NE 138TH AVE
VANCOUVER WA 98682

BENCHMARK RESOURCES, INC.
70 S. GREY RD.
AUBURN HILLS MI 48326

BERNARD KIEL
3320 W. DALEY LANE
PHOENIX AZ 85027

BEST VALUE PLUMBING
5215 40TH
LUBBOCK TX 79414

BEST WESTERN
15542 HIGHWAY 13 SOUTH
HURRICANE MILLS TN 37078

BETSILL BROTHERS CONSTRUTION
635 KENOLIO ROAD
KIHEI HI 96753

BHARAT PATEL
858337 ALBERTA LTD.
96 MIDLAND CR SE
CALGARY AB 72X1P4

BILL BUTLER
15065 PLEASANT VALLEY ROAD
CHILACOTHE OH 45601

BILL HILL
4509 GOOD ADAMS LANE
VIRGINIA BEACH VA 23455

BINDESH PATEL
4775 WILLIAMTOWN BLVD.
LAKELAND FL 33810

BLACKHAWK SURFACES CORP
P. O. BOX 275
STILLWATER MN 55084

BLACKSBURG COUNTRY CLUB
1064 CLUBHOUSE ROAD
BLACKSBURG VA 24060

BLAKE RENO
CAR RENO & CO., INC.
101 UCLID DR.
CHIPPEWA LAKE OH 44215

BLAYNEY ENTERPRISES
245 HINGHAM STREET
ROCKLAND MA 02370

BLUE DIAMOND HOME IMPROV.
23315 CALICO CORNERS
SPRING TX 77373

BLUERIDGE CONSTRUCTION
3070 WOODRUFF MILL RD
ADAMSVILLE AL 35005

BOB BYROM CERAMIC TILE INC
7880 RECTOR RD
SANGER TX 76266

BOB NEWELL
100 HARTNESS RD
SUTTON MA 01590

BOB TOWNSEND
4995 12 MILE RD NE
ROCKFORD MI 49341

BOBBY DAY
1904-A WAURIKA HWY.
WITCHITA FALLS TX 76301

BOBBY GAUTHIER
303 FARMWOOD DRIVE
FOUNTAIN INN SC 29644

BODEY BUILT HOMES
1198 FLANDERS RD.
SOUTHINGTON CT 06489

BOONE, BOONE, LOEB & PETTIT
3311 N CHURCH RD, STE 200
RICHMOND VA 23233

BOWEN & BRYAN BUILDERS, INC.
535 HEATHERTON VILL
ALTAMONTE SPRIN FL 32714

BOYD BROTHERS CUSTOM BLDRS
6350 FENWICK ROAD
BRYANS ROAD MD 20616

BRAD BINGHAM
255 FARVIEW CIRCLE
JACKSBORO TN 37757

BRAD FITZSIMMONS
3015 CRESCENT RIDGE TRAIL
ST. CLOUD MN 56301

BRAD KEITH
151 JOSH LANE
POOLVILLE TX 76487

BRAD KENNEY
5847 ARAPAHOE
BOULDER CO 80303

BRAD WILLER
W 556 ROCKVALE RD.
OCONOMOWOC WI 53066

BRADLEY WELLS
1150 COUNTY ROAD 2000 E.
SIDNEY IL 61877

BRANDON NALL
18847 AL BAISDEN ROAD
ANDALUSIA AL 36421

BRAVO SWIMMING POOLS
1512 PASEO FAGOT URB JDNES
PONCE 00731

BREEDEN COMPANY
560 LYNHAVEN PKWY
VIRGINIA BEACH VA 23452

BRELAND COMPANIES, LLC
PO BOX 248
MADISON MS 39130

BRENDA E. WILKERSON
NC 27560


BRENNAN CONSTRUCTION
85 TUMBLEWEED TRAIL
LIVINGSTON MT 59047

BRENT HOLMAN
3685 ARROWHEAD AVENUE
HOOD RIVER OR 97031-8655

BRIAN DOUD
4750 FARNHURST RD.
SOUTH EUCLID OH 44124

BRIAN HARBAUGH
648 LYON BLVD
SOUTH LYON MI 48178

BRIAN MADDOX
2690 ARROWOOD POINT
BLAIRSVILLE GA 30512

BRIAN NADEAU
264 VILLAGE GREEN AVE.
LONDON, ON N6J 3Z6

BRIAN THOMPSON
351 NORTH 100 WEST
JEROME ID 83338

BRIAN WILLIAMS
1385 KIST ROAD
GREER SC 29651

BRIAN WOLFF
321 RICHARD ROAD
YARDLEY PA 19067

BRICK MAN INC.
725 N. HARRISON AVE.
PIERRE SD 57501

BRICKS-N-STONES RESURFACING
425 E JEFFERSON AVE
BONNIE IL 62816

BRINCKS CONSTRUCTION
413 EAST GROVE
LAWLER IA 52154

BRISCOE CONTRACTING
208 NASH LANE
BUFFALO WV 25033

BRITTON & ASSOCIATES
8157 HWY. 84
MANSFIELD LA 71502

BROCK'S CONCRETE RESURFACING
4294 EAST PIKE
ZANESVILLE OH 43701

BROOKS CONSTRUCTION
102 HAROLDS LANE
TAZEWELL TN 37870

BRUBACHER PROPERTIES
25 FLAXMILL DRIVE
CONESTOGO, ON N0B 1N0

BRUCE BACKMAN
6620 LINCOLN AVE.
CARMICHAEL CA 95608

BRUCE NASH CGB
8654 MOHR LANE
P.O. BOX 489
FOGELSVILLE PA 18051-0489

BUCKEYE SUPERIOR FLOORING & MO
2172 SLATE COVE RD.
GROVE CITY OH 43123

BUILDERS EXTREME
C 4063 HAYES ROAD
STRATFORD WI 54484

BUILDING DESIGN & CONST., INC.
3010 GOLDEN HILLS DRIVE
MISSOURI CITY TX 77459

BULLETPROOF  COATINGS
3750 KENNEDALE NEW HOPE ROAD
KENNEDALE TX 76060

BULLETPROOF SURFACES
POMARIA SC 29126

BURBACK BUILDERS
W185S8095 RACINE AVE
MUSKEGO WI 53150

BURNETT'S RESURFACING SYSTEMS
1811 HANOVER STREET
MURFREESBORO TN 37130

BURNSTAD INTERIORS
5648 SW 142ND AVE
FT LAUDERDALE FL 33330

BUTLER RESTORATION
8265 JACKSON RD
LAKE ODESSA MI 48849

C & D RESTORATIONS
1200 LONGLAKE DR.
BRIGHTON MI 48114

C & G CONSTRUCTION
308 PLAZA MUCHOMAS
BERNALILLO NM 87004

C & M REFINISHING
201 BREWTON RD.
SPARTANBURG SC 29301

C & M RESTORATION
2326 LINDA LOU COURT
CHARLOTTE NC 28213

C. BOTKA CONSTRUCTION
158C BOTKA DRIVE
CHARLESTOWN RI 02813

C.C. ENTERPRISES, INC.
2024A KEY WEST
ST LOUIS MO 63010

C.I.P. CONCRETE
35321 WRC 31
GREELEY CO 80631

C.L. ROSE CONSTRUCTION CO.
P. O. BOX 536
SILVERTON OR 97381

C.M. CONSTRUCTION
P.O. BOX 613
GLENNS FERRY ID 83623

C.R. QUALITY SERVICES OF PR
PO BOX 334458
PONCE 00737

C.R. SOLUTIONS, LLC
6919 WILLIAMS ROAD
LANSING MI 48911

C.R.S. OF IOWA
3605 RIVER RD.
DATON IA 50530

C/CRETE INTERNATIONAL
686 BRITTON ST.
CHICOPEE MA 01020

CAJUN CREATIONS
PO BOX 29504
SAN ANTONIO TX 78229

CALDER GROUP CORP.
501 N ORLANDO
SUITE 313-276
WINTER PARK FL 32789

CALEB COMPANY, INC., THE
P.O. BOX 11737
CASA GRANDE AZ 85230

CALIFORNIA CUSTOM CRETE
7183 COTTAGE GROVE DRIVE
EASTVALE CA 92880

CAM COMPANY, THE
4 SUSANNA COURT
RANDALLSTOWN MD 21133

CAMEO GROUP
R. 2 BOX 38 E.
ODON IN 47562

CAMERON BETHMANN
17810 ADAMS ST.
WINTER GARDEN FL 34787

CANADIAN CONCRETE LIFTING
987 RIVERDALE
WINDSOR N8S 4C4

CANFIELD CREATIONS
2801 1ST AVE. SO.
MINNEAPOLIS MN 55408

CANNON TILE
120 BRANDOBURG WAY
FAYETTEVILLE GA 30215

CAPITAL CITY POOLS INC
12555 WORTHINGTON RD
PATASKALA OH 43062

CAPITOL CONCRETE RESTORATION
5036 TALLOW POINT RD.
TALLAHASSEE FL 32308

CAPSTONE CONSTRUCTION COMPANY
3729 HARRISBURG DR
FAYETTEVILLE NC 28306-4559

CARDER READY MIX
200 HURST LANE
DAYTON TN 37321

CARL DEPPENSCHMIDT
2412 FIFTH ST
PHILADELPHIA PA 19125

CARL STERNLICHT
PO BOX 404
DEERPARK NY 11729

CARLENE CORIGLIANO
6368 MARTIN DRIVE
ROME NY 13440

CARMEL OF WA
685 SPRING ST.
#201
FRIDAY HARBOR WA 98250

CAROL & RON VANWALE
3397 HWY 42
FISH CREEK WI 54212

CAROLINE NGOZI OGU
14814 ALDERWICK DRIVE
SUGERLAND TX 77478

CASTLE HOMES
1909 CAPLES DRIVE
FLORENCE AL 35630

CAYCRETE RESURFACING & DESIGN
P.O. BOX 2135 G.T.
KY1-1105
GRAND CAYMAN B.W.I.

CAZIMINE CONSTRUCTION INC.
19024 REDBUD ROAD
HIDDEN VALLEY LAKE CA 95467

CECIL HAMIL
33 FRANKLIN ROAD
NEWNAN GA 30253

CECIL PHILLIPS
1301 HAMPTON DR
SUMMERVILLE SC 29483

CEDAR RIDGE LANDSCAPING, INC.
1301 EAST 8TH
PUEBLO CO 81001

CEMENTECH, INC.
MATT EGGLESTON
813 W CLAYTON RD
CARBONDALE IL 62901

CENTRAL OREGON POWER WASH
PO BOX 2024
TERREBONNE OR 97760

CENTRAL REAL ESTATE
41981 MIRANDA ST.
FREMONT CA 94539

CHABOT ENTERPRISES
P.O. BOX 296
CHESHIRE CT 06410

CHAD DAVIS
448 EAST 700 NORTH
LOGAN UT 84321

CHAD EMERSON
3796 ERHART RD
LITCHFIELD OH 44253

CHAD RICHEY
808 CENTRAL AVE
HAMPTON IA 50441

CHAISE BUILDING COMPANY INC.
8708 A LYNDON LANE
AUSTIN TX 78729

CHAMELEON CONCRETE RESURFACING
1735 NORTH WEST MENLO DRIVE
CORNUALLIS OR 97330

CHARLES CARMICHAEL
269 BEECH VALLEY CT
LEBANON JUNCTION KY 40150

CHARLES MANCHESTER
4674 WEIR STREET
OMAHA NE 68117

CHARLES ROESING
83 TELEGRAPH HILL RD.
HOLMDEL NJ 07733

CHARLIE DACIEK
8663 FELSVIEW DRIVE
LAUREL MD 20723

CHARLIE DOBYNS
7949 GRADO EL TUPELO
LA COSTA CA 92009

CHASE & HALL
1000 S PIONEER WAY
MOSES LAKE WA 98837

CHASE DEVELOPMENT CORP
PO BOX 196
SOUTHFIELD MA 01259

CHEMARCO, INC.
63 PELHAM DAVIS CIR.
GREENVILLE SC 29616

CHOICE CONSTRUCTION INC.
PO BOX 101185
NASHVILLE TN 37224

CHRIS COLL
5100 GRANADA BLVD
CORAL CABLES FL 33146

CHRIS DARR
121 PINE STREET
MILO IA 50166

CHRIS FILIPKOWSKI
653 WEST 26TH STREET
ERIE PA 16508

CHRIS HART
82 SAYLE LANE
RICHMOND HILL GA 31324

CHRIS HOLMES
2748 SHERING CRESCENT
INNISFIL, ON L9S1H1

CHRIS KESSELRING
8712 EAST 109TH STREET
TULSA OK 74133

CHRISTIAN FRIESE
3077 WOODBRIDGE LANE
CANTON GA 30114

CHRISTIAN SATORIUS
MUMBACHERTAL ST 7
MOERLENBACH 69509

CHRISTMAS PLACE
PO BOX 958
PIGEON FORGE TN 37863

CHUCK LEEHAN
6589 SHERROD HILL RD.
EDINBORO PA 16412

CIPS (COMPLETE INTEGRATED PROF
#26 CARIBBEAN COMMERCIAL CEN
VALLEY

CLARENCE WILBUR
1214 WHEELER ST
FLATWOODS KY 41139

CLASSIC CRETE
13077 ST ORLIN WAY
FORNEY TX 75126

CLASSIC LANDMARKS
239 MARY LOUISE DRIVE
SAN ANTONIO TX 78201

CLASSIC WALL SYSTEMS, INC.
P.O. BOX 192
GREENVILLE VA 24440

CLASSY CONCRETE COATINGS
102 HONEYSUCKLE DR,
JUSTIN TX 76247

CLAYTON COVINGTON
3522 MACON ROAD
MEMPHIS TN 38122

CLEVELAND TECHNOLOGIES, INC
502 WIND SWEPT BLVD
FREEPORT FL 32439

COASTAL CONCRETE DESIGNS
26397 TRINILAS DRIVE
PUNTA GORDA FL 33983

COASTAL CONCRETE SYSTEMS, INC.
6513 SOMERSET DRIVE
MYRTLE BEACH SC 29572

COATINGS UNLIMITED, LLC.
42 INLET COVE LOOP
SLIDELL LA 70458

COMCAST
P.O. BOX 2127
NORCROSS GA 30091-2127

COMMANDER CONST. OF MI, LLC
2365 HUNTER ROAD
BRIGHTON MI 48114

CONCRETE BEAUTIFICATION
3717 SNYDER AVENUE
CHEYENNE WY 82007

CONCRETE BEAUTIFICATION CO.
13970 FERN STREET
GLENPOOL OK 74033

CONCRETE BUILDING SOLUTIONS
301 AMANDA DRIVE
MATTHEWS NC 28104

CONCRETE CONCEPTS
5972 W COUNTY RD 275 N
BROWNSTOWN IN 47220

CONCRETE CREATIONS
236 NORTHGATE DR
BEDFORD KY 40006

CONCRETE CUSTOMS, LLC
705 EAST 14TH STREET
CASPER WY 82601

CONCRETE DESIGNS & DECKING
1410 SOUTH MERIDIAN STREET
LEBANON IN 46052

CONCRETE DESIGNS & RESTORATION
143 HIGH COUNTRY DR.
CARY NC 27513

CONCRETE DESIGNS AND SOLUTIONS
241 GALVESTON AVENUE
HOT SPRINGS SD 57747

CONCRETE DESIGNS UNLIMITED
1226 ALCANTE DR.
PACIFICA CA 94044

CONCRETE DOCTOR, THE
111 FAY
DEER CREEK IL 61733

CONCRETE EVIDENCE
502 CLAYTON DRIVE
VICTORIA TX 77905

CONCRETE GRAPHICS LLC
3013 NORTH MACARTHUR DR
ALEXANDRIA LA 71303

CONCRETE IMAGE
PO BOX 2448
SALISBURY NC 28145

CONCRETE INNOVATIONS
1317 S. CORNELIA ST.
SIOUX CITY IA 51106

CONCRETE MAKEOVERS, INC.
3820 NORTHDALE BLVD
SUITE 210-B
TAMPA FL 33624

CONCRETE OPTIONS/ORGANIZING OP
300 CAMP HORNE RD.
PITTSBURGH PA 15202

CONCRETE PLUS
225 RIVERSIDE DR
COLUMBUS MS 39702

CONCRETE POSSIBILITIES, INC.
7930 BRIAR OAK DR
PENSACOLA FL 32514

CONCRETE RENEW
9436 SIERRA CREEK DRIVE
ELK GROVE CA 95624

CONCRETE RESTORATION
454 BELMONT LANE EAST
ST. PAUL MN 55117

CONCRETE RESTORATION SERVICES
37 EAST KENNEDY DRIVE
LAUREL SPRINGS NJ 08021

CONCRETE RESTORATIONS
304 60TH AVENUE SE
NORMAN OK 73026

CONCRETE RESURF. SPECIALTIES
5931 STATE ROUTE 34
WINFIELD WV 25213

CONCRETE RESURFACING & REPAIR
BOX 381
ROSCOE IL 61073

CONCRETE RESURFACING CORP.
111 N. CENTRAL AVE.
SUITE 415
HARTSDALE NY 10530

CONCRETE RESURFACING OF AL
121 CAHABA FOREST DRIVE
TRUSSVILLE AL 35173

CONCRETE RESURFACING SYSTEMS
269 UNION BLVD.
KITCHENER, ONTARIO, ON N2M2S9

CONCRETE RESURFACING TECHNOLOG
512 EGG HARBOR RD
SEWELL NJ 08080

CONCRETE REVIVE
29811 BUFFALO CANYON DRIVE
SPRING TX 77386

CONCRETE RINNOVATIONS, INC.
6418 N. MOKANE CT.
KANSAS CITY MO 64151

CONCRETE SOLUTIONS
320 PLAZA DRIVE
PALMYRA PA 17078

CONCRETE SOLUTIONS
9216 W. 1050 N.
ELWOOD IN 46036

CONCRETE SOLUTIONS
752 VAN COURT AVE
LONG BRANCH NJ 07740

CONCRETE SOLUTIONS OF AR
323 NOVICK
EL DORADO AR 71730

CONCRETE SOLUTIONS OF MI
ST. JOSEPH MI 49085

CONCRETE SURFACE SOLUTIONS
1546 WEST FIR
FRESNO CA 93711

CONDOR TRADERS, LTD
5-7 DUNROBIN AVE.
KINGSTON, 0, JAMAICA

CONSTRUCTION CONCEPTS, LLP
16604 STATE HWY 371 N
BRAINERD MN 56401

CONTINENTAL POOLS
32330 W. 213TH
SPRING HILL KS 66083

CONTRACT FLOORING SYSTEMS
801 LEGION DRIVE
DALTON GA 30721

CONWAY FREIGHT
P.O. BOX 982020
NORTH RICHLAND HILLS TX 76182

CORAL KFL CONTRACTORS
ATTN: SYNOBIA SMITH
#20 LOGWOOD ROAD
FREEPORT, GBI

CORAM CONSTRUCTION
17776 HWY 84 E
BOSTON GA 31626

CORDLE MASONRY
4246 SUMMER BREEZE DRIVE
FERNANDINA FL 32034

COUNTRY ROCK DECORATIVE CONCRE
5-2683 MORAY AVE
COURTENAY, BR V9N 8M9

CRAIG AIR CENTER
855-14 ST. JOHNS BLUFF RD
JACKSONVILLE FL 32225

CRAIG DEROLF
1643 BEACH DR.
CROWN PT. IN 46307

CRAIG MAGRUDER
7403 WATCH HILL COURT
LOUISVILLE KY 40228

CRAIG ORLANDO
20414 LONESTAR OAK
CYPRESS TX 77429

CREATIVE ARTISTIC DESIGN
333 ASHWOOD LN
MYRTLE BEACH SC 29588

CREATIVE CONCRETE
8855 BOSTON ROAD
ROXBORO NC 27573

CREATIVE CONCRETE BY DESIGN
2104 EDNA AVENUE
ROSEBURG OR 97470

CREATIVE CONCRETE CO.
261 MAIN ST. APT. 3
CATSKILL NY 12414

CREATIVE CONCRETE CONCEPTS
129 QUAIL TRAIL
FITZGERALD GA 31750

CREATIVE CONCRETE CREATION LLC
2121 SUMMIT ST.
METAIRIE LA 70003

CREATIVE CONCRETE DESIGNS
10051 FOX RUN RD.
PENSACOLA FL 32514

CREATIVE CONCRETE INC.
RT. 1 BOX 80
MARLOW OK 73055

CREATIVE CONCRETE RESTORATION
1301 CANNON CIRCLE DR.
FARIBAULT MN 55021

CREATIVE CONCRETE RESURFACING
521 N. DOROTHY AVE.
CLAREMORE OK 74017

CREATIVE CONCRETE SOLUTIONS
2692 THATCHER COURT
LAWRENCEVILLE GA 30044

CREATIVE CONCRETE SURFACING
30 BIRKDALE DRIVE
HENDERSON NV 89074

CREATIVE CRETE SOLUTIONS
1409 SABER LANE
WEATHERFORD OK 73096

CREATIVE CURB APPEAL, INC
PO BOX 756
WISE VA 24293

CREATIVE HOME SOLUTIONS
17071 C-12
AKRON IA 51001

CREATIVE PAVERS
4901 52ND COURT
LAKE WORTH FL 33463

CREATIVE PHASE BUILDING
10113 MARINE CITY HWY
IRA TOWNSHIP MI 48023

CREATIVE SURFACE SPECIALTIES
HEWITT TX 76643


CREATIVE SURFACES
2935 SASSAFRAS ST.
BOWLING GREEN KY 42104

CREATIVE SURFACES
1295 SOLOMAN CIRCLE
CANTONMENT FL 32533

CREATIVE SURFACES
5016 SPEDALE CT. #324
SPRING HILL TN 37174

CRESTLINE CONSTRUCTION
1862 EL RANCHO DRIVE
SANTA CRUZ CA 95060

CRETE COSMETICS
136 INDUSTRIAL AVE
AZLE TX 76020

CRETE FX
3826 MISTY RIDGE DRIVE
HUMBLE TX 77396

CRETE-TIVITY LTD.
540 CORK STREET
MOUNT FOREST N0G 2L3

CRIS ARNETT
10004 US ROUTE 127 NORTH
WEST MANCHESTER OH 45382

CROW CONSTRUCTION CORP.
3R BENJAMIN RD.
STRATHAM NH 03885

CROWE HORWATH
720 COOL SPRINGS BLVD. STE. 600
FRANKLIN TN 37067

CROWN FOAM DESIGNS, INC.
4405 U.S. HIGHWAY 92 EAST
LAKELAND FL 33801

CSF ENTERPRISES
7434 WASHINGTON AVE. S
EDEN PRAIRIE MN 55344

CURTIS KING
15960 GREAT ROCK RD
BRIGHTON CO 80603

CUSTOM CLASSIC PAINTING
4064 NOLENSVILLE RD. SUITE 162
NASHVILLE TN 37211

CUSTOM CONCRETE & REFINISHING
1412 W. GOLDEN RD.
TIFTON GA 31793

CUSTOM CONCRETE DESIGN
6412 SWALLOWTAIL DRIVE
STATESBORO GA 30461

CUSTOM CONCRETE DESIGNS OF TX
23622 RIVER PLACE DRIVE
KATY TX 77494

CUSTOM CONCRETE ENHANCEMENT
155 WALTON TRACE SOUTH
HENDERSONVILLE TN 37075

CUSTOM CONCRETE SURFACING
5110 HAMILTON RD
COLUMBUS GA 31908

CUSTOM CRETE
PO BOX 2147
APPLE VALLEY CA 92308

CUSTOM DESIGN CABINETRY & CONS
964 WASHINGTON AVE
S. BELOIT IL 61080

CUSTOM SURFACE SOLUTIONS
2017 LEE ROY LANE
LENOIR NC 28645

CUSTOM SURFACE SOLUTIONS OF VA
4743 DUMFRIES ROAD
CATLETT VA 20119

CWS
5480 GORDON COURT
ORANGE PARK FL 32065

D & D CONCRETE REPAIR R3
707 BRYSON RD
CANDLER NC 28715

D & D CONTRACTING
406 WHITEHILL RD.
GEORGETOWN PA 15043

D & H SERVICES, INC.
14135 SE 155 ST.
WEIRSDALE FL 32195

D & M ENTERPRISES
420 BONANZA DRIVE
TURPIN OK 73950

D J CUSTOM CONCRETE
3704 SLIGO ROAD
HAUGHTON LA 71037

D&S RESURFACING
750 GREENE 835 ROAD
MARMADUKE AR 72443

D.B.R., INC.
P.O. BOX 0066
WAUNAKEE WI 53597

D.C. COATINGS OF EL PASO
3013 SEA BREEZE
EL PASO TX 79936

D.C. FLAMING CONSTRUCTION
2818 CEDARWOOD AVENUE
BELLINGHAM WA 98225

D.C. MILLER DRYWALL
8310 W. 050 NORTH
SHIPSHEWANA IN 46565

D.M.B. CONCRETE RESURFACING
8903 EAST BETHANY ROAD
NASHVILLE IN 47448

DAE PARK
7527 RIO GRANDE WAY
GAINESVILLE VA 20155

DAIGLE ENTERPRISES
2607 WPA ROAD
SULPHUR LA 70663

DAKOTA CRETE DESIGNS
40035 258TH ST.
MT VERNON SD 57363

DALE CARD
P.O. BOX 100
YERMO CA 92398

DALE JOHNSON
P.O. BOX 373-1
NOWATA OK 74048

DALE WALKER
4577 BEECH LOG ROAD
LEBANON TN 37090

DALLAS ROBERTS
457 BECKWITH RD.
MT. JULIET TN 37122

DAN COCHRANE, INC.
7330 LAKE WHEELER RD.
RALEIGH NC 27603

DAN KANTAR & ASSOCIATES
3007 ATWOOD DRIVE
MINNETONKA MN 55305

DAN MINOR
4949 TIMBER LAWN CT
CADILLAC MI 49601

DAN SURBEY
AKTON INJECTION
245 ELM
BEACONSFIELD, MT H9W2E3

DANA HARRINGTON
391 CROSBY AVE.
KENMORE NY 14217

DANA RICKERD
PO BOX 267
SALEM MO 65560

DANIEL INGHAM
64 CROSSCREEK RD. APT 28
DESTIN FL 32541

DANIEL MAY
1908 NE KNOLLBROOK ST
LEES SUMMIT MO 64086

DANIEL RODRIGUEZ
PO BOX 2685
EDINBURG TX 78540

DANIEL TODD
1217 LEEVIEW CIRCLE
OLATHE KS 66061

DANIEL WHIMNEN
5324 SE 44TH CIRCLE
OCALA FL 34480

DARRELL SHEETS
1315 SHERRY DRIVE
ALPHARETTA GA 30004

DARRELL TARPLEY
337 HUNTERS RUN LANE
MANY LA 71449

DARRYL DAIGNAULT'S SURFACE SOL
2100 WEST WACO ST.
BROKEN ARROW OK 74011

DAVE PENNEY
PO BOX 1965
CRESTED BUTTE CO 81224

DAVE PRICE PAINTING
1518 MYRTLE DR
DANVILLE IL 61832

DAVE RAMEY
3404 HIGHLAND ROAD
ROSWELL NM 88202

DAVE SWANSON
734 NATCHEZ CIRCLE
SUMERVILLE SC 29484

DAVID ADAMS
8664 LEAF MANOR COVE
CORDOVA TN 38018

DAVID HEAD
452 ASHLEY AVE.
RAYVILLE LA 71269

DAVID JOHNSON
17010 WHITETAIL PASS
CEDAR PARK TX 78613

DAVID KOROSEC
2039 TABLE ROCK RD.
PICKENS SC 29671

DAVID MILKOWSKI
264 EMERSON RD
PITTSBURG PA 15209

DAVID STOVALL & ASSOCIATES
3788 WIND VALLEY DRIVE
MEMPHIS TN 38125

DAVID SWINDLER
LOUISVILLE KY

DAVID VAN METER
5648 BEAURIVAGE AVE
SARASOTA FL 34243

DAVID ZAKUTNEY
26646 S. BREN CT
DAPHNE AL 36526

DAVID-N-SON COATINGS
3553 E. LINWOOD DR.
SPRINGFIELD MO 65809

DAY NIGHT PLUMBING & HEATING
87-71 LEFFERTS BLVD.
RICHMOND HILL NY 11418

DC COATINGS
1012 OAKWOOD TERRACE
CHAMPLIN MN 55316

DEAN CONSTRUCTION, INC.
2211 PATTIE
WICHITA KS 67211

DEAN COX
750 SOUTH 100 EAST
EPHRAIM UT 84627

DEAN THIELBAR
421 W WOODROW CT.
DENMARK WI 54208

DEAN TIPTON
P.O. BOX 724
STANTON KY 40380

DEBORAH L. SMITH
CLOUD FOREST LLC
409 CRESTVIEW DR.
OJAI CA 93023

DECATUR REBOUND
PO BOX 770
DECATUR MS 39327

DECO-CRETE OF MONTANA
2701 BROADWATER
BILLINGS MT 59102

DECOCRETE
2315 FM. 546
MCKINNEY TX 75069

DECOR WORKS
12 LORIO LN
MANDEVILLE LA 70448

DECORATIVE CONCRETE DESIGNS
1629 B PARADE CIRCLE
DELAND FL 32724

DECORATIVE CONCRETE SOLUTIONS
1913 IRWIN STREET
ALIQUIPPA PA 15001

DECORATIVE CONCRETE SOLUTIONS
9801 CENTRAL PIKE
MT. JULIET TN 37122

DEDICATED HOME BUILDERS, LLC.
10409 LONG PINE DR.
DENHAM SPRINGS LA 70726

DEEKS & COMPANY (ALTUS GLOBAL)
2400 VETERANS BLVD., STE. 300
KENNER LA 70062

DEENA PATEL
2110 WEST BROADWAY
DAYS INN/SLY PATEL
PRINCETON IN 47670

DEERHAVEN HILLS, INC.
PO BOX 1460
COLUMBUS NC 28722

DEKO CONCRETE COATINGS COMPANY
104 EDGEWOOD DR.
HENDERSONVILLE TN 37075

DEL MAR SERVICES, INC.
11510 PARK RIVER DR.
HOUSTON TX 77070

DELANOS, INC.
RT 3 BOX 25
TERRA ALTA WV 26764

DELLINGER ENT. INC.
476 PROVIDENCE DR
CANTON GA 30115

DELTA ENTERPRISES
8720 STEAMBOAT LANE
NEW ORLEANS LA 70123

DEMCO BUILDERS, INC.
8812 OLYMPIC LANE
WILLMINGTON NC 28411

DEMELIO CONCRETE & MASONRY
124 PARK EDGE RD
PITTSBURGH PA 15220

DENNIS & DONNA PARMER
PO BOX 201
ADAMSVILLE TN 38310

DENNIS BEAMAN
15047 JIMMY DRIVE
VICKSBURG MI 49091

DERICK DODGE
372 I ST
SALT LAKE CITY UT 84103

DERRICK CONCRETE
1309 PRAIRIE WIND
STEPHENVILLE TX 76401

DESIGN ANGLE, THE
410 PATRICIA DRIVE
MARION CENTER PA 15759

DESIGN CONCRETE COATING
4075 FLORIDA ST
ZACHARY LA 70791

DESIGN PLUS
132 GREEN STREET
LOCUST GROVE VA 22508

DESIGNER'S CONCRETE, INC.
PALMDALE CA 93550

DESIGNING CONCRETE
32780 GRAND RIVER RD
SUITE 207A
FARMINGTON MI 48336

DEVCON CONSTRUCTION
1625 NAVAHOE DRIVE
RALEIGH NC 27609

DFW POOL SERVICE
2908 GREENWAY DRIVE
BURLESON TX 76106

DISTINCTIVE SURFACES OF MA
199 ROUTE 28
WEST HARWICH MA 02671

DISTINCTIVE SURFACING
389 N. INDUSTRIAL ROAD
SUITE 5
ST. GEORGE UT 84770

DIVAKAR PATIL
8003 WOODGATE COURT, APT. F
BALTIMORE MO 21244

DIVERSIFIED COATINGS
904 1ST AVE SOUTH
CONOVER NC 28613

DIVERSIFIED CONSTRUCTION SRVS
5565 SOUTH EL DORADO STREET
FRENCH CAMP CA 95231

DK CONSULTANTS
165 SCENIC DR.
HOT SPRINGS AR 71913

DMD CONCRETE DESIGN
2309 COLLEGE ST. SE
DECATUR AL 35601

DON  HARD
14359 CR.EE
BLANCA CO 81123

DON ARMSTRONG
2832 BOWIE AVE
CAMDEN AR 71701

DON SETTLE
694 VACATION WAY
HEDGESVILLE WV 25427

DONALD H. LEWIS
340 MICHIGAN STREET
PORTER IN 46304

DONE RIGHT RESURFACING
2923 NEW HOPE ROAD
ALEXANDRIA TN 37012

DOSTIE CONSTRUCTION INC.
315 FRONT STREET
NEW HAVEN CT 06513

DRAX INDUSTRIES
7092 AUBURN MILL RD.
WARRENTON VA 20187

DREAM COAT PAINTING
14361 BENDING BRANCH COURT
ORLANDO FL 32824

DREAMS RESURFACING & REMODELIN
2 NORTH MAIN
BAYTOWN TX 77520

DREAMSCAPES INC.
20 SUN VALLEY DR
CORAM NY 11727

DREW LOCKETT
573 SPRUCE STREET
HELLERTOWN PA 18055

DRIVEWAYS AND MORE BY DESIGN
222 S. MAPLE AVENUE
WEBSTER GROVES MO 63119

DRIVEWAYS BY DOUG
62 KINGSLAND AVENUE
WALLINGFORD CT 06492

DUANE PERSOHM
5490 EAST STATE ROAD #56
DUBOIS IN 47527

DUANE PUTNAM
P.O. BOX 933
AFTON WY 83110

DURA- CRETE
5 RIDGEVIEW LN
BENTONVILLE AR 72712

DURACRETE
PO BOX 146
DOVER KY 41034

DURALAST, INC.
VILLAGE AT WEXFORD, J-15
HILTON HEAD ISL SC 29928

DURASEAL ASPHALT SEALING
1964 HILLCREAK CIRCLE N
CLEARWATER FL 34619

DWAIN BOWERS
139 WINDYHILL LANE
MONTICELLO AR 71655

DWIGHT ST. JOHN
5 TONETTA CIRCLE
NORWALK CT 06855

DYNA-LECTRIC
P O BOX 272
52, AVENUE CHEF VAIRAATOA
PAPEETE

E & C PAINTING
36 ZACHARY COURT
STATEN ISLAND NY 10310

E. MENDOZA CO. INC.
P O BOX 10684
SAN JUAN 00922

E.H. NICHOLAS
6879 NORTHWEST 25TH TERRACE
FT. LAUDERDALE FL 33309

EAGLE/USA MARKETING GROUP CORP.
235 W. 48TH ST. APT. 44C
NEW YORK NY 10036

EAST RIDGE DEVELOPMENT
P.O. BOX 169
EAST DENNIS MA 02641

ED GRIMMETT CARPENTRY INC.
53 PERSHING AVE
BABYLON NY 11702

ED HARTMAN
4238 HWY 101
GAMALIEL AR 72537

ED ZLOTY
85 LAKEWOOD TERRACE
BLOOMFIELD NJ 07003

EDUARDO CONESA
P.O. BOX 32235
PONCE PR 00732

EDWARD GESKA
414 HOBSONS CHOICE
WEBSTER NY 14580

EDWARDS CONSTRUCTION, INC.
506 SHOSHONI STREET
CHEYENNE WY 82009

EDWIN FLOYD
2800 COMANCHE SHADOWS CT
GRANBURY TX 76048

EIFS SOLUTIONS, INC.
6151 STERRETTANIA RD
FAIRVIEW PA 16415

ELEGANT SURFACE
830 CHARCOT AVE
SAN JOSE CA 95131

ELEMENTS OF PLAY, INC.
411 SOUTH MAIN STREET
HOPKINSVILLE KY 42240

ELITE CRETE COATINGS
582 SPRINGHILL DR.
MADISON MS 39110

ELITE INSTALLATIONS & CONST.
707 S.E. 29TH STREET
EDMOND OK 73013

ELK CREEK DEVELOPMENT
1356 AVALON WAY
DEEP GAP NC 28618

ELLIS-SMITH, LLC.
150 ESPY AVE.
PASS CHRISTIAN MS 39571

ELM DESIGN
207 ELM STREET
GUILFORD CT 06437

EMILY HITE
1055 BRUSHY RD.
CENTERVILLE TN 37033

EMINENT ALLIANCE, LLC.
3731 18TH STREET N.E.
WASHINGTON DC 20018

EMMITT WELBORN
1608 SANDHILLS BLVD.
ABERDEEN NC 28315

ENERGY HOUSING, INC.
816 WEST SPRUCE STREET
RAWLINS WY 82301

ENGINEERING SUPPORT SERVICES
1310 S GREENWAY DRIVE
CORAL GABLES FL 33134

ENVIRODESIGN
6435 EAST MIRAMAR DRIVE
TUSCON AZ 85715

ENVISION LANDSCAPE MANG
1129 NE HUNTER RIDGE
LEE'S SUMMITT MO 64086

EQUIPOS Y FLETES CAYENA S. A.
APDO. 4050-1000
LA URUCA
SAN JOSE

EQUITY HOME BUILDERS, INC.
5183 CROWN POINT DRIVE
MARRERO LA 70072-7501

ERIC EHLER
3758 SPURS TRAIL
VALLEJO CA 94590

ERIC GALL
3431 SW 20TH ST.
FT LAUDERDALE FL 33312

ERIC HUNDLEY
11 MORNINGVIEW COURT
HAMDEN CT 06518

ERIC MARTINEZ
P.O. BOX 969
SAN LORENZO PR 00754

ERIC POWELL
2021 SCHLENSKER ROAD
EVANSVILLE IN 47725

ERIC SCHNASE
1920 FOLKWAYS BLVD.
LINCOLN NE 68521

ERIC WARD
187 ENFIELD CRESCENT
MANITOBA R2H 1B2

ERVIN KOERTH
1105 GOLF COURSE RD.
GATESVILLE TX 76528

ESSAM'S FLOORING INC.
3400 W. HOSPITAL AVENUE
SUITE 103
ATLANTA GA 30341

ESSENTIAL HOME SERVICES
1261 W. RUSH ROAD
EAGLE ID 83616

EURO AMERICAN CONSTRUCTION
232 JAVA STREET
NEW YORK NY 11222

EVANS HOME IMPROVEMENTS
5044 BUNKER WAY
BLAIRSVILLE GA 30512

EVERGREEN STEEL SYSTEMS
630 N COTNER BLVD #101A
LINCOLN NE 68505

EVERGREEN SUSTAINABLE PRODUCTS
973 HIGH STREET
OCONOMOWOC WI 53066

EVOLUTION STRUCTURES, LTD.
RR #2
MORINVILLE, ALBERTA, AB T8R 1P5

EXCALIBUR BUILDERS
4057 FOXBURY CT.
SLINGER WI 53086

EXCAVATING SERVICES
P.O. BOX 47
MINFORD OH 45653

EXCEL SERVICES
1687 NE NORTHVIEW DR
BEND OR 97701

EXCEL STEEL CONSTRUCTION
720 N 8TH ST
FARGO ND 58102

EXCLUSIVE GARAGE & CONCRETE
56 EDGEMERE AVE
PLAINSBORO NJ 08536

EXPERT STUCCO
157 KELLY DRIVE
SLIDELL LA 70458

F.O.S.S. CONCRETE DESIGN
S2203A COON BLUFF RD.
REEDSBURG WI 53959

FACILITIES MGMT. CORP.
1805 SCHERER PKWY
ST. CHARLES MO 63303

FAIR HAVEN BUILDERS
P.O. BOX 1183
GONZALES LA 70707

FAMILY POOLS & SPAS
100 LOGAN AVE
PLEASANT GAP PA 16823

FARAH CONSTRUCTION
PO BOX 22481
LAKE BUENA VISTA FL 32830

FEDERAL EXPRESS
P.O. BOX 94515
PALATINE IL 60094-4515

FEDERAL WHITE CEMENT
P.O. BOX 69
BELLWOOD PA 16617-0069

FEDEX-US COLLECTIONS DEPT.
P.O. BOX 660481
DALLAS TX 75266-0481

FEHID ENGINEERING
2 KANTA ROAD
PO BOX 3031
KADUNA

FELIX DIPALMA
4690 EAST REX
TUCSON AZ 85706

FELTON BURKE
#3 CLUB DRIVE
JESSUP GA 31546

FIELDMAN REALTY, INC.
1304 GEMINI CIRCLE
OTTAWA IL 61350

FINE-CRETE DESIGNS
P.O. BOX 1703
WINNIE TX 77665

FIRST IMPRESSIONS
61 OLD GLORY LANE
ALBERTVILLE AL 35950

FIRST IMPRESSIONS RESURFACING,
2406 ATLANTIC BEACH BLVD
FORT PIERCE FL 34949

FIXTECH COMPANY LIMITED
21ST FLOOR TWO PACIFIC PLACE
BANGKOK 10100

FLOORING SPECIALTIES, INC.
5529 EASTCLIFF INDUSTRIAL LOOP
BIRMINGHAM AL 35210

FLORIDA CONCRETE MAGIC, LLC
3732 QUANDO CIRCLE
ORLANDO FL 32812

FLORIDA SURFACE SOLUTIONS
4147 18TH ST N
ST. PETERSBURG FL 33714-4614

FLOYD MILLER
P.O. BOX 136
CLARKSVILLE TN 37041

FM INDUSTRIES, INC.
701 HILLSIDE AVENUE
ALBANY CA 94706

FORBIS CONCRETE RESURFACING
155 WEST 1000 SOUTH #50
HEBER CITY UT 84032

FORREST THOMAS
P.O. BOX 5369
S.I. ST. CROIX 00823

FORSTER FRY
PO BOX 5249
SALISBURY NC 28147

FOUR STAR FINAL
6743 MYRTLE AVENUE
GLENDALE NY 11385

FRAME-N-TIQUES, INC.
101 TIE STREET
CAMPBELLSVILLE KY 47218

FRANCES BURKELL
5267 WEST TOWN HALL ROAD
DENMARK WI 54208

FRANCIE G. WARLICK
1786 AMAZON WAY
HENDERSON NV 89012

FRANK LAURITZEN
5 GLENS 4D DRIVE
SAINT PAUL MO 63366

FRANK PALMIERI
4323 S. QUINCY PLACE
TULSA OK 74105

FRANK ROBERTSON
854 LIVINGSTON ROAD
LIZAVILLE NY 12523

FRANKLIN DOCK
240 MAIN STREET, SUITE 600
JUNEAU AK 99801

FRED FARES
1 BENT TWIG LN
TRENTON NJ 08638

FRED KOZEE
174 CORNERSTONE LN.
LEXINGTON NC 27295

FRED MILLER
5902 HIGHWAY 60
NEOSHO MO 64850

FRED SWANSON CONTRACTOR
225 W. PUTNAM ST.
PRINCETON IL 61356

FREDERICK SMOLENSKY
1775 KING EDWARD DRIVE
KISSIMEE FL 34744

FUTUREWAYS, INC.
1925 SOUTH COOPER NO. 257
ARLINGTON TX 76010

FUZION COATINGS
5476 WEST DRUHAM HILLS STREET
MARANA AZ 85658

G & C ENTERPRISES, INC.
P.O. BOX 32342
CHARLOTTE NC 28232

G&J DESIGNS
2184 PROVIDENCE HWY
RAYNE LA 70578

G.E.M. ENTERPRISES, LLC.
9952 E. MISSION LANE
SCOTTSDALE AZ 85258

GABRIEL MARTINEZ
6050 OLIVE STREET
COMMERCE CITY CO 80022

GARAGE SQUAD, INC.
10078 FLANDERS COURT
SUITE 150
BLAINE MN 55449

GARRETT WADE
7057 HWY. 70 SOUTH
NASHVILLE TN 37221

GARRY BASS
108 TWEED DRIVE
MADISON AL 35758

GARRY ZIZZO
5832 EAGLE CAY TERRACE
COCONUT CREEK FL 33073

GARY BROWN
2805 MARTSY CT
ARLINGTON TX 76014

GARY DURST
188 COUNTRY HAVEN LANE
FREDRICKSBURG TX 78624

GARY EDGECOMBE
6134 GILLOT BLVD
PORT CHARLOTTE FL 33981

GARY GOPIE
51 AUTUMN AVE
BROOKLYN NY 11208

GARY GURULE
2754 LA SILLA DORADO
SANTA FE NM 87505

GARY HAYES
P.O. BOX 1029
POTTSBORO TX 75076

GARY MERCER
P.O. BOX 605
W. COLUMBIA TX 77486

GARY ROCKE
P.O. BOX 761
ENFIELD NH 03748

GATEKEEPERS CDC
PO BOX 302
BETHALTO IL 62010

GATEWOOD & ASSOC
10 CYPRESS COURT
OWINGS MILL MD 21117

GECKOCRETE
2226 CACTUS STREET
FREMONT CA 94539

GEMUTLICHKEIT LLC
1623 SOUTH NEVADA AVE.
COLORADO SPRINGS CO 80906

GENE RICE
2606 W. TOWNLY, #9
PHOENIX AZ 85021

GENERAL PROPERTY MAINTENANCE
P.O. BOX 901
TINLEY PARK IL 60477

GENESIS ENTERPRISES
18027 GLEN PARK DRIVE
BATON ROUGE LA 70817

GEOFF CLOUSE BUILDERS
4508 S. US HWY 23
ALVADA OH 44802

GEOFF ROBERTS
2238 WILSON AVE
REDDING CA 96002

GEORGE HACKETT
135 KOPF RD.
BELLMORE NY 11710

GEORGE HALLQUIST
215 ORCHIS ROAD
ST. AUGUSTINE FL 32084

GEORGE LOPEZ
P.O. BOX 105
CAMPBELLTON TX 78008

GEORGIA EXTERIORS
111 HURTT CT
CHICKAMAUGA GA 30707

GEORGIAN MASONRY IMPRESSIONS
3377 ZODIE TR.
POWDER SPRINGS GA 30127

GERALD KOFMEHL
221 W. PACIFIC
SPOKANE WA 99201

GERMANY BENNETT
18974 SAN JUAN DR.
DETROIT MI 48221

GERSON DIAZ
2126 W. 17TH N
SNOWFLAKE AZ 85937

GILBERT L. WARNER
WARNER CORP. INC.
4255 WINNER CIR.
MEDINA OH 44256

GILLIGAN & NARDINI
888 DERRY DR.
TOMS RIVER NJ 08753

GLEEM COLOR & CARPET ONE
1128 HILLCREST ST.
MOBILE AL 36695

GLOBAL VILLAGE HEALTH CARE INC
8470 WYNDALE DRIVE
MECHANICSVILLE VA 23116

GMC CONSTRUCTION
9279 KEWEN AVE
SUN VALLEY CA 91352

GO SEVEN RESURFACING COMPANY
7026 FOXWAITHE
HUMBLE TX 77338

GODLEY'S SURFACE SOLUTIONS
12354 HWY 55 W
DOVER NC 28526

GOLDEN STATE INVESTORS
21720 GOLDEN STAR BLVD
TEHACHAPI CA 93561

GOLDEN STATE OVERLAY INC.
150 S. GLENOAKS BLVD #8095
BURBANK CA 91502

GOLON MASONRY
1334 STREETS RUN RD
WEST MIFFLIN PA 15236

GOOD NEIGHBOR FENCE, INC.
7410 FULLVIEW AVNUE
MECHANICSVILLE VA 23112

GORDAN BRYAN
835 S. CHARLOTTE
LOMBARD IL 60148

GORDON BULLER/KEITH WARREN
6462 W. PARKVIEW DRIVE
WICHITA KS 67219

GORILLA PRODUCTS
21171 ARMADA RIDGE RD
ARMADA MI 48005

GRAHAM GRANT
1241 CROCKETT LOOP N
HERNANDO MS 38632

GRANITE STATES RESURFACING
179 MAPLE AVE.
CLAIRMONT NH 03743

GRANT BOTKINS
6102 RANDA LEE CT.
GEORGETOWN IN 47122

GREAT AMERICAN CONST. CORP
1040 HEMPSTEAD TURNPIKE
FRANKLIN SQUARE NY 11010

GREAT AMERICAN FINANCIAL SERVICE
625 FIRST ST. SE
CEDAR RAPIDS IA 52401

GREAT AMERICAN MARKETING GROUP
1210 EAST LOOP 304
CROCKETT TX 75835

GREEN BUILDERS, LLC.
50 MAILE ST. APT. B3
HILO HI 96720

GREEN HOME SUPPLY
PO BOX 9011 #319
CALEXICO CA 92232

GREENWELL CONSTRUCTION
105 CARR DRIVE
SPRING HILL TN 37174

GREG SMITH
2250 LEBANON RD.
NASHVILLE TN 37214

GREGORY ST. MORITZ
P.O. BOX 1091
ST. CHARLES MO 63302

GRETCHEN SHERWOOD
11 GEORGE RD.
ROLLING HILLS CA 90274

GRYMAX REFINISHING SERVICES
5 S. HUFFMAN ST.
NAPERVILLE IL 60540

GTH ASSOCIATES LLC
901 AVENUE I
MATAMORAS PA 18336

GUM DROP
1620 CHICKASAW DRIVE
COLUMBUS MS 39705

GUY FORESTER
1625 SOUTHERN OAK DRIVE
CONROE TX 77301

GYMNASTICS OF YORK
2615 COURSE RD.
YORK PA 17402

H. D. MYLES
138 JIM JUNGLE ROAD
MILLINGTON MD 21651

H.C.C.
2477 CHAMBLEE-TUCKER RD
SUITE B
ATLANTA GA 30341

H.D.C. CONCRETE DES., L.L.C.
12009 LAKE JUNE ROAD
BALCH SPRINGS TX 75180

HADLOCK CONSTRUCTION, INC.
P.O. BOX 164
HADLOCK WA 98339

HAMILTON CAREER CENTER
100 VOCATIONAL DR.
SENECA SC 29672

HAMMER CONSTRUCTION
474 CLIFTY RD.
SOMERSET KY 42503-4501

HANDY MAN HARRISON
PO BOX 152
LA VETA CO 81055

HAPPE & SONS CONSTRUCTION
3225 CLAREMONT AVE.
EVANSVILLE IN 47712

HARDWOOD FLOOR & MORE
28 SCARBOROUGH HEAD RD
HILTON HEAD ISL SC 29928

HARMONY 110 BUILDERS
8142 COUNTY ROAD 110
CARTHAGE MO 64836

HAROLD LUNSFORD
1068 MERCHANTS DRIVE APT 711
DALLAS GA 30132

HAROLD STEINER
20439 HILLVIEW RD.
SAEGERTOWN PA 16433

HART CONSTRUCTION
11207 S.E. DEVINE
GERONIMO OK 73543

HARTMAN QUALITY FINISHES
4891 VALLETTA WAY
SACRAMENTO CA 95820

HAVELOCK INC.
207 BULLITT AVE
ROANOKE VA 24013

HEATH CRUM
HC 62 BOX 590
HONESDALE PA 18431

HEDRICK MASONRY
4312 HAWK DRIVE
CLAREMONT NC 28610

HELEN EUBANKS
6041 ALBETH RD
ORLANDO FL 32810

HELPING HANDS CONTRACTING INC
P.O. BOX 28
MT. PLEASANT OH 43939

HEPP CONCRETE COATINGS LLC
14200 WOOD DUCK LN
COLONIAL HEIGHTS VA 23834

HEREFORD CONSTRUCTION
105 CENTRAL AVE
HUNTSVILLE AL 35801

HICALIBUR, INC.
1330 W. SUNSET BLVD. #L
ST. GEORGE UT 84770

HIGH PLAINS DEVELOPMENT
2824 PROMONTORY DRIVE
BISMARCK ND 58503

HOME DEPOT
P.O. BOX 790345
SAINT LOUIS MO 63179

HOME PRO'S
2102 KOTTER AVE STE A
EVANSVILLE IN 47715

HOME SHIELD COATING
3730 WEST WENDOVER AVENUE
GREENSBORO NC 27407

HOMETOWN BUILDING SUPPLY
742 HWY 50 WEST
LINN MO 65051

HOMEWORK BY LYNDALL
4306 CROSSGATE
CHAMPAIGNE IL 61822

HOMEWORKS ETC., INC.
229 SOUTH MAIN
BOWLING GREEN OH 43402

HOOLULU BRITO
27 MELEANA PLACE
KAHULUI HI 96732

HOPE TUPOU
3136 CAMPAIGN DRIVE
SOUTH JORDAN UT 84095

HORACIO SANTAMARIA
CO 80216

HORIZON PROJECT INC.
435 PEARMAIN AVE.
WALLA WALLA WA 99362

HOUSE CALLS
6844 121ST AVE
LARGO FL 33773

HOUSE TO HOME INC.
854 H JASON BLVD
MYRTLE BEACH SC 29577

HURD CONCRETE FINISHING
5785 CARTERS VALLEY RD.
CHURCH HILL TN 37642

HUTTER & ASSOCIATES
P.O. BOX 1154
COVINGTON GA 30015

I WANT A BETTER HOUSE
5511 EDMONSON PIKE
NASHVILLE TN 37211

I.C.S. INC.
11911 SCALES RD
TENNYSON IN 47637

I.J.W. & ASSOC. LTD.
391 STEELCASE RD. WEST #23
MARKHAM L3R 3V9

I.S. CUSTOM BUILDING & REMODEL
1825 U.S. 60 EAST
SALEM KY 42078

IBISON RESURFACING
1265 LINWOOD RD.
MOORESVILLE NC 28115

ICBS DEVELOPMENT & DESIGN
6535 ROAD 9
ORLAND CA 95963

ICF BUILDER MAZAGINE
884 EAST 700 NORTH
MAPLETON UT 84664

ICF BUILDERS
9731 W. COMPTON CT.
STAR ID 83669

ICF CONCEPTS, LLC
651 RICHARD STREET
SUITE 1A
NEW ORLEANS LA 70130

ICF CUSTOM BUILDERS, LLC
5508 TOWNSEND WARBLER CT.
WAKE FOREST NC 27587

IDEAL DISTRIBUTION
15385 KATY FREEWAY
UNIT 114
HOUSTON TX 77094

IMPERIAL COUNTERTOPS, INC.
10646 LEUER AVENUE
CLEVELAND OH 44108

IMPERIAL LEGACY
6950 S. ASH STREET
OAK CREEK WI 53154

IMPRESSIVE RESURFACING, LLC
2313 SOUTHERN POINTS CT
VIRGINIA BEACH VA 23454

IN THE MIX, INC.
1189 BURBA RD
BARDSTOWN KY 40004

INGALLS DECORATIVE CONCRETE
PO BOX 584
MT. CLEMENS MI 48046

INLET CONCRETE DESIGNS, LLC
183 GOVERNORS LOOP
MYRTLE BEACH SC 29588

INNOVATIVE RESURFACING
2441 BRADENBAUGH RD.
WHITE HILL MD 21161

INNOVATIVE SURFACING
221 VANDELINDA AVE.
TEANECK NJ 07666

INSUL-HUT SYSTEMS, INC.
60363 EYSTER ROAD
ROCHESTER MI 48306

INTEGRO DEVELOPMENT CORP.
37 HARBOR VIEW PLACE
STATEN ISLAND NY 10305

INTERIOR CONSULTANTS, LLC
3100 DEBORAH DR. #97
MONROE LA 71201

INTERSTATE EQUIPMENT INC.
3207 MATHERS
SPRINGFIELD IL 62707

INVU
3128 SOCILVILLE-FOSTER RD.
MAINEVILLE OH 45039

IRONSTONE CONSTRUCTION CO.
1600 E SCARLETT PLUME
KINGMAN AZ 86409

ISLAND RESOURCES
116 WORTHING ROAD
SAINT SIMONS ISL GA 31522

ISO-CONFORM, INC.
1506 MAIN AVENUE #201
MOORHEAD MN 56560

J & J CARPET & FLOOR COVERING
3465 MYER LEE DR
WINSTON SALEM NC 27101

J & K ENTERPRISES
4402 CALVERT ST.
LINCOLN NE 68506

J & L CONSTRUCTION, L.L.C.
22866 COUNTRY RIDGE PARKWAY
MC CALLA AL 35111

J & R RESURFACING & DESIGN
579 INGMAN CT
MARINA CA 93933

J. DEAN PUSEY CONTRACTOR, INC
22548 REYNOLDS POND RD
ELLENDALE DE 19941

J. HALEY STEPHENS
3217 RED BUD RD., N.E.
CALHOUN GA 30701

J. TIMBERLAKE, CO.
414 N PINE ST.
GUNNISON CO 81230

J.B. PROPERTIES, INC.
P.O. BOX 1225
CAPE GIRARDEAU MO 63702-1225

J.C. RESURFACING
36 BUNKER HILL RD.
SHAMONG NJ 08088

J.L.B. ENTERPRISES/C.M.C.
1426 ASH MEADOW DRIVE
HOUSTON TX 77090

J.T.C. CONSTRUCTION, INC.
1215 KARROW AVENUE
WHITEFISH MT 59937

J.W. ENTERPRISES
P.O. BOX 578
DANDRIDGE TN 37725

J.W. JONES
911 WELLS AVE
ANNAPOLIS MD 21403

JACK NELSON
1164 N. MARTINGALE RD
GILBERT AZ 85234

JACK REEVES
5318 OLD POST ROAD
TEXARKANA AR 71854

JACKSON CONSTRUCTION
244 MAPLELEAF CIR
HOT SPRINGS AR 71901

JAGDISH SINGH
TEWAY CORP.
3192 BICKLEIGH CIRCLE
AKRON OH 44312

JAKE MEIER CONSTRUCTION
104 E 41ST PLACE
KENNEWICK WA 99337

JAMAN DAVIS
1291 WEST 75 NORTH
CENTERVILLE UT 84014

JAMES COOK
4800 S. U.S. HIGHWAY 41
#319
TERRE HAUTE IN 47802

JAMES FORBES
4818 WEST DARREL ROAD
LAVEEN AZ 85339

JAMES HECKMAN
P.O. BOX 361 COUNTY ROAD 600 S
FT. RECOVERY OH 45846-0361

JAMES HYATT
444 ACADIAN VILLA ST
THIBODAUX LA 70301

JAMES ROBINSON
235 W. 48TH ST. APT. 44C
NEW YORK NY 10036

JAMES RUDD
1307 N. NASHVILLE AVE.
SYLACAUGA AL 35150

JAMIE LANE
402 FLAGLER COURT
ALLEN TX 75013

JAMIE SULLIVAN
P.O. BOX 1500
SHEPARDSTOWN WV 25443

JAN L CONSTRUCTION CO., INC.
311 N BROADWAY
MARLOW OK 73055

JANUS HOTELS & RESORTS
8534 EAST KEMPER
CINCINNATI OH 45249

JANUS SUPPLY
6501 SAND TRAP DRIVE
LAYTONSVILLE MD 20882

JARED DOWELL CONSTRUCTION
1400 SHERIDON AVE.
HOXIE KS 67740

JASON GLADNEY
6185 MAGNOLIA AVE SUITE 280
RIVERSIDE CA 92506

JASON GRESHAM
P.O. BOX 1188
JENA LA 71342

JASON IDEUS
151 SADDIE PARKWAY
OSHKOSH WI 54904

JASON SLEATER
3220 WEST 42ND PLACE
KENNEWICK WA 99337

JAWS CONSTRUCTION
840 SECOND STREET
SANFORD CO 81151

JBEN CONSTRUCTION SERVICES
RR 1 BOX 611
HOCKLEY TX 77447

JC IMPORTS
725 NE 143 STREET
N. MIAMI FL 33161

JEDD ALCANTARA
6444 SUNRISE SHADOW CIRCLE
LAS VEGAS NV 89118

JEFF BALL
100 REGAL OAKS
BARBOURSVILLE WV 25504

JEFF BLACK
20376 N. 66TH DRIVE
GLENDALE AZ 85308

JEFF CASTEEL
270 CARRINGTON STREET
SAVANNAH TN 38372

JEFF CAVES
20480 SILVER HORN LANE
MONUMET CO 80132

JEFF NOVAK
116 FAYETTE RD.
PERRYOPPOLIS PA 15473

JEFF SHAFER
6810 OLYMPIA DRIVE
PASADENA TX 77505

JEFF WALKER
PO BOX 481
MOUNTAIN VIEW MO 65548

JEREMY CONTRERAS
1918 75TH STREET
LUBBOCK TX 79423

JEREMY KOOPMAN
2886 61ST STREET LN BOX 3
VINTON IA 52349

JEROMY LANE
2449 SAVANNAH HILLS CIRCLE
NEW BRAUNFELS TX 78130

JERRY KUHR
6413 NORANDA DR.
DAYTON OH 45415

JERRY MIZE
207 IVY STREET
COALINGA CA 93210

JERRY WARKENTIN
1709 ULEX
MCALLEN TX 78504

JESS PUTMAN
3296 DUNN RD
CASEVILLE MI 48725

JET-EYE POOL & SPA
P.O. BOX 25402
KANSAS CITY MO 64119

JIM BLASCO
7055 E. RANCHO DEL ORO DR.
SCOTTSDALE AZ 85262

JIM BOGGUS
1132 OBRIG AVE.
GUNTERSVILLE AL 35016

JIM BRANSON
3438 WIND CIRCLE DRIVE
MORRISTOWN TN 37814

JIM DUNAWAY
4408 KELSON AVE.
MARIANNA FL 32446

JIM HEARN
200 BLANTON AVENUE
NASHVILLE TN 37210

JIM KENTON
1210 BOWFIN LANE
CAROLINA BEACH NC 28428

JIM PAYNE
SILVERDALE WA 98383


JIM PFERSCHY
555 EAST SILVERADO RANCH BLVD
#1149
LAS VEGAS NV 89123

JIM REICHERT
PO BOX 1
MARION IL 62959

JIM SCHIEFELBEIN
6710 WOODLAKE LANE
OCEAN SPRINGS MS 39564

JIMENEZ CONSTRUCTION
474 SOUTH ROOSEVELT ROAD T
PORTALES NM 88130

JIMMY PHILLIPS
822 COUNTY RD. 2206
TEXARKANA TX 75501

JKL CONCRETE COATINGS
1233 COUNTY ROAD 17
HOOPER NE 68031

JO ELLEN ROBINSON
144 LINE 2 NORTH
SHANTY BAY, ON L0L 2L0

JOB COAT
1326 MAIN ST
TELL CITY IN 47586

JOE GASPER
3131 SOUTH CAMBRIDGE RD.
LANSING MI 48911

JOE JOHNSTON
PO BOX 226
TIFFIN IA 52340

JOE MUGUIRA
104 N. HILLARY AVE
LAFAYETTE LA 70506

JOE ORDINI'S POOLS & SPAS
801 NEW RODGERS ROAD
BRISTOL PA 19007

JOE SCHAD
1313 SE 19TH TERRACE
CAPE CORAL FL 33990

JOE STEWART
7320 74TH STREET
LUBBOCK TX 79424

JOE THOMAS
1038-B KINLEY RD.
COLUMBIA SC 29063-7991

JOE'S
16 OLEANDER ROW
DIAGO MARTIN
VICTORIAGARDENS

JOEL VALLE
563 NORTH 1050 WEST
CLEARFIELD UT 84015

JOEY WALTERS
1203 ANCHOR TERRACE
POWDER SPRINGS GA 30127

```
JOHN ADAIR
727 W. MCDONOUGH ST.
MACOMB IL 61455

JOHN ALSOBROOK
80 WOODSIDE DRIVE
JACKSON'S GAP AL 36861

JOHN BARNES
310 CROSS CREEK LANE
COBDEN IL 62920

JOHN BRYAN
1430 SANDPIPER CIRCLE
WESTON FL 33327

JOHN CARTER
19 CORNFIELD RD
WOODLEY READING
BERKSHIRE RG5 4QA

JOHN FORD
2348 CAMP BAKER RD.
MEDFORD OR 97501

JOHN INGRAM
802 S HAYES # 15
ENID OK 73703

JOHN MASON
P. O. BOX 144
CAIRO MO 65239

JOHN MCGRATH
9805 P CIRCLE
OMAHA NE 68127-2132

JOHN MCKEE
4565 I-55 NORTH
JACKSON MS 39206

JOHN PAWLOWSKI
RR #1 BOX 940
FRANCESVILLE IN 47946

JOHN PETERSON
P.O. BOX 901
ST. CROIX 00841

JOHN PRATT BUILDERS
508 SPRING GARDEN CT.
ANTIOCH TN 37013
```

JOHN SERRA
1204-F PINEGROVE DRIVE
MYRTLE BEACH SC 29577

JOHN SKOTZKE CONCRETE
7203 HIGHWAY 45
NEENAH WI 54956

JOHN STASZAK
W8234 CTY ROAD J
MERRILLAN WI 54754

JOHN TYSHENKO, INC.
135 MAIN ST.
LAKE GENEVA WI 53147

JOHN W. MORGAN CONSTRUCTION
5323 SOUTHEAST 45TH STREET
TECUMSEH KS 66542

JOHN WYNHAUSEN
2202 E 47TH STREET
JOPLIN MO 64804

JOHNSON PROPERTY & MAINT.
164 CRENNEL DRIVE
MADISON HEIGHTS VA 24572

JOHNSON'S CUSTOM RESURFACING
3 HOLLY LN.
BAY CITY TX 77414

JOINT VENTURE CONCRETE, LLC
55 OAK STREET
TRENTON NJ 08618

JON DUNCAN
8653 BUCKSKIN DR.
COMMERCE TOWNSH MI 48382

JONATHAN DICKSON
915 24TH AVENUE
ALTOONA PA 16601

JONES CONCRETE INOVATIONS
1046 24TH STREET
PORTSMOUTH OH 45662

JORGE PERICON
86-50 MIDLAND PKWY
JAMICA ESTATES NY 11432

JOSE LIMA
5 GREGORY STREET
DANBURY CT 06811

JOSEPH SHORT
223405 E. PERKINS ROAD
KENNWICK WA 99337

JOSH CLARK/JVC ENT.
6299 PIERCE MANSE LOOP
BENTON AR 72019

JOSH KELTNER
25351 E 46TH STREET
BROKEN ARROW OK 74014-5241

JOSH MARTIN
12707 N. 400 ROAD
HULBERT OK 74441

JR SURFACE RESTORATION
16315 48TH PLACE WEST
EDMONDS WA 98026

JRC INC
1019 BRADLEY DR
SUITE 7
SPRINGFIELD TN 37172

JUAN CARLOS DUARTE
4343 TWEEDY BLVD.
SOUTHGATE CA 90280

JUAN GATICA
3722 HWY 19
SUN PRAIRE WI 53590

JUAN VADI
2628 RIDGEWATER CR.
HENDERSON NV 89014

JUDY BOSNOS
2015 EAST MABEL
TUCSON AZ 85719

JULIE PETRIE
5251 MESA DEL OSO
FARMINGTON NM 87402

JUNIUS CORPORATION
1325 OLYMPIA PARK CIRCLE
OCOEE FL 34761

JUSTIN GOMEZ
446 PROSPECT DRIVE
ROCK SPRINGS WY 82901

JW CUSTOM CONSTRUCTION
5699 LENOX AVE
JACKSONVILLE FL 32205

K AND M HUFSTEDLER
RT 1 BOX 1335
ALTON MO 65606

KAMMY W. AU
703 MARKET ST. #253
SAN FRANCISCO CA 94103

KAREN SMITH
MORGANFIELD KY 42437

KARL BURMEISTER WINDOW & SURF.
1872 W WILLOW STREET
STOCKTON CA 95203

KARL REXROAT
999 W. LITTLETON BLVD
LITTLETON CO 80120

KAT CONSTRUCTION
P.O. BOX 713
FLENTON MO 63026

KEETON PROPERTIES, INC.
2600 SW 103RD ST.
OKLAHOMA CITY OK 73159

KEITH DRIESBAUGH
907 RUBY LANE
WRIGHTSVILLE PA 17368

KEITH LOOMIS
44362 ADOBE CIRCLE
MARICOPA AZ 85239

KEITH MAYNARD
2 A ROBERTS STREET
WOODBROOK RE

KEITH MOHN
4687 CLINTON DR.
W. BLOOMFIELD MI 48324

KEITH O'DELL
P.O. BOX 314
NOKESVILLE VA 20182

KEITH SCHAEFFER
6244 COUNTY ROAD 136
ST. CLOUD MN 56301

KELLUM CORP.
8027 PEBBLE CREEK LANE WEST
PONTE VEDRA BEACH FL 32082

KELLY PLASTERING
1521 CLAIRMONT PLACE
BLOOMINGTON IN 47401

KEN WEBB
10562 PASO FINO DR
WELLINGTON FL 33449

KEN'S CUSTOM CONCRETE DESIGN
924 PIRATE COVE LANE E
VERO BEACH FL 32963

KENNETH BOHANNON
146 GRAYSTONE DRIVE
MOULTRIE GA 31768

KENNY NOLT
1601 HOLLYWOOD AVENUE
LITITZ PA 17543

KENT KESSLER
31301 ROCKVILLE RD
LOUISBURG KS 66053

KENTUCKY GREEN BUILT
2990 GOSPEL OF PEACE RD
HOPKINSVILLE KY 42240

KERNS CUSTOM HOMES, LLC.
2352 DARTS COVE WAY
MOUNT PLEASANT SC 29466

KEVIN BUTLER
731 MARGIANA DR
SATSUMA AL 36572

KEVIN GILMAN
3254 WARDLOW
HIGHLAND MI 48357

KEVIN GRADY
514 BELVIDERE COURT
HENDERSONVILLE NC 28791

KEVIN MCDONALD
505 SPENCER AVENUE
MARION IN 46952

KEVIN ZAYAS
1289 CALDWELL AVE.
ORANGE CITY FL 32763

KING CONCRETE SOLUTIONS
7602 FM 1783
GATESVILLE TX 76528

KIRK HARRINGTON
21527 SAN LUIS PASS RD
GALVESTON TX 77554

KIRK WILLIAMS
404 HIGHLAND DR
MADISON IN 47250

KIRK WILLIAMS
16 EASTSHORE RD.
SANDYS MA02

KJL ENTERPRISES
333 LINDEN RD.
ROSELLE NJ 07203

KLARDI XHAGO
4123 ROSEMARY DR.
STERLING HEIGHT MI 48310

KLEIN QUALITY CONSTRUCTION
15822 N 55 WEST AVENUE
SKIATOOK OK 74070

KLINE'S COATINGS
511 W. PECAN
ROGER AR 72756

KO CONSTRUCTION
404 WOODLAWN DRIVE
CEDARTOWN GA 30125

KOBALT VENTURES LLC/KOBALT MGT
15850 N THOMPSON PEAK PKWY
SCOTTSVILLE AZ 85250

KOCHER BROTHERS CONSTRUCTION
5671 E. JASPER LN
DUNDAS IL 62425

KRAFT RESURFACING
6371 27TH AVE. NORTHEAST
RUGBY ND 58368

KREATAKRETE
407 3RD STREET
PEOTONE IN 60468

KRIZAN CONCRETE INC
1314 WEST WILLOW STREET
CHIPPEWA FALLS WI 54729

KROWN CONSTRUCTION LIMITED
PO BOX 259
AUCKLAND HOUSE

KURTIS RENO
KLJR, INC.
9053 SKYPARK DR.
WADSWORTH OH 44281

KYLE BATTS
301 CROW STREET
LYNDEN TX 75563

KYLE ENZ CONSTRUCTION
420 LEGION ROAD
CARRIER MILLES IL 62917

L. E. GEORGE FAMILY
846 21ST STREET SE
AUBURN WA 98002

L.A.S. CUSTOM RESURFACING
BELLEVILLE IL 62220

L.R.W. PAINTING, INC.
410 FARR AVE.
WADSWORTH OH 44281

L.T.D. DISTRIBUTING
4614 FRENCH DRIVE
CORPUS CHRISTI TX 78411

LA LUZ LANDOWNERS ASSOCIATION
1A LOOP ONE NW
ALBUQUERQUE NM 87120

LABAN QUIMBY
P.O. BOX 9
WILLIMINA OR 97394

LABOR CHOICE
905 TROTT AVE. WEST
WILLMAR MN 56201

LACY CONSTRUCTION COMPANY
3356 WEST OLD HIGHWAY 30
GRAND ISLAND NE 68803

LAGRASSE HOLDINGS, LLC
DBA IMNAGEN LLC
1101 MENZLER AVENUE
NASHVILLE TN 37210

LAGRASSE HOLDINGS, LLC
DBA IMAGEN LLC
1101 MENZLER AVENUE
NASHVILLE TN 37210

LAKE WILLIAMSON CHRISTIAN CNTR
17280 LAKESIDE DRIVE
CARLINVILLE IL 62626

LANCE FRIEDMAN
10242 OLD LAMPLIGHTER
VILLA PARK CA 92861

LAND & CO
1701 PORTER STREET SOUTH WEST
STE 6
WYOMING MI 49501

LAND WIZARD, L.L.C.
P.O. BOX 76157
ATLANTA GA 30328

LANDMARK DEVELOPMENT
P.O. BOX 1793
ROSWELL NM 88202-1793

LANGLEY & TAYLOR POOL CORP.
P.O. BOX 100624
NASHVILLE TN 37224

LARRY FINNEY
397405 W. 1100 RD.
DEWEY OK 74029

LARRY OWENS
3 LIZMORE CT
INMAN SC 29349

LARRY ROBBINS
75 MELISSA DRIVE
STOCKBRIDGE GA 30281

LARRY SALBATO
2012 RIVERVIEW DR.
PUEBLO CO 81006

LARRY STOODLEY
2180 BENKO ROAD
BRITISH COLUMBIA
MILL BAY, CA V0R 2P0

LAVECCHIA SURFACE PREP CO.
8 GLEN LANE
KING PARK NY 11754

LEA/COLLET
11580 PERKINS RD. #265
BATON ROUGE LA 70810

LEANDRO VIEIRA
13601 ELM RIDGE LN # 1425
AUSTIN TX 78727

LEE AVERY
6800 BOWLING GREEN RD
DURANT MS 39063

LEE BROTHERS CONTRACTORS
2990 CAVANAUGH COURT
TALLAHASSEE FL 32303

LEE DOUGHTERY
702 BROWN PELICAN LANE
HAMPSTEAD NC 28443

LEIDEN'S CONCRETE
1014 CHURCH STREET
FENWICK, ON L0S 1C0

LEN HART CONSTR CO INC
104 WEST VIEW LANE
OAK RIDGE TN 37830-6001

LEO FLEMING
1939 CHURCH ST.
ROANOKE RAPIDS NC 27870

LEON EARL, JR.
1861 ECKLEY AVE
FLINT MI 48503

LEROY & PAMELA HODGES
348 OAK POINT TERRACE
MT JULIET TN 37122

LEVIERES CUSTOM CONTRACTING
PO BOX 3871
SOUTH PADRE ISLAND TX 78597

LIKE NEW CEMENT
113 SNAP DRAGON CT.
KISSIMMEE FL 37343

LISA REX
25 MOUNTAIN LAUREL
CLIFTON PARK NY 12065

LIVING PLACES
6350 N NEW BRAUNDELS AVE #179
SAN ANTONIO TX 78209

LJ PARKER CONSTRUCTION
5 EDGE PLACE
PALM COAST FL 32164

LMQ MFG, INC.
2143 ASPEN COVE
MERIDIAN ID 83642

LOBATO CONSTRUCTION, INC.
5004 HALLMARC DRIVE
FARMINGTON NM 87402

LOGAN CONSTRUCTION
24321 GOPHER RUN
OAK RUN CA 96069

LOGOS CONSTRUCTION, INC.
13917 61ST ST N
W PALM BEACH FL 33412

LONE OAK POWER SYSTEMS
40230 N LONE OAK ROAD
BEACH PARK IL 60099

LONGHURST CONSTRUCTION
2620 W 450 N
HURRICANE UT 84737

LORA CLARK
238 STADIUM DRIVE
HENDERSONVILLE TN 37075

LORINDA BURNSIDE
P.O. BOX C-B 12665
NASSAU

LOU FANNING
19220 BAILEY LN
FORNEY TX 75126

LOUIS RAMIREZ
403 LUCILLE AVE
FOX RIVER GROVE IL 60021

LU PARBERY
1474 COUNTY ROAD 457
FLORENCE AL 35633

LUBBOCK POOLS & SPAS BY DESIGN
12701 AVENUE J.
LUBBOCK TX 79423

LUMPKIN CONSTRUCTION CO.
151 MARKET PLACE
MONTGOMERY AL 36117

M & C CO.
724 HARRIS ST
TRENTON MO 64683

M & L CONSTRUCTION
11302 JULINS TUCKER MEMORIAL D
COLLINSVILLE MS 39325

M. LUKE HEALY
4218 VALLEY PIKE ST
SAN ANTONIO TX 78230

M.C. SUGG CONSTRUCTION CO.
6538 TALL OAKS LOOP
SPRINGDALE AR 72762

M.V.E., INC.
2484 HERMITAGE ROAD
WAYNESBORO VA 22980

MACBUSH, INC.
700 B.S. ILLINOIS ST
BELLEVILLE IL 62220

MACROPISOS INDUSTRIALES S.A.
KM. 2 CAMINO AMOMOLULCO
OCOYOACAC C.P.52740

MAGGIE VALLEY REALTY & CONST
2878 SOCO ROAD
MAGGIE VALLEY NC 28751

MAGI HOLDINGS, INC.
4311 KELSEY DR.
SYRACUSE NY 13215

MAGNOLIA POOL SUPPLY, INC.
9720 MAGNOLIA AVENUE
RIVERSIDE CA 92503

MAHENDRA TRIVEDI/DEEPIKA CERAMICS PVT
C/O DEEPIKA NAYAK
FLAT NO. 303, BLOCK C-1
BHOPAL, INDIA 462026

MAIL PLUS
8020 ROCKBRIDGE ROAD
LITHONIA GA 30058

MAN-TECH
2708 SOUTH CUYLER AVENUE
BERWYN IL 60402

MANCICO CLOUD
215 DEVILLA CT
FAYETTEVILLE GA 30214

MANOR CONSTRUCTION
412-B LINDALE STREET
CLINTON MS 39056

MANUEL CORDERO
CALLE JOAQUIN VEGA #46
LAS PIEDRAS PR 00771

MARC DEPEW'S CARLSON CONST.
753 DYNASTY DR.
SUISON CA 94534

MARIA MCELROY
2543 MESA VERDA TERRACE
HENDERSON NV 89074

MARIO BEZZINA
2372 DOGWOOD CIRCLE
ERIE CO 80516

MARK A. NOBLE
1858 OLD SPRINGFIELD HWY.
GREENBRIER TN 37072

MARK ALLEN
250 ADAMSON RD.
BOWDEN GA 30108

MARK AMES
1041 KATZ AVE.
SACRAMENTO CA 95831

MARK BEEN
806 KIBLING DRIVE
ALLEN TX 75002

MARK BONACQUISTA
4758 COURTHOUSE RD.
HEATHSVILLE VA 22473

MARK BURKHARDT
3050 BARCO DE VILLA
NAVARRE FL 32566

MARK FOWLER
6144 CASE RD.
NORTH RIDGEVILLE OH 44039

MARK MAGILL
4728 N. FINCHHILL RD.
GRANDVIEW IN 47615

MARK ROSE
6 WEST BARETT PLACE
COCHRANE ALBERTA

MARK SMITH
P.O. BOX 213
SMITHSBURG WV 26436

MARK SZUMANSKI
PO BOX 958006
HOFFMAN ESTATES IL 60195

MARK WOODLEY
184 WEXFORD DR.
FUQUAY VARINA NC 27526

MARLYN KRUSE
56864 200TH STREET
MANKATO MN 56001

MARSH DISTRIBUTING
501 E NEW CIRCLE
LEXINGTON KY 40505

MARSH SMART HOMES
100 MILLWATER CT.
GOOSE CREEK SC 29445-4857

MARSHALL MEEK
#1 NAPOLEON DRIVE
BONAPARTE IA 52620

MARTHA IVENSON
5154 CAMINO DE LA TIERRA
TUCSON AZ 85746

MARTIN SPECIALTY COATINGS
5015 FLOURNOY LUCAS RD
SUITE 1
SHREVEPORT LA 71129

MARTIN'S REMODELING
19359 HWY 16 W RR 3 BOX 151
CLINTON AR 72031

MARVIN WILEY
5126 W. GIFFORD RD.
BLOOMINGTON IN 47403

MASTER BUILDERS
2010 CADIZ ROAD
HOPKINSVILLE KY 42240

MASTER FLOORING
30 MICHIGAN ROAD
LEIGH HIGH ACRE FL 33936

MASTERCRAFT HOMES, INC.
P.O. BOX 704
NEW ALBANY OH 43054

MATEPORT INT'L GROUP LLC
13089 BRENTWOOD LANE
MORENO VALLEY CA 92553

MATT FIGLEY
1119 TOWNSHIP RD 1704
ASHLAND OH 44805

MATT HOYT
622 WEST 8TH STREET
TRAVERSE CITY MI 49684

MATTHEW COX
121 CROSSLAND AVE
APARTMENT 7
DANEVILLE VA 24540

MATTHEW HOCKBERGER
4008 U S 2 WEST
IRON RIVER MI 49935

MATTHEW HORVATH
14358 BATHURST STREET
KING CITY L7B 1K5

MATTHEW J. WEISS
KRAMER & ASSOCIATES
401 HACKENSACK AVE - 9TH FL.
HACKENSACK NJ 07601

MAVERICK CUSTOM CONCRETE
628 E. GEORGE STREET
MARION OH 43302

MAX FELICIANO
19 AZALEA DR.
HAMPTON VA 23669

MB STEK DEVELOPMENT
3055 WASHINGTON ST
MIAMI FL 33133

MC CRETE
810 EAST RIM ROAD
FRANKTOWN CO 80116

MCDONALD QUALITY BUILDERS
206 N HICKORY STREET
FORTHSYTHE MO 65653

MCKEE POOLS, INC.
1821 E. 1500 ROAD
LAWRENCE KS 66044

MCKINNEY CRETE
PO BOX 350751
PALM CITY FL 32135

MCMANUS CONSTRUCTION
2013 E. FORK RD.
SYLVA NC 28779

MEADOW VIEW BUILDERS, INC.
308 N WHITE MTN RD, SUITE G
SHOW LOW AZ 85901

MERLYN CREATIONS
848 CROSSBOW CT.
CLARKSVILLE TN 37043

MERRICK CONST.
856 STATLER BLVD.
STAUNTON VA 24401

METRO CARPETS
196 POLK AVE
NASHVILLE TN 37210

METROPOLITAN DESIGN & DVLPMNT.
2717 ERIC AVENUE, SUITE 2
CINCINNATI OH 45208

METROPOLITAN MAINTENANCE, INC.
1113 ARTESIAN STREET
HONOLULU HI 96826

MICHAEL CARNEAL
2118 CHEATWOOD MILLS RD
TAPPAHANNOCK VA 22560

MICHAEL CAZALAS
2304 HIGHPOINT DR. E
MOBILE AL 36693

MICHAEL CIESLUK
609 MAIN STREET
NORTH OXFORD MA 01537

MICHAEL LLANA
19214 SW 122ND COURT
MIAMI FL 33177

MICHAEL REICHERT
11295 BRIARSTONE DRIVE
ST. LOUIS MO 63121

MICKY'S CONCRETE PUMPING
1511 COUNTY RD. 1819
ARAB AL 35016

MICRO POWDERS, INC.
580 WHITE PLAINS ROAD
TARRYTOWN NY 10591

MID-STATE RESURFACING
105 SPRINGWOOD CT.
MACON GA 31210

MIDATLANTIC RESURFACING
8320 HIGHLAND STREET
MANASSAS VA 20110

MIGUEL MEXIA
COLOSIO #131
HERMOSILLO MX

MIKE BRUNO
PO BOX 553
BOMOSEEN VT 05732

MIKE COMINSKY
709 W. BROADWAY ST
MCHENRY IL 60050

MIKE DELANEY
110 CASCADE SPRINGS RD.
HOHENWALD TN 38462

MIKE DOUCETTE
940 MUNLEY DR.
RENO NV 89503

MIKE FITZSIMMONS
1681 DEER RUN ROAD
CATAWBA SC 29704

MIKE HANER
1109 1400 ST
HARLAN IA 51537

MIKE HASTEROK
11361 W. COMBINE DRIVE
MARANA AZ 85653

MIKE JOHNSON
9525 PERIWINKLE
VERO BEACH FL 32963

MIKE PERRONNE
9320 MOHONUA PLACE
DIAMOND HEAD MS 39525

MIKE PIEPER CONSTRUCTION
5047 EAGLES VW
CINCINNATI OH 45244

MIKE STRATMAN
232 S. HUNTINGTON, #12
MEDINA OH 44256

MIKE WATSON
913 WESTVIEW
SIKESTON MO 63801

MIKE YOUNG
372 STARKWEATHER RD
PLAINFIELD CT 06374-1749

MIKE'S TILE SERVICE, LLC
8 EL PASO DRIVE
GREENVILLE SC 29617

MIKRO INC.
2134 STREAMWAY COURT
BALTIMORE MD 21207

MILES-RICHMOND, INC.
221 SOUTH MAIN STREET
P.O. BOX 360
LIBERTY IN 47353-0360

MILO BELL
515 BEACON SHORES DRIVE
SENECA SC 29672

MINOR CONSTRUCTION
16650 SOUTH 4110 ROAD
CLAREMORE OK 74017

MINOR CONTRACTING
BOX 23331 E. WASHINGTON
CHAGRIN FALLS OH 44023

MIRACLE METHOD
4124 HOWARD AVE
KENSINGTON MD 20895

MIXCOE, INC. / CLIFTON LITTLE
109 S CHERIE CT
NEW BERN NC 28562

MLM ENTERPRISES
407 S. WALNUT
RIDGEVILLE IN 47380

MODERN SURFACE SOLUTIONS
1764 14TH STREET
CUYAHOGA FALLS OH 44223

MOHAMMAD GHANDEHARI
P.O. BOX 10914
SPRINGFIELD MO 65808

MOLD CONTROL
777 E ATLANTIC AVE #Z264
DELRAY BEACH FL 33483-5360

MOLDSTONE COMPANY LIMITED
5 RAMPAUL AVE
CUNUPIA

MONTY STERNS
1014 BUNDY STREET
CLOVIS CA 93611

MORNING STAR CONSTRUCTION
1046 SPRING ST., EXT. 13073
GROTON NY 13073

MORRIS BRAAFHART
4908 WEST HIGH LANE
FREMONT MI 49412

MORRIS DECORATIVE CON & RESURF
13026 W HIGHWAY 62
FARMINGTON AR 72730

MPM, LLC
287 N. LINDBERGH BLVD.
ST. LOUIS MO 63141

MULBERRY CANYON ENTERPRISES, L
604 HYDE PARK BLVD
CLEBURNE TX 76033

MUNZING
P.O. BOX 416090
BOSTON MA 02241-6090

MURPHY & SONS, INC.
9148 CORPORATE DRIVE
SOUTHHAVEN MS 38671

MURPHY CONSTRUCTION CO.
215 SOUTH 9TH STREET
MURPHYSBORO IL 62966

MYRON WYNIA
1321 ROSE PLACE
SAINT PAUL MN 55113

NATURAL BUILT HOMES
1490 GILCHRIST RD.
CHEYENNE WY 82009

NEEF ENTERPRISES INC.
205 WEST BALTIMORE PIKE
CLIFTON HEIGHTS PA 19018

NEL'S C.C. RESURFACING CO.
P.O. BOX 1095
TRACY CA 95378

NEW AGE CONCRETE DESIGN
932 ELM STREET
GRINNELL IA 50112

NEW AGE RESURFACING INC.
721 NE 24ST
POMPANO BEACH FL 33064

NEW ENGLAND CONCRETE SOLUTIONS
2 CLIFTON CIRCLE
PEABODY MA 01960

NEW HORIZONS CONSTRUCTION
13622 CEDAR POINT DRIVE
CYPRESS TX 77429

NEW HORIZONS HOUSING
2228 E. DEERFIELD DRIVE
MEDIA PA 19063

NEW IMAGE CONCRETE INC.
227 FIELDS AVE
MOORESVILLE IN 46158

NEW MEXICO DIVERSIFIED INC
5540 CODY ROAD
RIO RANCHO NM 87124

NEW MILLENNIUM RESURFACING
138 CHAMPNEY CT.
GOODLETTSVILLE TN 37072

NEW STRAND ENTERPRISES
111 E 3RD ST.
WEST LIBERTY IA 52776

NEW YORK POLYSTEEL
127 MERRICK ROAD
AMITYVILLE NY 11701

NEWTEK CONSTRUCTION SOL. SA
DE CV 16 DE SEPTIEMBRE # 115-D
COL. CENTRO LA PAZ BCS CP
MEXICO CP 23000

NICHOLAS LAPANTE
9428 ROSEWOOD MEADOW LANE
HUNTERSVILLE NC 28078

NICK PATEL
326 LOVELL RD.
KNOXVILLE TN 37922

NICK'S HOME RESTORATION LLC
834 IDA STREET
NEW ORLEANS LA 70119

NIK KRAUSE
683 LORRAINE DRIVE
NAZERETH PA 18064

NORTH IOWA POLYSTEEL
117 SUNLAND WAY
FOREST CITY IA 50436

NORTH TEXAS RESURFACING
3109 TUDOR LANE
IRVING TX 75060

NORTHERN RESURFACING SOLUTIONS
52 WILDER ST.
LOWELL MA 01854

NORTHWEST RESURFACING
11200 SE 21ST AVE.
MILWAUKIE OR 97222

NOSEDA
20950 MADISON
ST. CLAIR SHORE MI 48081

NU-CRETE
205 HIGHVIEW TERRACE
WEST SENECA NY 14224

NU-CRETE SURGEONS
7089 VIA FIRENZE
BOCA RATON FL 33433

NYLOBOARD
14187 INDUSTRIAL PARK BLVD.
COVINGTON GA 30014

ODESSA QUAIL RUN APTS.
5335 N GRANDVIEW AVE
ODESSA TX 79762

OFF THE DEEP END POOLS
496 YOUREE ROAD
MURFREESBORO TN 37127

OLD PIKE PLUMBING
728 MAIN STREET
ADDISON PA 15411

OLIVE BRANCH HOME BUYERS, LLC
4560 NW 5TH PLACE
PLANTATION FL 33317

OMEGA INDUSTRIES, INC.
103 NORTH I ROAD
PHARR TX 78577

ONETRAIN, INC.
1929 LAWRENCE RD.
KEMAH TX 77565-3122

ORION PROPERTY MANAGEMENT, LLC
P.O. BOX 292
RECTOR AR 60098

ORVAL VELTMAN
5448 LOWER MOUNTAIN RD.
LOCKPORT NY 14094

OUTBACK LANDSCAPE
3232 S. PLATTE RIVER DR.
ENGLEWOOD CO 80110

OUTDOOR LIVING & INTERIORS TOO
305 MANAPAQUA AVE
LAKE HURST NJ 08733

OVER THE TOP
1304 EAST AMITY AVE.
NAMPA ID 83686

OVERMAN BUILDERS, INC.
P.O. BOX 1174
GOLDSBORO NC 27533

P.M.W. ENTERPRISES
6560 OLD CABIN RD.
ATLANTA GA 30328-2804

P.P.W.
670 N. 800 EAST
PROVO UT 84606

P.R.C., INC.
2629 FOOTHILL BLVD. #306
GLENDALE CA 91214

PALMA FLOORING & RESURF.
3365 EAST LONGHORN DRIVE
GILBERT AZ 85297

PALMER HANDRAIL
P.O. BOX 310
CORINTH MS 38834

PALMETTO TEXTURES
MARION SC 29571

PARADISE CONCRETE & HARDSCAPE
P.O. BOX 630125
LITTLETON CO 80163

PARADISE STONE & TILE
27 TIMBERLANE
MANALAPAN NJ 07726

PARAGON CONSTRUCTION
CORA CHRISTIAN
P.O. BOX 25498
ST. CROIX US 00824

PARROT STRUCTURAL SERVICES LLC
P.O. BOX 1050
CALERA AL 35040

PARTHENON BUILDERS
1093 A1A BEACH BOULEVARD
ST. AUGUSTINE FL 32080

PATRICK MCDONALD
915 PRANGE DRIVE
FORT WAYNE IN 46807

PAUL BROWNE
DICKENSON BAY STREET
PO BOX W1766
ST.JOHNS, ANTIGUA

PAUL DILLEY
1900 E. NEBRASKA ST # 18
MUSCODA WI 53573

PAUL KELLER
3118 NEW MILFORD ROAD
ATWATER OH 44201

PAUL MORRIS
18700 HAMMOND STREET
ROBERTSDALE AL 36567

PAUL POWELL
407 GREAT SUN COURT
MURFREESBORO TN 37127

PAUL YOUNG
145 7TH ST.
SPEARFISH SD 57783

PAULETTE MCCULLOUGH
5211 WEST 25TH ST.
GREELEY CO 80634

PEACHEY CONSTRUCTION
5185 WEST 40 NORTH
MONTEZUMA IN 47862

PEGGY HURT
3030 PADAGO COURT
FORT WAYNE IN 46815

PERFORMANCE COATINGS, LLC.
1904 STADIUM DRIVE
SHERIDAN WY 82801

PERFORMANCE CONSTRUCTION
60 EAST BURTON AVE
SALT LAKE CITY UT 84115

PERMA SURFACE
128 TRAIL EAST
HENDERSONVILLE TN 37075

PERMA-SURFACE OF ARIZONA
2551 S REVOLTA
MESA AZ 85208

PERMANENT FLOORS & EXTERIORS
2215 YOUNG PL # B
BRYAN TX 77807

PERMASURFACE
8211 N. WAUKEGAN
NILES IL 60714

PETE HERRERA
423 COUNTY ROAD 84
SANTA FE NM 87506

PETE PESOLA
14221 S.W. 21ST ST.
#5
DAVIE FL 33325

PETE VICARI GEN. CONTR. INC.
1900 DESTREHAN AVE
HARVEY LA 70058

PETER LOPEZ
2981 MARSHFIELD PRESERVE WAY
KISSIMMEE FL 00637

PETER MERRITT CONSTRUCTION
4402 FOXGLOVE RD.
TOLEDO OH 43623

PETER SEWELL
SEWELL, O'BRIEN & NEAL, PLLC
220 W. MAIN STREET, SUITE 1800
LOUISVILLE KY 40202

PETER SHAKER
4624 OAKWOOD PLACE
RIVERSIDE CA 92506

PETERSON CUSTOM SURFACING
420 ARCHIBALD LANE
DUNDAS MN 55019

PETTIJOHN PLAYLAND INSTALL.
960 CR 339
DUBLIN TX 76446

PHIL MAGUFFEE
11025 AUTUMN RD.
EDMOND OK 73013

PHILIP FISHER
8450 HAWBUCK
TRINITY FL 34655

PHILLIP GIBSON
2930 BRYANT AVE N.
MINNEAPOLIS MN 55411

PHILLIP SANDY
8900 FORTUNE ROAD
MILTON FL 32583

PHILLIP SKIP LARSON
3325 DONALD AVENUE
EAGON MN 55121

PINNACLE BLDG PRODUCTS INC
6531 WATERFORD CIRCLE
SARASOTA FL 34238

PINNACLE PAINTING
UNIT #3 - 16 WHITE GATE LANE
SADDYS MA06

PLATINUM HOMES
P. O. BOX 226
WEST COLUMBIA TX 77486

POLY STEEL OF WISCONSIN
N3183 BARRE LANE
WEST SALEM WI 54669

POOL & TANNING CENTER, THE
3018 CUMMINGS HWY. SUITE G
CHATTANOOGA TN 37419

POOLWORKS
2902 TALLAVANA TRAIL
HAVANA FL 32333

POWER ELECTRIC & MECHANICAL
2616 HIETER ROAD
QUAKERTOWN PA 18951

PRECAST & FLAT CONCRETE REST.
21719 COUNTY RD 10
ROGERS MN 55374

PRECISE ENTERPRISES, LLC
110 INDIAN CREEK COVE
BUDA TX 78610-0697

PRECISION COATINGS
P O BOX 727
GENTRY AR 72734

PRECISION CONCRETE FLOORS
4016 RIDGE RD.
GREER SC 29651

PRECISION CONSTRUCTION
13954 DREXEL CIRCLE
OMAHA NE 68137

PREMIER CONCRETE COATINGS, INC
8922 N. COSBY AVENUE
KANSAS CITY MO 64154

PREMIERE WALLS
3267 N. STILES
LUDINGTON MI 49431

PREMIUM EXCAVATION
565 DARTINGTON WAY
ALPHARETTA GA 30022

PRESTIGE BUILDERS
500 E. 1ST AVE.
ROME GA 30161

PRIDE HOME IMPROVEMENT
101 MOUNTAIN WOOD DRIVE
HUNTSVILLE AL 35801

PRO CONTRACTORS OF OHIO
6145 PADDOCK COURT
FRANKLIN OH 45005

PRO FINISH
PO BOX 422
PROVIDENCIALES

PRO SELECT
3026 CHARLES BRYAN RD
BARTLETT TN 38134

PRO TECH BUILDING SYSTEMS
5501 PINE ISLAND ROAD
BOKEELIA FL 33922

PRO TECH SYSTEMS
4861 CREIGHTON ROAD
PENSACOLA FL 32504

PRO-LIFT SYSTEMS
1920 NIGHTWALK COURT
MURFREESBORO TN 37130

PROFESSIONAL BUILD & SERV. MGT
3116 E. SHEA BLVD.
SUITE 241
PHOENIX AZ 85028

PROFESSIONAL FLOOR DESIGN
2127 OLYMPIC PARKWAY
SUITE 1006 #159
CHULA VISTA CA 91915

PROFESSIONAL TRADE PUBLICATIONS
P.O. BOX 25210
EUGENE OR 97402

PROHASKA CONTRACTING
124 HERBERT ST.
UNION BEACH NJ 07735

QUAD COUNTY READY MIX
P.O. BOX 158
OKAWVILLE IL 62271-0158

QUADLOCK BAHAMAS LTD.
P.O. BOX CB-13838
NASSAU BA

QUALITY BUILDING SYSTEMS
139 BROWN ROAD
ST. PETERS MO 63376

QUALITY EXTERIORS, INC.
60 HOPKINS CEMETERY ROAD
HARRINGTON DE 19952

QUALITY HOME SUPPLY
786 VALLEY CT.
GRAND JUNCTION CO 81501

QUALITY RESTORATION, INC.
725 FULTON STREET
FT. WAYNE IN 46802

QUALITY SURFACE LLC
5426 BURNS ROAD
NORTH OLMSTEAD OH 44070

QUALITY SURFACING
27463 COUNTY RD
DEFIANCE OH 43512

QUENTIN CONANT
10551 112 RD.
DODGE KS 67801

R & B RESURFACING
2105 WAGONER RD.
GIBSONVILLE NC 27249

R & R CONSTRUCTION
1224 N.E. WALNUT #273
ROSEBURG OR 97470

R&L CARRIERS
600 GILLAM ROAD
P. O. BOX 270
WILMINGTON OH 45177

R-HOMES CORP.
1401 W BEECHCRAFT ST.
POCATELLO ID 83204

R.A.D. RESURFACING
11209 NW. 1ST
MIAMI FL 33172

R.B.J. ENTERPRISES, INC.
9918 LORAIN AVE.
CLEVELAND OH 44102

R.D.M. ENTERPRISES, INC.
625 HIGHLAND AVENUE
SALEM OH 44460

R.H. WHITE CONCRETE FINISHERS
21 CROSS ST.
LAKEVILLE MA 02347

R.J. CHRISTENSEN CONST.
1177 E MAPLE STREET
MAPLETON UT 84664

R.J. GUIDRY CONSTRUCTION, INC.
1431 W. PRIEN LAKE ROAD
LAKE CHARLES LA 70601

R.J. MEIER CONSTRUCTION
HCR 3 BOX 92
BEAVER OK 73932

RAISE-RITE CONCRETE LIFTING
309 B VILLAGE DRIVE
CAROL STREAM IL 60188

RALPH MAPLES
610 AIRPORT ROAD
GATLINBURG TN 37738

RALPH SCHLAEFLI
1009 NORTH WOODLAWN
KIRKWOOD MO 63122

RAMON SANTIAGO
MARIOLGA
CAGUAS 00725

RANDALL K. RILL
6 MASIMORE RD.
NEW FREEDOM PA 17349

RANDY GUNDERSON
20276 NAVAJO LANE
PORT CHARLOTTE FL 33952

RANDY WALKER
4503 EAST WYNDOM COURT
SALT LAKE CITY UT 84108

RAPID DEVELOPMENT
110 WASHINGTON STREET
GREENUP KY 41144

RAY PIEREN
23850 SW BAKER RD.
SHERWOOD OR 97140

RAY RAMIREZ
P.O. BOX 12231
AUSTIN TX 78711

RAYMON SCHWARTZ
920 ORANGE DRIVE
LAKE PARK FL 33403

RAYMOND AUCOIN
18680 MAGNOLIA ESTATES
PRARIEVILLE LA 70769

RAYMOND PETERSON
20603 TAUS RD
REEDSVILLE WI 54230

RC RESURFACING
3292 ST. CLAIR AVENUE
EAST LIVERPOOL OH 43920

RE KRETE SURFACING
3816 ROUND ROCK DRIVE
ANTIOCH TN 37013

RE-CRETE RESURFACING
7783 POPLAR GROVE ROAD
SEVERN MD 21144

REAL CONCRETE SOLUTIONS
16561 ROYAL POINTSIANA DR
WESTON FL 33326

REBECCA HYDOCK
P.O. BOX 778415
HENDERSON NV 89077

REDMAN & ROBERTS CONST. MGMT
422 S. LEXINGTON PWY.
DEFOREST WI 53532

REED BUILDERS
12951 GERA RD.
BIRCH RUN MI 48415

REED MCMILLON
872 LANDLINE RD.
SELMA AL 36701

REGGAE REALTY
P.O. BOX W1201 WOODS FINANCIAL
CENTER, FRIARS HILL RD.
ST. JOHNS

REGINALD WILLIAMS
101 WILLOW DRIVE
HUTTO TX 78634

RELIANT HOMES
659 EAST MANSFIELD
SALT LAKE CITY UT 84106

RENE PORTILLO
10 SABINE CT
KENNER LA 70006

RENOVATE LLC
3255 LAWSON BLVD. SUITE 203
OCEANSIDE NY 11572

RENT A HANDYMAN
50 EAST WASHINGTON STREET
WERNERSVILLE PA 19565

RESORT POOLS
9356 COUNTY ROAD NE 2100
SULFUR SPRINGS TX 75483

RESTORATION TECHNOLOGIES, INC
5543 EDMONDSON PIKE #100
NASHVILLE TN 37211

RESURFACING DESIGN CONCEPTS
1718 VALLEY RD.
CLARKSVILLE TN 37043

RESURFACING TECH, LLC
300 WASHINGTON AVENUE
#1
GOLDEN CO 80403

REWARD SYSTEM SALES
609 SOUTH ASH STREET
NORTH PLATTE NE 69101

REWARD WALL OF MINNESOTA
P.O. BOX 1019
ANOKA MN 55303

REWARD WALLS OF MUNCIE
5305 W. 500 N.
MUNCIE IN 47304

RHEMA CHRISTIAN FLSHP/OLEAN
3036 WEST STATE STREET
OLEAN NY 14760

RHODE ISLAND REPAIR, INC.
1800 MINERAL SPRINGS AVE.
#163
N. PROVIDENCE RI 02904

RHONDA DORTCH
2606 LONG HOPE ROAD
MONROE NC 28112

RICHARD GERMANO
1042 RIMROCK RD.
GREENSBURG PA 15601

RICHARD HADDOX
P.O. BOX 611
LAKE ALFRED FL 33850

RICHARD HYATT
11233 168TH ST
JAMAICA NY 11433

RICHARD JOHNSTON
1434 OAK STREET
WENAPCHEE WA 98801

RICHARD MINTZ
3503 SU-SAN FARMS RD
GASTONIA NC 28056

RICHARD NIEVES
5320 GRAND CYPRESS CIR
NAPLES FL 34109

RICHARD OCHNIK
202 THORNBIRD PL.
ONTARIO N2T 2P1

RICHARD REALESTATE
776 HIGHWAY 1414
HARTFORD KY 42347

RICHARD RINGER
46396 SPINNING WHEEL DR,
CANTON MI 48187

RICHARDSON INVESTMENTS, INC
302 S. 9TH STREET
CANON CITY CO 81212

RICHAVEN DEVELOPMENT
12 COLONIAL PLACE
WEST HAVEN CT 06516

RICK CASTEEL
P.O. BOX 410
ADAMSVILLE TN 38310

RICK LEITELT MASONRY
2333 MACKINAW HWY
BRUTUS MI 49716

RICK SCHEUFLER
83 MENAND RD.
MENANDS NY 12204

RICKY SHARPLESS
14090 SOUTHWEST FREEWAY
SUITE 300
SUGARLAND TX 77478

RIGHT ROAD DEVELOPMENT
EASLEY SC 29641-0846

RIO GARCIA
P.O BOX 1404
BORGER TX 79008

RITE ANGLE CONSTRUCTION
13245 SILVER FOX DR.
LEMONT IL 60439

RM PATCH CONSTRUCTION
611 WALSENBURG DRIVE
DURHAM NC 27712

ROBERT BURNS
10530 OLD TULLAHOMA RD.
TULLAHOMA TN 37388

ROBERT C. DAVIS CO., THE
897 INDEPENDENCE AVE. #2C
MOUNTAIN VIEW CA 94043

ROBERT COMINOS
93 NORMAN
TENAFLY NJ 07670

ROBERT HOAGLAND
951 SUGARCANE WAY
CLARKSVILLE TN 37040

ROBERT MARTIN
1037 BERKSHIRE LANE
RUSSELL KY 41169

ROBERT MCMURRAN
1814 DEE STREET
WYANDOTTE MI 48192

ROBERT MILLER
801 2ND ST.
SANTA MONICA CA 94123

ROBERT N. HILL
669 MACK RD.
ASHEBORO NC 27203

ROBERT SANDER
1810 PIN OAK DRIVE
CONROE TX 77301

ROBERT TRAMMEL
1 CROSSING CT
ANGLETON TX 77515

ROBERTS ASPHALT SEALING
1410 SMITH AVE.
OWENSBORO KY 42301

ROBERTS CUSTOM HOMES
P.O. BOX 2560
EAGLE ID 83616

ROCKRIDGE PARTNERS
P O BOX 494
ROSCOE IL 61073

ROCKWAY PROPERTIES, LLC.
4812 HIXSON PIKE
LOWER LEVEL, BUILDING F
HIXSON TN 37343

ROCKY DENNIS
31058 CAMINO DEL ESTE
TEMECULA CA 92591

ROCKY MOUNTAIN RESURFACING
6729 DREAM WEAVER DR.
COLORADO SPRING CO 80918

ROCROSS VENTURES
2704 CHIMNEY LAKE ROAD
BC
WILLIAMS LAKE, BR V2G 5J7

RODNEY EVE
P.O. BOX FH 14045
NASSAU

ROGER COMBS
P.O. BOX 1048
HINDMAN KY 41822

ROGER FOSSETTE
1318 KLOPFER ROAD
JULIETTE GA 31046

ROGER HICKS
2 LOOKOUT AVE.
VALLEY PARK MO 63088

ROGERSON BUILDERS LLC
4314 SARATOGA HILL RD
LOUISVILLE KY 40299

RON CRUICKSHANK
760 NE 85TH STREET, SUITE 4
MIAMI FL 33183

RON OGLESBY
3900 WESTMONT COURT
MIDLAND TX 79707

RON SIMPSON
50110 BOG RD
BELLEVILLE MI 48111

RON SMITH
506 HARRILL RD.
MOORESBORO NC 28114

ROOTS IN CHRIST INVESTORS
9310 SUMNER LAKE BLVD
MANASSAS VA 20110

RORY MCNEIL
4706 E. REED RD
GAINESVILLE GA 30507

ROSE CO RESURFACING
1612 GREEN CREST DRIVE
PITTSBURG PA 15226

RS PROPERTIES, LLC
P.O. BOX 30369
SPOKANE WA 99223

RUSSELL FALLIS, JR.
123 NORTH MAIN
HUTCHINSON KS 67501

RUSSO IX INNOVATIONS
3938 HARVEST CIRCLE
OAKLEY CA 94561

RUTH YARON
20 BLYTHE DR.
PECKVILLE PA 18452

RVIM & ASSOCIATES
8010 SW 152 AVE. #206
MIAMI FL 33193

RYAN INGRAM
5435 W. DAKOTA LN
JOPLIN MO 64801

RYAN LEESER
7095 WECH CT.
ARMADA CO 80004

RYAN NELSON
135 MONTICELLO WAY
FAIRBURN GA 30213

RYAN PREVATT
P.O. BOX 395
SEVILLE FL 32190

RYAN ZORN
8561 S. TOWNSHIP RD. 171
BLOOMVILLE OH 44818

RYSER'S FLOORING
555 W. HWY 3094
EAST BERNSTADT KY 40729

S & O RESURFACING
375 W. HONONEGAH ROAD
ROCKTON IL 61072

S & T CONSTRUCTION
12180 RIDLECREST SUITE 330
VICTORVILLE CA 92395

S. ABBAS REZA (SYD)
9800 S AVERS AVE
EVERGREEN PARK IL 60805

S. S. CARSON
5464 S 400 W
HUNTINGBURG IN 47542

S.J. MCKENZIE CONST., INC.
6441 CONTENTE WAY
ELK GROVE CA 95758

S.K. DESIGN BUILD
318 HOARD'S RD. RR#3
STIRLING, ON K0K 3E0

S.M.C. BUILDING, INC.
P.O. BOX 2715
CORNELIUS NC 28013

S.N.F.Y., INC.
3320 MIDWAY ROAD
CHRISTIANSBURG VA 24073

SALLY SCHMIDT
7151 HUDSON CEMETARY RD.
MANSFIELD TN 76063

SAM ABERNATHY
415 E. COLLEGE STREET
PULASKI TN 38478

SAM HOUSTON NU-ALL
235 CENTER STREET
GLENWOOD IL 60425

SAMUEL T. BARTLETT CONST.
2135 VERMILION RD
VERMILION OH 44089

SANDERS FLOORING
435 BIG HILL AVENUE
RICHMOND KY 40475

SANDRA CARTER
113 MILL RIDGE RD.
DOTHAN MS 36303

SANDRA HAYMAN
1701 CAROLYN WAY
RICHARDSON TX 75081

SANDRA SPECK
2827 COCONA LN.
HOUSTON TX 77073

SANDY ZEIGLER
3621 COUNTY HWY 35
SYCAMORE OH 44882

SANGAIMON VALLEY INDUSTRIES
2013 OAK CREEK ROAD
SPRINGFIELD IL 62704

SCHEIBEL CONSTRUCTION
115 PROSPECT DRIVE
HUNTINGTON MD 20639

SCHRAMEL SOD FARMS, L.L.C.
601 19TH AVE. NORTH
SARTELL MN 56377

SCOTT ANDERSON
1335 BUD ARTHUR BRIDGE RD.
COWPENS SC 29330

SCOTT ANDERSON/JOE MENDEL
1812 7TH AVENUE SOUTH
BROOKINGS SD 57006

SCOTT KIRKPATRICK
C/O FITNESS CONCEPTS
2121-110 ATLANTIC AVE
RALEIGH NC 27604

SCOTT MCCALL
1402 S. 51 ST
TEMPLE TX 76504

SCOTT NICHOLSON
4610 HWY Y
VALLES MINES MO 63087

SCOTT PAVING, INC.
862 BRICK YARD CIRCLE
GOLDEN CO 80403

SCOTT RIEFLER
6760 SCHWARTZ RD.
WEST VALLEY NY 14171

SCOTT SMITH
2147 N. WACO AVE
TULSA OK 74127

SCOTT SURBAUGH
6268 OXFORD ROAD SOUTH
SHAKOPEE MN 55379

SCOTT WALDEN
9365 LEAPING LILLY AVE
LAS VEGAS NV 48189

SCOTT'S CONTRACTING SERVICES
204 HALIFAX CT
STEPHENS CITY VA 22655

SEABED FRONTIERS CORP
MARRINET A-ONE #302
YOTSUZUKA-CHO 78
MINAMI-KUH 00601

SEAL CRETE INC.
419 CATALINA DRIVE
MOORESVILLE NC 28115

SEAN O'FARRELL
PERICO RD., UPPER SANTA CRUZ
BRIDGETOWN

SEASON'S BEST
ROUTE 1, BOX 270
KAMIAH ID 83536

SEE BLU
569 TERRY PARKWAY
TERRYTOWN LA 70056

SERVICES UNLIMITED, INC.
1461 BATTLEGROUND DRIVE
MURFREESBORO TN 37129-1751

SESMAR DESIGN
9513 GUTHRIE AVE.
ST. LOUIS MO 63134

SET N STONE
4602 38TH ST.
LUBBOCK TX 79414

SEUNG PAK
1026 OLSON LN APT 413
EL DORADO HILLS CA 95762

SEVEN STAR, INC.
501 STATE HIGHWAY 15 S
NEW ALBANY MS 38652

SHAHN GAVINSKI
1112 CHARLES ST.
FORT ATKINSON WI 53538

SHAI PERELSON
700 E. LOWE
FAIRFIELD IA 52556

SHAMROCK CONSTRUCTION
6400 BOAT CLUB ROAD
FT WORTH TX 76179

SHANE TABB
848 DOCTOR TOWN RD.
JESUP GA 31545

SHARON COMPANY
959 LAKE RD
MEDINA OH 44256

SHAUN EVANS
1828 PELHAM DR. SW
ROANOKE VA 24018

SHAWN ANDERSON
11286 72ND AVE NORTH
MAPLE GROVE MN 55369

SHAWN HOHULIN
31940 ILLINOIS ROUTE 122
MINIER IL 61759

SIERRA PACIFIC CONCRETE SOL.3
17567 WALDBY
FRIANT CA 93626

SIGNATURE SELECT
1920 NIGHT WALK CT.
MURFREESBORO TN 37130

SINGLETON CONSTRUCTION
MS 39350

SINGLETON-KUHN CONSTRUCTION
705 N. MAIN STREET
WINSTON-SALEM NC 27101

SITE SERVICES, INC.
10117 KENNEDY AVE
HIGHLAND IN 46322

SMALL ENGINEERING LIMITED
PO BOX 309
GRAND CAYMAN KY1-1602

SMART STRUCTURES
100 GAMBLE ROAD
LITTLE ROCK AR 72211

SMITH DECORATIVE CONCRETE
47 RIVERVIEW DRIVE
DAWSONVILLE GA 30534

SMITHS HOME IMPROVEMENT CORP
815 CENTRE AVE NW
ROANOKE VA 24016

SOLID DESIGNS
3660 OLD KINGS HIGHWAY
MURRELLS INLET SC 29576

SOLID ROCK CONSTRUCTION
JOHN FRANKLIN
311 W. COURT STREET
SMITH CENTER KS 66967

SOLID SURFACING
P.O. BOX 312
STATON NE 68779

SONRISE BROTHERS INC.
PO BOX 3176
CHAMPAIGN IL 61826

SORENSEN RESTORATION INC
67400 207TH AVE
WABASHA MN 55981

SOUTH CREEK CONSTRUCTION, INC.
P.O. BOX 2699
SUITE D
CORNELIUS NC 28031

SOUTHALL RESIDENTIAL CONTRACTI
796 WEST 2ND ST.
WESTON WV 26452

SOUTHEASTERN RESURFACING
89 CAITLIN LANE
JACKSON TN 38356

SOUTHEASTERN SURFACE SOLUTIONS
6113 MONTHAVEN PARK PL
HENDERSONVILLE TN 37075

SOUTHERN CONCEPTS, INC.
4508 MAINSAIL DRIVE
PANAMA CITY FL 32408-7045

SOUTHERN CUSTOM CONSTRUCTION
6329 CRICKET LANE
COLUMBUS GA 31909

SOUTHERN DESIGNS
4833 WESTHILL DRIVE
ROANOKE VA 24018

SOUTHERN ERECTORS, INC.
P.O. BOX 545
AVELLA PA 15312

SOUTHERN EXTERIOR FINISHINGS
4419 HIGHWAY 58 #5
CHATTANOOGA TN 37416

SOUTHERN SURFACE & DESIGN
1030 OCONEE CROSSING CIRCLE
WATKINSVILLE GA 30677

SOUTHLAND CONSTRUCTION
BOX 99
91 HWY 5 EAST
SCOBEY MT 59263

SPEARS CONSTRUCTION
17558 SWEET LAKE ROAD6
LAKE ANN MI 49650

SPECIALIZED BUILDING PRODUCTS
11921 BEECHWOOD FORREST DRIVE
CHESTERFIELD VA 23838

SPECIALIZED SURFACES
10701 AQUILA AVE SOUTH
BLOOMINGTON MN 55438

SPIKE, LLC
413 W. 6TH AVENUE
CHEYENNE WY 82001

SPLASH/APPLIED RESURFACING
6749 S. WESTNEDGE
SUITE K 228
PORTAGE MI 49002

SPRUCE WATERPROOFING
3416 ROUTE 98
VERYSBURG NY 14167

ST. GEORGE'S LODGE
P. O. BOX 625
BELIZE CITY

STACEY NASH
1710 LONG HOLLOW PIKE
GALLATIN TN 37066

STAFFER CONSTRUCTION
3935 SOCIALVILLE FOSTER ROAD
MASON OH 45040

STAN'S SURFACE SOLUTIONS, LLC.
1806 GREENWAY ST
GILMER TX 75644

STANDARD INSULATING
5666 HORATIO ST.
UTICA NY 13502

STEENBERGEN CONSTRUCTION LTD
59529B - RR33
BOX 13, SITE 12, RR1
BARRHEAD, AB, AB T7N 1J4

STEINBUGL & HAIGH MASONRY
310 PINE AVENUE
ALTOONA PA 16602

STEPHEN GEDDA
505 EAST STATE STREET
BOTKINS OH 45306

STEPHEN GOLTERMAN
32 COVERED BRIDGE RD
STOCKTON NJ 08559

STEPHEN VINCENT
2332 DRESDEN
ZANESVILLE OH 43701

STERLING CUSTOM CONRETE LLC
5636 NOLL STREET
STERLING HEIGHTS MI 48310

STEVE LANE
927 SAN EDUARDO AVE
HENDERSON NV 89015

STEVE MALAS
PO BOX 1741
PARAMUS NJ 07653

STEVE NESTORYAK
308 STONEWOOD COURT
CHESAPEAKE VA 23320

STEVE NIOSI
16129 NORTHWOOD ROAD
PRIOR LAKE MN 55372

STEVE SKAGGS BUILDER, INC.
P.O. BOX 224
16623 RT 149
HURST IL 62949

STICKS & STONES
P.O. BOX 15274
WILMINGTON NC 28408

STONE CONCRETE
2706 CLAY STREET
PADUCAH KY 42001

STOUFFER CONTRACTING
25748 RT. 66N
LUCINDA PA 16235

STOUTS DEVELOPMENT GROUP, INC.
PO BOX 455
TAYLORSVILLE IN 47280

STRAIGHT WAY ENTERPRISES, LLC
C/O CHRISTOPHER JORDAN
515 IRONGATE BLVD.
MURFREESBORO TN 37129

STRAIGHTWAY ENTERPRISES
P.O. BOX 1017
MURFREESBORO TN 37129

STRATEGIC VALUE MEDIA
8700 INDIAN CREEK PKWY., STE. 3
OVERLAND PARK KS 66210

STRATTON HOME MAINTENANCE
1660 BELARRA DRIVE
MINDEN NV 89423

STREET PROS
15801 WOOD STREET
HARVEY IL 60426

SUBLIME DESIGN & RESURFACING
51 LAKESIDE DR.
WILLIAMSON GA 30292

SUE THORNTON
PO BOX 12103
ORANGE CA 92859

SULLENBARGER PAINTING
4319 W. CLARA LANE #200
MUNCIE IN 47304

SUMMERSET LAND GROUP
210 BIRCHTREE DRIVE
GREENWOOD SC 29649

SUN POOLS
16001 INDIAN HEAD HWY.
ACCOKEEK MD 20607

SUNCRAFT ENTERPRISES CORP.
3753 E AVE I #102
LANCASTER CA 93535

SUNDERLAND, INC.
475 BEAUMONT ST.
ST. PAUL MN 55101

SUNSHINE OLYMPIC ENT.
2218 BLOSSOMWOOD COURT NW
OLYMPIA WA 98502

SUNTRUST BANKCARD DIVISION
7455 CHANCELLOR DRIVE
ORLANDO FL 32809

SUNWEST CONSTRUCTION
6586 BERNAL STREET
SIMI VALLEY CA 93063

SUPER WASH & TAN
256 S SANDUSKY ST
DELAWARE OH 43015

SUPERCOATINGS, INC.
791 DRAKE DR.
CONWAY AR 72032

SUPERCRETE
594 MARRETT ROAD
SUITE 21
LEXINGTON MA 02173

SUPERIOR BUILDERS
1341 GERARD ST
MANDEVILLE LA 70448

SUPERIOR BUILDING SOLUTIONS, L
RODRIGUEZ AVENUE, CIPERO RD
TRINIDAD
CROSS-CROSSING, TRIN TT

SUPERIOR CONCRETE CREATIONS
P.O. BOX 398
SOUTH RANGE MI 49963

SUPERIOR CONCRETE SYSTEMS
8160 SAUNDERSVILLE ROAD
MT. JULIET TN 37122

SUPERIOR CONSTRUCTION
87 SUMMERSET POINT DRIVE
CROSS HILL SC 29332

SUPERIOR CONSTRUCTION SYSTEMS
3700 SW STONEBRIDGE COURT
TOPEKA KS 66604

SUPERIOR CONSTRUCTION, INC
1730 G. PATTON DRIVE
BRENTWOOD TN 37207

SUPERIOR INTERIORS
4401 N. LUMBERJACK RD
RIVERDALE MI 48877

SUPERIOR POOLS & SPAS SRV
P O BOX 5131
DE PERE WI 54115

SUPERIOR STEEL SYSTEMS
16060 LORRAINE CIR.
BILOXI MS 39532-5627

SUPERIOR SURFACE SOLUTIONS
1435 BOGGS RD
# 3307
LAWRENCEVILLE GA 30043

SUPREME RESURFACING, INC.
758 HOLLY AVE.
ST. PAUL MN 55104

SURFACE COATINGS
RT 1 BOX 1283 SHOALS BRANCH RD
WAYNE WV 25570

SURFACE DESIGN & ENGINEERING
9800 PRESTMONT PLACE
FRISCO TX 75035

SURFACE DESIGN TECHNOLOGIES
202 PARK PLACE, SUITE A
ALPENA MI 49707

SURFACE GRAPHICS
454 W. KINGS RIDGE LN.
GATLINBURG TN 37738

SURFACE PRO
456 PLEASANTVIEW BLVD
GREENWOOD IN 46142

SURFACE SOLUTIONS
4954 GERMANTOWN RD. S
MEMPHIS TN 38141

SURFACE SOLUTIONS OF AZ
4722 E. ROCKLEDGE RD.
PHOENIX AZ 85044

SURFACE SOLUTIONS OF CO
1362 DOUBLE EAGLE CT.
PARKER CO 80138

SURFACE SOLUTIONS OF ID
WILDER ID 83676-0162


SURFACE SOLUTIONS OF TN
201 PEACH TREE ST.
TULLAHOMA TN 37388

SURFACE SPECIALITIES
RT 1 BOX PH 65
HINTON WV 25951

SURFACE TECHNOLOGIES, LLC
101 S. HASTINGS AVE
HASTINGS NE 68901

SURFACE-TECH
BEDFORD IN 47421


SURFACES BY DESIGN
353A S. MOUNTAIN AVENUE #205
UPLAND CA 91786

SURFACING SOLUTIONS, INC.
2115 SEQUOIA ROAD
GRAND JUNCTION CO 81503

SUSAN K. CHIDDIX
100 LONDON ST. APT 2
PETERBOROUGH ON K9H273

SYLVANIA POOL SERVICE
395 CAMP ROCK HILL RD.
QUAKERTOWN PA 18951

SYNTHEON, INC / NCE INC.
25 AVENUE A
LEETSDALE PA 15056

T&T LANDSCAPING
P.O. BOX 887
JAMESTOWN TN 38556

T.S. & K. RESURFACING
1056 CEDAR CREEK VILLAGE ROAD
MT. JULIET TN 37122

T.W. GARDNER
1754 WILDERNESS LANE
LANCASTER SC 29720

TAMARIND BUILDERS, LTD.
S. QUARRY LANE, KHYLER PASS
WARWICK, BE WK023

TAMMY TIBBLES
SOUTH 1812 WARDSON AVE
SPOKANE WA 99212

TANNER CONSTRUCTION, INC.
5617 MARIOLYN COURT
ELK GROVE CA 95757

TARIQ KHAN
1019 E. 1ST STREET
BLOOMINGTON IN 47401

TBS CONSTRUCTION LLC
704 EAST HOME AVENUE
HOBART IN 46342

TEACHOUT BUILDERS INC.
1617 SOUTH AINGER ROAD
CHARLOTTE MI 48813

TED WOLAHAN
395 MOUNTAIN VIEW TRAIL
WALSENBURG CO 81089

TELENET, INC.
830 HWY 72
ROLLA MO 65401

TERRA TECHNOLOGIES
3028 ALDERWOOD AVENUE
BELLINGHAM WA 98225

TERRY A. RENO
MOUNTAIN HORIZON PROPERTIES LLC
103 SALOLA CT.
ASHEVILLE NC 28806

TERRY BOLT
710 CANNONBALL DR
SPRING TX 77380

TERRY LOFTIS
1329 RUSTIC TIMBERS LN.
FLOWER MOUND TX 75028

TEXAS CONCRETE DESIGNS
105 OLD ALTON DRIVE
DENTON TX 76210

TEXAS RESURFACING
1135 VILLAGE SHORE DRIVE
CANYON LAKE TX 78133

THAD LARSON
4331 HUCKLEBERRY LN SOUTH
BILLINGS MT 59106

THAD SCOTT
4552 CRANBROOK CT.
LEXINGTON KY 40515

THAN MAYNARD CONST., LLC
1726 NORTH GREEN
PURCELL OK 73080

THANG LE
235 WAIANUENUE AVE # 101
HILO HI 96720

THE PAINTING PRO'S
2945 BROAD OAK DR
BANDERA TX 78003

THE SALERNO ORGANIZATION
2936 WESTGATE AVE
WEST PALM BEACH FL 33409

THE SELLERS GROUP
12636 125 S.
DRAPER UT 84020

THE SUN CASTLE, INC.
6 NORTH JERUSALEM AVE
HICKSVILLE NY 11801

THE SURE GROUP
2913 INDIAN RIVER DR.
COCOA FL 32922

THIRD INVESTMENT
5535 366TH AVE.
BURLINGTON WI 53105

THOM & TERRI DAVIS DBA CUSTOM
HOME & BUILDING IMPROVEMENTS
10091 BARN HILL DR.
COLLIERVILLE TN 38017

THOMAS BLEVINS
4132 STUBBS MILL RD
MORROW OH 45152

THOMAS CONCRETE DESIGNS
66 HICKORY HILL RD S. W.
JUPITER FL 33469

THOMAS CONTRACTING
2371 W. HARDIES ROAD
GIBSONIA PA 15044

THOMAS GALLAGHER
4810 KNIGHTSWORD WAY
GRANITE BAY CA 95746

THOMAS J. WALSH
17863 BIG OAKS RD.
WILDWOOD IL 60030

THOMAS J. YOUNG
5971 TROPHY DRIVE, #1804
NAPLES FL 34110

THOMAS J. YOUNG
124 NORTH COLUMBUS STREET
RANDOLPH WI 53956

THOMAS R. THRONEBERRY
201 SHELBY STREET
MURFREESBORO TN 37130

THOMAS STRAYER
6791 W 1000 NORTH
MCCORDSVILLE IN 46055

THOMAS WOLF
3168 RANICE CT
GROVE CITY OH 43123

TILE CREATIONS & MORE
4337 ARBOUR DRIVE
WALLED LAKE MI 48390

TILE DESIGNS
2 COVENANT WAY
DEDHAM ME 04429

TILE MASTERS
120 BORNER STREET
PRESCOTT WI 54021

TIM DAVIS
309 HENLEY STREET
PULASKI, TN USA38478

TIM GABLER HANDYMAN
1050 ARCHER ROAD
BEDFORD OH 44146

TIM HODGE
799 CONVERSE DR.
CINCINNATTI OH 45240

TIM HUTCHERSON
1605 LOCUST HILL RD
GREER SC 29651

TIM LOPEZ
4423 SMOKERISE RD
CASPER WY 82604

TIM MCGINTY
PO BOX 1058
HILLSBORO TX 76645

TIM PRENTISS
5599 HILLTOP LANE
EUREKA CA 95503

TIM ROGERS
828 INA COURT
AKRON OH 44306

TIM SEILS
1362 HUBBARD RD.
GALLOWAY OH 43119

TIM SNODGRASS
2011 LASHBROOK RD
BOONEVILLE IN 47601

TIM TALLEY
1737 ARROWHEAD CT.
BOONVILLE IN 47601

TIMMIE BREWER
34942 NORTHVIEW CIR. NORTH
NORTH RIDGEVILLE OH 44039

TIMOTHY NOAHUBI
PO BOX 281
DURANT OK 74702

TODD EVANS
1003 WASHINGTON WAY
JEFFERSONVILLE IN 47130

TOM BENAGE
1700 RIMSITE DRIVE
AMARILLO TX 79118

TOM DOUGHERTY
3981 MCLAUGHLIN RD.
MCKEAN PA 16426

TOM HAGER
P.O. BOX 174
ELGIN ND 58533

TOM POTTER
1140 BULLTAIL ROAD
IVANHOE NC 28447

TONY MITCHELL
17525 COUNTY ROAD 3545
ADA OK 74820

TONY PAMPENA CORPORATION
351 UNION GREEN DRIVE
VERONA PA 15147

TONY PENN
5632 EAST HARMONY AVENUE
MESA AZ 85206

TONYA FRINK
986 WHITE CIRCLE
HINESVILLE GA 31313

TORRANCE BOSTICK
7642 PARKMONT DR.
MEMPHIS TN 38125

TOTAL CONSTRUCTION SERVICES
7 W. GAY STREET
WEST CHESTER PA 19380

TOWNE & COUNTRY POOLS
P O BOX 73576
7615 144TH ST. CT. E
PUYALLUP WA 98373

TRAWICK BUILDERS INC.
1300 N. MCKENZIE STREET
FOLEY AL 36535-2232

TRI-COUNTY POOLS
414 SMITHFIELD AVENUE
WINCHESTER VA 22601

TRI-PUPS
1426 BUTTERNUT
ROYAL OAK MI 48073

TRI-STAR CONSTRUCTION, INC.
3651 COUNTY ROAD 257
FULTON MO 65251

TRINITY BUILDERS
18353 SKY LANE
SAUCIER MS 39574

TUDOR PROPERTIES
P. O. BOX 438
HERSHEY PA 17033

TURNKEY PROJECTS
PO BOX 3277
MERIDIAN MS 39303

ULINE
P.O. BOX 88741
CHICAGO IL 60680-1741

ULTRA SEAL SYSTEMS
5 BEL AIR SOUTH PARKWAY
SUITE 109
BEL AIR MD 21015

UNDER CONSTRUCTION
37165 GILES RD
GRAFTON OH 44044

UNIQUE CONCRETE DESIGNS
PO BOX N. 115
NASSAU 33161

UNIQUE SYSTEMS INC.
10124 NORTH 151ST STREET
EAST AVENUE
OWASSO OK 74055

UNITED GUNITE CONSTRUCTION
102 WELLAND AVENUE
IRVINGTON NJ 07111

UNITED ONE CONSTRUCTION/WOODLA
330 WOODLAKE BLVD
TAZEWELL TN 37879

UNIVERSAL SERVICES CORP.
P.O. BOX 2869
CROSSVILLE TN 38557

UNIVERSAL SURFACE APPLICATION
30 TOWNLINE RD.
NANUET NY 10954

UNLIMITED FINISHES
107 VIA DOLOROSA DR.
BLANDON PA 19510

UPKEEP MAINTENANCE
234 WEST IVEY ROAD
HUACHUCA AZ 85616

UPS
55 GLENLAKE PARKWAY NE
ATLANTA GA 30328

URBAN ENERGY & INSULATION
82 BEACON AVE
JERSEY CITY NJ 07306

V.I.P. CONTRACTORS
210 RIVEREDLY WAY
MCDONOUGH GA 30252

V.P.S.
6140 WASHINGTON BLVD.
ST. LOUIS MO 63112-1208

VALMONT ENTERPRISES
13 HARTFORD COURT
HATTIESBURG MS 39402

VALTAIR MATTOS
321 DEERFIELD POINT
ALPHARETTA GA 30004

VAN BEBER HOMES LTD
4109 CANYON CLIFF CR
TEMPLE TX 76502

VERI-CLEAN CO., INC.
1529 BEALL
HOUSTON TX 77008

VERNON T DAVIS JR.
3206 PIPER LANE
ALEXANDRIA VA 22306

VERSA CRETE
9030 RED BRANCH RD STE 150
COLUMBIA MD 21045

VERSATILE RESTORATION
4488 WINIFRED
WAYNE MI 48184

VETERAN CUSTOM FINISHINGS
1805 MAXWELL
PARKERSBURG WV 26101

VIC'S LAWN SERVICE
5717 71ST STREET
LUBBOCK TX 79424

VICCARI CEMENT & CONTRACTING
12255 MAGNOLIA CRESCENT DRIVE
ROSWELL GA 30075-5569

VINSON JOHNSON
3100 N ELM STREET APT. 6F
GREENSBORO NC 27408

VISION HOME IMPROVEMENT
1211 SW WAYNE AVE
TOPEKA KS 66604

VITO LENTINI
35 DAWSON CIRCLE
STATEN ISLAND NY 10314

VOGEL CONSTRUCTION, INC.
1411 S. 162 ST.
OMAHA NE 68130

W.C. SERVICES
W 742 DEERVIEW DRIVE
ST. CLOUD WI 53079

W.H. SITES
1928 BETHEL CHURCH ROAD
ELKTON VA 22827

W.J. INDUSTRIES
5309 JEFFERSON STREET
HOLLYWOOD FL 33021

WADE ANDERSON
PO BOX 96
KANDIYOHI MN 56251

WADE GOODMAN
2588 LASHBROOK ROAD
BOONVILLE IN 47601

WALKER LANDSCAPING-JMV CONSTR.
2120 SPRING LAKE DRIVE
SPRING HILL TN 37174

WALTER N. WOMACK
460 SOUTH 3RD
LANDER WY 82520

WARD BUILDERS
6150 OLD SHALLOTTE
OCEAN ISLE NC 28469

WAREHAM CUSTOM OVERLAYS, LLC
PO BOX 496
CANON CREEK MT 59633

WASTE MANAGEMENT
BANKRUPTCY CORRESPONDENCE
2625 W. GRANDVIEW ROAD, SUITE 150
PHOENIX AZ 85023

WATSON EXTERIORS
4841 PRESTON TRAIL DR.
MESQUITE TX 75150

WATTS BROTHERS
1301 SEVENTH AVE.
SUITE A
HUNTINGTON WV 25701

WAYNE BOWLES
3408 SANTANA
PLANO TX 75023

WAYNE BURKE
MONTICELLO IN 47960

WAYNE DICKEY
8486 FOREST LANE
FOLEY AL 36535

WAYNE THURMAN
NASHVILLE TN 37206

WE DO UGLY SURFACES
12811 SW 17 PL
DAVIE FL 33325

WEBSTER CONSTRUCTION, CO.
P.O. BOX 26
ISLE OF PALMS SC 29451

WENSHUTONIS
1138 WESTWOOD TRAIL
ADDISON IL 60101

WHEELER CONCRETE
829 HAYDEN DRIVE
COLORADO SPRINGS CO 80910

WHITEHOUSE CUSTOM RESURFACING
3609 AGENTA CT.
ELK GROVE CA 95758

WHITEYE ENTERPRISES
3516 WEST COUNTY ROAD #113
MIDLAND TX 79706

```
WHITLOCK PAINTING
16010 IRONHORSE DRIVE
RENO NV 89511

WILLIAM A. BISCEGLIA III
14 SYCAMORE ST
NORWOOD MA 02062

WILLIAM BARRETT II DESIGN & CO
1660 W. 31ST STREET
FLORENCE OR 97439

WILLIAM GATTON
P O BOX 139
FOYIL OK 74031

WILLIAM PENDLETON
320 CONLEY ROAD
WOODBURY TN 37190

WILLIAM RAMBICURE AND DAVID COHEN
ATTORNEYS FOR THOMAS J. YOUNG
300 E. MAIN ST., STE. 360
LEXINGTON KY 40507

WILLIAM RAMBICURE AND DAVID COHEN
ATTORNEYS FOR ARROWHEAD SYSTEMS, INC.
300 E. MAIN ST., STE. 360
LEXINGTON KY 40507

WILLIAMS CONCRETE WORKS, LLC
2953 CVOC ROAD
SAREPTA LA 71071

WILLIS CONSTRUCTION
4619 EAST MELTON RD
GARY IN 46403

WILSON TRUCKING CORP.
P.O. BOX 200
FISHERSVILLE VA 22939-0200

WINSLOW GROUP
26 TORY PLACE
WILTON CT 06897

WINTER WEATHER
1293 RT. 217
DERRY PA 15627

WISSOTA GENERAL CONTRACTORS
1623 MISSISSIPPI STREET
PO BOX 1691
LA CROSSE WI 54602
```

WOLF CRETE CO.
P O BOX 208
114 HOLIDAY DRIVE
PAGOSA SPRINGS CO 81147

WOLF STEEL, INC.
20789 ESKRIDGE CT.
POTOMAC FALLS VA 20165

WOODCRAFTERS LLC
1088 BELL CREEK RD
HIWASSEE GA 30546

WOODRIDGE DEVELOPMENT CORP.
P.O. BOX 530
BENTON KY 42025

WORLDWIDE CONSTRUCTION, INC.
1515 EAST TROPICANA AVE.
SUITE 710-R
LAS VEGAS NV 89119

WRIGHTSTOWN COMPANY
1337 WRIGHTSTOWN ROAD
NEWTOWN PA 18940

YOSHINE CO., LTD.
14D, 175 HUAMEI W. ST.
SEC 1
TAICHUNG 40700

EAGLEUSA MARKETING GROUP CORP.
235 W. 48TH ST., APT. 44C
NEW YORK NY 10036

# United States Bankruptcy Court
## Middle District of Tennessee

In re    __Quality Systems, Inc.__ _____     Case No. _____

                                          Debtor(s)    Chapter    __7__ _____


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Quality Systems, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**EagleUSA Marketing Group Corp.**
**235 W. 48th St., Apt. 44C**
**New York, NY 10036**


☐ None [*Check if applicable*]


__March 17, 2016__ _____        **/s/ John C. McLemore** _____
Date                                     **John C. McLemore**
                                          Signature of Attorney or Litigant
                                          Counsel for    **Quality Systems, Inc.**
                                          **Garfinkle & McLemore, PLLC**
                                          **2000 Richard Jones Road, Suite 250**
                                          **Nashville, TN 37215**
                                          **615.383.9495 Fax:615.292.9848**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy