Thompson Burton PLLC
One Franklin Park
6100 Tower Circle, Suite 200
Franklin TN  37067



| | | INVOICE # | 0015076 |
|---|---|---|---|
| Larry Edmondson, Chapter 7 Trustee | | INVOICE Date | January 24, 2018 |
| Larry Edmondson | | | |
| 800 Broadway 3rd Floor | | **Balance Due (USD)** | **$2,540.00** |
| Nashville TN  37203 | | | |

| Task | Time Entry Notes | Rate | Hours | Line Total |
|---|---|---|---|---|
| JTC | [Quality Systems, Inc. 12/13/16] #Justin Campbell: Initial review of petition and docket for new case. (0.8) Draft and file motion to employ counsel for the Trustee (0.4) | 200.00 | 1.2 | 240.00 |
| JTC | [Quality Systems, Inc. 01/05/17] #Justin Campbell: Draft order to employ (0.1), file order to employ (0.1) | 200.00 | 0.2 | 40.00 |
| JTC | [Quality Systems, Inc. 02/15/17] #Justin Campbell: Review petition and related documents for U.S. Bank account (0.2), email to J. McLemore re: U.S. Bank account and funds (0.2), review and respond to email from J. McLemore (0.2), email to D. Thompson re: Unimin refund as estate asset (0.2) | 200.00 | 0.8 | 160.00 |
| JTC | [Quality Systems, Inc. 02/16/17] #Justin Campbell: Exchange emails with M. Wennerlund re: U.S. Bank and bank account of debtor. | 200.00 | 0.2 | 40.00 |
| JTC | [Quality Systems, Inc. 02/17/17] #Justin Campbell: review records for bank information, respond to email from M. Wennerlund. | 200.00 | 0.2 | 40.00 |
| JTC | [Quality Systems, Inc. 02/17/17] #Justin Campbell: Conversation with CubeSmart re: status of company records and possible admin claim. | 200.00 | 0.2 | 40.00 |
| JTC | [Quality Systems, Inc. 02/20/17] #Justin Campbell: Email to Trustee with update on bank account and storage unit. (0.2) Email to and respond to email from M. Wennerlund on U.S. Bank account (0.2) | 200.00 | 0.4 | 80.00 |
| JTC | [Quality Systems, Inc. 02/25/17] #Justin Campbell: Review and respond to email from Mike Wennerlund re: U.S. Bank accounts, and the need to push forward on motion for turnover. | 200.00 | 0.1 | 20.00 |
| JTC | [Quality Systems, Inc. 03/02/17] #Justin Campbell: Draft motion for turnover of debtor's bank account, proposed order for turnover, and certificate of service for motion. | 200.00 | 1 | 200.00 |
| JTC | [Quality Systems, Inc. 03/17/17] #Justin Campbell: make adjustments to, file, and serve motion for turnover of debtor's bank account with U.S. Bank | 200.00 | 0.3 | 60.00 |

| Task | Time Entry Notes | Rate | Hours | Line Total |
|---|---|---|---|---|
| JTC | [Quality Systems, Inc. 03/20/17] #Justin Campbell: Review notice of hearing on Motion for Turnover, serve notice of hearing, draft and file certificate of service on notice of hearing. | 200.00 | 0.3 | 60.00 |
| JTC | [Quality Systems, Inc. 04/03/17] #Justin Campbell: Update Trustee on status of motion for turnover. | 200.00 | 0.1 | 20.00 |
| JTC | [Quality Systems, Inc. 04/04/17] #Justin Campbell: Appear at and continue hearing on Motion for Turnover. (0.3) draft order for continuance (0.2) file order for continuance (0.1), prepare cover ltr and service packet for U.S. Bank (0.2) | 200.00 | 0.8 | 160.00 |
| JTC | [Quality Systems, Inc. 04/24/17] #Justin Campbell: Phone call with Renee Kammer re: U.S. Bank motion for turnover and possible continuance of hearing on motion. | 200.00 | 0.2 | 40.00 |
| JTC | [Quality Systems, Inc. 04/27/17] #Justin Campbell: Review response to Motion for Turnover filed by CitiBank. (0.2) Draft Agreed Order to Continue Hearing in this matter (0.2) Email to Renee Kammer re: hearing continuance (0.1) | 200.00 | 0.5 | 100.00 |
| JTC | [Quality Systems, Inc. 04/28/17] #Justin Campbell: Review email from R. Kemmer re: hearing continuance. Filed Agreed Order to continue hearing on Motion for Turnover. | 200.00 | 0.2 | 40.00 |
| JTC | [Quality Systems, Inc. 05/08/17] #Justin Campbell: Review message from R. Kammer regarding Motion for Turnover. Phone call with R. Kammer re: agreed order to turnover funds. | 200.00 | 0.3 | 60.00 |
| JTC | [Quality Systems, Inc. 05/09/17] #Justin Campbell: Draft first draft of agreed order granting motion for turnover (0.3), email to R. Kammer re: agreed order (0.1) | 200.00 | 0.4 | 80.00 |
| JTC | [Quality Systems, Inc. 05/15/17] #Justin Campbell: phone call with R. Kammer to discuss agreed order resolving motion. | 200.00 | 0.2 | 40.00 |
| JTC | [Quality Systems, Inc. 05/16/17] #Justin Campbell: Attend hearing to continue motion for turnover to finalize agreed order resolving matter. (0.3) Draft and file order to continue hearing on Motion for Turnover. (0.2) | 200.00 | 0.5 | 100.00 |
| JTC | [Quality Systems, Inc. 05/23/17] #Justin Campbell: Email to Debtor's counsel re: signing Agreed Order for turnover of bank account. | 200.00 | 0.2 | 40.00 |
| JTC | [Quality Systems, Inc. 05/25/17] #Justin Campbell: Review and respond to email from R. Kammer re: bank wanting to turnover funds to debtor. (0.2) Phone call with R. Kammer (0.2) | 200.00 | 0.4 | 80.00 |
| JTC | [Quality Systems, Inc. 05/30/17] #Justin Campbell: Draft and file order for continuance of hearing on motion for turnover. (0.2) email to R. Kammer re: status of agreed order (0.1) | 200.00 | 0.3 | 60.00 |
| JTC | [Quality Systems, Inc. 06/05/17] #Justin Campbell: Review and respond to email from R. Kammer re: status of documents and | 200.00 | 0.4 | 80.00 |

| Task | Time Entry Notes | Rate | Hours | Line Total |
|---|---|---|---|---|
| | agreed order. (0.2) phone call with R. Kammer re: tomorrow's hearing on motion for turnover (0.2) | | | |
| JTC | [Quality Systems, Inc. 06/06/17] #Justin Campbell: Attend hearing on motion for turnover to announce agreement and resolution to deal (0.3), email to R. Kammer re: hearing and documents (0.1) | 200.00 | 0.4 | 80.00 |
| JTC | [Quality Systems, Inc. 06/22/17] #Justin Campbell: Review and respond to email from R. Kammer re: approved agreed order, review agreed order (0.2) Revise and file Agreed Order (0.1) | 200.00 | 0.3 | 60.00 |
| JTC | [Quality Systems, Inc. 07/14/17] #Justin Campbell: Phone call with Renee Kammer re: checks from U.S. Bank. | 200.00 | 0.1 | 20.00 |
| JTC | [Quality Systems, Inc. 07/20/17] #Justin Campbell: Discuss with Trustee the arrival of funds from Agreed Order for Turnover, and necessity of business records in storage unit. (0.3) Email to R. Kammer re: funds received. (0.1) | 200.00 | 0.4 | 80.00 |
| JTC | [Quality Systems, Inc. 07/24/17] #Justin Campbell: Phone call with J. McLemore re: financial records in storage unit. | 200.00 | 0.2 | 40.00 |
| JTC | [Quality Systems, Inc. 07/28/17] #Justin Campbell: Phone call with R. Kammer re: clearing of settlement checks from U.S. Bank. | 200.00 | 0.1 | 20.00 |
| JTC | [Quality Systems, Inc. 08/01/17] #Justin Campbell: Update Trustee on status of case. | 200.00 | 0.1 | 20.00 |
| JTC | [Quality Systems, Inc. 08/08/17] #Justin Campbell: Phone call to Cubesmart. Email to Trustee re: amounts owed to CubeSmart for storage unit with records. | 200.00 | 0.2 | 40.00 |
| JTC | [Quality Systems, Inc. 11/29/17] #Justin Campbell: Discuss closure of estate and final fee app with Trustee. | 200.00 | 0.2 | 40.00 |
| JTC | [Quality Systems, Inc. 01/11/18] #Justin Campbell: Phone call with J. McLemore re: debtor records | 200.00 | 0.2 | 40.00 |
| JTC | [Quality Systems, Inc. 01/16/18] #Justin Campbell: Email to Trustee re: destruction of records and call with J. McLemore. | 200.00 | 0.2 | 40.00 |
| JTC | [Quality Systems, Inc. 01/23/18] #Justin Campbell: Discuss final items for case and closure of case. | 200.00 | 0.2 | 40.00 |
| JTC | [Quality Systems, Inc. 01/24/18] #Justin Campbell: Draft final fee application for Thompson Burton. | 200.00 | 0.7 | 140.00 |

| | | |
|---|---|---|
| | Total | 2,540.00 |
| | Amount Paid | 0.00 |
| | **Balance Due (USD)** | **$2,540.00** |

**Terms**

Thank you for your business! Please remit payment within 21 days.

# PAYMENT STUB

Thompson Burton PLLC  
One Franklin Park  
6100 Tower Circle, Suite 200  
Franklin TN  37067

**Client** Larry Edmondson, Chapter 7 Trustee  
**INVOICE #** 0015076  
**INVOICE Date** January 24, 2018

**Balance Due (USD)** $2,540.00

**Amount Enclosed**